**SEND**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## CIVIL MINUTES - GENERAL

| Case No. | CV 06-7499 ODW(CTx) | Date | October 22, 2007 |
|---|---|---|---|
| Title | Stamps.com, Inc. v. Endicia, Inc., et al. | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Raymond Neal | Anne Kielwasser | |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Philip Graves | Dennis Smith |
| Seth Weisberg | Daniel Muniz |
| Marjorie Witter | Gregory Long |

**Proceedings:** **Hearing On Plaintiff Stamps.com, Inc.'s Motion to Disqualify Sheppard Mullin Richter & Hampton, LLC (Filed 9/17/07)**

Case called, appearances made. The Court confers with counsel and hears oral argument.

The Court DENIES the motion for the following reasons:

1. As an initial matter, the Court sees no conflict of interest;

2. Franklin was not a lawyer at the time he was exposed to patents at issue and is therefore judged by the standard applied to a non-lawyer;

3. The information Franklin was exposed to in 1999 relative to the patents was information in the public domain;

4. Any additional information Franklin was exposed to in 1999 concerning Stamps.com's business plan, etc. is certainly stale by this time;

5. Nothing Franklin might have been exposed to would in any way compromise Stamps.com's ability to prosecute its patent infringement claims against Endicia, Inc. or would improve Endicia, Inc.'s ability to defend against those claims; and,

**SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES - GENERAL**

| Case No. | CV 06-7499 ODW(CTx) | Date | October 22, 2007 |
|---|---|---|---|
| Title | Stamps.com, Inc. v. Endicia, Inc., et al. | | |

6. Sheppard Mullin has undertaken reasonable and effective measures to insulate Franklin from the attorneys involved in the present case and to restrict Franklin's access to case files;

                                             : 35
                        Initials of Preparer    RGN