GRAVES LAW OFFICE, P.C.
Philip J. Graves (SBN 153441)
pgraves@graveslawpc.com
Monick T. Paul (SBN 228837)
mpaul@graveslawpc.com
Marjorie A. Witter (SBN 250061)
mwitter@graveslawpc.com
12121 Wilshire Boulevard, Suite 775
Los Angeles, CA 90025
Telephone:  (310) 295-6500
Facsimile:  (310) 295-6501

Attorneys for Plaintiff/Counterclaimant.
STAMPS.COM INC.


GREGORY A. LONG, Cal. Bar No. 57642
E-mail:  glong@sheppardmullin.com
GARY A. CLARK, Cal. Bar No. 65455
E-mail:  gclark@sheppardmullin.com
DENNIS J. SMITH, Cal. Bar No. 233842
E-mail:  djsmith@sheppardmullin.com
DANIEL C. MUNIZ, Cal. Bar No. 240477
E-mail:  dmuniz@sheppardmullin.com
BRIDGETTE A. AGNESS, Cal. Bar No. 221900
E-mail:  bagness@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
333 South Hope Street, 48th Floor
Los Angeles, California  90071-1448
Telephone:  (213) 620-1780
Facsimile:  (213) 620-1398

Attorneys for Defendants and Counterclaimants
ENDICIA, INC. and PSI SYSTEMS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| STAMPS.COM, INC., | Case No. CV 06-7499 ODW (CTx) |
| Plaintiff, | **NOTICE OF LODGING OF [PROPOSED] AMENDED SCHEDULING ORDER** |
| v. | |
| ENDICIA, INC., and PSI SYSTEMS, INC., | |
| Defendants. | |

AND RELATED COUNTERCLAIMS.

    Plaintiff and Counterdefendant Stamps.com Inc. hereby lodges with the Court a [Proposed] Amended Scheduling Order. The proposed amended order is attached.

DATED: February 7, 2008        GRAVES LAW OFFICE, P.C.


By: _____
    Philip J. Graves
    Monick T. Paul
    Marjorie A. Witter

Attorneys for Plaintiff/Counterdefendant
STAMPS.COM INC.

# PROOF OF SERVICE

I am over the age of eighteen years and not a party to this action. My business address is Graves Law Office, P.C., 12121 Wilshire Boulevard, Suite 775, Los Angeles, California 90025.

On February 7, 2008, I served the following document entitled

### NOTICE OF LODGING OF [PROPOSED] AMENDED SCHEDULING ORDER

on all interested parties to this action in the manner prescribed as follows:

*Attorneys for Defendants*
**ENDICIA, INC. and PSI SYSTEMS, INC.**
Gregory A. Long, Esq.
Gary A. Clark, Esq.
Dennis J. Smith, Esq.
Daniel C. Muniz, Esq.
Brigette A. Agness
SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP
333 South Hope Street, 48th Floor
Los Angeles, California  90071

__X__ **CM/ECF**: I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing, which transmits a Notice of Electronic Filing to the CM/ECF registrants listed above.

__X__ **MAIL:** I placed true and correct copies of the document(s) in sealed envelope(s) addressed to the above addressee(s). I am readily familiar with Graves Law Office, P.C.'s practice for collecting and processing of correspondence for mailing with the United States Postal Service, said practice being that, in the ordinary course of business, correspondence with postage fully prepaid is deposited with the United States Postal Service the same day as it is placed for collection.

____ **FAX:** I caused the within document to be transmitted via facsimile transmission to the above addressee(s) at the above facsimile numbers before 5;00 p.m. on the above date.

__X__ **EMAIL:** I transmitted true copies of the within document (without exhibits) electronically by means of email to the above addressee(s) at the above email address(es).

____ **HAND:** I caused the within document to be hand-delivered to the above addressee(s) at the above address(es).

____ **FEDEX:** I caused the within document to be delivered by Federal Express addressee(s) at the above address(es).

I declare that I am employed by a member of the bar at whose direction such service was made.

Executed on February 7, 2008, at Los Angeles, California.

*/s/ Tara Mitcheltree*
Tara Mitcheltree