GREGORY A. LONG, Cal. Bar No. 57642
E-mail: glong@sheppardmullin.com
GARY A. CLARK, Cal. Bar No. 65455
E-mail: gclark@sheppardmullin.com
DENNIS J. SMITH, Cal. Bar No. 233842
E-mail: djsmith@sheppardmullin.com
DANIEL C. MUNIZ, Cal. Bar No. 240477
E-mail: dmuniz@sheppardmullin.com
BRIDGETTE A. AGNESS, Cal. Bar No. 221900
E-mail: bagness@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
333 South Hope Street, 48th Floor
Los Angeles, California 90071-1448
Telephone: (213) 620-1780
Facsimile: (213) 620-1398

Attorneys for Defendants and Counterclaimants
ENDICIA, INC. and PSI SYSTEMS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| STAMPS.COM, INC., <br><br> Plaintiff, <br><br> v. <br><br> ENDICIA, INC., and PSI SYSTEMS, INC., <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS. | Case No. CV 06-7499 ODW (CTx) <br><br> **DEFENDANTS ENDICIA, INC. AND PSI SYSTEMS, INC.'S *EX PARTE* APPLICATION TO FILE A CORRECTED REPLY TO PLAINTIFF STAMPS.COM INC.'S OPPOSITION TO DEFENDANTS' MOTION FOR SANCTIONS; [PROPOSED] ORDER** <br><br> [[Proposed] Corrected Reply lodged concurrently herewith] <br><br> Hearing <br> Date: March 17, 2008 <br> Time: 1:30 p.m. <br> Ctrm: 11, Hon. Otis D. Wright II |

-1-

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

     **PLEASE TAKE NOTICE** that Defendants Endicia, Inc. and PSI Systems, Inc. will and hereby do apply to this Court for an Order granting the Defendants leave to file a Corrected Reply To Plaintiff Stamps.Com Inc.'s Opposition To Defendants' Motion For Sanctions (the "Corrected Reply") and further ordering that the Defendants' lodged [Proposed] Corrected Reply be deemed filed as of the entry of this Order pursuant to Local Rule 7-19. Good cause exists for this application.

     The Defendants' Reply To Plaintiff Stamps.Com Inc.'s Opposition To Defendants' Motion For Sanctions, filed on Monday March 10, 2008, ("Reply") inadvertently exceeded the page limits for Reply briefs set by this Court's Standing Order section 5(c). The Corrected Reply had been revised to fully comply with this Court's Standing Order and all applicable Local Rules without any substantive additions. The Corrected Reply has been lodged concurrently herewith as the [Proposed] Corrected Reply.

     Pursuant to Local Rule 7-19, counsel for the Defendants informed counsel for Plaintiff of the Defendants' intention of filing an *Ex Parte* Application For Leave To File A Corrected Reply To Plaintiff Stamps.Com Inc.'s Opposition To Defendants' Motion For Sanctions ("*Ex Parte* Application") by telephone on March 13, 2008. The Defendants provided Stamps.com with a copy of the Corrected Reply. Plaintiff stated that it would not oppose the *Ex Parte* Application.

# MEMORANDUM IN SUPPORT OF *EX PARTE* APPLICATION

**A.     Good cause exists for granting the Defendants *Ex Parte* Application**

The Defendants' Reply To Plaintiff Stamps.Com Inc.'s Opposition To Defendants' Motion For Sanctions, filed on Monday March 10, 2008, inadvertently exceeded the page limits for Reply briefs set by this Court's Standing Order section 5(c). The Defendants believed that the Court's Standing Order on page limits for Reply Briefs was 15 pages. At approximately 2:00 pm, on Thursday, March 13, 2008, the Defendants received a voice message from Stamps.com notifying the Defendants that Stamps.com would file an *ex parte* application to strike the Defendants' originally filed Reply To Plaintiff Stamps.Com Inc.'s Opposition To Defendants' Motion For Sanctions ("the Reply").

In light of Stamps.com's notice of intent to file the *ex parte* application to strike the Reply, the Defendants reviewed this Court's Standing Order and confirmed the error concerning the page limit for Reply briefs. Section 5(c). The Defendants then informed Stamps.com that the brief had been revised without any substantive additions so that it now is in full compliance with the Court's Standing Order and all applicable Local Rules. The Defendants provided Stamps.com with a copy of the Corrected Reply asking if Stamps.com intended to oppose the *Ex Parte* Application.

///

///

///

Stamps.com reviewed the draft of the Corrected Reply and stated that it would not oppose the *Ex Parte* Application.  Stamps.com, however, did indicate that it would proceed with its *ex parte* application to strike the Reply.  The Defendants stated that it would not oppose Stamps.com's application to strike but would respond by explaining that the Corrected Reply would supersede the Reply thereby rendering Stamps.com's *ex parte* application moot.

Dated:  March 13, 2008

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By        */s/ Gregory A. Long*
GREGORY A. LONG
GARY A. CLARK

Attorneys for Defendants and Counterclaimants
ENDICIA, INC. and PSI SYSTEMS, INC.