UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 06-7499 ODW(CTx) | Date | March 17, 2008 |
|---|---|---|---|
| Title | Stamps.com, Inc. v. Endicia, Inc., et al. | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Raymond Neal | Anne Kielwasser | |
| Deputy Clerk | Court Reporter | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Philip Graves<br>Seth Weisberg<br>Marjorie Witter | Gary Clark<br>Gregory Long | |

**Proceedings:** **Defendants Endicia, Inc. and PSI Systems, Inc.'s Motion for Sanctions, Including Striking of Portions of Plaintiff Stamps.com Inc.'s Complaint and Monetary Sanctions Against Plaintiff and its Counsel (Filed 1/24/08)**

**Defendants Endicia, Inc. and PSI Systems, Inc.'s Motion to Limit the Number of Asserted Claims of the Patents-in-Suit (Filed 2/13/08)**

Case called, appearances made. The Court confers with counsel and hears oral argument.

The Court DENIES Defendants Endicia, Inc. and PSI Systems, Inc.'s Motion for Sanctions, Including Striking of Portions of Plaintiff Stamps.com Inc.'s Complaint and Monetary Sanctions Against Plaintiff and its Counsel (Filed 1/24/08).

The Court GRANTS Defendants Endicia, Inc. and PSI Systems, Inc.'s Motion to Limit the Number of Asserted Claims of the Patents-in-Suit (Filed 2/13/08). The Court limits the number of asserted claims to fifteen, but will remain flexible if plaintiffs show good cause for additional claims.

A separate order ruling on the instant motions will issue.

The parties are to provide notice to the Court of a proposed Markman Hearing date once expert discovery has been completed.

| | : | 20 |
|---|---|---|
| Initials of Preparer | RGN | |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 06-7499 ODW(CTx) | Date | March 17, 2008 |
|---|---|---|---|
| Title | Stamps.com, Inc. v. Endicia, Inc., et al. | | |