GRAVES LAW OFFICE, P.C.
Philip J. Graves (SBN 153441)
pgraves@graveslawpc.com
Monick T. Paul (SBN 228837)
mpaul@graveslawpc.com
Marjorie A. Witter (SBN 250061)
mwitter@graveslawpc.com
12121 Wilshire Boulevard, Suite 775
Los Angeles, CA 90025
Telephone: (310) 295-6500
Facsimile: (310) 295-6501

NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

NOTE: CHANGES MADE BY THE COURT

Attorneys for Plaintiff/Counterclaimant.
STAMPS.COM INC.

GREGORY A. LONG, Cal. Bar No. 57642
E-mail: glong@sheppardmullin.com
GARY A. CLARK, Cal. Bar No. 65455
E-mail: gclark@sheppardmullin.com
DENNIS J. SMITH, Cal. Bar No. 233842
E-mail: djsmith@sheppardmullin.com
DANIEL C. MUNIZ, Cal. Bar No. 240477
E-mail: dmuniz@sheppardmullin.com
BRIDGETTE A. AGNESS, Cal. Bar No. 221900
E-mail: bagness@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
333 South Hope Street, 48th Floor
Los Angeles, California 90071-1448
Telephone: (213) 620-1780
Facsimile: (213) 620-1398

Attorneys for Defendants and Counterclaimants
ENDICIA, INC. and PSI SYSTEMS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAMPS.COM, INC., <br><br> Plaintiff, <br><br> v. <br><br> ENDICIA, INC., and PSI SYSTEMS, INC., <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS. | Case No. CV 06-7499 ODW (CTx) <br><br> [~~PROPOSED~~] AMENDED SCHEDULING ORDER |

-1-

[PROPOSED] AMENDED
SCHEDULING ORDER

# [~~PROPOSED~~] ORDER

**IT IS HEREBY ORDERED** that the Scheduling Order entered on February 11, 2008, is hereby amended as follows:

| DATE | EVENT |
| --- | --- |
| 5/16/08 | Expert Disclosures due from party with burden of proof |
| 6/13/08 | Fact Discovery Cut-Off |
| 6/13/08 | Expert Disclosures due from party without burden of proof |
| 7/11/08 | Expert Discovery Cut-off |
| 7/28/08 | Plaintiff's Opening Claim Construction Brief |
| 8/14/08 | Defendants' Opposing Claim Construction Brief |
| 8/25/08 | Plaintiff's Reply Claim Construction Brief |
| 9/08/08 | Markman Hearing |
| 9/22/08 | Last day to conduct Settlement Conference |
| 11/03/08 | Last day to hear Summary Judgment Motions |
| 11/24/08 | Last day to lodge: Pretrial Conference Order; and Pretrial Exhibit Stipulation |
| | Last day to file: Motions in Limine; Contentions of Fact & Law; Exhibit List; Witness List; Status Report Regarding Settlement; Jury Instructions & Verdict Forms; Joint Statement Re Disputed Jury Instructions/Verdicts, etc… |
| 12/05/08 | Last day to file: Proposed Voir Dire Questions; Joint Statement of Case |
| 12/08/08, at 3:30 PM | Final Pretrial Conference |
| 12/29/08, at ~~1:30~~ **4:00 PM** | Hearing on disputed jury instructions and motions in limine |
| 1/02/08 | Last day to file Final Trial Exhibit Stipulation |
| 1/06/08, at 9:00 AM | Trial |

Additionally, the Court hereby modifies the briefing schedule on any summary judgment motions as follows: any summary judgment motion shall be filed and served by personal service at least 35 days prior to the hearing date; any opposition shall be filed and served by personal service at least 21 days prior to the hearing date; and any reply memorandum shall be filed and served by personal service at least 7 days prior to the hearing date.

Dated: April 1, 2008

OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE