

# Information-Rich Indicia







The indexing provided by the indicium allows access to complete information about the mail piece or package which is stored on one or more server clusters.

Exhibit 27
Page 330



# Endicia Account Profiles

## Account Profile

Edit Account
Show Transactions

### Customer

| | |
|---|---|
| Name | **Jacquelyn Tran** |
| Company | **PERFUME BAY Inc.** |
| Physical Address | 16130 GOTHARD ST HUNTINGTON BEACH, CA 92647-3643 |
| Mailing Address | 16130 GOTHARD ST HUNTINGTON BEACH, CA 92647-3643 |
| Email | jacquelyn@perfumery.com Accepts Bulk Email - HTML |
| Phone | (714) 698-0820 |
| Fax | (714) 596-7611 |

### Account

| | |
|---|---|
| Number | **505801** |
| Status | Active (A) |
| License Vault Limit | 5049820088 $ 500.00 |
| Post Office | HUNTINGTON BEACH 053594 |
| Purchased | $ 1,528,771.69 |
| Printed | $ 1,528,600.18 |
| Balance | $ 171.51 |
| Refunded | $ 22,275.82 |

### Billing

| | |
|---|---|
| Referred By | **T.I.C. Customer** |
| Software USPS Rep | DAZzle Designer (Premium) |
| Billing Plan | **Premium Annual** |
| Signup | 05/23/02 |
| Last Billed | $174.95 |
| Through | 06/13/08 |
| Billed Total | **$ 920.88** |
| Insurance | $16,898.40 |
| Store Total | $0.00 |

Payment Type: ACH

## Postage Summary  Full History

| Postage Printed | August | | | July | | | June | | |
|---|---|---|---|---|---|---|---|---|---|
| Mail Class | Amount | Pieces | Average | Amount | Pieces | Average | Amount | Pieces | Average |
| First Class | $4,764.16 | 2,335 | $2.04 | $8,882.95 | 4,367 | $2.03 | $7,604.02 | 3,782 | $2.01 |
| Express Mail | $ 0.00 | 0 | $ 0.00 | $ 0.00 | 0 | $ 0.00 | $ 0.00 | 0 | $ 0.00 |
| Priority Mail | $3,384.45 | 511 | $6.62 | $5,854.02 | 878 | $6.67 | $6,206.17 | 932 | $6.66 |
| Package Services | $ 0.00 | 0 | $ 0.00 | $ 0.00 | 0 | $ 0.00 | $ 0.00 | 0 | $ 0.00 |
| Standard Mail | $ 0.00 | 0 | $ 0.00 | $ 0.00 | 0 | $ 0.00 | $ 0.00 | 0 | $ 0.00 |
| International | $ 3,967.72 | 149 | $26.63 | $6,962.02 | 260 | $26.78 | $7,624.12 | 302 | $25.25 |
| **Total** | **$12,116.33** | **2,995** | **$4.05** | **$ 21,698.99** | **5,585** | **$ 3.94** | **$ 21,434.31** | **5,016** | **$ 4.27** |

Exhibit 27
Page 331



endicia™

**www.Endicia.com/Auth**

Home | Products | Support | Account | Developers | Store

🛒 (0) :: Check Out
Existing Customers :: Log In

## Package Authentication

Please enter a Package Identification Code (PIC number) for delivery confirmation pieces, International Mail Customs number, or Express Mail tracking number below to lookup information on the package you received. The shipper information will only be displayed if authorized by the sender.

**Tracking Code** [ EV985324358US ]  Go

The PIC number is printed below the tracking barcode on the package label. For Priority Mail, Parcel Post, Media Mail, Library Mail, and Bound Printed Matter, the PIC number is either 20 or 22 digits long (for example, 01805123456789012345). For Express Mail, the PIC number is 13 characters long (for example, EO123456789US).

**USPS DELIVERY CONFIRM**



Package Identification Code (PIC)


USPS EXPRESS MAIL

**Mail Safety Tips**
Verify the information on your Endicia packages using this web-page.

Look for the following warning signs in your mail:
- Unexpected mail.
- Mail without a return address.
- Mail sent with excess stamps.
- Handwritten address.
- Excessive amounts of tape.
- Lopsided or lumpy packages.
- Oil stains or strange odors.

If you suspect a letter or package:
- Do not open it.
- Avoid handling it.
- Do not shake it, bump it, or sniff it.
- Wash your hands with soap and water.
- Notify your local law enforcement.

Site Map | Search Endicia  Search

Home > Auth | Printer Friendly

Exhibit 27
Page 332



endicia™

www.Endicia.com/Auth

Home   Products   Harry's Hints   Support   Account   Developers   Store

Downloads   FAQ   How To's / Tech Notes   Contact Us   Login   Forgot Password

Existing Customers - Log In

Lookup Another [            ] Go

## Package Profile

### Sender Information

| | |
|---|---|
| Name | Andrea Curry |
| Company | Curry |
| Account | 630456 |

| | |
|---|---|
| Mailing Address | 6252 SOUTHWOOD AVE |
| | CLAYTON, MO 63105-3205 |
| Billing Address | 6252 Southwood Ave |
| | Clayton, MO 63105 |
| Physical Address | 6252 SOUTHWOOD AVE |
| | CLAYTON, MO 63105-3205 |

| | |
|---|---|
| Post Office | SAINT LOUIS, MO 63105 |
| Email | kittie86@yahoo.com |
| Phone | (314) 283-3039 |

### Package Description

Shoes
VALUE: $ 250.00

### Package Status

The U.S. Postal Service was electronically notified by the shipper on September 19, 2007 to expect your package for mailing. This does not indicate receipt by the USPS or the actual mailing date. Delivery status information will be provided if / wh

### Mail Piece Information

| | |
|---|---|
| Addressed To | KEHINDE ADELOWO |
| | 10 ILESANMI AJAYI STREET |
| | AKURE.234034 |
| | ONDO , STATE |
| | NIGER |

| | |
|---|---|
| Addressed From | TANVO ADELOWO |
| | 102 Wood St |
| | LOOGOOTEE, IN 47553- |

| | |
|---|---|
| Weight | 25 lb |
| Value | $250.00 |
| Mail Class | Express Mail International |
| Postage | $ 144.67 |
| Insurance | No |
| Package ID | EV985324358US |
| Date Printed | 09/18/07 |
| Date Postmarked | 09/19/07 |

### Country of Origin

US

Exhibit 27
Page 333

# Try this at home!

- Go to www.endicia.com/auth

- Type or paste in the following customs number: CJ204102840US

- What did I mail to my daughter in Bordeaux?

- When did I mail it?

- What did it weigh?

- When did it get there?

- Note: For privacy reasons, this public portal shows a subset of the total data available.

Exhibit 27
Page 334





# IMB vs. IBI Confirm

IBI=Information Based Indicium    IMB=Intelligent Mail Barcode

Exhibit 27
Page 335



Exhibit 27
Page 336



Exhibit 27
Page 337



# Back End EDI Data Flows



| EDI Process | Frequency | Destination |
| --- | --- | --- |
| CMRS File | Daily, 6pm | USPS |
| Transaction Log | Daily, 6pm | USPS |
| MMR Install | every 15 min | USPS |
| MMF Updates | every 15 min | USPS |
| Meter Closeout | Daily, 6pm | USPS |
| Refund Requests | Daily, 6pm | USPS |
| Refund Approvals | Daily | Endicia |
| Settle FDMS, USPS | Daily, 1 pm | FDMS |
| Settle FDMS, Endicia | Daily, 1 pm | FDMS |
| Retire Bad ACH | Weekly | USPS |
| Send DCS files | continuous | USPS |
| DCS Response files | continuous | USPS |
| Send ACH file | Daily, 7am | Checkfree/USPS |
| ACH response files | Daily, varies | Endicia |
| Control files | | Endicia |
| EMD file | daily | USPS |

CMS 2007

Exhibit 27
Page 338



# User Information
# Meter Movement File

| Step 1 | Step 2 | Step 3 | Step 4 | Step 5 |
|---|---|---|---|---|
| Name and Address | Choose Password | Service Plan | Payment Options | Download Software |

**Customer Information**                *indicates required entry.

Company Name: `UPU Demo`

*Contact Name: `Harry` `Whitehouse`

Title: `CTO`

*Email Address: `harry@endicia.com`

*Confirm Email Address: `harry@endicia.com`
Verizon and AOL customers click here.

*Phone Number: `650-321-2640`  Ext: `112`
nnn-nnn-nnnn

Fax Number: `650-321-0356`
nnn-nnn-nnnn

**Physical Address**
*(Address of where you're mailing FROM)*

*Street Address: `247 High St`

*City: `Palo Alto`

*State: `Pick A State`  *Zip: `94301-1041`

**Mailing Address**
*(Address of where your mail is sent TO, if Different)*

Street Address: `247 High St`

City: `Palo Alto`

State: `Pick A State`  Zip: `94301-1041`

◯ I certify that all information furnished is accurate and truthful. I also certify that I have read and understand the United States
Postal Service Privacy Act Statement, PC Postage Privacy Principles, Endicia Terms and Conditions; and all their contents.

`Continue`

Exhibit 27
Page 339

# CMRS Transactions
## (Daily Batch)

- **Example: November 26, 2007**

- **Total postage issued: $ 4,785,718.81**

- **Postage pieces: 979,771.**

- **Average indicium value: $ 4.88**

- **16,019 resets = 16,019 records.**

- **Average reset value: $ 289.62**



CMS-2007

Exhibit 27
Page 340

# Data Flow to Inspection Service



- Audits

- Intermittent email and phone communication.

- Upon detection of possible ACH or credit card fraud by Endicia.

- Upon request of Inspectors investigating anomalies in the field.



CMS 2007

Exhibit 27
Page 341



The New Postage Paradigm



Thank You!



CMS 2007

Exhibit 27
Page 342

Exhibit 28

# Address Verification
### Know Before You Print

A correct and well formatted address is the last line of defense before your packages and letters leave your possession for delivery. An undeliverable address, a typo in the street number, a wrong ZIP code, or simply a missing suite number – bad addresses will cost you time and money. They may delay delivery, get your package sent back to you, or even land your mail at the wrong destination. Endicia helps you avoid these types of pitfalls with multiple levels of address correction*.



Endicia begins by verifying your domestic destination address using the USPS address matching system before you print your postage label. This will correct many typos and format your address to USPS standards to avoid delivery delays. Don't know the ZIP code for your destination address? Endicia will find and add the 9-digit ZIP+4 to further streamline delivery.

If there are multiple matches to your address - for example, when your customer forgets to enter an apartment number; Endicia will prompt you for a selection. This gives you an opportunity to correct the problem or contact your customer before the package leaves your hands. Endicia will also tell you whether the address is a home or business, so you can consider options like signature waiver. Endicia will also tell you if your address exists or not using the USPS Delivery Point Validation process. Why waste time and money shipping to a non-existent address?

Endicia regularly updates its USPS databases, so that recent addresses are merged into the system. For rural or new addresses that are not yet included in USPS databases, Endicia allows you to override the address correction step. If you are sure the address is deliverable (for example, you've contacted your customer and confirmed the address) you can print postage labels to unverified addresses, if any two of the city, state, and ZIP code are consistent with each other. This lets your mail reach the destination Post Office where local carriers who are familiar with the area can complete delivery.

Don't let bad addresses cost you time & money - reform them with Endicia.

*Address correction is only available on domestic (US) addresses.*

| ◄ Prev | | Feature Availability | | Next ► |
|---|---|---|---|---|
| Standard | Premium | Mac | Professional | Platinum |
| ● | ● | ● | ● | ● |

Exhibit 29

# Label Customization

## Customizing your Endicia shipping labels with Logos, Images and Rubber Stamps.

You can easily add your company's logo or any image to your shipping labels with Endicia. You can also add spec messages to your labels, something we call "Rubber Stamps." These features give you the ability to personalize yo label.

What this Document Covers:

- Inserting Images/Logos/Graphics to your labels in DAZzle
- Adding a Rubber Stamp to your label in DAZzle
- Advanced Label Customization
- Inserting an image with Endicia For Mac software

### Inserting a Graphic into your shipping label

*To insert a logo or image stored on your computer:*



1. Go to the Insert menu and select "Graphic…"
2. You can now browse your computer for the image you want to use or use one of the clip-art images included in our software.
3. Choose the size and graphic type in the "Graphic Options" box.
4. Paste the desired image on your label. You can now click and drag it anywhere on your label. You can also adjust the size by clicking on the black corners of the selection box.

It's a good idea to print a test label to make sure your image prints on the label properly.



Don't forget to **save** your label layout. Go to the **File** menu and select **"Save Layout."**

### Using a Rubber Stamp in Dazzle:

A Rubber Stamp is essentially a message that can be added to your labels. They are fully customizable an you choose the perfect font, color and placement on your label.

*To add a Rubber Stamp:*



1. Go to the Insert menu and select "Rubber Stamp…"
2. In the Rubber Stamp box you can type a message or choose from one of our

Exhibit 29
Page 344

Case 2:06-cv-07499-ODW -CT   Document 115-15   Filed 05/09/08   Page 18 of 25   Page ID #:3520



standard messages, such as "Fragile" or "Do Not Open Until Christmas".

3. You will also be able to rotate the stamp, so it can visually look like it has actually been stamped on the package.
4. The Rubber Stamp can also be a serial number or even a barcode.
5. Finally select the font, size and color by clicking the "Fonts" button.
6. Once you've created your Rubber Stamp, click "OK" and paste it on your label. Select and move it to your desired location.

Your Rubber Stamp and all its settings will now be available on the Rubber Stamp list for future use. (These can be edited and removed in the file called STAMPS.DAT in your DAZzle directory).

Don't forget to **save** your label layout, to save the position of the rubber stamps. Go to the **File** menu and select **"Save Layout."**





**Advanced Label Customization:**

Our Premium Service allows customers to further customize their labels by printing "Rubber Stamps" unique to each customer, such as order numbers or package descriptions. It also lets you print a record of shipment or receipt alongside the label.

1. Go to the Insert menu and select "Rubber Stamp…"
2. Check the box "Link To Address List Field"
3. Use the pull down menu to choose the shipping information you would like to use.
4. Paste the Rubber Stamp on your label.

If you print from an external file or an XML file you can map the fields to all these items including Rubber Stamps 1-100.

If you want to print a shipping record alongside



Exhibit 29
Page 345

your label, you must select a label layout that
provides space for the record, such as the "Zebra
Doctab Label" or the "Click N Ship With Receipt
Label."

You can now add shipping information to the
extra space given and it will print out with your
label. You can keep this for your records or ship
this with the package.



**Adding a logo or image in Endicia for Mac:**
Endicia for Mac allows you to add a logo or
image next to the return address on your labels.



1. First use the pull-down menu above your
   return address in Endicia for Mac.
2. Select "Add an Address" to create a new
   return address with an image or "Edit
   Current Address" to add an image to the
   return address you currently are using.
3. Press the "Choose" button next to the
   "Picture" box to find the image located on
   your computer.
4. Select the image and click "Open." Click
   "Save".
5. The image will now appear to the left of
   your return address on your labels.



Exhibit 29
Page 346

3 of 3                                                                    3/2/2008 3:59 PM



# Customizing your Endicia shipping labels with Logos, Images and Rubber Stamps.

You can easily add your company's logo or any image to your shipping labels with Endicia.  You can also add special messages to your labels, something we call "Rubber Stamps."  These features give you the ability to personalize your label.

**What this Document Covers:**

- Inserting Images/Logos/Graphics to your labels in DAZzle
- Adding a Rubber Stamp to your label in DAZzle
- Advanced Label Customization
- Inserting an image with Endicia For Mac software

**Inserting a Graphic into your shipping label**

To insert a logo or image stored on your computer:

-Go to the Insert menu and select "Graphic…"

-You can now browse your computer for the image you want to use or use one of the clip-art images included in our software.

-Choose the size and graphic type in the "Graphic Options" box.



-Paste the desired image on your label.  You can now click and drag it anywhere on your label.  You can also adjust the size by clicking on the black corners of the selection box.

1



It's a good idea to print a test label to make sure your image prints on the label properly.

Don't forget to **save** your label layout.  Go to the **File** menu and select "**Save Layout**."

**Using a Rubber Stamp in Dazzle:**

A Rubber Stamp is essentially a message that can be added to your labels. They are fully customizable and let you choose the perfect font, color and placement on your label.

To add a Rubber Stamp:
   -Go to the Insert menu and select "Rubber Stamp…"
   -In the Rubber Stamp box you can type a message or choose from one of our standard messages, such as "Fragile" or "Do Not Open Until Christmas".
   -You will also be able to rotate the stamp, so it can visually look like it has actually been stamped on the package.



2

CONFIDENTIAL

PSI 00046504

Exhibit 29
Page 348

-The Rubber Stamp can also be a serial number or even a barcode.
-Finally select the font, size and color by clicking the "Fonts" button.

-Once you've created your Rubber Stamp, click "OK" and paste it on your label. Select and move it to your desired location.





Your Rubber Stamp and all its settings will now be available on the Rubber Stamp list for future use. (These can be edited and removed in the file called STAMPS.DAT in your DAZzle directory).

Don't forget to **save** your label layout, to save the position of the rubber stamps. Go to the **File** menu and select "**Save Layout**."

3

CONFIDENTIAL

PSI 00046505

Exhibit 29
Page 349

**Advanced Label Customization:**

Our Premium Service allows customers to further customize their labels by printing "Rubber Stamps" unique to each customer, such as order numbers or package descriptions.  It also lets you print a record of shipment or receipt alongside the label.

-Go to the Insert menu and select "Rubber Stamp…"
-Check the box "Link To Address List Field"
-Use the pull down menu to choose the shipping information you would like to use.
-Paste the Rubber Stamp on your label.

If you print from an external file or an XML file you can map the fields to all these items including Rubber Stamps 1-100.



If you want to print a shipping record alongside your label, you must select a label layout that provides space for the record, such as the "Zebra Doctab Label" or the "Click N Ship With Receipt Label."

You can now add shipping information to the extra space given and it will print out with your label.  You can keep this for your records or ship this with the package.

4

CONFIDENTIAL

PSI 00006506

Exhibit 29
Page 350

**Adding a logo or image in Endicia for Mac:**

Endicia for Mac allows you to add a logo or image next to the return address on your labels.

-First use the pull-down menu above your return address in Endicia for Mac.
-Select "Add an Address" to create a new return address with an image or "Edit Current Address" to add an image to the return address you currently are using.



-Press the "Choose" button next to the "Picture" box to find the image located on your computer.
-Select the image and click "Open." Click "Save".

-The image will now appear to the left of your return address on your labels.



5

CONFIDENTIAL

PSI 00046507

Exhibit 29
Page 351

6

CONFIDENTIAL

PSI 00046508

Exhibit 29
Page 352