EXHIBIT A

1

1                    UNITED STATES DISTRICT COURT

2                    CENTRAL DISTRICT OF CALIFORNIA

3                                ---

4          HONORABLE OTIS D. WRIGHT II, JUDGE PRESIDING

5                                ---

6

7

8
     STAMPS.COM, INC.,                        )
9                                             )
                                              )
10                                            )
                             Plaintiff,       )
11                                            )No. 06-7499
                  VS                          )
12                                            )
     ENDICIA, INC., et al,                    )
13                                            )
                                              )
14                           Defendants.      )
     _____)
15

16

17             Reporter's Transcript of Proceedings
                          Motion Hearing
18                    Los Angeles, California
                    MONDAY, MARCH 17, 2008
19

20

21

22

23             Anne Kielwasser, RPR No. 50901
                   Federal Official Court Reporter
24             312 North Spring Street, Room 432
                   Los Angeles, California 90012
25                 Phone: (213) 894-2969
                   annekielwasser@aol.com


                    UNITED STATES DISTRICT COURT

2

```
 1                    A P P E A R A N C E S

 2

 3     ON BEHALF OF THE PLAINTIFF:

 4
       Philip J Graves
 5     Marjorie A. Witter
       Seth Weisberg
 6     Graves Law Offices
       12121 Wilshire Boulevard, Suite 775
 7     Los Angeles, CA 90025
       310-295-6500
 8     pgraves@graveslawpc.com

 9

10
       ON BEHALF OF THE DEFENDANT
11     Representing Endicia Inc
       (Counter Claimant):
12

13     Gregory A Long
       Sheppard Mullin Richter & Hampton
14     1901 Avenue of the Stars, Suite 1600
       Los Angeles, CA 90067
15     310-228-3700
       glong@sheppardmullin.com
16

17     Gary A Clark
       Sheppard Mullin Richter & Hampton
18     333 S Hope St, 48th Fl
       Los Angeles, CA 90071-1448
19     213-620-1780
       gclark@sheppardmullin.com
20

21

22

23

24

25
```

UNITED STATES DISTRICT COURT

3

```
 1    MONDAY, MARCH 17, 2008                          1:30 P.M.

 2                              ~ ~ ~

 3                       P R O C E E D I N G S

 4                              ~ ~ ~

 5              COURT CLERK:  Calendar Item No. 7.  Civil Case

 6    76-7499.  Stamps.com, Inc. Versus Endicia, Inc., et al.

 7              Counsel, please state your appearances for

 8    the record.

 9              MR. GRAVES:  Good afternoon, Your Honor.  Phil

10    Graves for Stamps.com.

11              THE COURT:  Mr. Graves.

12              MR. LONG:  Your Honor, Gregory Long, and with me,

13    my partner, Gary Clark on behalf of the defendants.

14              THE COURT:  Mr. Long, Mr. Clark.

15              MR. WITTER:  Marjorie Witter for Stamps.com.

16              THE COURT:  Ms. Witter.

17              MR. WEISBERG:  And Seth Weisberg for Stamps.com.

18              THE COURT:  Mr. Weisberg.

19              All right, which of these are we going to

20    deal with, first?  All right, I appreciate Stamps.com's

21    willingness to reduce the amount of claims from 629 down to

22    40?  Is that right?

23              MR. GRAVES:  That is correct, Your Honor.

24              THE COURT:  All right, I anticipate that we're

25    going to have a claims construction hearing.
```

UNITED STATES DISTRICT COURT

4

1          I have no intention of dealing with 40

2   claims, and I know I'm probably supposed to feel that 40 is a

3   much, much smaller number than 629; therefore, what the heck.

4   No.

5          I'll do 15 at the hearing; so, after you

6   conclude your expert discovery; and as we set our Markman

7   hearing, we'll whittle it down to 15 important dispositive

8   claims that will require construction.

9          Cannot this case be settled?  Has anyone

10  tried discussing settlement?

11          MR. GRAVES:  Well, Your Honor, I think it's much

12  more likely that the case will be in a posture where a

13  settlement will be a realistic possibility after the Markman

14  hearing.  Presently, you know, discovery hasn't even been

15  completed.

16          THE COURT:  Okay.

17          MR. GRAVES:  And, Your Honor, if you might indulge

18  me just for a moment.

19          THE COURT:  Sure.

20          MR. GRAVES:  If I could just make a pitch on the

21  number of claims --

22          THE COURT:  No.  I'm not going to waste your time.

23  I gave you 15.  I was really thinking 10.

24          Oh, go ahead, I'm sorry.

25          MR. GRAVES:  Well, I'll give it the old college

5

1     try.

2              On the 40 that we were discussing, we weren't

3     thinking of 40 independent claims, you know, with multiple

4     limitations; we were thinking of 40 claims total, which would

5     include a smaller subset, probably around 15 independent

6     claims, and then some additional dependent claims which, you

7     know, are much less, require much less work and effort both

8     to construe and to determine from infringement and validity

9     issues.

10             THE COURT:  You're talking a total of roughly how

11    many?

12             MR. GRAVES:  How many total?

13             THE COURT:  How many claims that we'd actually

14    need the Court to interpret or give meaning to --

15             MR. GRAVES:  Well --

16             THE COURT:  With all the other subsets, et cetera.

17             MR. GRAVES:  Certainly, certainly.  The claim

18    construction, itself, will focus on specific terms or words

19    or phrases within the claims.  So, it's very likely that

20    there are going to be terms which pop up in multiple claims,

21    which are only going to have to be interpreted once; and, of

22    course, there will be certain claims with multiple terms that

23    need to be interpreted.

24             So, you know, I think in my experience,

25    dealing with the totality of 40 claims is not onerous, that,

UNITED STATES DISTRICT COURT

6

```
 1    at least in my experiences, has been fairly typical.
 2                    I've certainly dealt with patent cases
 3    involving greater numbers of claims as well as a few
 4    involving less.  So it's unlikely that with a total of 40
 5    claims that the Court is going to have an unreasonable number
 6    of terms that will have to be construed.
 7                    And that's particular to the case, because
 8    the 40 claims will include the dependent claims, which, just
 9    how much less verbiage, that would have to be examined.
10                    And, Your Honor --
11           THE COURT:  Okay.
12           MR. GRAVES:  I'm sorry.
13           THE COURT:  No, all right.  Something else has
14    dawned on me.  Because it's important that you get enough in
15    order to really give meaning to where this dispute is headed,
16    but I think I have a way of dealing with this.
17                    Okay, that was good.  I'm glad you did say
18    something.  There is some flexibility here.  We may be able
19    to accommodate everyone.
20                    Mr. Long, Mr. Clark, you don't necessarily
21    have to chime in, if there is --
22           MR. LONG:  I was just going to say that I much
23    prefer the Court's initial thought of 10, Your Honor.  And I
24    would note that we have 11 patents that they want to pursue.
25           THE COURT:  That's the part that sort of leads me
```

UNITED STATES DISTRICT COURT

1    in Mr. Grave's direction, that there are 11 patents.  So,

2    we're going to have to be somewhat flexible.

3                 We're going to take it one step at a time.

4    Let's see what comes out of conclusion of the expert

5    discovery.

6                 We will set a hearing.  I'd like to see what

7    the claims are, and I'm also going to request that each side

8    submit its own suggested interpretation of the terms.   I

9    think that will expedite things a great deal, and it will

10   certainly reduce our work load; and at the same time give

11   you, Mr. Graves, the latitude that you now need.   Okay?

12               MR. GRAVES:  Thank you, Your Honor.

13               THE COURT:  All right, hopefully that will take

14   care of this issue.

15               When do we anticipate -- well, actually, I'm

16   going to leave it up to you, Mr. Graves.  I'm not going to

17   set a hearing.  I'll leave it up to you.

18               After you guys finish your discovery, then

19   you'll set the hearing or a date for a Markman hearing, okay?

20               MR. GRAVES:  Thank you very much, Your Honor.

21               THE COURT:  All right, moving on to this other

22   foolishness here, defendants motion for sanctions --

23               Go ahead.

24               MR. LONG:  The Rule 11 motion, Your Honor, was

25   aimed at 3 of the 11 patents in suit, and I would have

UNITED STATES DISTRICT COURT

1    preferred it to want it together with our other motion to

2    limit the number of claims in the suit because it really was

3    an effort to do exactly the same thing, which is to get this

4    thing into a place that is manageable both for the Court and

5    for the parties.

6              Were the Rule 11 motion to be granted the way

7    the pleading is now phrased, it would remove 3 of the 11

8    patents.  The way that the second motion is phrased is just

9    trying to get the number of claims in whatever combination

10   the plaintiff may wish to place them, limited to what we

11   believe is a manageable number.

12             I don't agree with Mr. Graves that a 40-claim

13   trial is the norm in patent litigation.  I don't think that

14   it is.  In fact, the thought of a jury struggling with 40

15   claims on a verdict form is just mind boggling.

16             I won't belabor the Rule 11 motion.  I

17   wonder, however, if I might pose one question to clarify the

18   Court's thoughts concerning the number of claims that are

19   going to eventually be an issue.

20             THE COURT:  Fifteen is going to be my outside

21   limit.  That's my feeling right now.  If it can be

22   demonstrated to me that that is absolutely unworkable, then

23   we will discuss No. 16.  If necessary, we will discuss

24   No. 17.  I don't want to simply be unreasonably inflexible,

25   but I don't want to have an unmanageable number either.

UNITED STATES DISTRICT COURT

9

```
1              MR. LONG:  I'm completely in agreement, Your

2    Honor, obviously.

3              My question was going to the process of

4    getting from where we are here to the 15, at the conclusion

5    of expert discovery, are we going to be obligated to respond

6    to discovery with respect to all 484 claims that appear to be

7    in play at this time?  And the question is not just because

8    we don't want to work but it's because even if we were to

9    commit one hour --

10             THE COURT:  No, no, no.  What are your questions?

11   No. 1, you want to know whether or not the discovery is going

12   to be limited to an ex number of claims.

13             MR. LONG:  Exactly.

14             THE COURT:  All right.  What else?

15             MR. LONG:  That's it, Your Honor.

16             THE COURT:  That's it?

17             MR. LONG:  The process to get it from here to the

18   choice of the 15.

19             THE COURT:  All right, because the answers to

20   those questions rests with Mr. Graves.

21             What do you think?  Either you pick one

22   reasonable number, or I'll pick one for you.

23             MR. GRAVES:  Well, Your Honor, I think the issue

24   is, really, one of timing.  You know, as we've indicated,

25   we're more than willing to agree to limit the claims to a
```

UNITED STATES DISTRICT COURT

10

1    reasonable number, but it's very important for Stamps.com

2    that that choice be made after we have gone through

3    discovery, completed expert discovery, and at the stage where

4    we're heading into the Markman, Your Honor, as you proposed

5    just five minutes ago.

6            The reason for that is, these patents have a

7    lot of value for the company.  Stamps paid 7.5 million for a

8    subset of the patents that are in suit, not even for all of

9    them but for 9 of the 11 patents, Stamps paid $7.5 million

10   for a portfolio including those patents.

11           We don't believe that Stamps should be

12   punished by being forced to arbitrarily select the claims

13   that it's going to take forward through trial at a point

14   where discovery, fact discovery hasn't even been completed,

15   much less expert discovery.

16           Neither side has fully laid its cards on the

17   table, and we don't believe we should be punished simply

18   because the scope of the alleged infringement by the

19   defendants is so large.

20           So, our proposal would be to get through

21   expert discovery, then we'll see where we are, and we will

22   narrow the claims at that point in time.  After the claims

23   have been narrowed, we'll go into the Markman and the claims

24   construction process.

25           And if I might point out one other thing,

UNITED STATES DISTRICT COURT

1    Your Honor, with respect to the cost issue.  You know, of

2    course patent litigation is expensive.  Stamps recognizes

3    that as do the defendants, but the defendants were acquired

4    by Nural RubberMaid just in the middle of last year, well

5    after this lawsuit was filed.

6              In other words, the current owners of Endicia

7    and PSI Systems, they bought this litigation knowing full

8    well that they were buying into a patent lawsuit with 11

9    patents at issue and over 600 claims.

10             So, it's certainly no surprise to them that

11   there was going to be and there would be some litigation

12   costs associated with that decision.

13             So, again, Your Honor, just coming back full

14   circle, we think it's a timing issue; and we believe that the

15   decision to limit the claims should be made after both sides

16   have laid their cards on the table, have proffered their

17   expert reports and have completed the expert discovery.

18             THE COURT:  Refresh my recollection; have we

19   dispensed with, modified or enlarged upon the restrictions of

20   the number of interrogatories, et cetera, as prescribed by

21   the federal rules?

22             MR. GRAVES:  No, Your Honor, we have not.  The

23   federal rules are in place.

24             MR. LONG:  Your Honor, if I may, Mr. Graves

25   appears to be talking about, asking us to respond on less

UNITED STATES DISTRICT COURT

12

1    subparts count, on 460 or 80 or whatever.

2                 He's chosen 11 claims to put at issue in his

3    complaint; that leaves four.  So he wants us to engage in a

4    million dollars of discovery to choose four more claims,

5    which he says are going to be easy to choose anyway because

6    it's going to lay out so that there are subsets of his

7    already identified claims.  To me, that just doesn't sound

8    right.

9                 And I suppose that if the Court is suggesting

10   that we can seek appropriate protective orders if the

11   discovery moves on, then we can do that, certainly.  And I

12   appreciate that.  And I also appreciate the Court is not

13   going to give me legal advice, so --

14                But I did want to point out that 11 of the 15

15   have been chosen.

16               THE COURT:  Well, it's 11 patents; but are we

17   talking about --

18               MR. LONG:  And one claim from each, Your Honor.

19   One claim from each patent they've put forward as the ones

20   that caused them to file this lawsuit, and in response to our

21   interrogatory asking them to identify each of the claims in

22   suit, they have identified 11, only 11, until the day after

23   they filed their opposition to this motion.  On that day,

24   they identified 240.

25                So, if he's already got 11 that caused him to

UNITED STATES DISTRICT COURT

13

1    file the suit, that's why I say he only needs four more.

2              MR. GRAVES:  Your Honor, the 11 claims that

3    Mr. Long is referring to are the 11 claims that were

4    identified prior to the filing of the suit, one claim from

5    each patent that laid the good faith basis for the lawsuit.

6              The point of limiting claims for patent suits

7    is obviously twofold.  No. 1, it's to reduce the cost of the

8    trial and the use of the Court's resources.  But from the

9    plaintiff's perspective, it's also to give the plaintiff an

10   opportunity to choose the best claims from both an

11   infringement and the validity standpoint to go forward with

12   at trial to represent all of the claims in the patent,

13   because a patent is a piece of property, and success on any

14   single claim of any of the patents justifies the damages

15   award and potentially an injunction.

16             So, putting the plaintiff to the task of

17   dropping hundreds of claims and just selecting a tiny subset,

18   less than 10 percent, possibly less than 5 percent of the

19   total number of possible claims to take to trial, fairness

20   demands that that not be done until after the plaintiff has a

21   pretty strong idea of what the strongest claims are going to

22   be at trial, both for infringement and from a validity

23   standpoint.  And we're simply not going to be there until

24   we're through expert discovery.

25             So, Mr. Long is mixing apples and oranges.

UNITED STATES DISTRICT COURT

14

1    We didn't identify 11 claims in response to the interrogatory

2    that we intended to take through trial and intended to drop

3    the rest.  We simply identified 11 claims that we had

4    determined had been infringed.

5              There may well be other claims that are

6    stronger from an infringement and a validity standpoint, and

7    that's why we want to get through discovery before we make

8    that choice.

9              THE COURT:  Okay.  Well, Magistrate Judge Turchin

10   will be available, Mr. Long, in the event you perceive that

11   discovery is becoming, you know, abusive, all right?

12             MR. LONG:  Thank you, Your Honor.

13             THE COURT:  So let's not imagine problems.  We'll

14   deal with them if and when they arise.  All right?

15             The request for sanctions is denied.

16             Anything else we need to deal with?

17             MR. LONG:  No, Your Honor, thank you.

18             THE COURT:  All right, gentlemen.

19             MR. GRAVES:  Thank you, Your Honor.

20             THE COURT:  And lady.

21             COURT CLERK:  Court is in recess.

22                        ~ ~ ~

23             (Proceedings concluded.)

24                        ~ ~ ~

25

UNITED STATES DISTRICT COURT

15

1                    C E R T I F I C A T E

2    I hereby certify that the foregoing is a true and correct

3    transcript of the stenographically recorded proceedings in

4    the above matter.

5    Fees charged for this transcript, less any circuit fee

6    reduction and/or deposit, are in conformance with the

7    regulations of the judicial conference of the united states.

8

9    _____          04/10/2008

10   Anne Kielwasser, CSR, RPR             Date
     Official Court Reporter

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

UNITED STATES DISTRICT COURT

<u>EXHIBIT B</u>

Case 2:06-cv-07499-ODW -CT   Document 117-3   Filed 05/09/08   Page 18 of 265   Page ID #:4803

PSI adv. Stamps.com: proposed change to scheduling order                         Page 1 of 2

## Dennis Smith

**From:** Philip Graves [PGraves@graveslawpc.com]
**Sent:** Tuesday, March 18, 2008 12:32 PM
**To:** Dennis Smith
**Subject:** RE: PSI adv. Stamps.com: proposed change to scheduling order

Dennis,

I truly appreciate your accommodation with respect to the schedule. This confirms that all of the scheduled depositions are off calendar. I'll send the stipulation to you later today, and then we can discuss a new deposition schedule.

Phil

Philip J. Graves, Esq.
Graves Law Office, P.C.
12121 Wilshire Blvd., Suite 775
Los Angeles, CA 90025
T/310-295-6500
F/310-295-6501
www.graveslawpc.com

**From:** Dennis Smith [mailto:djsmith@sheppardmullin.com]
**Sent:** Tuesday, March 18, 2008 12:08 PM
**To:** Philip Graves
**Subject:** PSI adv. Stamps.com: proposed change to scheduling order
**Importance:** High

Phil,
I left you a voice message explaining that the Defendants will agree to stipulate to moving all dates back to accommodate this most tragic of developments. The most pressing question concerns the deposition schedule. We want to initially confirm that all depositions are hereby off calendar and that we will need to renegotiate new deposition dates so that we can inform our clients.

Secondly, it appears there may be some scheduling conflicts on our end if all dates are pushed back one month. However, we will await your draft of the stipulation to begin any detailed discussions.

Cheers,
Dennis



333 South Hope Street
48th Floor
Los Angeles, CA 90071-1448
213.620.1780 *office*
213.620.1398 *fax*
*www.sheppardmullin.com*

Dennis Smith

PSI adv. Stamps.com: proposed change to scheduling order

Page 2 of 2

213.617.5588 *direct* | 213.443.2904 *direct fax*
*djsmith@sheppardmullin.com* | Bio

Circular 230 Notice: In accordance with Treasury Regulations we notify you that any tax advice given herein (or in any attachments) is not intended or written to be used, and cannot be used by any taxpayer, for the purpose of (i) avoiding tax penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein (or in any attachments).

Attention: This message is sent by a law firm and may contain information that is privileged or confidential.  If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

5/8/2008

EXHIBIT C

**Dennis Smith**

| | |
|---|---|
| **From:** | Monick Halm [MPaul@graveslawpc.com] |
| **Sent:** | Tuesday, March 18, 2008 5:48 PM |
| **To:** | Dennis Smith |
| **Subject:** | RE: 2008.03.12 Joint Stipulation Re. Motion to Compel Acquisition Documents |

Hi Dennis,

We're going to move forward with the motion to compel (Phil will probably not be arguing that motion), but if Defendants need a day or two extra to finish we're amenable to giving an extension.

Regards,
Monick


Monick Paul Halm, Esq.
Graves Law Office, P.C.
12121 Wilshire Blvd., Suite 775
Los Angeles, CA 90025
T/310-295-6503
F/310-295-6501
e-mail: mhalm@graveslawpc.com
website: www.graveslawpc.com

---

**From:** Dennis Smith [mailto:djsmith@sheppardmullin.com]
**Sent:** Tuesday, March 18, 2008 1:10 PM
**To:** Monick Halm
**Cc:** Philip Graves
**Subject:** RE: 2008.03.12 Joint Stipulation Re. Motion to Compel Acquisition Documents

Monick,
In light of recent developments, would Plaintiff prefer to suspend this motion for some period of time? We are preparing our portions of the joint stipulation but were concerned that the hearing may come at an inconvenient time for Phil. Please let us know at your earliest convenience.

Cheers,
Dennis

---

**From:** Monick Halm [mailto:MPaul@graveslawpc.com]
**Sent:** Wednesday, March 12, 2008 7:13 PM
**To:** Dennis Smith
**Cc:** Philip Graves
**Subject:** 2008.03.12 Joint Stipulation Re. Motion to Compel Acquisition Documents

Dear Dennis,

Attached is the joint stipulation for Stamps.com's Motion to Compel Documents and declarations in support thereof. Please complete Defendants' portion and return to us within 5 business days.

Regards,
Monick

5/8/2008

Monick Paul Halm, Esq.
Graves Law Office, P.C.
12121 Wilshire Blvd., Suite 775
Los Angeles, CA 90025
T/310-295-6503
F/310-295-6501
e-mail: mhalm@graveslawpc.com
website: www.graveslawpc.com



333 South Hope Street
48th Floor
Los Angeles, CA 90071-1448
213.620.1780 *office*
213.620.1398 *fax*
***www.sheppardmullin.com***

**Dennis Smith**
213.617.5588 *direct* | 213.443.2904 *direct fax*
*djsmith@sheppardmullin.com* | Bio

Circular 230 Notice: In accordance with Treasury Regulations we notify you that any tax advice given herein (or in any attachments) is not intended or written to be used, and cannot be used by any taxpayer, for the purpose of (i) avoiding tax penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein (or in any attachments).

Attention: This message is sent by a law firm and may contain information that is privileged or confidential.  If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

5/8/2008

<u>EXHIBIT D</u>

Case 2:06-cv-07499-ODW-CT   Document 106   Filed 03/17/2008   Page 1 of 1

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### **AMENDED** CIVIL MINUTES - GENERAL

| Case No. | CV 06-7499 ODW(CTx) | | Date | March 17, 2008 |
|---|---|---|---|---|
| Title | Stamps.com, Inc. v. Endicia, Inc., et al. | | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge |
|---|---|

| Raymond Neal | Anne Kielwasser | |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Philip Graves<br>Seth Weisberg<br>Marjorie Witter | Gary Clark<br>Gregory Long |

**Proceedings:**     **Defendants Endicia, Inc. and PSI Systems, Inc.'s Motion for Sanctions, Including Striking of Portions of Plaintiff Stamps.com Inc.'s Complaint and Monetary Sanctions Against Plaintiff and its Counsel (Filed 1/24/08)**

**Defendants Endicia, Inc. and PSI Systems, Inc.'s Motion to Limit the Number of Asserted Claims of the Patents-in-Suit (Filed 2/13/08)**

Case called, appearances made.  The Court confers with counsel and hears oral argument.

The Court DENIES Defendants Endicia, Inc. and PSI Systems, Inc.'s Motion for Sanctions, Including Striking of Portions of Plaintiff Stamps.com Inc.'s Complaint and Monetary Sanctions Against Plaintiff and its Counsel (Filed 1/24/08).

The Court GRANTS Defendants Endicia, Inc. and PSI Systems, Inc.'s Motion to Limit the Number of Asserted Claims of the Patents-in-Suit (Filed 2/13/08).  The Court limits the number of asserted claims to fifteen, but will remain flexible if plaintiffs show good cause for additional claims.

A separate order ruling on the instant motions will **NOT** issue.

The parties are to provide notice to the Court of a proposed Markman Hearing date once expert discovery has been completed.

|  | : | 20 |
|---|---|---|
| Initials of Preparer | RGN | |

## Dennis Smith

| | |
|---|---|
| **From:** | cacd_ecfmail@cacd.uscourts.gov |
| **Sent:** | Wednesday, April 02, 2008 11:05 AM |
| **To:** | ecfnef@cacd.uscourts.gov |
| **Subject:** | Activity in Case 2:06-cv-07499-ODW-CT Stamps.com Inc v. Endicia Inc et al Motion Hearing |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended. Direct all inquiries to ecf-helpdesk@cacd.uscourts.gov.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

### UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 4/2/2008 at 11:04 AM PDT and filed on 3/17/2008
**Case Name:**       Stamps.com Inc v. Endicia Inc et al
**Case Number:**    2:06-cv-7499
**Filer:**
**Document Number:** 106

**Docket Text:**
MINUTES OF Motion Hearing held before Judge Otis D Wright II: The Court DENIES Defendants Endicia, Inc. and PSI Systems, Inc.'s Motion for Sanctions, Including Striking of Portions of Plaintiff Stamps.com Inc.'s Complaint and Monetary Sanctions Against Plaintiff and its Counsel [68].The Court GRANTS Defendants Endicia, Inc. and PSI Systems, Inc.'s Motion to Limit the Number of Asserted Claims of the Patents-in-Suit [78]. The Court limits the number of asserted claims to fifteen, but will remain flexible if plaintiffs show good cause for additional claims. A separate order ruling on the instant motions will \*\*NOT\*\* issue. The parties are to provide notice to the Court of a proposed Markman Hearing date once expert discovery has been completed. Court Reporter: Anne Kielwasser. (lc)

**2:06-cv-7499 Notice has been electronically mailed to:**

Gary A Clark      gclark@sheppardmullin.com,ljohnson@sheppardmullin.com

Gregory A Long     glong@sheppardmullin.com

Philip J Graves     pgraves@graveslawpc.com,kfoxworth@graveslawpc.com

Bridgette A Agness
bagness@sheppardmullin.com,brodriguez@sheppardmullin.com,ljohnson@sheppardmullin.com

Kirk William Hermann     khermann@graveslawpc.com,kirkhermann@yahoo.com

Dennis J Smith     djsmith@sheppardmullin.com,pibsen@sheppardmullin.com

Daniel Craig Muniz    dmuniz@sheppardmullin.com

**2:06-cv-7499 Notice has been delivered by First Class U. S. Mail or by fax to: :**
Monick Theresa Paul
Graves Law Office, P.C.
12121 Wilshire Blvd., Suite 775
Los Angeles CA 90025
US

<u>EXHIBIT E</u>

Page 4 of 5

## Dennis Smith

| | |
|---|---|
| **From:** | Philip Graves [PGraves@graveslawpc.com] |
| **Sent:** | Wednesday, March 26, 2008 3:04 PM |
| **To:** | Dennis Smith |
| **Cc:** | Greg Long; Gary Clark; Monick Halm |
| **Subject:** | RE: Stamps.com v. Endicia |

Dennis,

We appreciate your willingness to compromise.  We will prepare the stipulation and get it over to you for review.

Phil

Philip J. Graves, Esq.
Graves Law Office, P.C.
12121 Wilshire Blvd., Suite 775
Los Angeles, CA 90025
T/310-295-6500
F/310-295-6501
www.graveslawpc.com

**From:** Dennis Smith [mailto:djsmith@sheppardmullin.com]
**Sent:** Tuesday, March 25, 2008 4:36 PM
**To:** Philip Graves
**Cc:** Greg Long; Gary Clark; Monick Halm
**Subject:** RE: Stamps.com v. Endicia

Phil,
The Defendants disagree with your statement re what is "typical" in terms of discovery cut-off dates.  In our experience, it is actually more often the case than not that there is only one cut-off date for both fact and expert discovery.  Also, as discussed in the Defendants' earlier e-mail, we have serious reservations about setting an unnecessarily premature fact discovery cut-off.   However, in the spirit of cooperation we reluctantly accept Stamps.com's proposal that fact discovery close on 6.13.08.  Based on your comments re the Markman briefing, we believe the parties have now agreed to the following proposed schedule:

| | |
|---|---|
| 5/16/08 | Initial expert disclosures |
| 6/13/08 | Rebuttal expert disclosures |
| 6/13/08 | Fact discovery cutoff |
| 7/11/08 | Expert discovery cutoff |
| 7/28/08 | Stamps.com's opening Markman brief |
| 8/14/08 | Endicia's Opposition Markman brief |
| 8/25/08 | Stamps.com's reply Markman brief |
| 9/8/08 | Markman hearing |
| 9/22/08 | Settlement conference deadline |
| 11/3/08 | Last day to hear motions |
| 11/24/08 | File pretrial conference order, etc. |
| 12/5/08 | File voir dire questions, etc. |
| 12/8/08 | Pretrial conference (the current Scheduling Order has the PTC set for a Monday at 3:30 pm.) |
| 1/6/09 | Trial |

Cheers,

5/8/2008

Dennis

---

**From:** Philip Graves [mailto:PGraves@graveslawpc.com]
**Sent:** Tuesday, March 25, 2008 11:32 AM
**To:** Dennis Smith
**Cc:** Greg Long; Gary Clark; Monick Halm
**Subject:** RE: Stamps.com v. Endicia

Dennis,

While we appreciate the vagaries of discovery, we do not believe that a fact discovery cutoff that postdates the
expert reports makes sense here. We have already agreed to a fact discovery cutoff that postdates the initial
expert disclosures, which in effect provides more than one month of additional discovery over what would be
available in a typical case management schedule. We simply cannot agree to push the fact discovery deadline
out to one week prior to the close of expert discovery. In order to attempt to resolve this issue, we are willing to
agree to a fact discovery cutoff that coincides with the rebuttal expert disclosure deadline, i.e., we will concede an
additional two weeks of fact discovery. Assuming that we can reach agreement on this issue, your revision to the
Markman briefing schedule is fine.

Best,
Phil

Philip J. Graves, Esq.
Graves Law Office, P.C.
12121 Wilshire Blvd.,
Suite 775
Los Angeles, CA 90025
T/310-295-6500
F/310-295-6501
D/310-295-6502
www.graveslawpc.com

---

**From:** Dennis Smith [mailto:djsmith@sheppardmullin.com]
**Sent:** Friday, March 21, 2008 3:10 PM
**To:** Philip Graves
**Cc:** Greg Long; Gary Clark
**Subject:** RE: Stamps.com v. Endicia

Phil,
We are nearly in agreement. One main sticking point, and something the Defendants feel very strongly about, is
the fact discovery cut-off. We feel your proposal sets the cutoff far too early. First, based on our calculations, of
the nearly 3.6 million pages of documents produced by Stamps.com thus far, 2.25 million were produced in just
the last month (to put that into perspective, in just the last 30 days Stamps.com has dumped on the
Defendants two times the number the total number of pages the Defendants have produced for this entire case).
Reviewing that many pages of discovery will take time; we definitely have our work cut out for us. We also know
from experience that life happens, witnesses change their availability or a new issue arises that triggers a need
for additional fact discovery. Obviously, both parties fully intend to have their cases focused on expert discovery
once the reports have been filed but, with the number of documents recently produced by Stamps.com and all of
the unforeseeable schedule altering disruptions that can - and often do - arise, we feel it is important to avoid
unnecessarily painting ourselves into a corner. We would also point out that Judge Wright's model Schedule of
Trial and Pre-Trial Dates militates against a premature close of fact discovery. If you insist, the Defendants
would be amenable to a fact discovery cutoff that precedes the close of expert discovery by one week (i.e.,
7/3/08).

Accordingly, we feel the following is a reasonable compromise:

| | |
|---|---|
| 5/16/08 | Initial expert disclosures |
| 6/13/08 | Rebuttal expert disclosures |
| 7/11/08 | Fact/Expert discovery cutoff (or Fact discovery cutoff on 7/3/08) |
| 7/28/08 | Stamps.com's opening Markman brief |
| 8/14/08 | Endicia's Opposition Markman brief |
| 8/25/08 | Stamps.com's reply Markman brief |
| 9/8/08 | Markman hearing |
| 9/22/08 | Settlement conference deadline |
| 11/3/08 | Last day to hear motions |
| 11/24/08 | File pretrial conference order, etc. |
| 12/5/08 | File voir dire questions, etc. |
| 12/8/08 | Pretrial conference (the current Scheduling Order has the PTC set for a Monday at 3:30 pm.) |
| 1/6/09 | Trial |

Cheers,
Dennis

---

**From:** Philip Graves [mailto:PGraves@graveslawpc.com]
**Sent:** Thursday, March 20, 2008 4:13 PM
**To:** Dennis Smith
**Cc:** Greg Long; Gary Clark
**Subject:** RE: Stamps.com v. Endicia

Dennis,

Let's try the following schedule:

| | |
|---|---|
| 5/16/08 | Initial expert disclosures |
| 5/30/08 | Fact discovery cutoff |
| 6/13/08 | Rebuttal expert disclosures |
| 7/11/08 | Expert discovery cutoff |
| 7/28/08 | Stamps.com's opening Markman brief |
| 8/11/08 | Endicia's Opposition Markman brief |
| 8/25/08 | Stamps.com's reply Markman brief |
| 9/8/08 | Markman hearing |
| 9/22/08 | Settlement conference deadline |
| 11/3/08 | Last day to hear motions |
| 11/24/08 | File pretrial conference order, etc. |
| 12/5/08 | File voir dire questions, etc. |
| 12/8/08 | Pretrial conference (the current Scheduling Order has the PTC set for a Monday at 3:30 pm.) |
| 1/6/09 | Trial |

We think that a fact discovery cutoff of 5/30 is reasonable, given that that is one month more than the current cutoff, and is actually after the opening expert reports. Also, I think that two weeks for the Markman opposition and two weeks for the reply is reasonable.

Regarding depositions, I would like to have some idea of the scheduling issues that we may be facing before we set a deadline for expert reports. I have to leave shortly, but I'll give you a call tomorrow to discuss.

Phil

Philip J. Graves, Esq.
Graves Law Office, P.C.
12121 Wilshire Blvd., Suite 775
Los Angeles, CA 90025

5/8/2008

T/310-295-6500
F/310-295-6501
www.graveslawpc.com

**From:** Dennis Smith [mailto:djsmith@sheppardmullin.com]
**Sent:** Thursday, March 20, 2008 12:53 PM
**To:** Philip Graves
**Cc:** Greg Long; Gary Clark
**Subject:** RE: Stamps.com v. Endicia

Phil,
Please find below the Defendants' counterproposals.  If you are amenable to this schedule please send us over
the joint stipulation.  I believe you were also interested in trying to reschedule depositions prior to filing the
stipulation.  Because we would like to have the stipulation filed sooner rather than later, and because it will take
some time to coordinate with our clients to clear schedules, it may be prudent to move forward with filing the
stipulation and address depositions later.  Let us know what you think.

| | |
|---|---|
| 5/16/08 | Initial expert disclosures |
| 6/13/08 | Rebuttal expert disclosures |
| 7/11/08 | Fact/Expert discovery cutoff |
| 7/28/08 | Stamps.com's opening Markman brief |
| 8/18/08 | Endicia's Opposition Markman brief |
| 8/25/08 | Stamps.com's reply Markman brief |
| 9/8/08 | Markman hearing |
| 9/22/08 | Settlement conference deadline |
| 11/3/08 | Last day to hear motions |
| 11/24/08 | File pretrial conference order, etc. |
| 12/5/08 | File voir dire questions, etc. |
| 12/8/08 | Pretrial conference (the current Scheduling Order has the PTC set for a Monday at 3:30 pm.) |
| 1/6/09 | Trial |

Cheers,
Dennis



333 South Hope Street
48th Floor
Los Angeles, CA 90071-1448
213.620.1780 *office*
213.620.1398 *fax*
***www.sheppardmullin.com***

**Dennis Smith**
213.617.5588 *direct* | 213.443.2904 *direct fax*
djsmith@sheppardmullin.com | *Bio*

Circular 230 Notice: In accordance with Treasury Regulations we notify you that any tax advice given herein (or in
any attachments) is not intended or written to be used, and cannot be used by any taxpayer, for the purpose of (i)
avoiding tax penalties or (ii) promoting, marketing or recommending to another party any transaction or matter
addressed herein (or in any attachments).

Attention: This message is sent by a law firm and may contain information that is privileged or confidential.  If you
received this transmission in error, please notify the sender by reply e-mail and delete the message and any
attachments.

**From:** Philip Graves [mailto:PGraves@graveslawpc.com]
**Sent:** Wednesday, March 19, 2008 2:27 PM
**To:** Dennis Smith

5/8/2008

**Cc:** Monick Halm; Marjorie Witter; Kirk Hermann; Tara Mitcheltree; Hamid Baradaran
**Subject:** Stamps.com v. Endicia

Dennis,

We think the following schedule makes sense, in light of Judge Wright's request for a Markman hearing:

| | |
|---|---|
| 5/16/08 | Initial expert disclosures |
| 5/30/08 | Fact discovery cutoff |
| 6/13/08 | Rebuttal expert disclosures |
| 7/11/08 | Expert discovery cutoff |
| 8/11/08 | Stamps.com's opening Markman brief |
| 8/18/08 | Endicia's Opposition Markman brief |
| 8/25/08 | Stamps.com's reply Markman brief |
| 9/8/08 | Markman hearing |
| 9/22/08 | Settlement conference deadline |
| 11/3/08 | Last day to hear motions |
| 11/24/08 | File pretrial conference order, etc. |
| 12/5/08 | File voir dire questions, etc. |
| 12/9/08 | Pretrial conference |
| 1/6/09 | Trial |

As we discussed, we would like to address deposition scheduling prior to finalizing the expert disclosure and discovery cutoff dates.

Please let me know if you have any comments or suggestions.

Best,
Phil

Philip J. Graves, Esq.
Graves Law Office, P.C.
12121 Wilshire Blvd., Suite 775
Los Angeles, CA 90025
T/310-295-6500
F/310-295-6501
www.graveslawpc.com

EXHIBIT F

## Dennis Smith

| | |
|---|---|
| **From:** | Dennis Smith |
| **Sent:** | Thursday, March 20, 2008 4:52 PM |
| **To:** | Monick Halm |
| **Subject:** | PSI adv. Stamps.com: Defendants' portions of the Joint Stip |
| **Attachments:** | (3.20.08) Smith Decl. for Stamps.com's Joint Stip.PDF; (3.20.08) Complete 37-2 Joint Stipulation Re Acquisition Documents.doc.DOC¤ |

Monick,
Please find attached the Defendants' portions of Stamps.com's Joint Stipulation and my declaration.  Let me know if you want to discuss.

Cheers,
Dennis

<u>EXHIBIT G</u>

1   GRAVES LAW OFFICE, P.C.
      Philip J. Graves (SBN 153441)
2   pgraves@graveslawpc.com
      Monick T. Paul (SBN 210987)
3   mpaul@graveslawpc.com
      Marjorie A. Witter (SBN 250061)
4   mwitter@graveslawpc.com
      12121 Wilshire Boulevard, Suite 775
5   Los Angeles, CA 90025
      Telephone: (310) 295-6500
6   Facsimile: (310) 295-6501

7   Attorneys for Plaintiff/Counterclaimant.
      STAMPS.COM INC.
8

9   GREGORY A. LONG, Cal. Bar No. 57642
      E-mail: glong@sheppardmullin.com
10   GARY A. CLARK, Cal. Bar No. 65455
      E-mail: gclark@sheppardmullin.com
11   DENNIS J. SMITH, Cal. Bar No. 233842
      E-mail: djsmith@sheppardmullin.com
12   DANIEL C. MUNIZ, Cal. Bar No. 240477
      E-mail: dmuniz@sheppardmullin.com
13   BRIDGETTE A. AGNESS, Cal. Bar No. 221900
      E-mail: bagness@sheppardmullin.com
14   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
      333 South Hope Street, 48th Floor
15   Los Angeles, California 90071-1448
      Telephone: (213) 620-1780
16   Facsimile: (213) 620-1398

17   Attorneys for Defendants and Counterclaimants
      ENDICIA, INC. and PSI SYSTEMS, INC.
18

19               UNITED STATES DISTRICT COURT

20               CENTRAL DISTRICT OF CALIFORNIA

21   STAMPS.COM, INC.,           Case No. CV 06-7499 ODW (CTx)

22             Plaintiff,

23                       **STIPULATION TO AMEND**
                          **SCHEDULING ORDER**
v.

24                       **[PROPOSED] AMENDED**
      ENDICIA, INC., and PSI SYSTEMS,   **SCHEDULING ORDER FILED**
25   INC.,                     **CONCURRENTLY HEREWITH**

26           Defendants.

27   AND RELATED COUNTERCLAIMS.

28

STIPULATION TO AMEND SCHEDULING
ORDER

Plaintiff Stamps.com Inc., and Defendants Endicia, Inc. and PSI Systems, Inc., hereby make this Stipulation with reference to the following facts:

1.      Plaintiff's Complaint was filed on November 22, 2006.  The Defendants filed an Answer to the Complaint on or about January 8, 2007.

2.      A scheduling conference was held on May 14, 2007, in which the Court set a scheduling order for this matter.

3.      On November 15, 2007, the Court issued an Order amending the scheduling order.  The scheduling order was subsequently amended on February 11, 2008, as follows:

| DATE | EVENT |
| --- | --- |
| 4/18/08 | Expert Disclosures due from party with burden of proof |
| 4/30/08 | Fact Discovery Cut-Off |
| 5/16/08 | Expert Disclosures due from party without burden of proof |
| 6/20/08 | Expert Discovery Cut-off |
| 7/25/08 | Last day to conduct Settlement Conference |
| 8/04/08 | Last day to hear Summary Judgment Motions |
| 9/08/08 | Last day to lodge: Pretrial Conference Order; and Pretrial Exhibit Stipulation<br><br>Last day to file: Motions in Limine; Contentions of Fact & Law; Exhibit List; Witness List; Status Report Regarding Settlement; Jury Instructions & Verdict Forms; Joint Statement Re Disputed Jury Instructions/Verdicts, etc… |
| 9/19/08 | Last day to file: Proposed Voir Dire Questions; Joint Statement of Case |
| 9/19/08, at 3:30 PM | Final Pretrial Conference |
| 10/06/08, at 4:00 PM | Hearing on disputed jury instructions and motions in limine |
| 10/16/08 | Last day to file Final Trial Exhibit Stipulation |

STIPULATION TO AMEND SCHEDULING ORDER

| 10/21/08, at 9:00 AM | Trial |

4.      Philip Graves, lead counsel for Stamps.com, was recently informed that his mother has inoperable brain cancer, and a life expectancy of approximately three months.  So as to provide Mr. Graves some time that he may spend with his family, the parties have stipulated to amend the Scheduling Order as set forth below, or as the Court may otherwise determine in its discretion:

| DATE | EVENT |
|---|---|
| 5/16/08 | Expert Disclosures due from party with burden of proof |
| 6/13/08 | Fact Discovery Cut-Off |
| 6/13/08 | Expert Disclosures due from party without burden of proof |
| 7/11/08 | Expert Discovery Cut-off |
| 7/28/08 | Plaintiff's Opening Claim Construction Brief |
| 8/14/08 | Defendants' Opposing Claim Construction Brief |
| 8/25/08 | Plaintiff's Reply Claim Construction Brief |
| 9/08/08 | Markman Hearing |
| 9/22/08 | Last day to conduct Settlement Conference |
| 11/03/08 | Last day to hear Summary Judgment Motions |
| 11/24/08 | Last day to lodge: Pretrial Conference Order; and Pretrial Exhibit Stipulation<br><br>Last day to file: Motions in Limine; Contentions of Fact & Law; Exhibit List; Witness List; Status Report Regarding Settlement; Jury Instructions & Verdict Forms; Joint Statement Re Disputed Jury Instructions/Verdicts, etc… |
| 12/05/08 | Last day to file: Proposed Voir Dire Questions; Joint Statement of Case |
| 12/08/08, at 3:30 PM | Final Pretrial Conference |
| 12/29/08, at 1:30 PM | Hearing on disputed jury instructions and motions in limine |
| 1/02/08 | Last day to file Final Trial Exhibit Stipulation |

STIPULATION TO AMEND SCHEDULING ORDER

| 1/06/08, at 9:00 AM | Trial |
| --- | --- |

5.    Additionally, Plaintiff and Defendants hereby request that the Court modify the briefing schedule on any summary judgment motions as follows: any summary judgment motion shall be filed and served by personal service at least 35 days prior to the hearing date; any opposition shall be filed and served by personal service at least 21 days prior to the hearing date; and any reply memorandum shall be filed and served by personal service at least 7 days prior to the hearing date.

SO STIPULATED by the undersigned parties,

Dated:  March 27, 2008          **GRAVES LAW OFFICE, P.C.**

By      _____
        */s/*Philip J. Graves
            PHILIP J. GRAVES

            Attorneys for Plaintiff
            STAMPS.COM INC.

Dated:  March 26, 2008          SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By      _____
        *Gregory A. Long*
            GREGORY A. LONG

            Attorneys for Defendants,
            ENDICIA, INC. and PSI SYSTEMS, INC.

-4-                     STIPULATION TO AMEND SCHEDULING ORDER

## PROOF OF SERVICE

I am over the age of eighteen years and not a party to this action.  My business address is Graves Law Office, P.C., 12121 Wilshire Boulevard, Suite 775, Los Angeles, California 90025.

On March 27, 2008, I served the following document entitled **STIPULATION TO AMEND SCHEDULING ORDER** on all interested parties to this action in the manner prescribed as follows:

*Attorneys for Defendants*
**ENDICIA, INC. and PSI SYSTEMS, INC.**
Gregory A. Long. Esq.
Gary A. Clark, Esq.
Dennis J. Smith, Esq.
Daniel C. Muniz, Esq.
Brigette A. Agness
SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP
333 South Hope Street, 48th Floor
Los Angeles, California  90071

__X__  **CM/ECF:** I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing, which transmits a Notice of Electronic Filing to the CM/ECF registrants listed above.

_____ **MAIL:** I placed true and correct copies of the document(s) in sealed envelope(s) addressed to the above addressee(s).  I am readily familiar with Graves Law Office, P.C.'s practice for collecting and processing of correspondence for mailing with the United States Postal Service, said practice being that, in the ordinary course of business, correspondence with postage fully prepaid is deposited with the United States Postal Service the same day as it is placed for collection.

_____ **FAX:** I caused the within document to be transmitted via facsimile transmission to the above addressee(s) at the above facsimile numbers before 5:00 p.m. on the above date.

_____ **EMAIL:** I transmitted true copies of the within document (without exhibits) electronically by means of email to the above addressee(s) at the above email address(es).

_____ **HAND:** I caused the within document to be hand-delivered to the above addressee(s) at the above address(es).

_____ **FEDEX:** I caused the within document to be delivered by Federal Express addressee(s) at the above address(es).

I declare that I am employed by a member of the bar at whose direction such service was made.

Executed on March 27, 2008, at Los Angeles, California.

Tara Mitcheltree

EXHIBIT H

# GRAVES LAW OFFICE, P.C.

12121 Wilshire Boulevard, Suite 775
Los Angeles, California 90025
Tel: (310) 295-6500
Fax: (310) 295-6501
www.graveslawpc.com

MONICK PAUL HALM
Direct Dial: (310) 295-6503
mpaul@graveslawpc.com

April 1, 2008

**VIA EMAIL**

Dennis J. Smith, Esq.
Sheppard Mullin Richter & Hampton LLP
333 S. Hope St., 48th Floor
Los Angeles, CA 90071

Re:   ***Stamps.com Inc. v. Endicia, Inc, et al.***
      USDC Case No. CV 06-7499 ODW (CTx)

Dear Dennis,

Pursuant to Western District of Washington Local Rule 37(a)(2)(A), the District of Massachusetts Local Rule 37.1(a) and Federal Rule of Civil Procedure ("FRCP") 37(a)(2)(B), I am writing to request a discovery conference regarding the BuyOlympia Corporation and Oz Development, Inc.'s Objections to Subpoena that we received in response to Stamps.com Inc.'s Subpoenas to the BuyOlympia Corporation ("BuyOlympia") and to Oz Development, Inc. ("Oz").

BuyOlympia and Oz's responses are deficient for the reasons, among others, that the responses consist of little more than boilerplate objections and neither Oz nor BuyOlympia have agreed to produce any documents in response to the Subpoenas. Further, BuyOlympia and Oz produced these objections, even though you represented to me when we last spoke that BuyOlympia and Oz were intending to produce documents in response to the subpoenas.

April 1, 2008
Page 2


       Please let me know your availability to meet and confer regarding these issues prior to **April 8, 2008**.

                     Regards,

                     GRAVES LAW OFFICE, P.C.

                     Monick Paul Halm


cc:    Philip J. Graves, Esq.

EXHIBIT I



**SHEPPARD MULLIN**
SHEPPARD MULLIN RICHTER & HAMPTON LLP
A T T O R N E Y S   A T   L A W

333 South Hope Street | 48th Floor | Los Angeles, CA 90071-1448
213-620-1780 *office* | 213-620-1398 *fax* | ***www.sheppardmullin.com***

Writer's Direct Line: 213-617-5588
djsmith@sheppardmullin.com

Our File Number: 096T-127795

April 7, 2008

***HAND DELIVERY***

Eric Davis, Esq
Graves Law Office, P.C.
12121 Wilshire Blvd., Suite 775
Los Angeles, CA 90025
edavis@graveslawpc.com

    Re:  <u>Stamps.com, Inc. v. Endicia, Inc.</u>
       Case No. CV 06-7499 ODW (CTx)

Dear Eric:

    This letter serves as the Defendants Endicia, Inc. and PSI Systems, Inc.'s request for a pre-filing conference of counsel pursuant to Local Rule 37-1, to discuss the claims from the patents-in-suit that Stamps.com Inc. proposes should be addressed during expert discovery.

    During the March 17, 2008 hearing on the Defendants' MOTION FOR SANCTIONS and MOTION TO LIMIT THE NUMBER OF ASSERTED CLAIMS, Stamps.com stated that it should not be limited to a certain number of claims prior to the close of expert discovery. On April 2, 2008, the Honorable Otis D. Wright issued an Order granting the Defendants' Motion to Limit Claims. The April 2, 2008 Order states that "[t]he Court limits the number of asserted claims to fifteen, but will remain flexible if plaintiffs [sic] show[s] good cause for additional claims."

    Requiring the Defendants to prepare expert reports analyzing hundreds of claims, despite Judge Wright's April, 2, 2008 Order, represents annoyance, an undue burden and an undue expense. If the parties cannot agree on a reasonable number of claims to which Stamps.com will be limited for purposes of the expert reports, the Defendants will move the Court for a protective order limiting the scope of expert discovery to 15 identified claims. FED. R. CIV. PROC. 26(c).

SHEPPARD MULLIN RICHTER & HAMPTON LLP

Mr. Eric Davis, Esq.
April 7, 2008
Page 2

      Please propose a day and time prior to **April 22, 2008**, on which you can participate in a pre-filing conference of counsel.

                    Sincerely,

                    Dennis J. Smith

          for SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

W02-WEST:1DJS1\400780252.1

EXHIBIT J

Case 2:06-cv-07499-ODW-CT Document 117-3 Filed 05/09/08 Page 48 of 265 Page ID #:4833

PSI adv. Stamps.com: M&C and deposition schedule                    Page 1 of 2

## Dennis Smith

| | |
|---|---|
| **From:** | Justin Sobodash [JSobodash@graveslawpc.com] |
| **Sent:** | Wednesday, April 16, 2008 6:40 PM |
| **To:** | Dennis Smith |
| **Cc:** | Philip Graves |
| **Subject:** | RE: PSI adv. Stamps.com: M&C and deposition schedule |

Dennis,

Phil is available at 10:00 a.m. Monday to discuss your request to limit the number of claims. We trust that you will also be prepared to discuss your responses to the subpoenas to BuyOlympia Corporation and Oz Development, Inc., which consist entirely of objections. It is my understanding that a document production was promised to Monick but nothing has occurred.

I look forward to hearing from you tomorrow about the deposition schedule. Is there a good time to contact you?

We look forward to our discussion Monday.

Thanks,

Justin

**From:** Dennis Smith [mailto:djsmith@sheppardmullin.com]
**Sent:** Wednesday, April 16, 2008 6:06 PM
**To:** Justin Sobodash
**Subject:** PSI adv. Stamps.com: M&C and deposition schedule

Justin,
I just listened to your voice message. You stated that Phil is available to meet and confer re limiting the number of claims at certain times on Monday. Please let me know if 10:00 am on Monday, April 21st works for Phil.

You also mentioned deposition schedules. We are waiting on confirmation from the client re availability, which we expect to receive tomorrow.

Cheers,
Dennis

---



SHEPPARD MULLIN
SHEPPARD MULLIN RICHTER & HAMPTON LLP
A T T O R N E Y S   A T   L A W

333 South Hope Street
48th Floor
Los Angeles, CA 90071-1448
213.620.1780 *office*
213.620.1398 *fax*
**www.sheppardmullin.com**

**Dennis Smith**
213.617.5588 *direct* | 213.443.2904 *direct fax*
djsmith@sheppardmullin.com | *Bio*

5/9/2008

Fsl adv. Stamps.com: M&C and deposition schedule                                    Page 2 of 2

Circular 230 Notice: In accordance with Treasury Regulations we notify you that any tax advice given herein (or in any attachments) is not intended or written to be used, and cannot be used by any taxpayer, for the purpose of (i) avoiding tax penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein (or in any attachments).

Attention: This message is sent by a law firm and may contain information that is privileged or confidential.  If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

5/9/2008

EXHIBIT K

1   GRAVES LAW OFFICE, P.C.
   Philip J. Graves (SBN 153441)
2   pgraves@graveslawpc.com
   Kirk Hermann (SBN 219620)
3   khermann@graveslawpc.com
   Marjorie A. Witter (SBN 250061)
4   mwitter@graveslawpc.com
   12121 Wilshire Blvd., Suite 775
5   Los Angeles, California  90025
   Telephone:  (310) 295-6500
6   Facsimile:  (310) 295-6501

7   Attorneys for Plaintiff/Counter-Defendant STAMPS.COM INC.

8                **UNITED STATES DISTRICT COURT**

9               **CENTRAL DISTRICT OF CALIFORNIA**

10

11   STAMPS.COM INC.,           )   CASE NO. CV 06-7499 ABC (CTx)

12           Plaintiff,      )

13         v.                )   **PLAINTIFF'S FIFTH SUPPLEMENTAL RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES (NO. 10)**

14   ENDICIA, INC., and PSI SYSTEMS, )
   INC.;

15

16          Defendants,   )

17   AND RELATED COUNTERCLAIMS )

18

19

20   PROPOUNDING PARTIES:      ENDICIA, INC. and PSI SYSTEMS, INC.

21   RESPONDING PARTY:        STAMPS.COM INC.

22   SET NUMBER:               ONE

23

24

25

26

27

28

1   Plaintiff STAMPS.COM INC. ("Plaintiff") hereby supplements its answers

2   and objections to certain of Defendants' First Set of Interrogatories (Nos. 1-14)

3   ("Interrogatories") pursuant to Federal Rules of Civil Procedure ("FRCP") Rule 33

4   and the applicable local court rules, as follows:

5                          **GENERAL OBJECTIONS**

6   The following general objections apply to each of the Interrogatories and are

7   incorporated by reference in each of Plaintiff's specific responses thereto:

8       1.    Plaintiff objects to every Interrogatory that purports to impose

9   obligations on Defendant beyond the requirements of the Federal Rules of Civil

10  Procedure and the applicable local rules, which will govern Plaintiff's responses.

11      2.    Plaintiff objects to the Interrogatories to the extent they seek materials

12  prepared in anticipation of litigation, or which contain or reflect or call for the

13  disclosure of the mental impressions, conclusions, opinions or legal theories of any

14  attorney for Plaintiff, or any other information protected by the Federal Rules of

15  Civil Procedure, California Code of Evidence, and the applicable local rules.

16      3.    Plaintiff objects to the Interrogatories to the extent that they seek

17  information protected from discovery under the attorney-client privilege, the work

18  product doctrine, the accountant-client privilege, or any other privilege recognized

19  under the law.  Plaintiff will not produce such information.

20      4.    Plaintiff objects to the Interrogatories to the extent they seek trade

21  secrets or other confidential or proprietary research, development, commercial, or

22  business information.  Plaintiff will produce such information, if requested and not

23  otherwise objectionable, only after entry of a suitable protective order.

24      5.    Plaintiff objects to the Interrogatories to the extent that they call for

25  identification or production of information that is a matter of public record and is

26  equally available to the requesting party.

27      6.    In responding, Plaintiff does not concede that any Interrogatory to

28  which Plaintiff responds is relevant to the subject matter of this litigation or

1 reasonably calculated to lead to the discovery of admissible evidence.  Plaintiff

2 expressly reserves both the right to object to further discovery into evidence of

3 responses to these Interrogatories.  Plaintiff also reserves the right to question the

4 authenticity, relevancy, materiality, privilege, and admissibility as evidence for any

5 purpose of the information provided and the documents identified and/or produced

6 in response to these Interrogatories, which may arise in any subsequent proceeding

7 in, or the trial of, this or any other action.

8       7.    Plaintiff reserves the right to amend, supplement, or revise its

9 responses as necessary up to and including the time of trial.

10       8.    Plaintiff objects to the characterization of the Interrogatories as

11 "continuing."  Plaintiff shall respond and supplement its responses to these

12 Interrogatories as required by the FRCP and applicable local rules.

13       9.    Plaintiff objects to the instructions provided with the Interrogatories to

14 the extent that they purport to be directed not only to Plaintiff, but also to other

15 individuals and entities that are separate and distinct from Plaintiff.

16       10.    Plaintiff objects to the definition of the term "Stamps.com," "you," or

17 "your" contained in the Interrogatories to the extent that the definition incorporates

18 individuals and entities that are separate and distinct from Defendant.

19       11.    Plaintiff objects to the definitions of the terms "refer to" and "relate

20 to" as contained in the Interrogatories on the ground that such definitions are vague

21 and ambiguous.

22       12.    In responding to the Interrogatories, Plaintiff states that it has

23 conducted a diligent search, reasonable in scope, of those files and records in its

24 possession or control believed to be the most likely to contain documents

25 responsive to the Interrogatories and has solicited relevant information from those

26 individuals employed or otherwise affiliated with Plaintiff believed to be the most

27 likely to have information responsive to the Interrogatories.  Plaintiff has not,

28 however, undertaken to search or review all of the files and records in Plaintiff's

1   possession, custody or control, nor has Plaintiff solicited documents or information

2   from every individual employed by or otherwise affiliated with Plaintiff because to

3   do so would be unduly burdensome and expensive.  In the event, therefore, that

4   further information, documents, records or files responsive to any of the

5   Interrogatories are identified or brought to Plaintiff's attention, Plaintiff reserves

6   the right to amend or supplement these responses.

7        13.    Plaintiff's investigation regarding these Interrogatories is ongoing,

8   and is not yet complete.  For example, Plaintiff's investigation regarding the

9   contributions made by particular inventors, the dates certain inventions were

10  conceived and reduced to practice, events relating to the first disclosure or

11  commercialization of inventions described in the patents, the identification of

12  persons with knowledge of the facts alleged in the Complaint, and the

13  identification of particular claims that are infringed by Defendants, is ongoing and

14  is not yet complete.  Accordingly, Plaintiff reserves the right to supplement its

15  answers and objections to these Interrogatories.

16        Subject to the foregoing, and without waiving same, Plaintiff hereby

17  responds to the Interrogatories as follows:

18               **RESPONSES TO INTERROGATORIES**

19  **INTERROGATORY NO. 10:**

20        Identify each claim of the Patents in Suit that is allegedly infringed by

21  Defendants, and provide a claim chart that identifies where each element of each

22  claim is found in each Accused Product, including the basis for each contention

23  that the element is present, and if you contend that there is infringement of any

24  claims under the doctrine of equivalents, indicate this on the claim chart and

25  explain each of the functions, way and result that you contend are equivalent, and

26  why you contend that any differences are not substantial, and if you contend the

27  there (sic) contributory infringement or infringement by inducement, identify each

28

**PLAINTIFF'S FIFTH SUPPLEMENTAL RESPONSES TO DEFENDANTS' FIRST SET OF
INTERROGATORIES (NO. 10)**

1    and every product or use thereof (whether or not owned and/or controlled by a

2    named defendant in this lawsuit) that constitutes the act of direct infringement.

3    **RESPONSE TO INTERROGATORY NO. 10:**

4        Stamps.com objects to this interrogatory on the grounds set forth in the

5    General Objections and incorporates these objections as if set forth in full herein.

6    Stamps.com further objects to this Interrogatory to the extent that it attempts to

7    elicit information protected by the attorney/client privilege, work-product doctrine,

8    the common interest and/or joint defense privilege, and/or any other applicable

9    privilege, immunity or other limitation on discovery.  Stamps.com further objects

10   to this Interrogatory on the grounds that it is compound and contains multiple

11   subparts, thus multiplying the number of interrogatories beyond this interrogatory.

12   Stamps.com objects to this Interrogatory on the grounds that it is a premature

13   contention interrogatory.

14        Subject to and without waiving Plaintiff's general and specific objections,

15   Plaintiff responds as follows:  At least the following claims of the Patents in Suit

16   are literally infringed by the Accused Products:

17        See Exhibit A.

18        The identification of the claims in Exhibit A is not intended to suggest, nor

19   does it, that other claims of the Patents in Suit are not also infringed by the

20   Accused Products.  Discovery is ongoing in this matter.  Accordingly, Stamps.com

21   reserves the right to supplement its response to this interrogatory following further

22   discovery.

23   DATED:   April 22, 2008          GRAVES LAW OFFICE P.C.

24

25                                    By:

26                                        Philip J. Graves
                                          Kirk Herman
27                                        Marjorie Witter
28                                    Attorneys for Plaintiff STAMPS.COM INC.

**EXHIBIT "A"**

| UNITED STATES PATENT 5,510,992 ||
|---|---|
| **Claim** | **Infringement** |
| 9. A general purpose processor-based system operable for outputting data pertaining to a postage meter stamp to be printed on a piece of mail, said system comprising: | Assuming arguendo that the preamble is a limitation:<br><br>Endicia's system includes a general purpose processor-based system (such as a server or a user's PC) operable for outputting data pertaining to a postage meter stamp to be printed on a piece of mail.  Endicia's system includes two Dell Poweredge 6600 servers, and an EMC CX300 Storage Array which functions as the data storage for the two Dell 6600 servers.  The EMC CX300 Storage Array is a disk array storage system that contains an array of up to 60 hard drives.  The hard drives are contained in disk modules, which are field-replaceable units which you can add or replace without tools while the array is powered up.  The disk modules are intended to serve as carriers for the hard drives.  The disk modules are small and easily portable with a plastic handle fitted to one's hand.  This is the third generation of what Endicia refers to as its database server.  The first generation consisted of a Dell Poweredge 1550 Server, and the second generation consisted of a Dell Poweredge 2650 Server.  Both of these servers use "hot swappable" hard drives for data storage, three for the Dell 1550 and five for the Del 2650.  These hard drives may be easily removed from the servers to which they are coupled, by merely pulling a latch on the hard disk module and pulling it out of a slot in the back of the server.  These hard drives are, like the disk modules in the EMC CX300 Storage Array, portable.  Also, see *e.g.*: Ex. 27, p. 11.  In addition, see www.endicia.com, which states "Endicia Internet Postage lets you print postage with just a computer, a printer, and an Internet connection." (Ex 14) |
| means for verifying that a universal storage means, programmed to contain a predetermined amount of postage that may be printed is coupled to said system, is an authorized storage means, said means for verifying using data retrieved from said storage means; | Endicia's system includes means for verifying that a universal storage means (such as a disk module included within an EMC CX300 Storage Array), programmed to contain a predetermined amount of postage that may be printed, is coupled to a server at Endicia and is an authorized storage means.  The verification uses data retrieved from the disk module.  *E.g.*, "…the E-STAMP Program verifies the TMU serial number associated with TMU button 18 coupled to processor-based system 10. If TMU button 18 has not been inserted within its receiver, at step 505, a message is flashed to the user to insert TMU button 18. If the wrong TMU button has been inserted and coupled to system 10, at step 506, a warning is flashed to the user to insert an authorized, or valid, TMU button." (Col. 7:24-31)  Also, *e.g.*, "Also note that while the portable memory has been shown to be a "button" memory, any memory device having some residual data capability will work, providing the security problems are overcome. Since algorithms can be used to control security a standard 'diskette' can be used if desired."  (Col. 8:65-67 to 9:1-3) |

| means for retrieving a portion of an amount of postage contained within said verified storage means; and | Endicia's system includes programming for retrieving a portion of an amount of postage contained within a disk module.  See, *e.g.*, "Endicia Internet Postage" (Ex 27), which displays a formatted postage meter stamp above which there is a print icon (p. 11)  and displays a formatted postage meter stamp being printed (p. 15). |
|---|---|
| means for outputting data pertaining to said retrieved portion along with data operable for printing said postage meter stamp including an indication of said retrieved postage portion | Endicia's system includes means for outputting data pertaining to said retrieved portion (such as data defining a postage indicia) along with data operable for printing a postage meter stamp including an indication of the retrieved postage.  See, *e.g.*, Ex. 27, p. 11.  *E.g.*, "The E-STAMP Program will automatically incorporate the aforementioned entered parameters--weight, class, zone--in order to correctly calculate the correct postage to print in conjunction with the meter stamp and to deduct from the postage amount stored within TMU button 18.  Lastly, in step 515, (and as shown in box 607) the E-STAMP Program utilizes the input/output ports of processor-based system 10 to send to printer/label maker 19 the correct data pertaining to the meter stamp to be printed on an envelope or label."  (Col. 8:23-32)  Also, *e.g.*, "Also note that while the portable memory has been shown to be a "button" memory, any memory device having some residual data capability will work, providing the security problems are overcome. Since algorithms can be used to control security a standard 'diskette' can be used if desired."  (Col. 8:65-67 to 9:1-3) |
| means operable prior to said outputting of data for displaying a graphical representation of said postage meter stamp including said retrieved portion of postage. | Endicia's system is operable to cause a graphical representation of a postage meter stamp, including retrieved postage, to be displayed on a user's computer monitor.  See, *e.g.*, Ex. 27, p. 11.  *E.g.*, "The E-STAMP Program interfaces with the user through the display screen and the keyboard, or mouse, of the PC."  (Col. 2:49-51)  Also, *e.g.*: "Note that during the selection of the various parameters within display 60, the E-STAMP Program may be implemented to update the postage amount displayed within meter display 601 as each parameter is chosen on essentially a real-time basis."  (Col. 8:41-45) |
| 10. The system as recited in claim 9 wherein said retrieving means is operable to retrieve a portion of postage stored on selected ones of said storage means. | Endicia's system includes programming operable to retrieve a portion of postage stored on selected ones of said storage means (e.g., selected ones of the disk modules within an EMC CX300 Storage Array).  See, *e.g.*, Ex. 27, p. 11.  Also *e.g.*, "The user will enter the desired amount of postage, the program will retrieve this postage stored within the TMU button, and the E-STAMP Program will print a meter stamp through a coupled printing device onto the envelope or label."  (Col. 3:16-20)  In addition, e.g., "Also note that while the portable memory has been shown to be a "button" memory, any memory device having some residual data capability will work, providing the security problems are overcome. Since algorithms can be used to control security a standard 'diskette' can be used if desired." (Col. 8:65-67 to 9:1-3) |

| | |
|---|---|
| 11. The system as recited in claim 9, further comprising: means for automatically deducting said retrieved portion of postage from said stored amount. | Endicia's system includes programming for automatically deducting a retrieved portion of postage from the amount stored in the disk module.  See, *e.g.*, Ex. 27, p. 11.  Also, *e.g.*: "Concurrently, the amount of postage printed is automatically deducted from the amount stored within TMU button 18."  (Col. 8:28-34). |
| 12. The system as recited in claim 9, wherein said outputting means is adaptable for coupling to a general purpose printer in order to print said postage meter stamp on said piece of mail. | Endicia's system includes outputting means (such as input/output ports) adaptable for coupling to a general purpose printer (such as a printer at Endicia, or a user's printer) in order to print a postage meter stamp on a piece of mail. See, *e.g.*, www.endicia.com, which states "Endicia Internet Postage lets you print postage with just a computer, a printer, and an Internet connection."  (Ex 14) |
| 13. The system as recited in claim 9 wherein said retrieving means is operable only upon receipt by said system of a preselected password. | All of the accused products, including Dazzle and Platinum Shipper, include retrieving programming operable only upon receipt by the system of a preselected password (i.e., a user's password).  *E.g.*, "Additionally, a special password could be dedicated for use with the E-STAMP Program so that access is only provided to users entering the correct password."  (Col. 3:42-45) |
| 15. The system as recited in claim 9, further comprising: means for outputting address related data in conjunction with said aforementioned data. | Endicia's software includes programming for outputting address related data (such as addressee data) in conjunction with the postage data. *E.g.*, "…return address box 603 is completed automatically or manually. The address within 603 may be automatically entered from the adjoining word processor program, the address may be selected from a drop-down box (not shown), or the address may be manually inputted. Any entered address may be saved within the E-STAMP Program. Additionally, if a return address is not desired, it may be omitted.  Thereafter, in step 509, the contents of address box 605 are entered in a manner similar to the contents of return address 603."  (Col. 7:55-65) |

3

| | |
|---|---|
| 16. The system as recited in claim 15 wherein said address related data is received from a word processing program residing within said system. | Endicia's software receives address related data from a word processing program (such as MS Word) residing within a user's computer.  See, e.g., http://www.endicia.com/Developers/, which states: "Endicia's XML interface allows you to integrate DAZzle, our desktop shipping solution, into your very own application. By integrating DAZzle, USPS shipping labels can be printed with a variety of postage options from any computer." (Ex 36)  Also *e.g.*, "…return address box 603 is completed automatically or manually. The address within 603 may be automatically entered from the adjoining word processor program, the address may be selected from a drop-down box (not shown), or the address may be manually inputted. Any entered address may be saved within the E-STAMP Program. Additionally, if a return address is not desired, it may be omitted.  Thereafter, in step 509, the contents of address box 605 are entered in a manner similar to the contents of return address 603." (Col. 7:55-65) |
| 18. The system as recited in claim 17 further comprising means for removing said storage means from said system while the data from said storage medium remains associated with said system. | Endicia's system includes means for removing the disk modules from the system (such as by removing them from the EMC CX300 Storage Array) while the data on the hard disk incorporated within Endicia's servers or a user's PC remains associated with the system.  Further, each drive has a unique serial number burned into memory that is an unalterable identity.  *E.g.*: "Also note that while the portable memory has been shown to be a "button" memory, any memory device having some residual data capability will work, providing the security problems are overcome. Since algorithms can be used to control security a standard 'diskette' can be used if desired." (Col. 8:65-67 to 9:1-3)  Further, see www.endicia.com, "Endicia Internet Postage lets you print postage with just a computer, a printer, and an Internet connection."  Endicia's system includes two Dell Poweredge 6600 servers, and an EMC CX300 Storage Array which functions as the data storage for the two Dell 6600 servers.  The EMC CX300 Storage Array is a disk array storage system that contains an array of up to 60 hard drives.  The hard drives are contained in disk modules, which are field-replaceable units which you can add or replace without tools while the array is powered up.  The disk modules are intended to serve as carriers for the hard drives.  The disk modules are small and easily portable with a handle fitted to one's hand.  This is the third generation of what Endicia refers to as its database server.  The first generation consisted of a Dell Poweredge 1550 Server, and the second generation consisted of a Dell Poweredge 2650 Server.  Both of these servers use "hot swappable" hard drives for data storage, three for the Dell 1550 and five for the Del 2650.  These hard drives may be easily removed from the servers to which they are coupled, by merely pulling a latch on the hard disk module and pulling it out of a slot in the back of the server.  These hard drives are, like the disk modules in the EMC CX300 Storage Array, portable. |

| 19. Under control of a general purpose processing system, the method of outputting data pertaining to a postage meter stamp to be printed on a piece of mail, said method comprising the steps of: | Assuming arguendo that the preamble is a limitation:<br><br>Endicia uses a system that outputs data pertaining to a postage meter stamp to be printed on a piece of mail and is under control of a general purpose processing system (such as a server at Endicia, or the user's computer).  See *e.g.*, www.endicia.com, "Endicia Internet Postage lets you print postage with just a computer, a printer, and an Internet connection." (Ex. 14) |
|---|---|
| loading into said general purpose processing system an application program containing instructions for directing said general purpose processing system to interact with a user to control said outputting of data | Endicia uses a system that includes an application program containing instructions for directing a general purpose processing system (such as Endicia's servers or a user's computer) to interact with a user to control the outputting of postage data. |
| inserting a storage device into a temporary holder connected to said general purpose processing system, said storage device containing therein data bits representing postage amounts and containing data representing a unique unalterable identity of said storage device; | Endicia uses a system that includes a storage device (such as a disk module) inserted into a temporary holder (such as a holder in a CX300 Storage Array) connected to a general purpose processing system, containing data representing postage amounts and containing data representing a unique unalterable identity of the storage device.  See *e.g.*, Ex. 25, pp. 3, 20. |

| | |
|---|---|
| verifying under control of a handshake between said storage device and said application program that said storage device is an authorized storage device and that said loaded application program is also authorized using said unique data stored within and retrieved from said storage device; | Endicia's method comprises verifying under control of a handshake between a storage device and an application program that said storage device is an authorized storage device and that said loaded application program is also authorized using said unique data stored within and retrieved from said storage device. |
| retrieving a portion of an amount of said postage from said inserted storage device; and | Endicia's method comprises means for retrieving a portion of an amount of said postage from said inserted storage device.  See, *e.g.*, Ex. 27, p. 11. |
| outputting for use of a general purpose printer data pertaining to said retrieved portion along with data operable for printing on said general purpose printer said postage meter stamp including an indication of said retrieved portion. | Endicia's method comprises outputting for use of a general purpose printer data pertaining to said retrieved portion along with data operable for printing on said general purpose printer said postage meter stamp including an indication of said retrieved portion. |
| 20.  The method as recited in claim 19 wherein said retrieving step is responsive to user input. | Endicia's method comprises means for retrieving a portion of an amount of said postage from said inserted storage device that is responsive to user input.  See, *e.g.*, Ex. 27, p. 11. |

| | |
|---|---|
| 21. The method as recited in claim 19, further comprising the step of: automatically deducting said retrieved portion of postage from said amount. | Endicia's method comprises the step of automatically deducting a retrieved portion of postage from the postage amount. See, *e.g.*, Ex. 27, p. 11.   See, *e.g.*, Ex. 27, p. 11. |
| 23. The method as recited in claim 19, further comprising the steps of: | |
| entering a weight of said piece of mail; and | At least Platinum Shipper and Dazzle allow a user to enter a weight associated with an item to be shipped. |
| Automatically calculating a correct postage to be applied to said piece of mail as a function of said weight, wherein said retrieved portion is equal to said correct postage. | The Endicia products calculate the correct postage based in part on the weight of the item to be shipped. |
| 24. The method as recited in claim 19, further comprising the steps of: | |
| Entering a class of said piece of mail; and | Endicia software allows for the class of the mail entered into the system that is specific to the particular mailpiece. For example, a user may enter the class of the postage into the Postage Options menu when running the DAZzle application. *E.g.*, "The E-STAMP program will automatically incorporate the aforementioned entered parameters- weight, class, zone-in order to correctly calculate the correct postage to print in conjunction with the meter stamp." (Col. 16:19-22) (Exhibit 8) |

| | |
|---|---|
| Automatically calculating a correct postage to be applied to said piece of mail as a function of said class, wherein said retrieved portion is equal to said correct postage. | The Endicia products calculate the correct postage based in part on the class of the item to be shipped. |
| 25.  The method as recited in claim 19, further comprising the step of: | |
| displaying a graphical representation of said postage meter stamp including said retrieved portion of postage. | Endicia's system is operable to cause a graphical representation of a postage meter stamp, including retrieved postage, to be displayed on a user's computer monitor.  See, *e.g*., Ex. 27, p. 11.  *E.g*., "The E-STAMP Program interfaces with the user through the display screen and the keyboard, or mouse, of the PC." (Col. 2:49-51)  Also, *e.g.*: "Note that during the selection of the various parameters within display 60, the E-STAMP Program may be implemented to update the postage amount displayed within meter display 601 as each parameter is chosen on essentially a real-time basis." (Col. 8:41-45) |
| 26.  The method as recited in claim 19 wherein said retrieving step is operable only upon receipt by said system of a preselected password. | Endicia's system includes a retrieving step operable only upon receipt of the system of preselected password.  For example, Endicia's system includes programming for verifying, from data retrieved from said storage means, that said data storage means is authorized to receive data pertaining to an amount of postage.  See e.g., Ex. 25, pp. 3, 20.  Also, e.g., "Step 2-'E-STAMP' will match its Password 1 (BLINTON) with the TMU's Password 1." (Col. 7:34-35)  At least Platinum Shipper and Dazzle |
| 27.  The method as recited in claim 19, further comprising the step of: outputting address related data in conjunction with said aforementioned data. | Endicia's method further includes the step of outputting address related data in conjunction with printer data pertaining to said retrieved portion along with data operable for printing on said general purpose printer said postage meter stamp including an indication of said retrieved portion. |

| | |
|---|---|
| 28.  The method as recited in claim 27 wherein said address related data is received from a word processing program residing within said system. | Dazzle provides for Microsoft word integration. |
| 29. A processor-based system adaptable for inputting to a universal data storage means data pertaining to an amount of postage, said system comprising: | Assuming arguendo that the preamble is a limitation:<br><br>Endicia's system is adaptable for inputting to a universal data storage means (such as a disk module in a CX300 Storage Array) data pertaining to an amount of postage. |
| means for removably coupling said data storage means to said system; | Endicia's system includes hardware and software for removably coupling a data storage means (such as a disk module in a CX300 Storage Array) to the system.  E.g., "…couple the button to a corresponding receiving apparatus coupled to the processor-based system so that portions of the obtained postage may be downloaded to the E-STAMP Program upon a request by the customer." (Col. 3:2-8)  Also, e.g., "Also note that while the portable memory has been shown to be a "button" memory, any memory device having some residual data capability will work, providing the security problems are overcome. Since algorithms can be used to control security a standard 'diskette' can be used if desired." (Col. 8:65-67 to 9:1-3) |
| means including unique data unalterably stored in said data storage means for verifying from data retrieved from said storage means that said data storage means is authorized to receive data pertaining to an amount of postage; | Endicia's system includes means, including unique data stored in said data storage means (such as a disk module), for verifying from data retrieved from said storage means that said data storage means is authorized to receive data pertaining to an amount of postage.  See e.g., Ex. 25, pp. 3, 20. |

| means for verifying, from data retrieved from said storage means, that said data storage means is authorized to receive data pertaining to an amount of postage; | Endicia's system includes programming for verifying, from data retrieved from said storage means, that said data storage means is authorized to receive data pertaining to an amount of postage.  See e.g., Ex. 25, pp. 3, 20.  Also, e.g., "Step 2-'E-STAMP' will match its Password 1 (BLINTON) with the TMU's Password 1." (Col. 7:34-35) |
|---|---|
| means operable for receiving user input pertaining to a desired amount of postage to be stored within said data storage means; | Endicia's system includes programming and input/output ports operable for receiving user input pertaining to a desired amount of postage to be stored within the disk modules.  E.g., "System 10 includes chassis 11 enclosing processor ("CPU") 12 and storage device 14. Coupled to CPU 12 is display 13, keyboard 15 and mouse 16. Furthermore, system 10 is adapted for coupling with conventional Touch Memory Utility ("TMU") button 18, shown engaged with button holder 17. In a preferred embodiment, system 10 is a PC. In an alternative embodiment, the system 10 could be part of a main-frame computer or system 10 could be part of a networked system." (Col. 4:44-52)  Also, e.g., "Also note that while the portable memory has been shown to be a "button" memory, any memory device having some residual data capability will work, providing the security problems are overcome. Since algorithms can be used to control security a standard 'diskette' can be used if desired." (Col. 8:65-67 to 9:1-3) |
| means, responsive to said received user input, for transferring said desired amount of postage to said data storage means; | Endicia's system includes means, responsive to said received user input, for transferring said desired amount of postage to said data storage means.  E.g., "...the present invention is embodied within a processor-based system located at a business--offices. A means is provided for purchasing a desired amount of postage at a U.S. Post Office and for storing this purchased amount within a storage means. Thereafter, a user may invoke the processor-based system to access the storage means and retrieve a portion of this stored amount of postage for subsequent printing on an envelope, or a label, via a printing means coupled to the processor-based system, a desired amount of postage in a form similar to that employed by a conventional postage meter." (Col. 2:28-39)  Also, e.g.: "The user may call a number (the Post Office) and have the Post Office transfer the required amount by MODEM." (Col. 2:64-66)  In addition, see, e.g.: "Alternatively, a pair of systems 10 may be linked together through Public Switched Network ("PSN") 102 via modem 101 or directly through digital telecommunications trunks (not shown)." (Col. 5:1-4) |

| means for storing an identification pertaining to said system within said data storage means along with said transfer of said amount of postage; and | Endicia's system includes means for storing (such as a disk module) an identification pertaining to said system (such as a customer's account number) within said data storage means along with said transfer of said amount of postage. For example, account identifiers on the Dazzle interface show the amount of postage that a customer has.  E.g., "…the E-STAMP Program verifies the TMU serial number associated with TMU button 18 coupled to processor-based system 10. If TMU button 18 has not been inserted within its receiver, at step 505, a message is flashed to the user to insert TMU button 18. If the wrong TMU button has been inserted and coupled to system 10, at step 506, a warning is flashed to the user to insert an authorized, or valid, TMU button." (Col. 7:24-31).  Also, e.g., "Also note that while the portable memory has been shown to be a "button" memory, any memory device having some residual data capability will work, providing the security problems are overcome. Since algorithms can be used to control security a standard 'diskette' can be used if desired." (Col. 8:65-67 to 9:1-3) |
| means for displaying to a user an identification of said verified data storage means. | Endicia's system includes means for displaying (hardware and software) to a user an identification (such as a customer's account number) of said verified storage means.  See, e.g., "In another preferred embodiment of the present invention, the display screen coupled to the processor-based system employs a "windows" type display for interfacing with the user. Through the display screen, the E-STAMP Program will request a password from the user and the amount of postage the user wishes to apply to a piece of outgoing mail or corresponding label for subsequent application to a package or envelope." (Col. 3:9-16). |
| 31. The system as recited in claim 29, further comprising: means, including data contained within said data storage means, for verifying that said data storage means is authorized to receive said data pertaining to said amount of postage. | Endicia's system includes programming for verifying information (such as by validating a customer's serial number or password) that said data storage means (such as disk module in a CX300 Storage Array) is authorized to receive said data pertaining to said amount of postage.  E.g., "Step 2-'E-STAMP' will match its Password 1 (BLINTON) with the TMU's Password 1." (Col. 7:34-35) |
| 32. The system as recited in claim 29 wherein said receiving means is only operable upon receiving a valid password from said user | A user of the Endicia system may only request that postage credit be added to her account after entering a valid password.  E.g., "Additionally, a special password could be dedicated for use with the E-STAMP Program so that access is only provided to users entering the correct password." (Col. 3:42-45) |

| UNITED STATES PATENT 5,682,318 | |
|---|---|
| **Claim** | **Infringement** |
| 1. A computer program product having a computer readable medium having computer program logic recorded thereon for printing a postage indicia with a desired amount of postage onto a piece of mail in a general purpose computer system having a general purpose storage means, the computer program product comprising: | Assuming arguendo that the preamble is a limitation:<br><br>Endicia's system includes a computer readable medium (such as the hard drives coupled to the CX300 Storage Array and the hot swappable hard drives within PSI's servers) having computer program logic recorded thereon for printing a postage indicia with a desired amount of postage onto a piece of mail in a general purpose computer system having a general purpose storage means (such as a disk module in a CX300 Storage Array).  *E.g.*, "In a preferred embodiment of the present invention, the processor-based system is a personal computer ('PC') located within the business office. The PC will store a program, hereinafter referred to as the 'E-STAMP Program,' which requests input from the user on the amount of desired postage and subsequently prints on an envelope through a printer attached to the PC, or on a label through a printer or a special purpose label-maker coupled to the PC the desired amount of postage in the form of a typical meter stamp."  (Col. 2:46-55)  Also, see www.endicia.com, "Endicia Internet Postage lets you print postage with just a computer, a printer, and an Internet connection." |
| a computer readable storage medium; and | Endicia's system includes a computer readable storage medium, such as the hard disks incorporated into Endicia's servers.  Endicia's system includes two Dell Poweredge 6600 servers, and an EMC CX300 Storage Array which functions as the data storage for the two Dell 6600 servers.  The EMC CX300 Storage Array is a disk array storage system that contains an array of up to 60 hard drives.  The hard drives are contained in disk modules, which are field-replaceable units which you can add or replace without tools while the array is powered up.  This is the third generation of what Endicia refers to as its database server.  The first generation consisted of a Dell Poweredge 1550 Server, and the second generation consisted of a Dell Poweredge 2650 Server.  Both of these servers use "hot swappable" hard drives for data storage, three for the Dell 1550 and five for the Del 2650.  These hard drives are, like the disk modules in the EMC CX300 Storage Array, portable. |
| a computer program stored in said storage medium comprising: | Endicia's servers have stored on their hard drives programming for coupling the server to a remote computer system (such as, for example, a user's computer or a server containing customer financial data for VISA or Mastercard), allowing the remote system to communicate with the hard drives within the CX300 Storage Array to increase the amount of postage stored in the disk modules, as well as hardware for enabling data transfer. |

| postage means for storing postage data indicating a total amount of postage in the general purpose storage means, said general purpose storage means being directly accessible by said general purpose computer; and | Endicia's Dell Poweredge servers have stored on their hard drives programming for storing data indicating a total amount of postage in a general purpose storage means, such as the disk modules within the CX300 Storage Array coupled to Endicia's Dell Poweredge servers.  The disk modules are directly accessible by at least one of the Dell Poweredge servers.  "Also note that while the portable memory has been shown to be a 'button' memory, any memory device having some residual data capability will work, providing the security problems are overcome.  Since algorithms can be used to control security a standard 'diskette' can be used if desired."  (Col. 8:67-9:5) |
|---|---|
| coupling means for coupling the general purpose computer system to a remote computer system, wherein the remote computer system can communicate with the postage means to increase the amount of postage stored in the general purpose storage means. | Endicia's Dell Poweredge servers have stored on their hard drives programming for coupling the server to a remote computer system (such as a user's computer or a server containing customer financial data for VISA or Mastercard), allowing the remote system to communicate with the disk modules within the CX300 Storage Array to increase the amount of postage stored in the disk modules, as well as hardware for enabling data transfer.  *E.g.*: "The user may call a number (Post Office) and have the Post Office transfer the required amount by MODEM."  (Col. 3:3-6)  Also, *e.g.*, "a pair of systems 10 may be linked together through Public Switched Network ("PSN") 102 via modem 101 or directly through digital telecommunications trunks (not shown)."  (Col. 5:5-9) |

13

| | |
|---|---|
| 2. The computer program product of claim 1, further comprising: means for automatically calculating a correct amount of postage for the piece of mail; and means for automatically deducting the correct amount of postage from the total amount of postage and storing a resulting amount of postage in the general purpose storage means. | At least DAZzle includes programming for automatically calculating a correct amount of postage for the piece of mail.  See, *e.g.* Ex. 27, p. 11  In addition, Endicia's servers include programming for automatically deducting the requested amount of postage from the total amount of postage (see, *e.g.*, Ex. 27, p. 11) and storing a resulting amount of postage in the general purpose storage means (such as the disk modules within the CX300 Storage Array).   *E.g.*: "The E-STAMP Program will automatically incorporate the aforementioned entered parameters--weight, class, zone--in order to correctly calculate the correct postage to print in conjunction with the meter stamp and to deduct from the postage amount stored within TMU button 18.  Lastly, in step 515, the E-STAMP Program utilizes the input/output ports of processor-based system 10 to send to printer/label maker 19, the correct data pertaining to the meter stamp to be printed on an envelope or label.  Concurrently, the amount of postage printed is automatically deducted from the amount stored within TMU button 18. Other information is also automatically updated including the usage record for this particular serial number of TMU button 18 and any other information, such as the addressee, the postage amount, the date, and the original denomination." (Col. 8:28-42)  Also, *e.g.*, "Also note that while the portable memory has been shown to be a "button" memory, any memory device having some residual data capability will work, providing the security problems are overcome. Since algorithms can be used to control security a standard "diskette" can be used if desired." (Col. 8:67 to 9:1-5) |
| 3. The computer program product of claim 1, wherein the computer program is stored in the general purpose storage means. | Endicia's production of documents is not yet complete, and accordingly Stamps.com's discovery regarding infringement is as of yet incomplete.  Therefore, Stamps.com reserves the right to supplement this response to include facts regarding infringement of this claim. |
| 4. The computer program product of claim 1, wherein the general purpose storage means is adapted to hold a word processing program. | Endicia's production of documents is not yet complete, and accordingly Stamps.com's discovery regarding infringement is as of yet incomplete.  Therefore, Stamps.com reserves the right to supplement this response to include facts regarding infringement of this claim. |
| 7. The computer program product of claim 1, further comprising: preventing means for preventing unauthorized access to the postage data in the storage means. | Endicia's products require that a user supply a password.  Also, Endicia's Dell Poweredge servers include programming for preventing unauthorized access to the postage data in the disk modules, such as programming requiring that users input a password when requesting postage.  In addition, Endicia's servers use an IBM 4578 PCI cryptographic coprocessor to provide further security for transaction processing, and encrypt certain data stored on the hard drives to provide further security.  See *e.g.*, Ex. 25, pp. 3, 20.  *E.g.,* "Additionally, a special password could be dedicated for use with the E-STAMP Program so that access is only provided to users entering the correct password."  (Col. 3:48-50) |

| | |
|---|---|
| 8. The computer program product of claim 1, further comprising: means for formatting data to be sent to a printer coupled to the general purpose computer system, wherein the formatted data is operable to print the postage indicia indicating the correct amount of postage. | At least DAZzle includes hardware and software for formatting data to be sent to a printer coupled to the general purpose system, wherein the formatted data is operable to print the postage indicia indicating the correct amount of postage.  See, *e.g.*, "Endicia Internet Postage" (Ex. 27), which displays a formatted postage meter stamp above which there is a print icon (p. 11)  and displays a formatted postage meter stamp being printed (p. 15).  *E.g.*: "The PC will store a program, hereinafter referred to as the 'E-STAMP Program,' which requests input from the user on the amount of desired postage and subsequently prints on an envelope through a printer attached to the PC, or on a label through a printer or a special purpose label-maker coupled to the PC the desired amount of postage in the form of a typical meter stamp." (Col. 2:48-55)  Also, see www.endicia.com, "Endicia Internet Postage lets you print postage with just a computer, a printer, and an Internet connection."  (Ex. 14) |
| 9. The computer program product of claim 8, further comprising: means for printing address information onto the piece of mail. | At least DAZzle includes hardware and software for printing address information onto a piece of mail.  See, *e.g.*, "Endicia Internet Postage" (Ex 27), which displays a formatted postage meter stamp above which there is a print icon (p. 11)  and displays a formatted postage meter stamp being printed (p. 15).  Also *e.g.*: "Next, at step 508, return address box 603 is completed automatically or manually. The address within 603 may be automatically entered from the adjoining word processor program, the address may be selected from a drop-down box (not shown), or the address may be manually inputted. Any entered address may be saved within the E-STAMP Program. Additionally, if a return address is not desired, it may be omitted.  Thereafter, in step 509, the contents of address box 605 are entered in a manner similar to the contents of return address 603." (Col. 7:60-67 to 8:1-3)  Also, see http://www.endicia.com/Features/AddressVerification/, which states "Endicia regularly updates its USPS databases, so that recent addresses are merged into the system. For rural or new addresses that are not yet included in USPS databases, Endicia allows you to override the address correction step. If you are sure the address is deliverable (for example, you've contacted your customer and confirmed the address) you can print postage labels to unverified addresses, if any two of the city, state, and ZIP code are consistent with each other. This lets your mail reach the destination Post Office where local carriers who are familiar with the area can complete delivery." |

15

| 10. The computer program product of claim 8, further comprising: means for printing a message along with the postage indicia. | At least DAZzle includes hardware and software for formatting data to be sent to a printer coupled to the general purpose system, wherein the formatted data is operable to print the postage indicia indicating the correct amount of postage.  See, *e.g.*, "Endicia Internet Postage" which displays postage indicia which can be printed with one of many different photographs that contain a message. (Ex. 27, p. 12)  *E.g.*: "Message box 611 is provided to allow the user to add a message or greeting (e.g., "Happy Holidays") to be printed next to the meter stamp."  (Col. 8:56-58).  Also, see *e.g.* http://www.endicia.com/Support/TechNote/LabelCustomization/, which states "You can easily add your company's logo or any image to your shipping labels with Endicia. You can also add special messages to your labels, something we call 'Rubber Stamps.'"  (Ex. 29)  Further see *e.g.*, http://www.endicia.com/CaseStudies/ChessHouse/, which states that printed postage can contain a message such as "Happy Birthday."  (Ex. 30) |
| 11. A general purpose computer system for printing a postage meter stamp indicating a desired amount of postage onto a piece of mail, comprising: | Assuming arguendo that the preamble is a limitation:<br><br>Endicia has a general purpose computing system (such as Endicia's server system) for printing a postage meter stamp indicating a desired amount of postage onto a piece of mail.  See, *e.g.*, Endicia Internet Postage (http://www.upu.int/standards/en/2007-12-05_advance_postage_meter_systems.pdf) page 11, displaying a formatted postage meter stamp above which there is a print icon and page 15 displaying a formatted postage meter stamp being printed.  Also, see www.endicia.com, "Endicia Internet Postage lets you print postage with just a computer, a printer, and an Internet connection." |
| storage means for storing data, said storage means providing direct data access to said general purpose computer; | Endicia's system includes disk modules within the CX300 Storage Array for storing data (such customer's amount of postage) providing direct data access to a general purpose computer (such as Endicia's Dell Servers).  Endicia's system includes two Dell Poweredge 6600 servers, and an EMC CX300 Storage Array which functions as the data storage for the two Dell 6600 servers.  The EMC CX300 Storage Array is a disk array storage system that contains an array of up to 60 hard drives.  The hard drives are contained in disk modules, which are field-replaceable units which you can add or replace without tools while the array is powered up.  This is the third generation of what Endicia refers to as its database server.  The first generation consisted of a Dell Poweredge 1550 Server, and the second generation consisted of a Dell Poweredge 2650 Server.  Both of these servers use "hot swappable" hard drives for data storage, three for the Dell 1550 and five for the Del 2650.  These hard drives are, like the disk modules in the EMC CX300 Storage Array, portable.  *E.g.*, "Also note that while the portable memory has been shown to be a "button" memory, any memory device having some residual data capability will work, providing the security problems are overcome. Since algorithms can be used to control security a standard "diskette" can be used if desired." (Col. 8:67 to 9:1-5) |

16

| | |
|---|---|
| an application program stored in the storage means, the application program comprising: | Endicia's system includes an application program (such as the server programming for Endicia's Internet Postage products such as DAZzle) stored in the storage means (such as the disk modules within Endicia's EMC CX300 Storage Array). |
| postage means for storing data indicating an amount of postage in the storage means; and | Endicia's system includes server programming for its Internet Postage products, such as DAZzle, that causes data indicating an amount of postage to be stored on the hard drives in Endicia's EMC CX300 Storage Array.  *E.g.*, "Also note that while the portable memory has been shown to be a "button" memory, any memory device having some residual data capability will work, providing the security problems are overcome. Since algorithms can be used to control security a standard "diskette" can be used if desired." (Col. 8:67 to 9:1-5) |
| means for coupling the general purpose computer system to a remote computer system, wherein the remote computer system can communicate with the application program to increase the amount of postage stored in the storage means. | Endicia's system includes server programming for its Internet Postage products, such as DAZzle, that that enables coupling the server to a remote computer system (such as a user's PC or a server containing customer financial data for VISA or Mastercard), allowing the remote system to communicate with the disk modules within the CX300 Storage Array to increase the amount of postage stored in the disk modules.  *E.g.*: "...a pair of systems 10 may be linked together through Public Switched Network ("PSN") 102 via modem 101 or directly through digital telecommunications trunks (not shown)."  (Col. 5:5-8)  Also, see www.endicia.com, "Endicia Internet Postage lets you print postage with just a computer, a printer, and an Internet connection." |
| 12. The computer system of claim 11, wherein the application program further comprises: means for automatically calculating a correct amount of postage for the piece of mail; and means for automatically deducting the correct amount of postage from the total amount of postage and storing a resulting amount of postage in the storage means. | The application program of Endicia's general purpose computing system for printing a postage meter stamp includes programming for automatically calculating a correct amount of postage for the piece of mail.  In addition, Endicia's servers include programming for automatically deducting the requested amount of postage from the total amount of postage and storing a resulting amount of postage in the CX300 Storage Array.  Also, *e.g.*: "Lastly, in step 515, the E-STAMP Program utilizes the input/output ports of processor-based system 10 to send to printer/label maker 19, the correct data pertaining to the meter stamp to be printed on an envelope or label. Concurrently, the amount of postage printed is automatically deducted from the amount stored within TMU button 18. Other information is also automatically updated including the usage record for this particular serial number of TMU button 18 and any other information, such as the addressee, the postage amount, the date, and the original denomination."  (Col. 8:33-42)  Further, *e.g.*, "Also note that while the portable memory has been shown to be a "button" memory, any memory device having some residual data capability will work, providing the security problems are overcome. Since algorithms can be used to control security a standard "diskette" can be used if desired." (Col. 8:67 to 9:1-5) |

| | |
|---|---|
| 13. The computer system of claim 11, wherein the storing means is adapted to hold a word processing program. | A hard disk in the storage array may hold a word processing program (such as MS Word). |
| 14. The computer system of claim 11, wherein the storage means comprises disk-based storage system. | Endicia's system includes disk modules within the CX300 Storage Array for storing data.  Endicia's system includes two Dell Poweredge 6600 servers, and an EMC CX300 Storage Array which functions as the data storage for the two Dell 6600 servers.  The EMC CX300 Storage Array is a disk array storage system that contains an array of up to 60 hard drives.  The hard drives are contained in disk modules, which are field-replaceable units which you can add or replace without tools while the array is powered up.  This is the third generation of what Endicia refers to as its database server.  The first generation consisted of a Dell Poweredge 1550 Server, and the second generation consisted of a Dell Poweredge 2650 Server.  Both of these servers use "hot swappable" hard drives for data storage, three for the Dell 1550 and five for the Dell 2650.  These hard drives are, like the disk modules in the EMC CX300 Storage Array, portable. |
| 17. The computer system of claim 11, further comprising: preventing means for preventing unauthorized access to the data in the storage means. | Endicia's servers include programming for preventing unauthorized access to the postage data in the disk modules, such as programming requiring that users input a password when requesting postage.  In addition, Endicia's servers use an IBM 4578 PCI cryptographic coprocessor to provide further security for transaction processing, and encrypt certain data stored on the hard drives to provide further security.  See *e.g.*, Ex. 25, pp. 3, 20.   *E.g.*, "Additionally, a special password could be dedicated for use with the E-STAMP Program so that access is only provided to users entering the correct password."  (Col. 3:48-50) |
| 18. The computer system of claim 11, further comprising: means stored in the storage means for formatting data to be sent to a printer coupled to the general purpose computer system, wherein the formatted data is operable to print the postage meter stamp indicating the correct amount of postage. | All of the accused products, such as Endicia's Dazzle and Platinum Shipper, include hardware and software for formatting data to be sent to a printer coupled to the general purpose system, wherein the formatted data is operable to print the postage indicia indicating the correct amount of postage.  See, *e.g.*, "Endicia Internet Postage" (Ex. 27, p. 11) , which displays a formatted postage meter stamp above which there is a print icon and page 15 displays a formatted postage meter stamp being printed.  *E.g.*: "The PC will store a program, hereinafter referred to as the 'E-STAMP Program,' which requests input from the user on the amount of desired postage and subsequently prints on an envelope through a printer attached to the PC, or on a label through a printer or a special purpose label-maker coupled to the PC the desired amount of postage in the form of a typical meter stamp."  (Col. 2:48-55)  Also, see *e.g.* www.endicia.com, "Endicia Internet Postage lets you print postage with just a computer, a printer, and an Internet connection."  (Ex. 14) |

| | |
|---|---|
| 19. The computer system of claim 18, further comprising: means for printing address information onto the piece of mail. | Endicia's system includes hardware and software for printing address information onto a piece of mail.  See, *e.g*., "Endicia Internet Postage" (Ex. 27) which displays a formatted postage meter stamp containing address information above which there is a print icon (p. 11) and displays a formatted postage meter stamp containing address information being printed (p. 15).  *Also, e.g*.: "Next, at step 508, return address box 603 is completed automatically or manually. The address within 603 may be automatically entered from the adjoining word processor program, the address may be selected from a drop-down box (not shown), or the address may be manually inputted. Any entered address may be saved within the E-STAMP Program. Additionally, if a return address is not desired, it may be omitted.  Thereafter, in step 509, the contents of address box 605 are entered in a manner similar to the contents of return address 603."  (Col. 7:60-67 to 8:1-3)  Also, see http://www.endicia.com/Features/AddressVerification/, which states "Endicia regularly updates its USPS databases, so that recent addresses are merged into the system. For rural or new addresses that are not yet included in USPS databases, Endicia allows you to override the address correction step. If you are sure the address is deliverable (for example, you've contacted your customer and confirmed the address) you can print postage labels to unverified addresses, if any two of the city, state, and ZIP code are consistent with each other. This lets your mail reach the destination Post Office where local carriers who are familiar with the area can complete delivery." |
| 20. The computer system of claim 18, further comprising: means for printing a message along with the postage meter stamp. | At least DAZzle includes hardware and software for formatting data to be sent to a printer coupled to the general purpose system, wherein the formatted data is operable to print the postage indicia indicating the correct amount of postage.  See, *e.g*., "Endicia Internet Postage", which displays postage indicia which can be printed with one of many different photographs that contain a message (Ex. 27, p. 12).  Also, see *e.g*. http://www.endicia.com/Support/TechNote/LabelCustomization/ (Ex. 29), which states "You can easily add your company's logo or any image to your shipping labels with Endicia. You can also add special messages to your labels, something we call 'Rubber Stamps.'"  Further see *e.g*., http://www.endicia.com/CaseStudies/ChessHouse/ (Ex. 30), which states that printed postage can contain a message such as "Happy Birthday."  In addition, *e.g*.: "Message box 611 is provided to allow the user to add a message or greeting (e.g., "Happy Holidays") to be printed next to the meter stamp." (Col. 8:56-58). |
| 29. A method of using a general purpose computer system to print a postage meter stamp indicating a desired amount of postage onto a piece of mail, comprising: | Assuming arguendo that the preamble is a limitation:<br><br>Endicia's products can use a general purpose computer system to print a postage meter stamp indicating a desired amount of postage onto a piece of mail.  See www.endicia.com, "Endicia Internet Postage lets you print postage with just a computer, a printer, and an Internet connection." |

19

| | |
|---|---|
| storing data indicating an amount of postage in a general purpose storage means, said general purpose storage means providing direct data access to said general purpose computer system; and | Endicia's system includes disk modules within the CX300 Storage Array for storing data (such as the customers' amount of postage) providing direct data access to a general purpose computer (such as Endicia's Dell Servers). Endicia's system includes two Dell Poweredge 6600 servers, and an EMC CX300 Storage Array which functions as the data storage for the two Dell 6600 servers.  The EMC CX300 Storage Array is a disk array storage system that contains an array of up to 60 hard drives.  The hard drives are contained in disk modules, which are field-replaceable units which you can add or replace without tools while the array is powered up.  This is the third generation of what Endicia refers to as its database server.  The first generation consisted of a Dell Poweredge 1550 Server, and the second generation consisted of a Dell Poweredge 2650 Server.  Both of these servers use "hot swappable" hard drives for data storage, three for the Dell 1550 and five for the Del 2650.  These hard drives are, like the disk modules in the EMC CX300 Storage Array, portable. |
| coupling the general purpose computer system to a remote computer system, wherein the remote computer system can communicate with the general purpose computer system to increase the amount of postage stored in the general purpose storage means. | Endicia's system includes server programming for its Internet Postage products, such as DAZzle and Platinum Shipper, that enable coupling the server to a remote computer system (such as a user's PC or a server containing customer financial data for VISA or Mastercard), allowing the remote system to communicate with the disk modules within the CX300 Storage Array to increase the amount of postage stored in the disk modules.  Also, see www.endicia.com, "Endicia Internet Postage lets you print postage with just a computer, a printer, and an Internet connection." |

| | |
|---|---|
| 30. The method of claim 29, further comprising the steps of: automatically calculating a correct amount of postage for the piece of mail; and automatically deducting the correct amount of postage from the total amount of postage and storing a resulting amount of postage in the general purpose storage means. | The software for the accused Endicia products automatically calculate a correct amount of postage for the piece of mail.  In addition, Endicia's servers include programming for automatically deducting the requested amount of postage from the total amount of postage and storing a resulting amount of postage in the CX300 Storage Array. |
| 31. The method of claim 29, wherein the general purpose storage means is adapted to hold a word processing program. | A hard disk in the storage array may hold a word processing program (such as MS Word). |
| 32. The method of claim 29, wherein the general purpose storage means comprises a disk-based storage system. | Endicia's system includes disk modules within the CX300 Storage Array for storing data.  Endicia's system includes two Dell Poweredge 6600 servers, and an EMC CX300 Storage Array which functions as the data storage for the two Dell 6600 servers.  The EMC CX300 Storage Array is a disk array storage system that contains an array of up to 60 hard drives.  The hard drives are contained in disk modules, which are field-replaceable units which you can add or replace without tools while the array is powered up.  This is the third generation of what Endicia refers to as its database server.  The first generation consisted of a Dell Poweredge 1550 Server, and the second generation consisted of a Dell Poweredge 2650 Server.  Both of these servers use "hot swappable" hard drives for data storage, three for the Dell 1550 and five for the Del 2650.  These hard drives are, like the disk modules in the EMC CX300 Storage Array, portable. |
| 35. The method of claim 29, further comprising the step of: preventing unauthorized access to the data in the general purpose storage means. | Endicia's Dell Poweredge servers include programming for preventing unauthorized access to the postage data in the disk modules, such as programming requiring that users input a password when requesting postage.  In addition, Endicia's servers use an IBM 4578 PCI cryptographic coprocessor to provide further security for transaction processing, and encrypt certain data stored on the hard drives to provide further security. See *e.g.*, Ex. 25, pp. 3, 20. |

| 36. The method of claim 29, further comprising the step of: formatting data to be sent to a printer coupled to the general purpose computer system, wherein the formatted data is operable to print the postage meter stamp indicating the correct amount of postage. | At least DAZzle includes hardware and software for formatting data to be sent to a printer coupled to the general purpose system, wherein the formatted data is operable to print the postage indicia indicating the correct amount of postage.  See, *e.g.*, "Endicia Internet Postage" (Ex. 27) which displays a formatted postage meter stamp above which there is a print icon (p. 11) and displays a formatted postage meter stamp being printed (p. 15). |
|---|---|
| 37. The method of claim 36, further comprising the step of: printing address information onto the piece of mail. | Endicia's system includes hardware and software for printing indicia onto a piece of mail.  See, *e.g.*, "Endicia Internet Postage" (Ex. 27) which displays a formatted postage meter stamp containing address information above which there is a print icon (p. 11) and displays a formatted postage meter stamp containing address information being printed (p. 15). |
| 38. The method of claim 36, further comprising the step of: printing a message along with the postage meter stamp. | At least DAZzle includes hardware and software for formatting data to be sent to a printer coupled to the general purpose system, wherein the formatted data is operable to print the postage indicia indicating the correct amount of postage.  See, *e.g.*, "Endicia Internet Postage" which displays postage indicia which can be printed with one of many different photographs that contain a message (Ex. 27, p. 12).  *E.g.*: "Message box 611 is provided to allow the user to add a message or greeting (e.g., "Happy Holidays") to be printed next to the meter stamp." |

| UNITED STATES PATENT 5,717,597 | |
| --- | --- |
| **Claim** | **Infringement** |
| 1. A processor-based system for printing a desired amount of postage for mailing a document created within said system, wherein the system is under the control of a set of instructions from a document generating program and a separate postage generating program, said system comprising: | Assuming arguendo that the preamble is a limitation:<br><br>Endicia software enables a user to print a desired amount of postage that may be used to mail a document created within a processor system that is programmed to execute instructions from a document generating program, such as Microsoft Word or UPS Worldship, and Endicia software. |
| an interface program integrating said document generating program with said postage generating program; | Endicia software integrates with document generating programs, such as Microsoft Word or UPS Worldship.  For example, included with DAZzle are Microsoft Word templates that contain macros for using DAZzle in Word.  *E.g.*, "An interface program is used to integrate the E-STAMP program with the personalized card generating program. The two application programs will be coordinated."  (Col. 12:3-5)  (Exhibits 1, 2, 49, 50) |

| means for temporarily coupling said integrated programs to a postage storage device; | Endicia software, while integrated with a document generating program, may be coupled to a device that stores postage credit. *E.g.*, "Postage storage device 18 is coupled to the processor-based system 10 through a postage storage device receptor 17.  The postage storage device may be any memory device having some residual data capability, where that memory device can provide sufficient security measures to efficiently limit access to the memory of the device to authorized users.  For example, since algorithms can be used to control access to the memory device, a standard "diskette" can be used if desired."  (Col. 4:51-60); "Alternatively, a pair of systems 10 may be linked together through Public Switched Network *("PSN")* 102 via modem 101 or directly through digital telecommunications trunks (not shown). Processor based systems 10 located at different U.S. Post Offices may be linked via PSN 102 in a conventional well known manner (such as through modem 101) so that information may be shared between the various Post Offices. Generally, a copy of the POSTAGEMAKER program will be stored within at least one processor-based system at selected U.S. Post Office locations. PSN linkage of processor-based systems 10 by the Post Office and the user will allow the sharing of information between the various Post Offices and will allow a user to call a number (an authorized Post Office number) and have the Post Office transfer the required amount of postage to a postage storage device 18 installed at a user site by modem."  (Col. 8:12-27)  (Exhibits 4, 5, 6, 7, 21) |
| means for automatically calculating a correct amount of postage for a particular one of said documents as a function of mailing parameters entered into said system and specific to said particular document; | Endicia software automatically calculates the correct amount of postage for a mailpiece as a function, at least in part, of parameters entered into the system that are specific to the particular mailpiece.  *E.g.*, "The E-STAMP program will automatically incorporate the aforementioned entered parameters-weight, class, zone-in order to correctly calculate the correct postage to print in conjunction with the meter stamp."  (Col. 16:19-22) (Exhibit 8) |
| means for formatting data to be sent to a printer coupled to said system, wherein said formatted data is operable to print said correct amount of postage; | Endicia software formats data that is sent to a printer coupled to the system on which the Endicia software is loaded, and which at least in part defines the image of the postage that is printed. *E.g.*, "In step 923, the E-STAMP program utilizes the input/output ports of the card generating system to send to printer/label maker 19, the correct data pertaining to the meter stamp, the postage indicia…the authorized amount of postage…" (Col. 16:61-65) |

| means for selectively creating a postage indicia together with said correct amount of postage; and | Endicia software causes a postage indicia, including the amount of postage calculated by the software, to be created. *E.g.*, "If, at step 912, the customer decides to continue to calculate and print the postage, a new screen 140 may appear, such as seen in FIG. 14, giving the customer a selection menu for the type of indicia that the customer desires to create (step 914)." (Col. 15:40-44) (Exhibits 1, 9, 10, 11, 69, 70, 71, 72) |
|---|---|
| means for printing said created postage and postage indicia. | Endicia software, including but not limited to DAZzle and Platinum Shipper, enables a user to print postage and postage indicia using a PC and a printer. *E.g.*, "In step 923, the E-STAMP program utilizes the input/output ports of the card generating system to send to printer/label maker 19, the correct data pertaining to the meter stamp." (Col. 16:61-64) (Exhibits 12, 13) |
| 2. The system of claim 1 wherein said postage indicia creating means includes: means for receiving input from a system user. | Endicia software accepts input from a system user. For example, DAZzle enables a user to enter text into its Rubber Stamp graphic. The user-entered text will become part of the Rubber Stamp graphic that may be printed together with the postage. *E.g.*, "Once the customer has selected the desired indicia he/she may personalize the indicia (Step 916B) with information such as the name of the person whose birthday it is (box 1504) and which birthday that person is celebrating (boxes 1504 and 1506)." (Col. 15:54-58) (Exhibits 1, 69, 70, 71, 72) |
| 3. The system of claim 1, wherein said printing means prints said created postage and postage indicia on a mailing envelope. | Endicia software prints created postage and postage indicia on mailing envelopes. |
| 4. The system set forth in claim 1 further including: means controlled by said document generating program for printing a document at least partially created under control of a system user. | Endicia software, including but not limited to DAZzle and Platinum Shipper, enables a user to print postage and postage indicia using a PC and a printer. Endicia software integrates with document generating programs, such as Microsoft Word and UPS Worldship. For example, included with DAZzle are Microsoft Word templates that contain macros for using DAZzle in Word. The macros in the document add a "Print Envelope" option to the File menu in Word and an "Envelope button" macro is changed (or added in Word 6.0) to print using DAZzle rather than Word. *E.g.*, "In step 923, the E-STAMP program utilizes the input/output ports of the card generating system to send to printer/label maker 19, the correct data pertaining to the meter stamp." (Col. 16:61-64) |

| | |
|---|---|
| 5. The system set forth in claim 4 further including means for transferring said printed postage indicia to a mailing envelope. | Endicia software can print postage indicia directly onto envelopes, or alternatively, can print postage indicia onto labels. *E.g.*, "In step 923, the E-STAMP program utilizes the input/output ports of the card generating system to send to printer/label maker 19, the correct data pertaining to the meter stamp….to be printed on an envelope, as illustrated in FIG. 16B, or on detachable labels attached to the back of the greeting card as illustrated in FIG. 16A." (Col. 16:61-Col. 17:1) |
| 6. The system of claim 1, wherein said printing means prints said created postage and postage indicia on a transfer medium for subsequent transfer to a mailing envelope. | Endicia software can print created postage and postage indicia on a transfer medium for subsequent transfer to a mailing envelope, such as, for example, by printing on a label. |
| 7. The system set forth in claim 6 further including: means for transferring said printed postage and indicia from said transfer medium to a mailing envelope. | Endicia software can print created postage and postage indicia on a transfer medium for subsequent transfer to a mailing envelope, such as, for example, by printing on a label. *E.g.*, "In step 923, the E-STAMP program utilizes the input/output ports of the card generating system to send to printer/label maker 19, the correct data pertaining to the meter stamp." (Col. 16:61-64) (Exhibit 29) |
| 11. A processor-based system under the control of a set of instructions from a document generating program, said system comprising: | Assuming arguendo that the preamble is a limitation:<br><br>Endicia software enables a user to print a desired amount of postage that may be used to mail a document created within a processor system that is programmed to execute instructions from a document generating program, such as Microsoft Word or UPS Worldship, and Endicia software. |
| a postage indicia generating program; | The Endicia software programs are postage indicia generating programs. |
| means controlled in part by a system user for selecting a particular postage indicia from a plurality of postage indicia; and | Endicia software causes a postage indicia, including the amount of postage calculated by the software, to be created. *E.g.*, "If, at step 912, the customer decides to continue to calculate and print the postage, a new screen 140 may appear, such as seen in FIG. 14, giving the customer a selection menu for the type of indicia that the customer desires to create (step 914)." (Col. 15:40-44) |

| means for formatting data to be sent to a printer coupled to said system, wherein said formatted data is operable to print selected ones of said postage indicia on a transfer medium. | Endicia software formats data that is sent to a printer coupled to the system on which the Endicia software is loaded, and which at least in part defines the image of the postage that is printed.  Endicia software can print created postage and postage indicia on a transfer medium for subsequent transfer to a mailing envelope, such as, for example, by printing on a label.  *E.g.*, "In step 923, the E-STAMP program utilizes the input/output ports of the card generating system to send to printer/label maker 19, the correct data pertaining to the meter stamp, the postage indicia…the authorized amount of postage…" (Col. 16:61-65) |
|---|---|
| 12. The system of claim 11 wherein said postage indicia generating means includes: means for presenting said system user on a per use basis with a plurality of preestablished postage indicia from which to select. | Endicia software causes a postage indicia, including the amount of postage calculated by the software, to be created.  *E.g.*, "If, at step 912, the customer decides to continue to calculate and print the postage, a new screen 140 may appear, such as seen in FIG. 14, giving the customer a selection menu for the type of indicia that the customer desires to create (step 914)." (Col. 15:40-44) |
| 13. The system set forth in claim 11 further including: means for coupling said system to a portable memory, said portable memory adapted to interface with said postage generating program. | Endicia software, while integrated with a document generating program, may be coupled to a portable memory device that stores postage credit.  *E.g.*, "Postage storage device 18 is coupled to the processor-based system 10 through a postage storage device receptor 17.  The postage storage device may be any memory device having some residual data capability, where that memory device can provide sufficient security measures to efficiently limit access to the memory of the device to authorized users.  For example, since algorithms can be used to control access to the memory device, a standard "diskette" can be used if desired."  (Col. 4:51-60); "Alternatively, a pair of systems 10 may be linked together through Public Switched Network *("PSN")* 102 via modem 101 or directly through digital telecommunications trunks (not shown). Processor based systems 10 located at different U.S. Post Offices may be linked via PSN 102 in a conventional well known manner (such as through modem 101) so that information may be shared between the various Post Offices. Generally, a copy of the POSTAGEMAKER program will be stored within at least one processor-based system at selected U.S. Post Office locations. PSN linkage of processor-based systems 10 by the Post Office and the user will allow the sharing of information between the various Post Offices and will allow a user to call a number (an authorized Post Office number) and have the Post Office transfer the required amount of postage to a postage storage device 18 installed at a user site by modem."  (Col. 8:12-27) |

| 14. The system set forth in claim 11 further including: means controlled by said system user on a per use basis for selectively modifying at least a portion of a selected postage indicia. | Endicia software accepts input from a system user. *E.g.*, "Once the customer has selected the desired indicia he/she may personalize the indicia (Step 916B) with information such as the name of the person whose birthday it is (box 1504) and which birthday that person is celebrating (boxes 1504 and 1506)." (Col. 15:54-58) |
|---|---|
| 15. The system set forth in claim 11 further including: means controlled by said document generating program for printing a document at least partially created under control of a system user; and means controlled by said system for printing said created postage indicia on a document physically separate from said document generated program printed document. | Endicia software, including but not limited to DAZzle or Platinum Shipper, enables a user to print postage and postage indicia using a PC and a printer. Endicia software integrates with document generating programs, such as Microsoft Word or UPS Worldship. For example, included with DAZzle are Microsoft Word templates that contain macros for using DAZzle in Word. The macros in the document add a "Print Envelope" option to the File menu in Word and an "Envelope button" macro is changed (or added in Word 6.0) to print using DAZzle rather than Word. Endicia software can print postage indicia directly onto envelopes, or alternatively, can print postage indicia onto labels. *E.g.*, "In step 923, the E-STAMP program utilizes the input/output ports of the card generating system to send to printer/label maker 19, the correct data pertaining to the meter stamp….to be printed on an envelope, as illustrated in FIG. 16B, or on detachable labels attached to the back of the greeting card as illustrated in FIG. 16A." (Col. 16:61-Col. 17:1) |
| 16. The system set forth in claim 15 further including: means for transferring said postage indicia from said transfer medium to a mailing envelope. | Endicia software can print created postage and postage indicia on a transfer medium for subsequent transfer to a mailing envelope, such as, for example, by printing on a label. *E.g.*, "In step 923, the E-STAMP program utilizes the input/output ports of the card generating system to send to printer/label maker 19, the correct data pertaining to the meter stamp." (Col. 16:61-64) |

| 17. The system set forth in claim 11 further including: means for automatically calculating a correct amount of postage for a particular one of said documents as a function of mailing parameters entered into said system and specific to said particular document; and means for formatting data pertaining to the correct amount of postage to be sent to a printer coupled to said system, wherein said formatted data is operable to print said correct amount of postage. | Endicia software automatically calculates the correct amount of postage for a mailpiece as a function, at least in part, of parameters entered into the system that are specific to the particular mailpiece.  Endicia software formats data that is sent to a printer coupled to the system on which the Endicia software is loaded, and which at least in part defines the image of the postage that is printed.  *E.g.*, "The E-STAMP program will automatically incorporate the aforementioned entered parameters-weight, class, zone-in order to correctly calculate the correct postage to print in conjunction with the meter stamp."  (Col. 16:19-22); "In step 923, the E-STAMP program utilizes the input/output ports of the card generating system to send to printer/label maker 19, the correct data pertaining to the meter stamp, the postage indicia…the authorized amount of postage…" (Col. 16:61-65) |
|---|---|
| 18. The system set forth in claim 17 further including: means controlled by said document generating program for printing a document at least partially created under control of a system user; and means controlled by said system for printing said created postage on a document physically separate from said document generated program printed document. | Endicia software, including but not limited to DAZzle, enables a user to print postage and postage indicia using a PC and a printer.  Endicia software integrates with document generating programs, such as Microsoft Word or UPS Worldship.  For example, included with DAZzle are Microsoft Word templates that contain macros for using DAZzle in Word.  The macros in the document add a "Print Envelope" option to the File menu in Word and an "Envelope button" macro is changed (or added in Word 6.0) to print using DAZzle rather than Word. Endicia software can print postage indicia directly onto envelopes, or alternatively, can print postage indicia onto labels.  *E.g.*, "In step 923, the E-STAMP program utilizes the input/output ports of the card generating system to send to printer/label maker 19, the correct data pertaining to the meter stamp….to be printed on an envelope, as illustrated in FIG. 16B, or on detachable labels attached to the back of the greeting card as illustrated in FIG. 16A."  (Col. 16:61-Col. 17:1) |

29

| | |
|---|---|
| 19. The system set forth in claim 18 further including: means for transferring said printed postage from said physically separate document to a mailing envelope. | Endicia software can print created postage and postage indicia on a transfer medium for subsequent transfer to a mailing envelope, such as, for example, by printing on a label.  *E.g.*, "In step 923, the E-STAMP program utilizes the input/output ports of the card generating system to send to printer/label maker 19, the correct data pertaining to the meter stamp." (Col. 16:61-64) |
| 34. A method for printing a desired amount of postage for mailing a document created within a processor system, wherein said system is under the control of a set of instructions from a document generating program and a separate postage generating program, said method comprising the steps of: | Assuming arguendo that the preamble is a limitation:<br><br>Endicia software enables a user to print a desired amount of postage that may be used to mail a document created within a processor system that is programmed to execute instructions from a document generating program, such as Microsoft Word or UPS Worldship, and Endicia software. |
| integrating said document generating program with said postage generating program; | Endicia software integrates with document generating programs, such as Microsoft Word or UPS Worldship.  For example, included with DAZzle are Microsoft Word templates that contain macros for using DAZzle in Word.  *E.g.*, "An interface program is used to integrate the E-STAMP program with the personalized card generating program. The two application programs will be coordinated." (Col. 12:3-5) (Exhibits 1, 2, 49, 50) |

| | |
|---|---|
| temporarily coupling said integrated programs to a postage storage device; | Endicia software, while integrated with a document generating program, may be temporarily coupled to a device that stores postage credit. *E.g.*, "Postage storage device 18 is coupled to the processor-based system 10 through a postage storage device receptor 17. The postage storage device may be any memory device having some residual data capability, where that memory device can provide sufficient security measures to efficiently limit access to the memory of the device to authorized users. For example, since algorithms can be used to control access to the memory device, a standard "diskette" can be used if desired." (Col. 4:51-60); "Alternatively, a pair of systems 10 may be linked together through Public Switched Network *("PSN")* 102 via modem 101 or directly through digital telecommunications trunks (not shown). Processor based systems 10 located at different U.S. Post Offices may be linked via PSN 102 in a conventional well known manner (such as through modem 101) so that information may be shared between the various Post Offices. Generally, a copy of the POSTAGEMAKER program will be stored within at least one processor-based system at selected U.S. Post Office locations. PSN linkage of processor-based systems 10 by the Post Office and the user will allow the sharing of information between the various Post Offices and will allow a user to call a number (an authorized Post Office number) and have the Post Office transfer the required amount of postage to a postage storage device 18 installed at a user site by modem." (Col. 8:12-27) (Exhibits 4, 5, 6, 7, 21) |
| automatically calculating a correct amount of postage for a particular one of said documents as a function of mailing parameters entered into said system and specific to said particular document; | Endicia software automatically calculates the correct amount of postage for a mailpiece as a function, at least in part, of parameters entered into the system that are specific to the particular mailpiece. *E.g.*, "The E-STAMP program will automatically incorporate the aforementioned entered parameters-weight, class, zone-in order to correctly calculate the correct postage to print in conjunction with the meter stamp." (Col. 16:19-22) (Exhibit 8) |
| formatting data to be sent to a printer coupled to said system, wherein said formatted data is operable to print said correct amount of postage; | Endicia software formats data that is sent to a printer coupled to the system on which the Endicia software is loaded, and which at least in part defines the image of the postage that is printed. |
| creating a postage indicia together with said correct amount of postage; and | Endicia software causes a postage indicia, including the amount of postage calculated by the software, to be created. (Exhibits 1, 9, 10, 11, 69, 70, 71, 72) |

| | |
|---|---|
| printing said created postage and postage indicia on a medium for subsequent transfer to a mailing envelope. | Endicia software enables a user to print the postage and indicia on a medium (such as, for example, label sheets) for subsequent transfer to a mailing envelope. |
| 35. The method of claim 34 wherein said postage indicia creating step further includes the step of: receiving input instruction from a system user. | Endicia software accepts input from a system user.  *E.g.*, "Once the customer has selected the desired indicia he/she may personalize the indicia (Step 916B) with information such as the name of the person whose birthday it is (box 1504) and which birthday that person is celebrating (boxes 1504 and 1506)."  (Col. 15:54-58)  (Exhibits 1, 69, 70, 71, 72) |
| 36. The method set forth in claim 34 further including the step of: printing a document controlled at least in part by said document generating program and at least in part created under control of a system user. | Endicia software, including but not limited to DAZzle, enables a user to print postage and postage indicia using a PC and a printer.  Endicia software integrates with document generating programs, such as Microsoft Word or UPS Worldship.  For example, included with DAZzle are Microsoft Word templates that contain macros for using DAZzle in Word.  The macros in the document add a "Print Envelope" option to the File menu in Word and an "Envelope button" macro is changed (or added in Word 6.0) to print using DAZzle rather than Word.  *E.g.*, "In step 923, the E-STAMP program utilizes the input/output ports of the card generating system to send to printer/label maker 19, the correct data pertaining to the meter stamp."  (Col. 16:61-64) |
| 37. The method set forth in claim 34 further including the step of: transferring said printed postage and indicia from said transfer media to a mailing envelope. | Endicia software can print created postage and postage indicia on a transfer medium for subsequent transfer to a mailing envelope, such as, for example, by printing on a label.  *E.g.*, "In step 923, the E-STAMP program utilizes the input/output ports of the card generating system to send to printer/label maker 19, the correct data pertaining to the meter stamp."  (Col. 16:61-64) |
| 38. The method set forth in claim 34 further including the step of: transferring said printed postage indicia from said transfer medium to a mailing envelope. | Endicia software can print created postage and postage indicia on a transfer medium for subsequent transfer to a mailing envelope, such as, for example, by printing on a label.  *E.g.*, "In step 923, the E-STAMP program utilizes the input/output ports of the card generating system to send to printer/label maker 19, the correct data pertaining to the meter stamp."  (Col. 16:61-64) |

| UNITED STATES PATENT 5,812,991 | |
| --- | --- |
| **Claim** | **Infringement** |
| 1. A closed metering system for transferring a value from a portable processor device having representative value stored therein coupled to a first processor-based subsystem to selected ones of a plurality of affiliated individual processor-based subsystems via a communication link coupling said first subsystem and said selected affiliated subsystem, said closed metering system comprising: | Assuming arguendo that the preamble is a limitation:<br><br>Endicia operates and distributes software operable with a metering system for transferring a value from a portable processor device (e.g. a hard drive) having representative value stored therein coupled to a first processor-based subsystem (such as a server) to selected ones of a plurality of affiliated individual processor-based subsystems (such as client computers, e.g. a customer's computer) via a communication link (such as a network) coupling the server and client computers.  (Exhibits 4, 5, 6, 7, 21, 24) |

33

| a second processor-based subsystem, the first subsystem and second subsystem being ones of the plurality of affiliated subsystems, wherein at least one of the first and second processor-based subsystems is operable to perform non-metering functions; | At least the customer's computer performs non-metering functions.  (Exhibit 50) |
|---|---|
| means, executing at least in part on the second subsystem, for transferring a predetermined amount of said representative value from the portable processor via the communication link to said second subsystem; and | The Endicia system transfers a predetermined amount of a representative value from a portable processor (such as a hard drive) via a communication link (such as the Internet) to a second subsystem (such as the customer's computer).  *E.g.* "In a preferred embodiment, wherein the portable processor device is not directly coupled with a client processor-based system with which it is communicating, the device is coupled to a host processor-based system.  The client system and the host system are in information communication through a network, such as, by way of example, a local area network (LAN).  To enable information communication between the portable processor device and the client system, the E-STAMP program is divided into two modules, hereinafter the "E-STAMP SERVER" and "E-STAMP CLIENT" modules.  These E-STAMP SERVER and E-STAMP CLIENT modules include programs suitable for execution on processor-based systems.  In this discussion, the term "E-STAMP program" collectively refers to the E-STAMP SERVER and E-STAMP CLIENT modules and their programs.  The E-STAMP CLIENT program is stored on the client system and provides control for such functions as the entry of data, requesting postage from the E-STAMP SERVER program, and printing of the postage indicia…It shall be understood that communication of postage credit between the portable processor device and the client system may be in the form of a data representation of the postage indicia to be printed or data representative of a particular value from the portable processor."  (Col. 7:8-27; Col. 7-8:65-2) (Exhibits 21, 49) |
| means for printing an indicia having value in the predetermined amount of said representative value. | The Endicia system prints indicia of a predetermined amount of postage value.  *E.g.* "The program then takes this bar code image, includes certain other unencrypted information for the visual identification of the postage indicia and passes this through the programmer's interface to the "Windows" system to the standard printing facilities of that environment in a fashion well known in the art." (Col. 9:7-9; 22: 7-21, 56-61, 66-67; 23:1-6; Figs. 1A, 1C, 15) |

| 2. The system set forth in claim 1, wherein the transferring means also executes at least in part on the first subsystem. | Endicia's system has a first subsystem (such as a server) which implements in part the transfer of postage value.  *E.g.*, "In a preferred embodiment, wherein the portable processor device is not directly coupled with a client processor-based system with which it is communicating, the device is coupled to a host processor-based system.  The client system and the host system are in information communication through a network, such as, by way of example, a local area network (LAN).  To enable information communication between the portable processor device and the client system, the E-STAMP program is divided into two modules, hereinafter the "E-STAMP SERVER" and "E-STAMP CLIENT" modules.  These E-STAMP SERVER and E-STAMP CLIENT modules include program suitable for execution on processor-based systems.  In this discussion, the term "E-STAMP program" collectively refers to the E-STAMP SERVER and E-STAMP CLIENT modules and their programs.  The E-STAMP CLIENT program is stored on the client system and provides control for such functions as the entry of data, requesting postage from the E-STAMP SERVER program, and printing of the postage indicia.  The E-STAMP SERVER program is stored on the host system and provides control for such functions as queuing and servicing postage requests from a plurality of client systems, demanding a portion of the stored amount of postage from the device, and logging detailed information regarding postage requests."  (Col. 7:8-32) |
| --- | --- |
| 3. The system set forth in claim 1, wherein the transferred representative value comprises data indicating the indicia to be printed by the second subsystem. | Endicia's system transfers representative values (i.e., data defining postage value) which indicate the indicia to be printed to the customer's computer. |
| 4. The system set forth in claim 1, wherein the transferred representative value comprises data indicating a particular value from the portable processor. | Endicia's system transmits a representative value comprised of data that indicates a particular postage value from a portable processor (such as a hard drive).  *E.g.*, "It shall be understood that communication of the postage credit between the portable processor device and the client system may be in the form of a data representation of the postage indicia to be printed or data representative of a particular value from the portable processor." (Col. 7-8:65-2) |

| | |
|---|---|
| 5. The system set forth in claim 1, further comprising: means for decrementing the representative value from the portable processor under control of the first subsystem operating on instructions from the second subsystem. | In Endicia's system, the first subsystem (such as a server), operating on instructions from the second subsystem (such as the customer's computer) decrements the representative value from the portable processor (such as a hard drive). *E.g.* "In a preferred embodiment, wherein the portable processor device is not directly coupled with a client processor-based system with which it is communicating, the device is coupled to a host processor-based system. The client system and the host system are in information communication through a network, such as, by way of example, a local area network (LAN). To enable information communication between the portable processor device and the client system, the E-STAMP program is divided into two modules, hereinafter the "E-STAMP SERVER" and "E-STAMP CLIENT" modules. These E-STAMP SERVER and E-STAMP CLIENT modules include programs suitable for execution on processor-based systems. In this discussion, the term "E-STAMP program" collectively refers to the E-STAMP SERVER and E-STAMP CLIENT modules and their programs. The E-STAMP CLIENT program is stored on the client system and provides control for such functions as the entry of data, requesting postage from the E-STAMP SERVER program, and printing of the postage indicia. The E-STAMP SERVER program is stored on the host system and provides control for such functions as queuing and servicing postage requests from a plurality of client systems, demanding a portion of the stored amount of postage from the device, and logging detailed information regarding postage requests." (Col. 7:8-32) |
| 6. The system set forth in claim 1, further comprising: means, under control of a subsystem of said affiliated subsystems, for maintaining a transaction log, said transaction log recording information associated with said representative value stored in said portable processor. | Endicia's system can maintain a transaction log under control of a subsystem of the affiliated subsystems, such as, for example, a customer's computer, that records information associated with the representative value stored in the portable processor. *E.g.*, "If the response is acceptable at step 1034, in step 1036, a receipt is printed out for the customer and the results are written in a transaction log stored on system 10 or on another system in information communication with system 10." (Col. 19:67-Col. 20:3) |

36

| | |
|---|---|
| 7. The system set forth in claim 1, further comprising: means, under control of the first subsystem, for queuing requests from other ones of the affiliated subsystems, the requests being communicated via the communications link, the requests seeking transfer of individual predetermined amounts of the representative value from the portable processor. | Endicia's system queues requests from other ones of the affiliated subsystems.  Endicia's system receives requests via the Internet for the transfer of individual predetermined amounts of postage from the portable processor.  *E.g.*, "In such a configuration, the E-STAMP SERVER program provides centralized logistical control, such as queuing and servicing requests by ones of system 10."  (Col. 9:38-41) |
| 8. The system set forth in claim 1, wherein said first processor-based subsystem is a general purpose personal computer. | Endicia's system has a first processor-based subsystem (such as a server) that is a general purpose personal computer. |
| 9. The system set forth in claim 1, wherein said first processor-based subsystem is a dedicated purpose network node. | Endicia's system has a first processor-based subsystem (such as a server) that is a network node.  *E.g.*, "Alternatively, the E-STAMP program may not be divided into two modules, to be stored on the client and host systems.  In this alternative, the host system may simply be a network node capable of emulating an input/output (I/O) port of the host system."  (Col. 7:33-36) |
| 10.  The system set forth in claim 1, wherein said communication link comprises a local area network. | Endicia's system uses a communication link that comprises a local area network. |

| | |
|---|---|
| 11. The system set forth in claim 1, wherein said communication link comprises a wide area network. | Endicia's system uses a communication link that comprises a wide area network. |
| 12. The system set forth in claim 1, wherein said communication link comprises the Internet. | Endicia's system uses a communication link that comprises the Internet.  (Exhibit 14) |
| 16.  The system set forth in claim 1, wherein the second subsystem includes at least one printer accessible therefrom and wherein the printing occurs on a printer selected by the second subsystem. | Endicia's system allows for a second subsystem (such as a customer's computer) to print from a printer selected by the second subsystem (such as a customer's computer).  (Exhibit 14, 40, 41) |
| 20. The system set forth in claim 1, further comprising means for replenishing said representative value stored within said portable processor device, said replenishing means being operable to increment said representative value upon a command from a third processor-based subsystem in information communication with at least one of said first and second subsystems. | Endicia's system provides for a way of replenishing representative value stored within a portable processor device (such as a hard drive), upon a command from a third processor-based subsystem (such as an interface server) in information communication with either a first subsystem (such as a server) or a second subsystem (such as a customer's computer).  *E.g.,* "[P]rogram operates to allow the authorized refilling of the portable postage device remotely, such as, for example, through a public switched network (PSN) or LAN.  In this embodiment the POSTAGEMAKER program operates in conjunction with the E-STAMP program to replenish the amount of postage programmed within the postage device without the need for physically coupling the portable processor device directly to a postal authority host processor." (Col. 8:22-30) |

| | |
|---|---|
| 25. A computer program product having a computer readable medium on which computer readable logic is recorded for distributing postage indicia within a private system, said computer program product comprising: | Assuming arguendo that the preamble is a limitation:<br><br>Endicia's system has a computer program that has a computer readable medium on which computer readable logic is recorded for distributing postage indicia within a private system. |
| means for providing information communication through a host processor-based system between a plurality of processor-based subsystems and a portable processor having a postage credit stored therein coupled to the host processor-based subsystem, said private subsystem comprising the plurality of processor-based subsystems and the host subsystem; and | Endicia's system providing information communication through a host processor-based system (such as a server) between a plurality of processor-based subsystems (such as customer computers) and a portable processor (such as a hard drive) having a postage credit stored therein coupled to the host processor-based system (such as a server), said private subsystem comprising the plurality of processor-based subsystems and the host subsystem. *E.g.* "Processor-based systems 10 and/or 20 may be located in an individual's home, at any business location, or may even be present in a post office lobby for after hours usage.  Moreover, processor-based systems 10 and 20 may be located at sites remote from one another, interconnected by computer network 105.  Computer network 105 may be a wide area network (WAN) capable of providing information communication between systems 10 and 20 separated by large physical distances or alternatively may be a LAN providing information communication between systems 10 and 20 located proximal to each other.  It shall be understood that computer network 105 may be any information communication scheme capable of providing information communication between systems10 and 20." (Col. 11:30-44) |
| means, executing at least in part on a particular subsystem of the plurality of subsystems, for obtaining a predetermined amount of the postage credit from said portable processor by the particular subsystem. | Endicia's system has a means executing at least in part on a particular subsystem (such as a customer's computer) of the plurality of subsystems (such as customers' computers), for obtaining a predetermined amount of postage credit from said portable processor (a hard drive) by the particular subsystem (customer's computer). *E.g.* "The E-STAMP CLIENT program is stored on the client system and provides control for such functions as the entry of data, requesting postage from the E-STAMP SERVER program, and printing of the postage indicia." (Col. 7:24-27) |

| 26. The computer program product of claim 25, wherein the obtaining means executes at least in part on the host subsystem. | Endicia's system is capable of executing an obtaining means at least in part on the host subsystem (the server). |
|---|---|
| 27. The computer program product of claim 25, wherein said obtaining means comprises: a client module for generating a request for said predetermined amount of said postage credit, said client module also for processing a response to said generated request; and a server module for processing said request for said predetermined amount of said postage credit, said server module also for removing said predetermined amount of said postage credit from said portable processor, said server module also for generating a response to said request, said generated response including said predetermined amount of said postage credit. | Endicia's system has an obtaining means that comprises: a client module for generating a request for a predetermined amount of postage credit, that processes a response to a generated request; and a server module for processing a predetermined amount of postage credit, said server module also removes the predetermined amount of postage credit from the portable processor (such as a hard drive). Endicia's server module generates a response to requests, the response including the predetermined amount of postage credit. *E.g.* "The client system and the host system are in information communication through a network (LAN). To enable information communication between the portable processor device and the client system, the E-STAMP program is divided into two modules, hereinafter the "E-STAMP SERVER" and "E-STAMP CLIENT" modules. These E-STAMP SERVER and E-STAMP CLIENT modules include programs suitable for execution on processor-based systems. In this discussion, the term "E-STAMP program" collectively refers to the E-STAMP SERVER and E-STAMP CLIENT modules and their programs. The E-STAMP CLIENT program is stored on the client system and provides control for such functions as the entry of data, requesting postge from the E-STAMP SERVER program, and printing of the postage indicia. The E-STAMP SERVER program is stored on the host system and provides control for such functions as queuing and servicing postage requests from a plurality of client systems, demanding a portion of the stored amount of postage from the device, and logging detailed information regarding postage requests." (Col. 7:11-32). |

| 28. The computer program product of claim 25, wherein the generated response comprises data representative of a postage indicia. | Endicia's system generates a response that comprises data representative of a postage indicia. |
|---|---|
| 29. The computer program product of claim 25, wherein the generated response comprises data representative of a particular value from the portable processor. | Endicia's system generates a response that comprises data representative of a particular value from a portable processor (such as a hard drive). |
| 30. The computer program product of claim 25, wherein said client module is independently executable from said server module. | Endicia's system's client module is independently executable from Endicia's system's server module. |
| 31. The computer program product of claim 25, wherein said client module executes on at least one subsystem of the plurality of subsystems and said server module executes on the host subsystem. | Endicia's system's client module executes on at least one subsystem of the plurality of subsystems (such as a customer's computer) and said server module executes on the host subsystem (such as a server). |

| | |
|---|---|
| 32. The computer program product of claim 25, further comprising: means, under control of said server module, for maintaining a transaction log, said transaction log recording information associated with said information communication between said server module and said client module. | Endicia's system has a computer program that comprises a means, under control of the server, for maintaining a transaction log which records information associated with the information communication between the server and the client's computer.  *E.g.*  "The E-STAMP SERVER program is stored on the host system and provides control for such functions as queuing and servicing postage requests from a plurality of client systems, demanding a portion of the stored amount of postage from the device, and logging detailed information regarding postage requests."  (Col. 7:27-32) |
| 33. The computer program product of claim 25, further comprising: means, under control of said server module, for queuing the information communication between said server module and multiple ones of said client module. | Endicia's system has a computer program that comprises a means, under control of the server, for queuing the information communication between the server and multiple customer's computers.  *E.g.*, "In such a configuration, the E-STAMP SERVER program provides centralized logistical control, such as queuing and servicing requests by ones of system 10."  (Col. 9:38-41) |

| | |
|---|---|
| 37. The computer program product of claim 25, further comprising: means, under control of the particular subsystem, for printing a postage indicia having a value recognized by a postal authority, the value of the postage indicia being a function of the predetermined amount of the postage credit obtained by the particular subsystem. | Endicia's computer program product comprises means, under control of the particular subsystem, for printing postage indicia having value recognized by the USPS, the value of the postage indicia being a function of the predetermined amount of postage credit obtained by the particular subsystem. *E.g.* "Upon invocation of the E-STAMP program by the customer, the customer's processor-based system **10** can access the postal amount stored in portable processor button **182** and download portions of the stored postage to the E-STAMP program to be used for printing postage indicia on pieces of mail."  (Col. 14:38-43) |
| 40. A method for transferring a pecuniary value from a portable memory device coupled to a first general purpose processor-based system to a second general purpose processor-based system via a communication link, said first system and said second system being affiliated, wherein at least one of said first and second general purpose processor-based systems performs functions unrelated to the transfer and printing of the pecuniary value, said method comprising the steps of: | Assuming arguendo that the preamble is a limitation:<br><br>Endicia's system uses a method for transferring a pecuniary value from a portable memory device (such as a hard drive) coupled to a first general purpose processor-based system (such as a server) to a second general purpose processor-based system (such as a customer's computer) via a communication link (such as the Internet), the first system and second system being affiliated, wherein at least one of the first or  second general purpose processor-based systems performs functions unrelated to the transfer and printing of the pecuniary value. |

| | |
|---|---|
| temporarily coupling a portable memory device to said first processor-based system, said portable memory having stored therein said pecuniary value; | Endicia's system uses a method wherein the portable memory device (such as a hard drive) is temporarily coupled to the first processor-based system (such as a server), the hard drive having stored therein pecuniary postage value. |
| obtaining, by said second processor-based system, via said communication link said pecuniary value from said portable memory; and | Endicia's system allows a second processor-based system (such as a customer's computer) to obtain through a communication link (such as an Internet connection) pecuniary postage value from the portable memory (such as a hard drive). |
| printing, by said second system, an indicia having said pecuniary value. | Endicia's system allows a second processor-based system (such as a customer's computer) to print indicia having pecuniary value. |
| 41. The method set forth in claim 40, further comprising the step of: maintaining a transaction log, said transaction log recording information associated with said pecuniary value. | Endicia's system's method maintains a transaction log, which records information associated with the pecuniary postage value. |

| 42. The method set forth in claim 40, wherein said obtaining step further comprises the step of: queuing information communication between said first system and a plurality of processor-based systems, the information communication comprising requests by ones of the plurality of systems for pecuniary value from said portable memory. | Endicia's system queues information communication between the first system, such as a server at Endicia, and a plurality of processor-based systems, such as users' computers. |
|---|---|
| 43. The method set forth in claim 40, wherein said printing step comprises the step of: integrating said indicia into a document to be printed bearing said indicia, said document being initially generated by a process operable at least in part on the second system. | Endicia's system integrating the indicia into a document to be printed bearing said indicia, such as, for example, an envelope, the document being initially generated by a process on the customer's computer. |
| 45. A metering system comprising: | Assuming arguendo that the preamble is a limitation:<br><br>Endicia operates and distributes software operable with a metering system. |
| a plurality of processor-based systems each having a capability of controlling printing of an indicia of value on a document; | The Endicia system includes multiple processor-based systems (such as computers) capable of causing an indicia indicating postage value to be printed on a document (such as an envelope, a label sheet, a postcard, etc.). |

| a network node in information communication with the processor systems via an information communication network; | The Endicia system includes a network node (such as, for example, a server) that is capable of communicating information to and receiving information from multiple computers via an information communication network such as the Internet. |
|---|---|
| a refreshable memory device for dispensing monetary equivalent value coupled to the node; | The Endicia system includes at least one memory device containing postage credit that is coupled to the network node. |
| means, controlled by each of the processor systems, for requesting a predetermined amount of the monetary equivalent value from the node; | The processor systems in the Endicia system may request a predetermined amount of postage from the network node, by sending a request over a communications network, such as the Internet. *E.g.*, "Processor-based systems 10 and/or 20 may be located in an individual's home, at any business location, or may even be present in a post office lobby for after hours usage.  Moreover, processor-based systems 10 and 20 may be located at sites remote from one another, interconnected by computer network 105.  Computer network 105 may be a wide area network (WAN) capable of providing information communication between systems 10 and 20 separated by large physical distances or alternatively may be a LAN providing information communication between systems 10 and 20 located proximal to each other.  It shall be understood that computer network 105 may be any information communication scheme capable of providing information communication between systems 10 and 20."  (Col. 9:10-21, 11:31-44) |
| means for the node decrementing the requested amount of monetary equivalent value from the memory device; and | The node included in the Endicia system decrements the requested amount of postage credit from the memory device, following receipt of the request. |

| | |
|---|---|
| means for communicating the decremented amount of monetary equivalent value from the node to a requesting one of the processor systems for printing of the indicia of value on a document. | The node included in the Endicia system transmits data reflecting a postage value to the processor system that sent the request, by sending it over a communications network, such as the Internet.  *E.g.*, "Processor-based systems 10 and/or 20 may be located in an individual's home, at any business location, or may even be present in a post office lobby for after hours usage.  Moreover, processor-based systems 10 and 20 may be located at sites remote from one another, interconnected by computer network 105.  Computer network 105 may be a wide area network (WAN) capable of providing information communication between systems 10 and 20 separated by large physical distances or alternatively may be a LAN providing information communication between systems 10 and 20 located proximal to each other.  It shall be understood that computer network 105 may be any information communication scheme capable of providing information communication between systems 10 and 20." (Col. 9:1-21, 11:31-44)  Following receipt of the data from the node, the requesting processor system prints an indicia reflecting the postage value on a document. |
| 47. The system set forth in claim 45, wherein the communicating means comprises the transmission of a data representation of the requested amount of monetary equivalent value, the data representation being suitable for generation of the indicia of value by the requesting one of the processor systems. | Endicia's system can transmit data representative of the requested amount of monetary equivalent value.  The data representation is suitable for generation of the indicia of value by the requesting one of the processor systems, such as, for example, computers. |

| 48. The system set forth in claim 45, further comprising: means, under control of the node, for maintaining a transaction log, said transaction log comprising information associated with decrementing the requested amount of monetary equivalent value from the memory device. | Endicia's system can maintain a transaction log that includes information associated with decrementing the requested amount of monetary value from the memory device. |
|---|---|
| 52. A system for transferring a value to a portable processor device having representative value stored therein coupled to a first processor-based subsystem from a second processor-based subsystem via a communication link, said system comprising: | Assuming arguendo that the preamble is a limitation:<br><br>Endicia's system has the capability to transfer value from a second processor-based subsystem (such as an accounting server at Endicia) via a communication link (such as a computer network) to a portable processor (such as a hard drive) coupled to a first-processor-based subsystem (such as an application server at Endicia). |

| | |
|---|---|
| means, executing at least in part on the first subsystem, for establishing said communication link between said portable processor and said second system, wherein said first system comprises a plurality of processor-based systems in information communication with said portable processor, said communication link established by said means providing information communication from said second system to said portable processor only through said first system; and | Through Endicia's system, the first subsystem, such as, for example, an application server at Endicia, can at least in part establish a communication link between the portable processor, such as, for example, a hard drive at Endicia, and a second system, such as, for example, an accounting server at Endicia.  *E.g.*, "Alternatively, remote refilling of the postage storage device may be accomplished through the use of a LAN or Internet communication between the POSTAGEMAKER program and the postage storage device."  (Col. 20:59-62) |
| means, executing at least in part on the second subsystem, for transferring a predetermined amount of said value to the portable processor from said second subsystem via the communication link. | Through Endicia's system, the second subsystem, such as, for example, an accounting server at Endicia, can at least in part transfer a predetermined amount of value to the portable processor via a communication link.  *E.g.*, "Upon establishing communications, the E-STAMP program may request an amount of postage to be replenished and indicate payment by such means as a valid bank card or a debit account maintained with the postal authority."  (Col. 8:36-40) |
| 53. The system set forth in claim 52, wherein said plurality of systems comprise a LAN. | Endicia's system can utilize a LAN. |

| | |
|---|---|
| 55. The system set forth in claim 52, wherein said communication link is established upon command of a user of said first subsystem. | A user of the first subsystem can establish a communication link. |
| 58. The system set forth in claim 52, further comprising: means, under control of said second subsystem, for maintaining a transaction log, said transaction log recording information associated with said transfer of said predetermined amount of said value to said portable processor. | Through Endicia's system, the second subsystem, at least in part, can maintain a transaction log which records information associated with the transfer of a predetermined amount of value.  *E.g.*, "The amount of postage printed on the indicia is automatically deducted from the amount stored within portable processor button 182 by the button itself on command from the E-STAMP program in step 716.  Other internal information is automatically updated, including the usage record for this particular portable processor, which is kept internally, but accessible to the outside host via authorized commands.  Such usage records may include, but are not limited to, addressee, postage amount, and date." (Col. 17:8-17) |
| 59. The system set forth in claim 52, further comprising: means, under control of said portable processor, for maintaining a transaction log, said transaction log recording information associated with said transfer of said predetermined amount of said value to said portable processor. | Through Endicia's system, the portable processor, at least in part, can maintain a transaction log which records information associated with the transfer of a predetermined amount of value.  *E.g.*, "The amount of postage printed on the indicia is automatically deducted from the amount stored within portable processor button 182 by the button itself on command from the E-STAMP program in step 716.  Other internal information is automatically updated, including the usage record for this particular portable processor, which is kept internally, but accessible to the outside host via authorized commands.  Such usage records may include, but are not limited to, addressee, postage amount, and date." (Col. 17:8-17) |

| | |
|---|---|
| 60. The system set forth in claim 51, wherein said communication link comprises a local area network. | Endicia's system can utilize a local area network. |
| 61. The system set forth in claim 52, wherein said communication link comprises a wide area network. | Endicia's system can utilize a wide area network. |
| 62. The system set forth in claim 52, wherein said communication link comprises the Internet. | Endicia's system can utilize the Internet. |
| 63. The system set forth in claim 52, wherein said communication link comprises a public switched network. | Endicia's system can utilize a public switched network. |
| 64. The system set forth in claim 52, further comprising: means, executing at least in part on the first subsystem, for communicating to said second system information indicating said predetermined amount of said value to transfer from said second subsystem to said portable processor. | Through Endicia's system, the first subsystem can at least in part communicate information to the second system indicating a predetermined amount of value to transfer from the second subsystem to the portable processor.  *E.g.*, "Upon establishing communications, the E-STAMP program may request an amount of postage to be replenished and indicate payment by such means as a valid bank card or a debit account maintained with the postal authority." (Col. 8:36-40) |

| 65. The system set forth in claim 64, wherein said communicating means comprises: means for indicating a method of payment for said predetermined amount of value. | Through Endicia's system, the first subsystem can at least in part communicate information to the second system indicating a method of payment for the predetermined amount of value. *E.g.*, "Upon establishing communications, the E-STAMP program may request an amount of postage to be replenished and indicate payment by such means as a valid bank card or a debit account maintained with the postal authority." (Col. 8:36-40) |
|---|---|
| 74. A method for transferring monetary equivalent value to a portable processor device having monetary equivalent value stored therein coupled to a first processor-based system from a second processor-based system via an information communication network, said method comprising the steps of: | Endicia's system can transfer monetary equivalent value to a portable processor device, such as, for example, a hard drive at Endicia, having monetary equivalent value stored therein, coupled to a first processor-based system, such as, for example, an application server at Endicia, from a second processor-based system, such as, for example, an accounting server at Endicia via an information communication network. |
| coupling a refreshable memory device for storing monetary equivalent value to said first system, wherein said first system is coupled to a plurality of associated processor-based systems forming a network system; | In Endicia's system, a refreshable memory device for storing monetary equivalent value can be coupled to the first system, such as, for example, an application server at Endicia. The first system can be coupled to a plurality of associated processor-based systems. |

| establishing information communication between said first system and said second system via an information communication link; | Endicia's system can establish information communication between the first system, such as, for example, an application server at Endicia, and the second system via an information communication link. |
|---|---|
| said first system requesting a predetermined amount of the monetary equivalent value from the second system; | In Endicia's system, first system can request a predetermined amount of monetary equivalent value from the second system. |
| transferring said predetermined amount of monetary equivalent value from the second system to the refreshable memory device coupled to said first system via said communication link, said predetermined amount of monetary equivalent value being passed blindly by said first system from said second system to said refreshable memory device; and | In Endicia's system, the second system can transfer a predetermined amount of monetary equivalent value to the refreshable memory coupled to the first system via a communication link.  Endicia's system can pass monetary equivalent value blindly. |
| storing the transferred amount of monetary equivalent value within a register of said refreshable memory device. | Endicia's system can store the transferred monetary equivalent value within a register of the refreshable memory device. |

| | |
|---|---|
| 75. The method set forth in claim 74, wherein said requesting step comprises the substep of: indicating a method of payment for said predetermined amount of monetary equivalent value. | Endicia's system can indicate a method of payment for the predetermined amount of monetary equivalent value. |
| 76. The method set forth in claim 74, wherein said communication link comprises information communication means selected from the group consisting of a local area network, a wide area network, a public switched network, and the Internet. | Endicia's system can utilize a local area network, a wide area network, a public switched network, or the Internet as a communication link. |
| 77. A method for transferring monetary equivalent value from a portable processor device having monetary equivalent value stored therein coupled to a network node to a plurality of processor-based systems via an information communication network, said method comprising the steps of: | Assuming arguendo that the preamble is a limitation:<br><br>The Endicia system transfers monetary equivalent value (such as postage value) from a portable processor device having postage value stored therein, such as a hard drive at Endicia, that is coupled to a network node to a plurality of processor-based systems, such as customers' computers, through an information communication network, such as the Internet. |

| | |
|---|---|
| coupling a refreshable memory device for dispensing monetary equivalent value to a network node; | The Endicia system has a refreshable memory device that dispenses monetary equivalent value to a network node. |
| establishing information communication between the node and a select one of a plurality of processor-based systems via an information communication network; | A customer can establish information communication between his computer and a network node at Endicia via an information communication network, such as, for example, the Internet. |
| the select one of the plurality of systems requesting a predetermined amount of the monetary equivalent value from the node; | In Endicia's system, a customer's computer requests a predetermined amount of postage value. |
| the node decrementing the requested amount of monetary equivalent value from the memory device; | In Endicia's system, in response to a customer's request, the monetary equivalent value is deducted from the customer's account. |
| communicating the decremented amount of monetary equivalent value from the node to the select one of the plurality of systems; and | In Endicia's system, in response to a customer's request, the equivalent postage value is communicated to the customer's computer. |

| the select one of the plurality of processor-based systems printing an indicia of value on a document, the indicia of value having the decremented amount of monetary equivalent value. | In Endicia's system, a customer can print an indicia of value on a document, such as an envelope, the indicia being the same value as the monetary equivalent value deducted from the customer's account. |
|---|---|
| 78. The method of claim 77, further comprising the step of: maintaining a transaction log, the transaction log comprising information associated with decrementing the requested amount of monetary equivalent value from the memory device. | Endicia's system can maintain a transaction log that includes information associated with decrementing the requested amount of monetary equivalent value from the memory device. |
| 79. The method of claim 77, further comprising the step of: queuing requests from multiple ones of the plurality of systems. | Endicia's system queues requests from multiple ones of a plurality of systems. |

| | |
|---|---|
| 80. A network node apparatus for transferring a monetary equivalent value from a portable processor device having monetary equivalent value stored therein coupled to the network node apparatus to a plurality of network nodes via an information communication network, said network node apparatus comprising: | Assuming arguendo that the preamble is a limitation:<br><br>Endicia's system has a network node apparatus for transferring a monetary equivalent value, such as a postage value, from a portable processor device having monetary equivalent value stored therein, such as a hard drive at Endicia, that is coupled to the network node apparatus to a plurality of network nodes through an information communication network, such as the Internet. |
| a processor-based system in information communication with a plurality of network nodes via an information communication network; | Endicia's system has a processor-based system, such as a server at Endicia, in information communication with a plurality of network nodes via an information communication network. |
| a refreshable memory device for dispensing monetary equivalent value coupled to the processor-based system; | Endicia's system has a refreshable memory device for dispensing monetary equivalent value that is coupled to the processor based system, such as a server at Endicia. |
| means for a selected one of the plurality of nodes requesting a predetermined amount of the monetary equivalent value from the processor-based system, the requesting means also being suitable for receiving the requested amount of monetary equivalent value; | In Endicia's system, a selected one of the plurality of nodes can request a predetermined amount of postage from the server at Endicia. *E.g.*, "FIG. 1D illustrates a client processor-based system 10 and an alternative embodiment of the host processor-based system 20, of FIG. 1C, depicted here as system 20D. System 20D is a dedicated purpose network node device. System 10 is utilized for implementing the aforementioned E-STAMP program while system 20D is utilized fro emulating an I/O port of system 10. This emulation is accomplished in part by a TSR program stored on system 10 that redirects information from an I/O port within system 10 to system 20D. Such I/O port emulation is well known in the art and may be accomplished by any number of commercially available means." (Col. 9:51-62) (Exhibit 26) |

| means, executable on the processor-based system, for removing the requested amount of monetary equivalent value from the memory device; and | Endicia's system can decrement the requested amount of postage value from a customer's account stored within a hard drive at Endicia.  *E.g.*, "The amount of postage printed on the indicia is automatically deducted from the amount stored within the portable processor button 182 by the button itself or on command from the E-STAMP program in step 716."  (Col. 17:8-11) |
|---|---|
| means for communicating the removed amount of monetary equivalent value from the processor-based system to the requesting means. | Endicia's system communicates the deducted amount of postage value from the server at Endicia to the customer's computer.  *E.g.*, "If YES is chosen, control passes to step 716 and the E-STAMP program utilizes the input/output ports of processor-based system 10 to send to printer/label maker 19, the correct data pertaining to the indicia to be printed on an envelope, letter, card or label."  (Col. 17:2-7) |
| 81. The apparatus set forth in claim 80, wherein the requesting means further comprises: means for printing the requested amount of monetary equivalent value as an indicia by the requesting one of the plurality of nodes. | Endicia's system allows a customer's computer to print the requested amount of postage value as an indicia.  *E.g.*, "If YES is chosen, control passes to step 716 and the E-STAMP program utilizes the input/output ports of processor-based system 10 to send to printer/label maker 19, the correct data pertaining to the indicia to be printed on an envelope, letter, card or label."  (Col. 17:2-7) |
| 82. The apparatus set forth in claim 81, wherein the communicated monetary equivalent value comprises data representative of at least part of the indicia to be printed by the requesting one of the plurality of nodes. | In Endicia's system, the communicated monetary equivalent value can include data representative of at least part of the indicia to be printed by the requesting one of the plurality of nodes. |

58

| 83. The apparatus set forth in claim 81, wherein the communicated monetary equivalent value comprises data representative of a particular value from the portable processor. | In Endicia's system, the communicated postage value comprises data representative of value from the portable processor, such as, for example, a hard drive at Endicia. |
|---|---|
| 84. The apparatus set forth in claim 81, further comprising: means, under control of said processor system, for maintaining a transaction log recording information associated with said requested monetary equivalent value. | Endicia's system can maintain a transaction log that records information associated with the requested amount of monetary equivalent value. *E.g.*, "If the response is acceptable at step 1034, in step 1036, a receipt is printed out for the customer and the results are written in a transaction log stored on system 10 or on another system in information communication with system 10." (Col. 19:67-Col. 20:3) |
| 85. The apparatus set forth in claim 81, further comprising: means, under control of said processor system, for queuing requests from multiple ones of the plurality of nodes. | Endicia's system queues requests from multiple ones of the plurality of nodes. *E.g.*, "In such a configuration, the E-STAMP SERVER program provides centralized logistical control, such as queuing and servicing requests by ones of system 10." (Col. 9:38-41) |

| UNITED STATES PATENT 5,819,240 | |
|---|---|
| **Claim** | **Infringement** |
| 18. A method of printing a desired amount of postage for mailing a document created within a general purpose processor based system, said method comprising the steps of: | Assuming arguendo that the preamble is a limitation:<br><br>Endicia software enables a user to print a desired amount of postage that may be used to mail a document created within a general purpose processor based system. |
| automatically calculating a correct amount of postage for a particular one of said documents as a function of mailing parameters specific to said particular document; | Endicia software automatically calculates the correct amount of postage for a document as a function, at least in part, of parameters entered into the system that are specific to the particular document.  For example, a user may enter mailing parameters into the Postage Options Rate menu when running the DAZzle application, and the DAZzle application calculates postage based on those parameters.  (Exhibit 7) |
| formatting data operable for printing said correct amount of postage; and | Endicia software formats data for printing the correct amount of postage.  (Exhibit 7) |
| wherein said formatting step includes the step of: | |

| | |
|---|---|
| creating, at least in part on said general purpose processor based system having a portable memory coupled thereto, a postage indicia together with said correct amount of postage, said postage indicia formatted for printing together with said correct amount of postage, wherein said creating step includes receiving information from a system user regarding said postage indicia independent of said mailing parameters and independent of information with respect said system user, said creating step being substantially contemporaneous with printing said correct amount of postage. | Endicia's software can create, at least in part on a general purpose processor based system, a postage indicia together with a correct amount of postage. The postage indicia can be printed together with the correct amount of postage, at substantially the same time as the postage indicia is created. Endicia's software can receive information from a system user regarding the postage indicia. For example, DAZzle enables a user to select from a menu of graphics that may be printed together with the postage. (Exhibit 10) This graphics selection is independent of mailing parameters and independent of information with respect to the system user. |
| 19. The method of claim 18 wherein said creating step further includes the step of: generating a plurality of graphical configurations of postage indicia for selectively printing together with said postage. | The Endicia software generates a plurality of graphical configurations of postage indicia from which a user may select to print together with the postage amount. For example, DAZzle enables a user to do this, by selecting from among indicia accessed by clicking on "Insert" from the toolbar and selecting "Graphic," that may be printed together with the postage on the document. (Exhibit 10) |

| 20. The method of claim 18 wherein said creating step further includes: personalizing said created postage indicia under control of a system user. | Endicia's software allows a system user to personalize the created postage indicia. |
|---|---|
| 21. The method set forth in claim 20 wherein said at least one graphical configurations of postage indicia contains limitations on use provided by a controlling postage agency. | Endicia's software allows a system user to personalize the created postage to include at least one graphical configuration of postage that contains limitations on use provided by a controlling postage agency. |
| 22. The method of claim 18 wherein said creating step includes the step of: communicating with a data source to obtain at least one preestablished graphical configurations of postage indicia. | The Endicia software communicates with a data source to obtain at least one preestablished graphical configuration of postage indicia. |
| 23. The method set forth in claim 22 wherein said last-mentioned communicating step includes: selecting from a menu of choices. | The Endicia software enables a user to select from a menu of choices to obtain at least one preestablished graphical configuration of postage indicia. |
| 37. A method for printing postage indicia on a mailing envelope, said method comprising the steps of: | Assuming arguendo that the preamble is a limitation:<br><br>Endicia software enables a user to print postage indicia on a mailing envelope. (Exhibit 12) |

| | |
|---|---|
| storing data in a general purpose processor based system having a postage credit memory device coupled thereto, said data for creating at least one of said postage indicia; | Endicia's system stores data for creating at least one postage indicia in a general purpose processor based system that has a postage credit memory device coupled thereto. |
| selecting under control of a user from said stored data a particular postage indicia, wherein said selecting step includes receiving input from said user regarding selection of said postage indicia; and | The Endicia software enables a user to provide input regarding the selection of the postage indicia stored on the user's system. |
| printing on a general purpose printer said selected postage indicia under control of said processor based system, wherein said user input of said selecting step is received substantially contemporaneously with printing said postage indicia. | The Endicia software enables a user to select a particular postage indicia.  The system then formats the postage indicia to be sent to the general purpose printer controlled by the user's system.  For example, DAZzle enables a user to select from a menu of graphics and then to print the piece of mail by hitting the "Print" icon in the toolbar or selecting "Print" from the File menu. (Exhibit 12) |
| 38. The method of claim 37 wherein said selecting step includes the step of: receiving input instructing from a system user for modifying said selected indicia. | The Endicia software allows a user to modify the selected indicia.  For example, when the user selects an indicia, the user provides input used to specify the indicia content. |

| | |
|---|---|
| 39. The method set forth in claim 37 wherein said selecting step includes the steps of: substituting for said stored data other data from said user for controlling the printing of a selected indicia. | The Endicia software enables a user to select from a menu of choices to obtain at least one graphical configuration of postage indicia, and to substitute the user's own graphic for the stored graphic.  For example, DAZzle enables a user to do this, by selecting from among indicia accessed by clicking on "Insert" from the toolbar and selecting "Graphic."  The user may then use the "Look in" scroll down menu to search the user's computer for other images to import onto the mailing envelope.  (Exhibit 53) |
| 40. A method of controlling printing a selected postage indicia on a piece of mail, said method comprising the steps of: | Assuming arguendo that the preamble is a limitation:<br><br>Endicia's software enables a user to print postage indicia on a piece of mail. (Exhibit 12) |
| displaying a plurality of said postage indicia on a general purpose processor-based system screen, said general purpose processor-based system having a portable memory temporarily associated therewith; and | Endicia's software causes multiple postage indicia to be displayed on the monitor of a user's general purpose processor-based system (such as, for example, a user's computer).  For example, Endicia's Instapostage offering displays a sheet of multiple indicia. |
| selecting under control of a user a particular one of said displayed indicia, said selected indicia being transmitted to a printer, wherein said selecting step is performed in temporal proximity to transmitting said selected indicia to said printer. | Endicia's software enables a user to select from a menu of choices to obtain at least one graphical configuration of postage indicia, and to send the selected indicia to the printer in temporal proximity to selecting the indicia.  For example, Endicia's Instapostage offering allows a user to select and print a particular indicia from a sheet of displayed indicia. |

| 41. The method set forth in claim 40 further including the step of: modifying at least a portion of a selected displayed indicia under control of a system user. | Endicia's software enables a user to modify at least a portion of the selected displayed indicia. |
|---|---|
| 42.  The method set forth in claim 40 wherein said portable memory includes data pertaining to at least one of said displayed postage indicia. | The portable memory temporarily associated with the general purpose processor-based system includes data pertaining to at least one the displayed indicia. |
| 51. A general purpose processor-based system for printing a desired amount of postage for mailing a document created within said system, said system comprising: | Assuming arguendo that the preamble is a limitation:<br><br>Endicia software enables a user to print a desired amount of postage that may be used to mail a document created within a general purpose processor based system. (Exhibit 12) |
| means for communicating between said system and a postage storage memory; | The user's computer communicates with the Endicia servers through the Internet. *E.g.,* "The postal storage device 18 may be used on a variety of processor-based systems 10.  Processor based systems 10 may be located in an individaul's home, at any business location, or may even be present in a Post Office lobby for after hours usage.  In a preferred embodiment, system 10 is an IBM compatible PC.  In an alternative embodiment, … system 10 could be part of a network system." (Col. 8:40-47);  "[A] pair of systems may be linked together through Public Switched Network ("PSN") 102 via modem 101 or directly through digital telecommunications trunks (not shown)."  (Col. 10:66 – 11:2) |
| means for determining a correct amount of postage for a particular one of said documents; | Endicia software automatically calculates the correct amount of postage for a document as a function, at least in part, of parameters entered into the system that are specific to the particular document.  For example, a user may enter mailing parameters into the Postage Options Rate menu when running the DAZzle application, and the DAZzle application calculates postage based on those parameters.  (Exhibit 7)  (Col. 17:38-42)  *E.g.,* "The E-STAMP program will automatically incorporate the aforementioned entered parameters – weight, class, zone – in order to correctly calculate the correct postage to print in conjunction with the meter stamp."  (Col. 17:9-13) |

| | |
|---|---|
| means for selecting a particular postage indicia to be printed with said correct amount of postage, said selecting means operable upon input of a user of said system; and | The Endicia software enables a user to provide input regarding the selection of a particular postage indicia to be printed with the correct amount of postage.  The Endicia software then causes a postage indicia, including the amount of postage calculated by the software, to be created and printed.  *E.g.,* "At step 717, the user may select the configuration of postage indicia desired.  Box 816 will allow the user to select a standard postage indicia such as shown in the top right hand corner of screen 80, Fig. 8, or to select another postage indicia." (Col. 17:38-42); "In step 718, the E-STAMP program utilizes the input/output ports of the processor-based system 10 to send to printer/label maker 19 the correct data pertaining to the meter stamp, the postage indicia, … the authorized amount of postage."  (Col. 18:10-14) |
| means for formatting data to be sent to a printer coupled to said system, wherein said formatted data is operable to print said correct amount of postage together with a selected particular postage indicia, wherein said formatting means and said selecting means are operable substantially contemporaneously. | The Endicia software enables a user to select a particular postage indicia, which the system formats with the postage amount to be sent to the printer coupled to the system.  The Endicia software then causes a postage indicia, including the amount of postage calculated by the software, to be created and printed.  *E.g.,* "In step 718, the E-STAMP program utilizes the input/output ports of the processor-based system 10 to send to printer/label maker 19 the correct data pertaining to the meter stamp, the postage indicia, … the authorized amount of postage."  (Col. 18:10-14) |
| 52. The system of claim 51 further comprising: means for generating a plurality of graphical configurations of postage indicia for selectively printing together with said postage. | The Endicia software generates a plurality of graphical configurations of postage indicia from which a user may select to print together with the postage amount.  *E.g.,* "At step 717, the user may select the configuration of postage indicia desired.  Box 816 will allow the user to select a standard postage indicia such as shown in the top right hand corner of screen 80, FIG. 8, or to select another postage indicia." (Col. 17:37-41) |
| 53. The system of claim 51 further including means for selecting a particular graphical configuration of postage indicia; and | Endicia's software allows a system user to select a particular graphical configuration of postage indicia.  *E.g.,* "At step 717, the user may select the configuration of postage indicia desired.  Box 816 will allow the user to select a standard postage indicia such as shown in the top right hand corner of screen 80, FIG. 8, or to select another postage indicia." (Col. 17:37-41) " |

| means controlled by a system user for personalizing said selected graphical configuration. | Endicia's software allows a system user to personalize a selected graphical configuration of postage indicia. *E.g.*, "Next at step 710, the user may select the print format by the use of box 804." (Col. 15:62-63) |
|---|---|
| 54. The system set forth in claim 53 further including: means for printing said personalized graphical configuration of postage indicia together with said correct amount of postage. | The Endicia software enables a user to print a selected personalized graphical configuration of postage indicia together with the postage amount. (Exhibit 12) *E.g.,* "In step 718, the E-STAMP program utilizes the input/output ports of processor-based system 10 to send to printer/label maker 19, the correct data pertaining to the meter stamp, the postage indicia, the encrypted message, the authorized amount of postage, the return address, the addressee's address, etc. to be printed on an envelope, letter, card, or label." (Col. 18:10-16) |
| 58. The system of claim 51 wherein said postage indicia selecting means includes means for obtaining said postage indicia form said postage storage memory. | Endicia's software allows a user to obtain postage indicia from the postage storage memory. *E.g.*, "Selection of the "Other" option in Box 816 allows the user to select a postage indicia that has been previously stored within the E-STAMP program or to import a new postage indicia using a "merge" command in conjunction with a word processing or graphics program coupled to the E-STAMP program…Importation can be from any data base, including the portable memory, a modem and a remote memory, or from a data base preloaded in the main processor's memory and operating in conjunction with the CPU." (Col. 17:41-51) |
| 61. The system of claim 51 wherein said postage indicia selecting means includes: means for receiving input from a system user on a use by use basis. | The Endicia software enables a user on a use by use basis to select a postage indicia. *E.g.*, "At step 717, the user may select the configuration of postage indicia desired. Box 816 will allow the user to select a standard postage indicia such as shown in the top right hand corner of screen 80, FIG. 8, or to select another postage indicia." (Col. 17:37-41) |
| 63. The system of claim 61 further comprising: means for storing in said postage memory a running balance of value of postage printed. | Endicia's system stores a running balance of the value of postage printed. *E.g.* "The amount of postage printed on the meter stamp is automatically deducted from the amount stored within the TMU button 182. Other information is also automatically updated including the usage record for this particular serial number of TMU button 182 and any other information, such as the addressee, the postage amount, the date, and the original denomination." (Col. 18:17-23) |

| 64. The system of claim 63 further comprising: means for automatically deducting said correct amount of postage from a total amount of postage stored in said postage storage device. | Endicia's software automatically deducts the correct amount of postage from a total amount of postage stored in the postage storage device. *E.g.* "The amount of postage printed on the meter stamp is automatically deducted from the amount stored within the TMU button 182." (Col. 18:17-19) |
|---|---|
| 68. A method of creating a selected postage indicia, said method comprising the steps of: | Assuming arguendo that the preamble is a limitation:<br><br>Endicia operates and distributes software operable with a system that enables creation of selected postage indicia. (Exhibit 52) |
| displaying a plurality of said postage indicia on a general purpose processor-based system screen, said general purpose processor-based system having a postage memory device temporarily associated therewith; | Endicia software causes multiple postage indicia to be displayed on a general purpose processor-based system screen. |
| selecting under control of a user a particular one of said displayed indicia for transmittal to a printer; and | The Endicia software enables a user to select a particular postage indicia for transmittal to a printer. |
| printing said selected particular one of said postage indicia, wherein said printing step is performed substantially contemporaneously with said selecting step. | Endicia software enables a user to cause a selected indicia to be printed substantially contemporaneously with the step of selecting the indicia. |

| 69. The method set forth in claim 68 wherein said selecting step includes the step of: personalizing said selected indicia. | The Endicia software enables the user to personalize the postage indicia. |
|---|---|
| 70. The method set forth in claim 68 further including the step of: modifying at least a portion of a selected displayed indicia under control of a system user. | The Endicia software enables a user to modify at least a portion of a selected displayed indicia. |

| INFRINGEMENT CHART | |
| --- | --- |
| **UNITED STATES PATENT 6,208,980** | |
| **Claim** | **Claim Construction and Infringement** |
| 1. A general purpose processor based system having a program running on said processor, said program operable for controlling document creation by a user giving input data and instructions to said processor, said document having a second document associated therewith, said system comprising: | Endicia's production of documents is not yet complete, and accordingly Stamps.com's discovery regarding infringement is as of yet incomplete.  Therefore, Stamps.com reserves the right to supplement this response to include facts regarding infringement of this claim. |
| means controlled by said processing system and responsive to input data from a user for creating a first document; | |
| means for establishing a transfer section on said first document; | |

| | |
|---|---|
| means for printing within said transfer section a first postage indicia corresponding to said first document, said printing means including a general purpose printer coupled to said general purpose processor-based system; and | |
| means for printing a second postage indicia corresponding to said second document, wherein said means for printing said first indicia and said means for printing said second indicia operate substantially contemporaneously with said document creating means. | |
| 2. The system as set forth in claim 1, wherein each of said first and second postage indicia are customized under control of data provided on an interactive basis between said processing system and said user. | Endicia's production of documents is not yet complete, and accordingly Stamps.com's discovery regarding infringement is as of yet incomplete.  Therefore, Stamps.com reserves the right to supplement this response to include facts regarding infringement of this claim. |
| 3. The system as set forth in claim 1, wherein said second document comprises a detachable portion of said first document. | Endicia's production of documents is not yet complete, and accordingly Stamps.com's discovery regarding infringement is as of yet incomplete.  Therefore, Stamps.com reserves the right to supplement this response to include facts regarding infringement of this claim. |

| | |
|---|---|
| 4. The system as set forth in claim 3, further comprising: means for establishing a transfer section on said second document, wherein said second indicia printing means prints within said transfer section on said second document. | Endicia's production of documents is not yet complete, and accordingly Stamps.com's discovery regarding infringement is as of yet incomplete.  Therefore, Stamps.com reserves the right to supplement this response to include facts regarding infringement of this claim. |
| 6. The system as set forth in claim 5, wherein said second indicia printing means prints said second indicia on said second document. | Endicia's production of documents is not yet complete, and accordingly Stamps.com's discovery regarding infringement is as of yet incomplete.  Therefore, Stamps.com reserves the right to supplement this response to include facts regarding infringement of this claim. |
| 8. The system as set forth in claim 7, wherein said transfer medium is a peel off restick label. | Endicia's production of documents is not yet complete, and accordingly Stamps.com's discovery regarding infringement is as of yet incomplete.  Therefore, Stamps.com reserves the right to supplement this response to include facts regarding infringement of this claim. |
| 9. The system as set forth in claim 1, further comprising: means for calculating from said input data from said user the amount of postage to print for each of said first and second document. | Endicia's production of documents is not yet complete, and accordingly Stamps.com's discovery regarding infringement is as of yet incomplete.  Therefore, Stamps.com reserves the right to supplement this response to include facts regarding infringement of this claim. |
| 10. The system as set forth in claim 9, and wherein said input data utilized by said calculating means includes address information with respect to an addressee and an addressor. | Endicia's production of documents is not yet complete, and accordingly Stamps.com's discovery regarding infringement is as of yet incomplete.  Therefore, Stamps.com reserves the right to supplement this response to include facts regarding infringement of this claim. |

| | |
|---|---|
| 12. The system as set forth in claim 11, wherein said transfer section contains a transfer medium allowing the transfer of said first indicia to a mailing container associated with said first document and further allowing the transfer of said second indicia to a mailing container associated with said second document. | Endicia's production of documents is not yet complete, and accordingly Stamps.com's discovery regarding infringement is as of yet incomplete.  Therefore, Stamps.com reserves the right to supplement this response to include facts regarding infringement of this claim. |
| 13. The system as set forth in claim 12, wherein the transfer medium is a peel off restick label. | Endicia's production of documents is not yet complete, and accordingly Stamps.com's discovery regarding infringement is as of yet incomplete.  Therefore, Stamps.com reserves the right to supplement this response to include facts regarding infringement of this claim. |
| 14. A method of operating a processor based system having a program running on said processor, said program operable for controlling document creation by a user giving input data and instructions to said processor, said document having a return document associated therewith, said method comprising the steps of: | Endicia's system is a processor based system running a program that allows a user to create a document which has an associated return document. |
| creating a first document under control of said program and responsive to input data from a user, said document having associated therewith a second document; and | Endicia's system allows a user to create a first document that is associated with a second document. |

| printing substantially simultaneously said first document and a first postage indicia pertaining to said first document and a second postage indicia pertaining to said second document. | Endicia's system can print substantially simultaneously a first document and postage indicia pertaining to the first document, and postage indicia pertaining to the second document. |
|---|---|
| 16. The method as set forth in claim 14, further including the step of: calculating from information provided said program by said user an amount of postage for each of said first and second indicia. | Endicia's system can calculate postage for the first and second indicia from information provided by a user. |
| 17. The method as set forth in claim 16, wherein said information utilized by said calculating step includes address information with respect to an addressee of said first and second documents. | Endicia's system can utilize address information with respect to an addressee of the first and second documents when calculating postage. |

| | |
|---|---|
| 18. The method as set forth in claim 14, further comprising the step of: creating said second document under control of said program and responsive to input data from a user, wherein said first indicia is printed in a preselected portion of said first document and said second indicia is printed in a preselected portion of said second document. | Endicia's system allows a user to create a second document, where the first indicia is printed in a preselected portion of the first document and the second indicia is printed in a preselected portion of the second document. |
| 19. The method as set forth in claim 18, wherein said preselected portion of at least one of said first and second document includes a transfer media and said method further comprises the step of: transferring said transfer media to a postal item associated with a corresponding one of said first and second document. | Endicia's system can print indicia on a transfer section of at least one of the first and second documents.  The transfer section can be transferred to a postal item associated with either the first or second documents. |

| 20. The method as set forth in claim 19, wherein the transfer media is a peel off restick label, and said transferring step comprises the step of: peeling a label from said first document upon which postage indicia has been printed and repositioning said label on said postal item. | Endicia's system can print indicia on a transfer section of at least one of the first and second documents, where the transfer section is a peel off restick label. The transfer section can be transferred to a postal item. |
|---|---|
| 22. The method as set forth in claim 21, further including the step of: folding said first document so that said transfer section cooperates with a juxtaposed section of a mailing envelope to provide for viewing of said first indicia on the outside of said envelope. | Endicia's production of documents is not yet complete, and accordingly Stamps.com's discovery regarding infringement is as of yet incomplete. Therefore, Stamps.com reserves the right to supplement this response to include facts regarding infringement of this claim. |
| 23. The method as set forth in claim 21, wherein said second indicia is also printed within said transfer section. | Endicia's production of documents is not yet complete, and accordingly Stamps.com's discovery regarding infringement is as of yet incomplete. Therefore, Stamps.com reserves the right to supplement this response to include facts regarding infringement of this claim. |

| | |
|---|---|
| 24. The method as set forth in claim 23, wherein said transfer section includes a transfer media and said method further comprises the step of: transferring at least a portion of said transfer media having said second indicia printed thereon to a postal item associated with said second document. | Endicia's production of documents is not yet complete, and accordingly Stamps.com's discovery regarding infringement is of yet incomplete.  Therefore, Stamps.com reserves the right to supplement this response to include facts regarding infringement of this claim. |
| 25. The method as set forth in claim 24, further comprising the step of: transferring as least a portion of said transfer media having said first indicia printed thereon to a postal item associated with said first document. | Endicia's production of documents is not yet complete, and accordingly Stamps.com's discovery regarding infringement is of yet incomplete.  Therefore, Stamps.com reserves the right to supplement this response to include facts regarding infringement of this claim. |
| 26. An automated system for concurrently generating a first postage indicia and an associated second postage indicia, said system comprising: | Assuming arguendo that the preamble is a limitation:<br><br>Endicia's system can concurrently generate a first postage indicia and a second associated postage indicia. |
| means for determining the correct postage for mailing a first document associated with said first postage indicia; | Endicia's system determines the correct postage for mailing a document.  For example, a user may enter parameters when running the Instapostage application, and the Instapostage application calculates postage based on those parameters.  *E.g.* "The E-Stamp program will automatically incorporate the aforementioned entered parameters—weight, class, zone—in order to correctly calculate the correct postage to print in conjunction with the meter stamp(s)."  (Col. 21:1-4) |

| means for determining the correct postage for mailing a second document associated with said second postage indicia; | Endicia's system determines the correct postage for mailing a document.  For example, a user may enter parameters when running the Instapostage application, and the Instapostage application calculates postage based on those parameters.  *E.g.* "The E-Stamp program will automatically incorporate the aforementioned entered parameters—weight, class, zone—in order to correctly calculate the correct postage to print in conjunction with the meter stamp(s)."  (Col. 21:1-4) |
|---|---|
| means for generating said first postage indicia having said correct postage for mailing said first document; | Endicia's system is configured to enable generation of postage indicia having the correct postage for mailing a document. |
| means for generating said second postage indicia having said correct postage for mailing said second document; and | Endicia's system is configured to enable generation of second postage indicia having the correct postage for mailing the second document. |
| means for printing said first postage indicia and said second postage indicia on a single substantially continuous surface. | Endicia's system is capable of printing multiple postage indicia on a single substantially continuous surface, e.g., a label sheet.  "[T]he E-STAMP program utilizes the input/output ports of the document generating system to send to printer/label maker 19, the correct data pertaining to the meter stamp, the postage indicia, the encrypted message, the authorized amount of postage, the return address, the addressee's address, etc. to be printed on an envelope, as illustrated in FIG. 16B, or on detachable labels attached to the back of the greeting card as illustrated in FIG. 16A. The detached labels can be removed and attached to the front of an envelope."  (Col. 21:49-58) |
| 29. The system of claim 26, further comprising: means for interfacing with a document generation program generating said first document, wherein said printing means includes means for printing said first document substantially concurrently with printing said first and second indicia. | Endicia's production of documents is not yet complete, and accordingly Stamps.com's discovery regarding infringement is as of yet incomplete.  Therefore, Stamps.com reserves the right to supplement this response to include facts regarding infringement of this claim. |

| | |
|---|---|
| 30. The system of claim 29, wherein said printing means further comprises: means for printing said second document substantially concurrently with printing said first and second postage indicia. | Endicia's production of documents is not yet complete, and accordingly Stamps.com's discovery regarding infringement is as of yet incomplete.  Therefore, Stamps.com reserves the right to supplement this response to include facts regarding infringement of this claim. |
| 31. The system of claim 26, wherein said substantially continuous surface comprises a transfer media. | Endicia's system prints on substantially continuous surface that comprises a transfer media (such as a label sheet or roll).  *E.g.* "In another embodiment, either or both postage indicia are printed on a transfer sheet and physically transferred to the outside of the mailing envelope or package.  This transfer sheet may be discrete from the documents, or may be a predefined transfer section of the documents having a transfer media, such as a removable pressure sensitive label, included thereon."  (Col. 3:15-21) |
| 32. The system of claim 31, wherein said transfer media comprises: means for separating said first and second postage indicia; means for substantially permanently attaching said first postage indicia to a postal item associated with said first document; and means for substantially permanently attaching said second postage indicia to a postal item associated with said second document. | Endicia's system prints first and second postage indicia that can be separated and substantially permanently attached to postal items associated with multiple documents.  *E.g.* "Location 1901 is where the postage indicia is printed.  However, located at Location 1901 can be a label which is peeled off and which thereby allows the user to transfer the postage to the outside of an envelope, such as envelope 2000."  (Col. 7:1-5); |
| 34. A system for generating an outbound postage indicia and an associated return postage indicia, said system comprising: | Assuming arguendo that the preamble is a limitation:

Endicia's system generates outbound postage indicia and associated return postage indicia. |

| | |
|---|---|
| means for interfacing with a document generation program generating an outbound document to be associated with said outbound postage indicia, said outbound document being associated with a return document; | Endicia's system interfaces with a document generation program (such as Microsoft Word) that generates an outbound document, which may be associated with a return document. *E.g.* "At step 901, the document generating system is activated by a customer.  In a preferred embodiment, the document generating and E-STAMP program will provide for input from a user via a user interface such as through keyboard 15, or mouse 16." (Col. 18:65-19:2) (Exhibits 1, 2, 3) |
| means for determining the correct postage for mailing said outbound document; | Endicia's software (e.g., DAZzle through the Print menu) determines the correct postage for mailing an outbound document.  *E.g.* "If, at step 912, the customer decides to continue to calculate and print the postage, a new screen 140 may appear, such as seen in FIG. 14, giving the customer a selection menu for the type of indicia that the customer desires to create (step 914).  The customer may select a different indicia for any associated document or may select a single indicia to be applied to both items."; (Col. 20:6-12); "Thereafter, in step 917, the customer will indicate whether the card will be mailed by itself, or with enclosures by selecting the appropriate option in box 1310.  If no enclosures are included, then the system will calculate the appropriate postage based on the weight of the card, i.e. less than one ounce.  If enclosures are to be sent with the greeting card, the customer must enter the weight of the enclosures.  This weight may be entered manually, or automatically through the use of scale 103 coupled to processor-based system 10, the document generating system, in a manner well known in the art.  The weight of the card enclosures will be sued to calculate the appropriate postage for the card...In step 918, the customer selects the class of mail from the choices shown in box 1309." (Col. 20:35-52)  "The E-STAMP program will automatically incorporate the aforementioned entered parameters-weight, class, zone-in order to correctly calculate the correct postage to print in conjunction with the meter stamp(s)." (Col. 21:1-4) (Exhibit 4) |

| | |
|---|---|
| means for determining the correct postage for mailing said return document; | Endicia's software (e.g., DAZzle through the Print menu) determines the correct postage for mailing a return document. *E.g. E.g.* "If, at step 912, the customer decides to continue to calculate and print the postage, a new screen 140 may appear, such as seen in FIG. 14, giving the customer a selection menu for the type of indicia that the customer desires to create (step 914.  The customer may select a different indicia for any associated document or may select a single indicia to be applied to both items."; (Col. 20:6-12); "Thereafter, in step 917, the customer will indicate whether the card will be mailed by itself, or with enclosures by selecting the appropriate option in box 1310.  If no enclosures are included, then the system will calculate the appropriate postage based on the weight of the card, i.e. less than one ounce.  If enclosures are to be sent with the greeting card, the customer must enter the weight of the enclosures.  This weight may be entered manually, or automatically through the use of scale 103 coupled to processor-based system 10, the document generating system, in a manner well known in the art.  The weight of the card enclosures will be sued to calculate the appropriate postage for the card...In step 918, the customer selects the class of mail from the choices shown in box 1309."  (Col. 20:35-52)  "The E-STAMP program will automatically incorporate the aforementioned entered parameters-weight, class, zone-in order to correctly calculate the correct postage to print in conjunction with the meter stamp(s)."  (Col. 21:1-4) (Exhibits 2, 15, 16, 17, 18) |
| means for generating said outbound postage indicia having said correct postage for mailing said outbound document; | Endicia's system is configured to enable generation of outbound postage indicia having the correct postage to mail an outbound document.  (Exhibits 12, 13) |
| means for generating said return postage indicia having said correct postage for mailing said return document; and | Endicia's system is configured to enable generation of return postage having correct postage for mailing the return document.  (Exhibit 19) |
| means for printing said outbound postage indicia and said return postage indicia substantially concurrently. | Endicia's system is capable of printing outbound postage indicia and return postage indicia substantially concurrently, e.g., on a label sheet.  *E.g.* "In step 923, the E-STAMP program utilizes the input/output ports of the document generating system to send to printer/label maker 19, the correct data pertaining to the meter stamp, the postage indicia, the encrypted message, the authorized amount of postage, the return address, the addressee's address, etc. to be printed on an envelope, as illustrated in FIG. 16B, or on detachable labels attached to the back of the greeting card as illustrated in FIG. 16A.  The detached labels can be removed and attached to the front of an envelope."  (Col. 21:49-58) |

Case 2:06-cv-07499-ODW -CT   Document 117-3   Filed 05/09/08   Page 138 of 265   Page ID
#:4923

| 35. The system of claim 34, wherein at least one of said generating means includes: means for selecting one of a plurality of graphical configurations of a postage indicia; and means for personalizing said selected graphical configuration. | Endicia's system allows the customer to select a plurality of graphical configurations of a postage indicia and also to personalize the configuration. *E.g.* "Once the customer has selected the desired indicia he/she may personalize the indicia (Step 916B) with information such as the name of the person whose birthday it is (boxes 1502 and 1504) and which birthday that person is celebrating (boxes 1504 and 1506). For example, if the customer selected stamp indicia 1508, the document generating system would prompt the user to add a number representing which birthday the recipient was celebrating in box 1506. FIG 15B illustrates how stamp indicia 1508 would appear after it has been personalized. Of course, for business letters there would be a data base (not shown) containing indicia pictures and wording appropriate for various situations, including slogans relating to the company using the system." (Col. 20:22-34)  (Exhibits 1, 9, 10, 11, 69, 70, 71, 72) |
|---|---|
| 38. The system of claim 34, wherein said printing means comprises: means for printing said outbound document substantially concurrently with printing said outbound and return postage indicia. | Endicia's system enables a user to print an outbound document (such as a letter) substantially concurrently with printing outbound and return postage indicia. *E.g.* "FIG. 18 shows a letter 1800 having a body of the letter in 1803 with a postage indicia label 1801 and an address label 1802. As just discussed, postage indicia label 1801 could be removed and positioned on the outside of an envelope or the indicia could be imprinted directly on the document and the document folded such that position 1801 of letter 1800 will show through window 2001 of envelope 2000 in FIG. 20. Postage indicia label 1801 may include two postage indicia, one outbound and one for the return document (not shown). For example, postage indicia label 1801 might be "kiss cut" horizontally in order to provide for the printing of the two indicia." (Col. 6:19-7:34) |
| 39. The system of claim 38, wherein said printing means prints said outbound postage indicia on said outbound document. | Endicia's production of documents is not yet complete, and accordingly Stamps.com's discovery regarding infringement is as of yet incomplete. Therefore, Stamps.com reserves the right to supplement this response to include facts regarding infringement of this claim. |
| 41. The system of claim 38, wherein said printing means further comprises: means for printing said return document substantially concurrently with printing said outbound and return postage indicia. | Endicia's system prints return documents substantially concurrently with printing return postage indicia. *E.g.* "FIG. 18 shows a letter 1800 having a body of the letter in 1803 with a postage indicia label 1801 and an address label 1802. As just discussed, postage indicia label 1801 could be removed and positioned on the outside of an envelope or the indicia could be imprinted directly on the document and the document folded such that position 1801 of letter 1800 will show through window 2001 of envelope 2000 in FIG. 20. Postage indicia label 1801 may include two postage indicia, one outbound and one for the return document (not shown). For example, postage indicia label 1801 might be "kiss cut" horizontally in order to provide for the printing of the two indicia." (Col. 6:19-7:34) |

| 43. A processor based system for generating an outbound document and an associated return document, said system also for generating an outbound postage indicia associated with said outbound document and a return postage indicia associated with said return document, said system comprising: | Assuming arguendo that the preamble is a limitation:<br><br>Endicia's system generates outbound postage indicia and associated return postage indicia. |
|---|---|
| means for interfacing with a document generation program generating said outbound document and said return document; | Endicia's system interfaces with a document generation program (such as Microsoft Word) that generates an outbound document, which may be associated with a return document. *E.g.* "At step 901, the document generating system is activated by a customer. In a preferred embodiment, the document generating and E-STAMP program will provide for input from a user via a user interface such as through keyboard 15, or mouse 16." (Col. 18:65-19:2) (Exhibits 1, 2, 49, 50) |
| means for determining the correct postage for mailing said outbound document; | Endicia's software (e.g., DAZzle through the Print menu) determines the correct postage for mailing an outbound document. *E.g.* "If, at step 912, the customer decides to continue to calculate and print the postage, a new screen 140 may appear, such as seen in FIG. 14, giving the customer a selection menu for the type of indicia that the customer desires to create (step 914). The customer may select a different indicia for any associated document or may select a single indicia to be applied to both items."; (Col. 20:6-12); "Thereafter, in step 917, the customer will indicate whether the card will be mailed by itself, or with enclosures by selecting the appropriate option in box 1310. If no enclosures are included, then the system will calculate the appropriate postage based on the weight of the card, i.e. less than one ounce. If enclosures are to be sent with the greeting card, the customer must enter the weight of the enclosures. This weight may be entered manually, or automatically through the use of scale 103 coupled to processor-based system 10, the document generating system, in a manner well known in the art. The weight of the card enclosures will be sued to calculate the appropriate postage for the card...In step 918, the customer selects the class of mail from the choices shown in box 1309." (Col. 20:35-52) "The E-STAMP program will automatically incorporate the aforementioned entered parameters-weight, class, zone-in order to correctly calculate the correct postage to print in conjunction with the meter stamp(s)." (Col. 21:1-4) |

| | |
|---|---|
| means for determining the correct postage for mailing said return document; | Endicia's software (e.g., DAZzle through the Print menu) determines the correct postage for mailing a return document. *E.g. E.g.* "If, at step 912, the customer decides to continue to calculate and print the postage, a new screen 140 may appear, such as seen in FIG. 14, giving the customer a selection menu for the type of indicia that the customer desires to create (step 914). The customer may select a different indicia for any associated document or may select a single indicia to be applied to both items."; (Col. 20:6-12); "Thereafter, in step 917, the customer will indicate whether the card will be mailed by itself, or with enclosures by selecting the appropriate option in box 1310. If no enclosures are included, then the system will calculate the appropriate postage based on the weight of the card, i.e. less than one ounce. If enclosures are to be sent with the greeting card, the customer must enter the weight of the enclosures. This weight may be entered manually, or automatically through the use of scale 103 coupled to processor-based system 10, the document generating system, in a manner well known in the art. The weight of the card enclosures will be sued to calculate the appropriate postage for the card...In step 918, the customer selects the class of mail from the choices shown in box 1309." (Col. 20:35-52) "The E-STAMP program will automatically incorporate the aforementioned entered parameters-weight, class, zone-in order to correctly calculate the correct postage to print in conjunction with the meter stamp(s)." (Col. 21:1-4) |
| means for generating said outbound postage indicia having said correct postage for mailing said outbound document; | Endicia's system is configured to enable generation of outbound postage indicia having the correct postage to mail an outbound document. |
| means for generating said return postage indicia having said correct postage for mailing said return document; | Endicia's system is configured to enable generation of return postage having correct postage for mailing the return document. |
| means for printing said outbound document and said return document substantially concurrently; and | Endicia's system, when integrated with Microsoft Word is capable of printing an outbound document and return document substantially concurrently. |

| | |
|---|---|
| means for printing said return document and said outbound postage indicia and said return postage indicia substantially concurrently. | Endicia's system is capable of printing outbound postage indicia and return postage indicia substantially concurrently, e.g., on a label sheet.  *E.g.* "In step 923, the E-STAMP program utilizes the input/output ports of the document generating system to send to printer/label maker 19, the correct data pertaining to the meter stamp, the postage indicia, the encrypted message, the authorized amount of postage, the return address, the addressee's address, etc. to be printed on an envelope, as illustrated in FIG. 16B, or on detachable labels attached to the back of the greeting card as illustrated in FIG. 16A.  The detached labels can be removed and attached to the front of an envelope." (Col. 21:49-58) |
| 45. The system of claim 43, wherein said first and last mentioned printing means comprise: means for printing said outbound postage indicia on a predetermined section of said outbound document. | Endicia's production of documents is not yet complete, and accordingly Stamps.com's discovery regarding infringement is as of yet incomplete.  Therefore, Stamps.com reserves the right to supplement this response to include facts regarding infringement of this claim. |
| 46.  The system of claim 45, wherein said predetermined section includes a transfer media, and wherein said transfer media comprises means for removing said outbound postage indicia from said outbound document and means for substantially permanently attaching said outbound postage indicia to a mailing container associated with said outbound document. | Endicia's production of documents is not yet complete, and accordingly Stamps.com's discovery regarding infringement is as of yet incomplete.  Therefore, Stamps.com reserves the right to supplement this response to include facts regarding infringement of this claim. |

| 47. The system of claim 43, wherein said first and last mentioned printing means comprise: means for printing said return postage indicia on a predetermined section of said return document. | Endicia's production of documents is not yet complete, and accordingly Stamps.com's discovery regarding infringement is as of yet incomplete.  Therefore, Stamps.com reserves the right to supplement this response to include facts regarding infringement of this claim. |
|---|---|
| 48.  The system set forth in claim 45, further comprising: means, under control of the node, for maintaining a transaction log, said transaction log comprising information associated with decrementing the requested amount of value from the memory device. | Endicia's production of documents is not yet complete, and accordingly Stamps.com's discovery regarding infringement is as of yet incomplete.  Therefore, Stamps.com reserves the right to supplement this response to include facts regarding infringement of this claim. |

| UNITED STATES PATENT 6,233,568 | |
|---|---|
| **Claim** | **Infringement** |
| 1. A method operable on a general multi-purpose processor-based system for authorizing a desired transaction to be conducted utilizing a particular provider, wherein information with respect to said desired transaction as conducted by each of a plurality of providers is presented for selection of said particular provider, said method comprising the steps of: | Assuming arguendo that the preamble is a limitation:<br><br>At least Platinum Shipper operates on a general multi-purpose processor-based system, which authorizes transactions to be conducted using multiple postal or shipping service providers (e.g., USPS, FedEx and UPS). |
| coupling a storage device to said general multi-purpose processor-based system, wherein said storage device securely stores transaction authorization therein, wherein said transaction authorization is updated to reflect transactions authorized; | Endicia's system couples a universal data storage device (*e.g.*, as a disk module in Endicia's CX300 Storage Array) to its Dell Poweredge 6600 Servers as well as to its customers' computers.  The storage device securely stores transaction authorization through the use of, for example, the customer's encrypted private key as well as unique data (*e.g*, as a customer's serial number or password) stored in the data storage device. |
| determining desired transaction parameters; | Users of at least Platinum Shipper input transaction parameters, for example a piece of mail's class and zone.  See, e.g.: http://www.endicia.com/Products/PlatinumShipper/TechSpecs/, which states "Rate Shopping Tools • Calculates USPS rates for all mail classes and rate zones" (Ex. 32). |

| | |
|---|---|
| determining a value of said transaction associated with two or more of said plurality of providers utilizing ones of said transaction parameters | At least Platinum Shipper determines a value of a transaction (*e.g.*, shipping cost) associated with two or more of a plurality of providers (*e.g.*, USPS, UPS and FedEx) utilizing the transaction parameters (e.g., a piece of mail's class and zone).  See, *e.g.*: http://www.endicia.com/Products/PlatinumShipper/TechSpecs/, which states "Rate Shopping Tools • Calculates USPS rates for all mail classes and rate zones  • Cost savings report" (Ex. 32).  See, also e.g., Platinum Shipper Overview (PSI 00048765) (Ex. 33), which shows a postage rate on Platinum Shipper. |
| presenting each of said determined values for comparison; and | At least Platinum Shipper presents each of the determined values (e.g., shipping cost) for comparison by the customer.  See, *e.g.*: http://www.endicia.com/Products/PlatinumShipper/ (Ex. 31), which states "Platinum Shipper gets you big savings on your shipping expenses by avoiding common surcharges & taking advantage of postal alternatives." |
| selecting said particular provider as a function of said comparison of said ones of said plurality of providers. | At least Platinum Shipper allows a customer to select a particular provider (*e.g.*, USPS, FedEx or UPS) as a function of the comparison of the providers (*e.g.*, USPS, FedEx and UPS).  See, *e.g.*, http://www.endicia.com/Products/PlatinumShipper/ (Ex. 31),, which states "Platinum Shipper gets you big savings on your shipping expenses by avoiding common surcharges & taking advantage of postal alternatives." Also see, See, also e.g., Platinum Shipper Overview (PSI 00048765) (Ex. 33), which shows a postage rate on Platinum Shipper as well as stating that rates can be compared. |
| 2. The method of claim 1, wherein said transaction authorization comprises a common credit value register for two or more providers of said plurality of providers. | Endicia's production of documents is not yet complete, and accordingly Stamps.com's discovery regarding infringement is as of yet incomplete.  Therefore, Stamps.com reserves the right to supplement this response to include facts regarding infringement of this claim. |
| 3. The method of claim 1, wherein said transaction authorization comprises a unique credit value register for each provider of said plurality of providers. | Endicia's production of documents is not yet complete, and accordingly Stamps.com's discovery regarding infringement is as of yet incomplete.  Therefore, Stamps.com reserves the right to supplement this response to include facts regarding infringement of this claim. |

| 4. The method of claim 1, wherein said transaction authorization comprises a credit value register and a transaction log of transactions authorized. | At least Platinum Shipper stores a credit value register in the form of a customer's postage value in a virtual meter and is recorded in a transaction log of information about authorized transactions. |
|---|---|
| 5. The method of claim 1, wherein the step of determining desired transaction parameters includes the step of: accepting information associated with said transaction parameters from a user of said general multi-purpose processor-based system. | At least Platinum Shipper determines transaction parameters (*e.g.*, shipping cost) utilizing the step of accepting information associated with the transaction parameters (e.g., a piece of mail's class and zone) from a customer. Using an interface, a user enters information about a transaction. See, *e.g.*: http://www.endicia.com/Products/PlatinumShipper/TechSpecs/, which states "Rate Shopping Tools • Calculates USPS rates for all mail classes and rate zones  • Cost savings report" (Ex. 32).  See, also e.g., Platinum Shipper Overview (PSI 00048765) (Ex. 33), which shows that a user of Platinum Shipper may enter information about transaction parameters (e.g., destination, service type, options or declared value) |
| 8. The method of claim 1, wherein the step of determining desired transaction parameters includes the step of:  accepting information associated with said transaction parameters from a general purpose computer program operating on said general multi-purpose processor-based system. | At least Platinum Shipper in conjunction with USPS Worldship 9.0 determines transaction parameters (*e.g.*, shipping cost) utilizing the step of accepting information associated with the transaction parameters (e.g., a piece of mail's class and zone) from a general purpose computer program (*e.g.*,  programming) on a general multi-purpose processor-based system (such as Endicia's server system).  See, *e.g.*: http://www.endicia.com/Products/PlatinumShipper/TechSpecs/, which states "Rate Shopping Tools • Calculates USPS rates for all mail classes and rate zones  • Cost savings report" (Ex. 32).  See, also e.g., Platinum Shipper Overview (PSI 00048765) (Ex. 33), which shows that a user of Platinum Shipper may enter information about transaction parameters (e.g., destination, service type, options or declared value) |
| 9. The method of claim 8, wherein the general purpose computer program is selected from the group consisting of: a word processor; a database; a spread sheet; and an accounting system. | Endicia's production of documents is not yet complete, and accordingly Stamps.com's discovery regarding infringement is as of yet incomplete.  Therefore, Stamps.com reserves the right to supplement this response to include facts regarding infringement of this claim. |

| 10. The method of claim 1, further comprising the step of: limiting access to said storage device to only authorized general multi-purpose processor-based systems. | Endicia's system limits access to the data stored on the disk modules of the CX300 Storage Array by, among other things, encrypting customer account data and requiring a customer to enter a password prior to accessing her account data.  See, *e.g.*: The Virtual Postage Meter System Design, p. 17 (PSI 00241893)(Ex 5). |
|---|---|
| 11. The method of claim 10, wherein said authorized general multi-purpose processor-based systems include an authorized general multi-purpose processor-based system coupled locally to said storage device and an authorized general multi-purpose processor-based system coupled remotely to said storage device. | Endicia's system includes a general multi-purpose processor-based system (such as Endicia's server system) coupled locally to the storage device (such as a disk module in Endicia's CX300 Storage Array) and an authorized general multi-purpose processor-based system coupled remotely to said storage device (*e.g.*, as a user's computer). |
| 12. The method of claim 1, further comprising the step of: printing authorization information acceptable by said particular provider in conducting said transaction. | Endicia's system provides for the printing of authorization information (*e.g.*, indicia) acceptable by the particular provider (*e.g.*, USPS, UPS or FedEx) in conducting the transaction.  See, *e.g.*, http://www.endicia.com/Products/PlatinumShipper/ (Ex. 31), which shows that postage-paid shipping labels containing indicia can be printed. |
| 13. The method of claim 12, wherein said authorization information includes data from which said particular provider may verify prepayment of said transaction value. | At least Platinum Shipper provides for the printing of authorization information (*e.g.*, indicia) that includes data (e.g., a postage meter stamp or a bar code) from which the particular provider (*e.g.*, USPS) may verify prepayment of the transaction value. |
| 14. The method of claim 13, wherein said authorization information includes a graphical security indicia. | At least Platinum Shipper, provides for the printing of authorization information (*e.g.*, indicia) includes a graphical security indicia (e.g., a bar code). |

| | |
|---|---|
| 15. The method of claim 1, wherein said transaction is associated with the transportation of a particular item. | The transaction of at least Platinum Shipper is associated with the transportation of a particular item (e.g., shipping a piece of mail or a package).  See, *e.g.*, http://www.endicia.com/Products/PlatinumShipper/ (Ex. 31),, which states that with Endicia's Platinum Shipper customers can choose between a plurality of providers to ship mail, such as, for example, FedEx ShipManager and UPS WorldShip®. |
| 16. The method of claim 15, further comprising the step of: automatically determining a weight of said particular item, wherein said transaction parameters utilized to determine said transaction value includes said automatically determined weight. | At least Platinum Shipper can automatically determine a weight of a particular item (e.g., a piece of mail) to determine a transaction value that includes the automatically determined weight.  See, *e.g.*, http://www.endicia.com/Support/FAQ/default.cfm?ID=354 (Ex. 35), which discusses electronic scales which are compatible with Endicia's products.  See also *e.g.*: http://www.endicia.com/Products/PlatinumShipper/TechSpecs/, which states that Platinum Shipper's Electronic Shipment Management stores data regarding weight (Ex. 32).  Further, see, e.g. http://www.endicia.com/Products/Compare/default.cfm and http://www.endicia.com/Features/ScaleIntegration/default.cfm that state "scale integration". |
| 17. The method of claim 15, wherein the step of determining desired transaction parameters includes the step of: accepting shipping information associated with the transportation of said particular item. | In determining transaction parameters, at least Platinum Shipper accepts shipping information (*e.g.*, destination, service, options or declared value of the item) associated with the transportation of the particular item.  See, *e.g.*, Platinum Shipper Overview (PSI 00048765) (Ex. 33), which shows a postage rate on Platinum Shipper determined by a user entering information regarding a piece of mail's service, options and/or declared value. |
| 18. The method of claim 17, wherein said shipping information includes information selected from the group consisting of:  delivery location information; origination location information; item weight; urgency information; and item class information. | In determining transaction parameters, at least Platinum Shipper accepts shipping information (*e.g.*, item class information) selected from the group consisting of origination location information; item weight; urgency information; and item class information.  See, e.g., Platinum Shipper Overview (PSI 00048765) (Ex. 33), which shows a postage rate on Platinum Shipper determined by a user entering information regarding a piece of mail's type/class of service, options and/or declared value. |

| 19. The method of claim 15, further comprising the step of: automatically determining a weight of said particular item, wherein said weight determination is based at least in part on item generation information provided by a coupled process utilized in creating the item. | At least Platinum Shipper's use of an electronic scale to determine a weight of a particular item (e.g., a piece of mail) is a coupled process.  See, *e.g.*, http://www.endicia.com/Support/FAQ/default.cfm?ID=354 (Ex. 35), which discusses electronic scales which are compatible with Endicia's products.  See also *e.g.*: http://www.endicia.com/Products/PlatinumShipper/TechSpecs/, which states that Platinum Shipper's Electronic Shipment Management stores data regarding weight (Ex. 32).  Further, see, e.g. http://www.endicia.com/Products/Compare/default.cfm and http://www.endicia.com/Features/ScaleIntegration/default.cfm that state "scale integration". |
|---|---|
| 21. A general multi-purpose processor-based system for authorizing a desired transaction to be conducted utilizing a particular provider, wherein information with respect to said desired transaction as conducted by each of a plurality of providers is presented for selection of said particular provider, said system comprising: | Assuming arguendo that the preamble is a limitation:<br><br>At least Platinum Shipper in conjunction with UPS Worldship operate on a general multi-purpose processor-based system which authorizes a desired transaction (*e.g.*, purchasing a postage meter stamp) to be conducted using a particular provider (*e.g.*, USPS, UPS or Fed Ex), wherein information with respect to the transaction (e.g. shipping a piece of mail) as conducted by each of the plurality of providers (*e.g.*, USPS, UPS or Fed Ex) is presented for selection of the particular provider.  See, *e.g.*, http://www.endicia.com/Products/PlatinumShipper/ (Ex. 31), which states that with Endicia's Platinum Shipper customers can choose between a plurality of providers to ship mail, such as, for example, FedEx ShipManager and UPS WorldShip®. |
| means for determining parameters with respect to said desired transaction; | A least Platinum Shipper uses hardware and software for determining parameters (*e.g.*, a piece of mail's class and zone) with respect to the desired transaction (e.g., shipping a piece of mail).  See, *e.g.*: http://www.endicia.com/Products/PlatinumShipper/TechSpecs/, which states "Rate Shopping Tools • Calculates USPS rates for all mail classes and rate zones" (Ex. 32). |

| | |
|---|---|
| means for determining a value of said transaction associated with two or more of said plurality of providers utilizing ones of said transaction parameters; | At least Platinum Shipper has hardware and software for determining a value (*e.g.*, cost of shipping a piece of mail) of the transaction associated with two or more of the plurality of providers (*e.g.*, USPS, UPS or Fed Ex) utilizing the transaction parameters (*e.g.*, destination, service type, options or declared value).  See *e.g.*, Platinum Shipper Overview (PSI 00048765) (Ex. 33), which shows that a user of Platinum Shipper may enter information about transaction parameters (e.g., destination, service type, options or declared value) with respect to the desired transaction (e.g., shipping a piece of mail). |
| means for presenting each of said determined values for comparison; | At least Platinum Shipper uses hardware and software to present each of the determined values (e.g., shipping cost) for comparison by the customer.  See, *e.g.*: http://www.endicia.com/Products/PlatinumShipper/ (Ex. 31),, which states "Platinum Shipper gets you big savings on your shipping expenses by avoiding common surcharges & taking advantage of postal alternatives." |
| means for selecting said particular provider as a function of said comparison of said ones of said plurality of providers; and | At least Platinum Shipper uses hardware and software to allow a customer to select a particular provider (*e.g.*, USPS or UPS) as a function of the comparison of the providers (*e.g.*, USPS, FedEx and UPS).  See, *e.g.*, http://www.endicia.com/Products/PlatinumShipper/ (Ex. 31),, which states "Platinum Shipper gets you big savings on your shipping expenses by avoiding common surcharges & taking advantage of postal alternatives." See, also e.g., Platinum Shipper Overview (PSI 00048765) (Ex. 33), which shows a postage rate on Platinum Shipper as well as stating that rates can be compared. |
| means for printing authorization information acceptable by said particular provider in conducting said transaction. | At least Platinum Shipper uses hardware and software to provide for the printing of authorization information (*e.g.*, indicia) acceptable by the particular provider (*e.g.*, USPS, UPS or FedEx) in conducting the transaction. See, *e.g.*, http://www.endicia.com/Products/PlatinumShipper/ (Ex 31), which shows that postage-paid shipping labels containing indicia can be printed.  See also, *e.g.*:  "The E-STAMP program utilizes the information that was entered to calculate the amount of desired postage or shipping fees for an item to be shipped and prints a meter stamp or other authorization information, indicia, on an envelope, label, letter, waybill, manifest, bill of lading, etcetera, through a printer or special purpose label maker coupled to the host processor-based system." (Col. 9:38-44) |
| 22. The system of claim 21, wherein said authorization information includes data from which said particular provider may collect payment of said transaction value. | At least Platinum Shipper uses hardware and software to provide for the printing of authorization information (*e.g.*, indicia) that includes data (e.g., data recorded in the transaction log) from which the particular provider (*e.g.*, USPS, UPS or FedEx) may collect payment of the transaction value.  See, e.g., http://www.endicia.com/Features/SoftwarePostageLog/ (Ex. 34), which shows that Endicia's products provide a transaction log. |

| | |
|---|---|
| 23. The system of claim 21, wherein said means for determining desired transaction parameters comprises:  means for accepting information associated with said transaction parameters from a general purpose computer program operating on said general multi-purpose processor-based system. | At least Platinum Shipper uses hardware and software to determine desired transaction parameters (*e.g.*, a piece of mail's class and zone) from a general purpose computer program operating on the general multi-purpose processor-based system.  See, *e.g.*, Platinum Shipper Overview (PSI 00048765) (Ex. 33), which shows that a user of Platinum Shipper may enter information about transaction parameters (e.g., destination, service type, options or declared value). |
| 24. The system of claim 21, wherein said authorization information includes data from which said particular provider may verify prepayment of said transaction value. | At least Platinum Shipper provides authorization information including data (*e.g.*, indicia) from which the particular provider (*e.g.*, USPS) may verify prepayment of the transaction (e.g., shipping a piece of mail) value. |
| 25. The system of claim 24, wherein said authorization information includes a graphical security indicia. | At least Platinum Shipper provides authorization information (*e.g.*, indicia) including a graphical security indicia (e.g., a digital signature in a bar code). |
| 26. The system of claim 21, further comprising: a storage device securely storing an amount of credit value therein; means for coupling said storage device to said general multi-purpose processor-based system, wherein said general multi-purpose processor-based system may interact with said storage device to retrieve a portion of said amount of credit value stored therein. | Endicia's system couples a universal data storage device storing an amount of credit value therein (*e.g.*, a disk module in Endicia's CX300 Storage Array) to a general multi-purpose processor-based system (*e.g.*, Endicia's server system or its customers' computers) wherein the general multi-purpose processor-based system may interact with the storage device (*e.g.*, a disk module in Endicia's CX300 Storage Array) to retrieve a portion of the amount of credit value stored therein.  "In an alternative embodiment, system 10 could be part of a main-frame computer or system 10 could be part of a network system of multiple host processor-based systems or could be coupled, such as through a public switched network, to a remote system, such as the aforementioned authorized credit server."  (Col. 11:26-30) |

| | |
|---|---|
| 27. The system of claim 26, wherein said storage device includes a plurality of registers, wherein a plurality of discrete credit values are stored in said plurality of registers. | Endicia's production of documents is not yet complete, and accordingly Stamps.com's discovery regarding infringement is as of yet incomplete.  Therefore, Stamps.com reserves the right to supplement this response to include facts regarding infringement of this claim. |
| 28. The system of claim 21, further comprising:  means for incrementing a credit value utilized in printing said authorization information. | At least Platinum Shipper includes hardware and software for incrementing a credit value utilized in printing the authorization information. |
| 30. The system of claim 21, further comprising:  means for storing a transaction log including records associated with the printing of authorization information of at least one of said plurality of providers. | Endicia's production of documents is not yet complete, and accordingly Stamps.com's discovery regarding infringement is as of yet incomplete.  Therefore, Stamps.com reserves the right to supplement this response to include facts regarding infringement of this claim. |
| 31. The system of claim 30, wherein said transaction log is stored in mass storage device of said general multi-purpose processor-based system. | Endicia's system includes hardware and software for storing a transaction log in a mass storage device (*e.g.*, a disk module in Endicia's CX300 Storage Array) of the general multi-purpose processor-based system. |
| 33. The system of claim 21, wherein said transaction is associated with the transportation of a particular item. | Endicia's system for authorizing a desired transaction (*e.g.* purchasing a postage meter stamp) is associated with the transportation of a particular item (e.g., shipping a piece of mail or a package).  See, *e.g.*, http://www.endicia.com/Products/PlatinumShipper/ (Ex. 31),, which states that with Endicia's Platinum Shipper customers can choose between a plurality of providers to ship mail, such as, for example, FedEx ShipManager and UPS WorldShip®. |

| 34. The system of claim 33, further comprising:  means for automatically determining a weight of said particular item, wherein said transaction information utilized to determine said transaction value includes said automatically determined weight. | Endicia's system includes hardware and software for automatically determining a weight of a particular item (e.g., a piece of mail) to determine a transaction value that includes the automatically determined weight.  See, *e.g.*, http://www.endicia.com/Support/FAQ/default.cfm?ID=354, which discusses electronic scales which are compatible with Endicia's products.  See also *e.g.*: http://www.endicia.com/Products/PlatinumShipper/TechSpecs/, which states that Platinum Shipper's Electronic Shipment Management stores data regarding weight (Ex. 32).  See also, *e.g.*: "In an alternative embodiment of the present invention, the system is arranged to automatically calculate the correct postage associated with or to place on a letter, parcel or label as a function of the class, zone, weight, and the like of the particular item to be shipped. One embodiment of the present invention includes a balance coupled to the host processor-based system so that items to be shipped can be placed on the balance and the weight of the item automatically entered into the system for calculating the correct shipping fees for that item." (Col. 5:43-52) |
|---|---|
| 35. The system of claim 33, wherein said transaction parameters include information selected from the group consisting of: delivery location information; origination location information; item weight; urgency information; and item class information. | The transaction parameters of Endicia's system include information (*e.g.*, item class information) selected from the group consisting of: delivery location information origination location information item weight urgency information; and item class information.  See, e.g., Platinum Shipper Overview (PSI 00048765) (Ex. 33), which shows a postage rate on Platinum Shipper determined by a user entering information regarding a piece of mail's type/class of service, options and/or declared value. |
| 36. The system of claim 33, further comprising the step of: automatically determining a weight of said particular item, wherein said weight determination is based at least in part on item generation information provided by a coupled process utilized in creating the item. | At least Platinum Shipper's use of an electronic scale to determine a weight of a particular item (e.g., a piece of mail) is a coupled process.   See, *e.g.*, http://www.endicia.com/Support/FAQ/default.cfm?ID=354 (Ex. 35), which discusses electronic scales which are compatible with Endicia's products.  See also *e.g.*: http://www.endicia.com/Products/PlatinumShipper/TechSpecs/, which states that Platinum Shipper's Electronic Shipment Management stores data regarding weight (Ex. 32).  Further, see, e.g. http://www.endicia.com/Products/Compare/default.cfm and http://www.endicia.com/Features/ScaleIntegration/default.cfm that state "scale integration". |

| | |
|---|---|
| 38. A system for retrievably storing transaction information for a plurality of transactions, wherein ones of said plurality of transactions are associated with different transaction facilitators of a plurality of transaction facilitators, said system comprising: | Assuming arguendo that the preamble is a limitation:<br><br>At least Platinum Shipper operates on a general multi-purpose processor-based system which authorize transactions to be conducted using multiple postal or shipping service providers.  See, e.g., http://www.endicia.com/Products/PlatinumShipper/ (Ex. 31),, which states that with Endicia's Platinum Shipper customers can choose between a plurality of providers, such as, for example, FedEx ShipManager and UPS WorldShip®.  . |
| a memory for storing transaction information, wherein the memory is contained within the secure confines of a portable package also including a processor restricting access to said memory; | Endicia's system includes a memory (*e.g.*, as a disk module in Endicia's CX300 Storage Array) for storing transaction information, wherein the memory is contained within the secure confines of a portable package also including a processor restricting access to the memory.  The drives have an i/o processor.  The drives and array restrict access via cryptography.  The EMC CX300 Storage Array is a disk array storage system that contains an array of up to 60 hard drives.  The hard drives are contained in disk modules, which are field-replaceable units which you can add or replace without tools while the array is powered up.  The disk modules are intended to serve as carriers for the hard drives.  The disk modules are small and easily portable with a plastic handle fitted to one's hand.  This is the third generation of what Endicia refers to as its database server.  The first generation consisted of a Dell Poweredge 1550 Server, and the second generation consisted of a Dell Poweredge 2650 Server.  Both of these servers use "hot swappable" hard drives for data storage, three for the Dell 1550 and five for the Dell 2650.  These hard drives may be easily removed from the servers to which they are coupled, by merely pulling a latch on the hard disk module and pulling it out of a slot in the back of the server.  These hard drives are, like the disk modules in the EMC CX300 Storage Array, portable.  The hard drives are secure, they include a processor, and access to the hard drives is restricted by encrypting certain data stored on the hard drives and requiring a password for a customer to access account data.  Also, *e,g*, the Intrusion Detection System (IDS) monitors the network traffic that supports the Dell Poweredge servers to alert the system administrators to any unusual activity on the system.  (The Virtual Postage Meter System Design, p. 17). |

| | |
|---|---|
| at least one input device accepting information input regarding aspects of a desired transaction; | Endicia's system includes at least one input device (e.g.,  a server or customer computer) accepting information input regarding aspects (*e.g.*, a piece of mail's class and zone) of a desired transaction. See, *e.g.*, Platinum Shipper Overview (PSI 00048765) (Ex. 33), which shows a postage rate on Platinum Shipper.  Also see e.g., Users of Endicia's products, such as Platinum Shipper, input transaction parameters, for example a piece of mail's class and zone.  See, e.g.: http://www.endicia.com/Products/PlatinumShipper/TechSpecs/, which states "Rate Shopping Tools • Calculates USPS rates for all mail classes and rate zones" (Ex. 32). |
| a processor-based system in information communication with said memory and said at least one input device, said processor-based system including circuitry interfaced so as to receive said desired transaction information input into said processor based-system, wherein said processor-based system is a general multi-purpose processor based system and said circuitry is defined at least in part by a computer program operating thereon, wherein said circuitry operates to determine information specific to ones of the plurality of facilitators conducting a transaction as a function of said desired transaction aspects, and wherein the portable package of the memory is removably coupled to said processor-based system to provide said information communication; | Endicia's system includes a processor-based system (such as Endicia's server system or a customer's computer) in information communication with the memory (*e.g.*, as a disk module in Endicia's CX300 Storage Array) and the input device the processor-based system including circuitry interfaced so as to receive the desired transaction information input into the processor based-system, wherein the processor-based system is a general multi-purpose processor based system (such as Endicia's server system or a customer's computer) and the circuitry is defined at least in part by a computer program operating thereon, wherein the circuitry operates to determine information specific to ones of the plurality of facilitators (*e.g.*, USPS, UPS or Fed Ex) conducting a transaction (*e.g.*, shipping a piece of mail) as a function of said desired transaction aspects (*e.g.*, a piece of mail's class and zone), and wherein the portable package of the memory (*e.g.*, as a disk module in Endicia's CX300 Storage Array) is removably coupled to said processor-based system to provide said information communication.  The EMC CX300 Storage Array is a disk array storage system that contains an array of up to 60 hard drives.  The hard drives are contained in disk modules, which are field-replaceable units which you can add or replace without tools while the array is powered up.  The disk modules are intended to serve as carriers for the hard drives.  The disk modules are small and easily portable with a plastic handle fitted to one's hand.  This is the third generation of what Endicia refers to as its database server.  The first generation consisted of a Dell Poweredge 1550 Server, and the second generation consisted of a Dell Poweredge 2650 Server.  Both of these servers use "hot swappable" hard drives for data storage, three for the Dell 1550 and five for the Dell 2650.  These hard drives may be easily removed from the servers to which they are coupled, by merely pulling a latch on the hard disk module and pulling it out of a slot in the back of the server.  These hard drives are, like the disk modules in the EMC CX300 Storage Array, portable. |

| | |
|---|---|
| at least one interface device accepting said information specific to ones of the plurality of facilitators and presenting said accepted information specific to ones of the plurality of facilitators for selection of a particular one of said facilitators to conduct a transaction as a function of said desired transaction aspects; and | Endicia's system includes at least one interface device accepting the information specific to ones of the plurality of facilitators (*e.g*., USPS, UPS or Fed Ex) and presenting the accepted information specific to ones of the plurality of facilitators (*e.g*., USPS, UPS or Fed Ex) for selection of a particular one of the facilitators (*e.g*., USPS, UPS or Fed Ex) to conduct a transaction (*e.g*., shipping a piece of mail) as a function of the desired transaction aspects (*e.g*., a piece of mail's class and zone).  See, *e.g*., Platinum Shipper Overview (PSI 00048765) (Ex. 33), which shows a postage rate on Platinum Shipper determined by a user entering information regarding a piece of mail's service, options and/or declared value. |
| a printer coupled to said processor-based system adapted to print information authorizing said particular one of said facilitators to conduct a transaction as a function of said desired transaction aspects. | Endicia's system includes a printer coupled to the processor-based system adapted to print information authorizing the particular one of the facilitators (*e.g*., USPS, UPS or Fed Ex) to conduct a transaction (*e.g*., shipping a piece of mail) as a function of the desired transaction aspects (*e.g*., shipping a piece of mail).  See, *e.g*., http://www.endicia.com/Products/PlatinumShipper/ (Ex. 31),, which shows that postage-paid shipping labels containing indicia can be printed. |
| 39. The system of claim 38, wherein said transaction information includes a value credit decremented in an amount corresponding to said particular one of said facilitators conducting a transaction as a function of said desired transaction aspects before said printer is enabled to print said information authorizing said particular one of said facilitators to conduct a transaction. | The transaction information of Endicia's system includes a value credit decremented in an amount corresponding to the particular one of the facilitators (*e.g*., USPS, UPS or Fed Ex) conducting a transaction as a function of the desired transaction aspects (*e.g*., a piece of mail's class and zone) before the printer is enabled to print said information (*e.g*., indicia) authorizing said particular one of the facilitators to conduct a transaction. |

| | |
|---|---|
| 40. The system of claim 38, wherein said transaction information includes a record incremented in an amount corresponding to said particular one of said facilitators conducting a transaction as a function of said desired transaction aspects before said printer is enabled to print said information authorizing said particular one of said facilitators to conduct a transaction. | The transaction information of Endicia's system includes a record incremented in an amount corresponding to the particular one of the facilitators (*e.g.*, USPS, UPS or Fed Ex) conducting a transaction (*e.g.*, shipping a piece of mail) as a function of the desired transaction aspects (*e.g.*, a piece of mail's class and zone) before the printer is enabled to print the information authorizing the particular one of the facilitators to conduct a transaction (*e.g.*, indicia). |
| 41. The system of claim 38, wherein said information authorizing said particular one of said facilitators to conduct a transaction is printed in a format selected from the group consisting of: an authorizing indicia; a way bill; a manifest; and a bill of lading. | Endicia's production of documents is not yet complete, and accordingly Stamps.com's discovery regarding infringement is as of yet incomplete.  Therefore, Stamps.com reserves the right to supplement this response to include facts regarding infringement of this claim. |
| 42. A system for selecting a particular shipping service provider of a plurality of shipping service providers and printing an authorization for shipping an item via said particular shipping service provider, said system comprising: | Endicia's production of documents is not yet complete, and accordingly Stamps.com's discovery regarding infringement is as of yet incomplete.  Therefore, Stamps.com reserves the right to supplement this response to include facts regarding infringement of this claim. |

| a first processor device storing an amount of credit suitable for use in authorizing shipment of said item; | |
| --- | --- |
| | |

a second processor device having an interface adapted for coupling with said first processor device and for providing information communication there between, wherein said second processor device includes a user interface adapted to interface with a user to accept input associated with said shipment of said item, and wherein said second processor device includes circuitry coupled to said user interface adapted to determine a shipping rate associated with ones of said shipping service providers as a function of said input associated with said shipment of said item and to present said determined shipping rates to said user for selection of said particular shipping service provider, wherein said circuitry communicates at least said shipping rate associated with said particular shipping service provider to said first processor for decrementing said shipping rate associated with said particular shipping service provider from said amount of credit prior to printing an authorization for shipping said item;

| | |
|---|---|
| wherein determination of said shipping rates of at least one shipping service provider of said plurality of shipping service providers includes reference to a discrete database for said at least one shipping service provider; and | |
| wherein said discrete database is remote to said first processor device. | |
| 43. The system of claim 42, wherein said input associated with said shipment of said item includes information selected from the group consisting of:  a weight of said item; sender urgency information; a shipping distance; a zone from which said item is to be shipped; and a zone to which said item is to be shipped. | Most if not all of these fields are supported by the Endicia products. |
| 44. The system of claim 42, wherein said discrete database is stored on a device selected from the group consisting of:  a CD ROM; a hard disk drive; a floppy disk drive; RAM; and a portable memory. | Endicia's production of documents is not yet complete, and accordingly Stamps.com's discovery regarding infringement is as of yet incomplete.  Therefore, Stamps.com reserves the right to supplement this response to include facts regarding infringement of this claim. |

| 45. The system of claim 42, wherein said first processor device is coupled to said remote database through an information communication link selected from the group consisting of: a LAN; a WAN; the Internet; and a public switched network. | Endicia's production of documents is not yet complete, and accordingly Stamps.com's discovery regarding infringement is as of yet incomplete.  Therefore, Stamps.com reserves the right to supplement this response to include facts regarding infringement of this claim. |
|---|---|
| 46. The system of claim 42, wherein said circuitry of said first processor device prevents printing said authorization for shipping said item for a particular one of said shipping service providers wherein shipment of said item according to said input associated with said shipment of said item is prohibited. | Endicia's production of documents is not yet complete, and accordingly Stamps.com's discovery regarding infringement is as of yet incomplete.  Therefore, Stamps.com reserves the right to supplement this response to include facts regarding infringement of this claim. |
| 47. The system of claim 42, wherein said second processor device comprises a general multi-purpose processor based system. | For the Endicia system the clients personal computer is a second processor based system. |

| UNITED STATES PATENT 6,249,777 | |
|---|---|
| **Claim** | **Infringement** |
| 1. An apparatus for distributing selected amounts of value to select ones of a plurality of processor-based systems in data communication with said apparatus in response to purchase demands by select said ones of the plurality of processor-based systems, said apparatus comprising: | Assuming arguendo that the preamble is a limitation:<br><br>Endicia's system distributes amounts of value to certain processor-based systems (such as a customer's computer) of a plurality of processor-based systems (such as customers' computers) that are in data communication (such as connected over the Internet) with Endicia's system.  Endicia's system provides the selected amounts of value in response to purchase demands from customers' computers.  *E.g.* "The present invention allows an individual to purchase a desired amount of postage at a location remote from a postal metering device, such postage being electronically transmitted to the individual nearly instantaneously upon demand.  In a preferred embodiment the user invokes a first processor-based system (PC) to request and receive postage via a program, hereinafter referred to as the Demand program, stored on the first PC… A demand for postage is then made to a remote metering system.  This postage is to be subsequently printed by the first PC on an envelope, label or letter through a printer or special purpose label maker coupled to the first PC." (Col. 6:13-19, 22-29) (Exhibit 14) |

| | |
|---|---|
| means for accepting a demand for a selected amount of value from a particular one of said plurality of processor systems via a data communication between said apparatus and said particular one of said processor systems, wherein said apparatus is adapted to substantially simultaneously accept demands from processor systems of said plurality in addition to said particular one of said processor systems; | Endicia's system accepts demands for selected amounts of value (such as postage) from certain processors within a plurality of processors (such as a customer's computer) by data communication (such as over the Internet) between Endicia's system and a customer's computer.  Endicia's system can substantially simultaneously accept demands from customers' computers.  *E.g.* "In a preferred embodiment the user invokes a first processor-based system (PC) to request and receive postage via a program, hereinafter referred to as the "Demand" program, stored on the first PC. The Demand program requests input from the user, coupled devices, or processes about the weight of the item to be mailed, the destination address, etc.  . . .  A demand for postage is then made to a remote metering system." (Col. 6:13-26); "It should be understood that the Demand program, in addition to its unique process of creating a postage demand and subsequent printing of the postage indicia, also may incorporate information processing modules common in the art.  Such a processing module may be a data communications program for establishing and/or maintaining a link between the first and second PCs." (Col. 6:39-45); "Referring again to FIG. 1A, it can be seen that PCs 10 and 20 may be linked together through Public Switched Network (PSN) 103 via modems 101 and 102.  PSN 103 may be comprised of any number of now existing or later to be developed communications means.  In the preferred embodiment, PSN comprises public telecommunications lines and switching equipment.  Alternatively, PSN 103 comprises digital communication over the Internet or similar wide area public gateway.  Additionally, PCs 10 and 20 may be linked directly through digital telecommunications trunks (not shown) or through a digital network system, cable system, or satellite system (all not shown).  It shall be understood that in utilizing a digital network system to link PCs 10 and 20 that modems 101 and 102 are replaced by network interface cards (NIC) or other digital telecommunications devices, e.g., ISDN." (Col. 8:23-38); "The Demand program demands the postage from a remote postage metering device physically located away from the first PC.  In the preferred embodiment the remote postage meter is itself a second PC, typically located at a postage provider's office.  The remote postage meter stores a program, hereinafter referred to as the "Meter" program, which verifies postage demands and enables the Demand program to print the desired postage." (Col. 6:62-7:2); "Subsequent to establishing a data communications link, the Meter program accepts a demand transmitted from a demand site (Step 303), returning to step 303 if no demand has yet been received and proceeding to step 304 if a demand has been received." (Col. 14:47-51); "[A]n array of portable memories 15 may be utilized by PC 10 in order to service multiple simultaneous users, i.e., multiple ones of PC 20 coupled thereto demanding postage according to the present invention." (Col. 7:59-63) |

| means for storing a plurality of independent value credits; | Endicia's system has a means for storing independent value credits (such as customers' accounts on the disk drives of a storage array at Endicia). *E.g.* "PC 10 is preferably adapted for receiving postal credit stored in portable memory 15 through a receiving device 14. In an alternative embodiment, disk drive 13 is utilized for storing postal credit received by PC 10, such as through modem 101. Of course, in this embodiment receiving device 14 and portable memory 15 may be omitted if desired." (Col. 7:18-23) "[A]n array of portable memories 15 may be utilized by PC 10 in order to service multiple simultaneous users, i.e., multiple ones of PC 20 coupled thereto demanding postage according to the present invention." (Col. 7:59-63) (Exhibits 5, 6, 7, 21) |
|---|---|
| means for automatically deducting said selected amount of value from one or more of said value credits; and | Endicia's system automatically deducts amounts of value from customers' accounts when a customer desires to print postage. *E.g.* "[T]he Meter program increments a record of the amount of postage credit transmitted for later compensation to the Postal Authority. Alternatively, the Meter program deducts the amount of postage to be used by the postage indicia from a postage credit, such as may be stored in a portable memory 15 coupled to PC 10 through receiving device 14, available at PC 10 (step 306)." (Col. 16:52-59) (Exhibit 23) |
| means for transmitting a data packet corresponding to said selected amount of value to said one of said plurality of processor systems. | Endicia's system transmits data packets corresponding to selected amounts of postage value to the requesting customer's computer. *E.g.* "At step 308 the data packet generated from the received demand is transmitted via the data communications link to the demand site." (Col. 17:61-63); "Referring again to FIG. 1A, it can be seen that PCs 10 and 20 may be linked together through Public Switched Network (PSN) 103 via modems 101 and 102…Alternatively, PSN 103 comprises digital communication over the Internet or similar wide area public gateway. Additionally, PCs 10 and 20 may be linked directly through digital telecommunications trunks (not shown) or through a digital network system, cable system, or satellite system (all not shown). It shall be understood that in utilizing a digital network system to link PCs 10 and 20 that modems 101 and 102 are replaced by network interface cards (NIC) or other digital communications devices, e.g., ISDN. " (Col. 8:23-38) (Exhibit 26) |

| | |
|---|---|
| 2. The apparatus of claim 1, wherein the apparatus comprises:  means for validating said demand to ensure said one of said plurality of processor systems is eligible to receive said selected amount of value, wherein said deducting means is operable only if said validating means determines said one of said plurality of processor systems is eligible. | Endicia's system validates requests from customer computers to ensure that said customer is eligible to receive the selected amount of value; only allowing the transaction to occur if the customer is eligible.  *E.g.* "Validation is preferably accomplished by verifying selected information contained within the demand against validation data available at PC 10.  Data unique to the demand site, such as the Demand program's serial number or the Demand program's link address (e.g., telephone number, Internet address, or E-Mail address), may be utilized in verification step 304.  Additionally or alternatively, validation may include other information such as a determination that the received demand is in a proper format or is encrypted using a particular known key…if it is determined that a demand is invalid, a termination message explaining the reason for denying the demand is transmitted to the demanding site at step 310."  (Col. 14:56-67; Col. 15:12-14); "At step 305, the Meter program uses funding information found within the demand to determine if proper funding is available for the transaction.  Funding for the postage demanded may be accomplished in various ways.  The user of the on-demand postage system may have a credit or debit account with the postage provider or may utilize point of sale funding methods such as a valid bank card account…If it is determined that proper funding is not available, a termination message explaining the reason for denying the demand is transmitted to the demanding site at step 310."  (Col. 15:24-31; 60-62); "Upon determination of proper funding and verification of the destination address, the Meter program increments a record of the amount of postage credit transmitted for later compensation to the Postal Authority.  Alternatively, the Meter program deducts the amount of postage to be used by the postage indicia from a postage credit, such as may be stored in a portable memory 15 coupled to PC 10 through receiving device 14, available at PC 10 (step 306)."  (Col. 16:52-59)  (Exhibit 23) |
| 3. The apparatus of claim 1, wherein the storing means comprises:  a plurality of portable memories coupled to the apparatus. | Endicia's system stores data on a plurality of portable memories (such as, for example, an EMC CX300 Storage Array of hard drives at Endicia) that are coupled to Endicia's system.  *E.g.* "Directing attention to FIG. 1B, an alternative embodiment of receiving device 14 is shown.  Here receiving device 14 is adapted to allow simultaneous coupling of a plurality of portable memory 15 to PC 10.  Accordingly, an array of portable memories 15 may be utilized by PC 10 in order to service multiple simultaneous users, ie., multiple ones of PC 20 coupled thereto demanding postage according to the present invention."  (Col. 7:56-63)  (Exhibit 3, 22) |
| 4. The apparatus of claim 1, wherein the storing means comprises:  a plurality of discrete value credit data records accessible to the apparatus. | Endicia's system stores a plurality of discrete value credit data records (such as multiple customers' account information) in a way that is accessible to the system (such as on an EMC CX300 Storage Array of hard drives at Endicia coupled to a server at Endicia).  *E.g.*  "Accordingly, an array of portable memories 15 may be utilized by PC 10 in order to service multiple simultaneous users, i.e., multiple ones of PC 20 coupled thereto demanding postage according to the present invention."  (Col. 7:56-63) |

| | |
|---|---|
| 5. The apparatus of claim 1, wherein the deducting means comprises:  means for determining a particular one of said plurality of value credits available for use in providing said selected amount of value to said particular one of said plurality of processor systems, wherein said one or more of said value credits said selected amount of postage is deducted from includes said particular one of said plurality of value credits. | In the course of the transaction, Endicia's system determines which of a plurality of value credits stored on Endicia's system (such as a particular customer's account) is available to a particular one of said plurality of processor systems, and deducts postage to be sent to a particular customer from that customer's account.  *E.g.* "Upon determination of proper funding and verification of the destination address, the Meter program increments a record of the amount of postage credit transmitted for later compensation to the Postal Authority.  Alternatively, the Meter program deducts the amount of postage to be used by the postage indicia from a postage credit, such as may be stored in portable memory 15 coupled to PC 10 through receiving device 14, available at PC 10 (step 306).  Where multiple amounts of postage credit are stored at PC 10, such as through the use of the aforementioned array of portable memories, step 306 may include a determination of an available postage credit for use in the present transaction."  (Col. 16:52-63) |
| 8. The apparatus of claim 1, wherein said demands accepted from processor systems of said plurality in addition to said particular one of said processor system, include demands for selected amounts of value. | Endicia's system is capable of accepting demands for selected amounts of value (such as postage) from multiple processor systems.  *E.g.* "The Demand program demands the postage from a remote postage metering device physically located away from the first PC.  In the preferred embodiment the remote postage meter is itself a second PC, typically located at a postage provider's office.  The remote postage meter stores a program, hereinafter referred to as the "Meter" program, which verifies postage demands and enables the Demand program to print the desired postage indicia by the transmission of a data packet."  (Col. 6:62-Col. 7:3) |

| | |
|---|---|
| 9. The apparatus of claim 1, wherein said demands accepted from processor systems of said plurality in addition to said particular one of said processor system, include demands for information regarding a status of an account. | Endicia's system accepts demands from one processor system of a plurality of processor systems (such as a customer) for status of an account.  *E.g.* "Demands accepted from demand sites may include demands for information regarding a status of an account." (Col. 14:51-53) (Exhibits 21, 23) |
| 10. The apparatus of claim 1, wherein said selected amount of value is postage value. | Endicia provides customers with postage.  (Exhibit 14) |
| 11. The apparatus of claim 1, wherein said temporary data communication between said apparatus and said particular one of said plurality of processor systems comprises information communication selected from the group consisting of:  a public switched network; a public information communication system; the Internet; a cable system; and  a satellite system. | Endicia's system communicates with processor systems (such as a customer's computer) through, e.g., the Internet. (Exhibits 4, 14, 39) |

| | |
|---|---|
| 12. The apparatus of claim 11, wherein establishing said temporary data communication includes a data exchange between said apparatus and said particular one of said plurality of processor systems to authenticate a user of said particular one of said plurality of processor systems. | To use Endicia's products, a customer must engage in data exchange to authenticate that she has the right to access her account (such as where the customer must enter her account number and password before entering Dazzle). (Exhibits 4, 24) |
| 13. The apparatus of claim 11, wherein establishing said temporary data communication includes a data exchange between said apparatus and said particular one of said plurality of processor systems to authenticate said particular one of said plurality of processor systems. | To use Endicia's products, a customer must engage in data exchange to authenticate that his computer has the right to access his account (such as where the customer must enter his account number and password before entering Dazzle). |
| 14. The apparatus of claim 1, further comprising: means for storing information to be utilized with said selected amount of value selectable from shorthand information provided in said demand. | Endicia's system stores information to be utilized with a selected amount of value selectable from shorthand information provided in the demand.  *E.g.*, 'Additionally, whether stored locally or centrally, an address book or other database may be utilized to provide additional information utilized in demanding and printing postage according to the present invention."  (Col. 9:43-47) |

| | |
|---|---|
| 15. The apparatus of claim 14, wherein said information to be utilized with said selected amount of value comprises parameters associated with a postal item. | Endicia's system can utilize parameter information associated with a postal item along with the selected amount of value. |
| 16. The apparatus of claim 14, wherein said information to be utilized with said selected amount of value comprises data to be included in a transmitted indicia of said selected amount of value. | Endicia's system can utilize shorthand data that comprises data to be included in a transmitted indicia of the selected amount of value. |
| 19. An apparatus for distributing predetermined amounts of postage to select ones of a plurality of processor-based systems in data communication with said apparatus in response to purchase demands by select ones of the plurality of processor-based systems, said apparatus comprising: | Endicia's system can distribute predetermined amounts of postage to select ones of a plurality of processor-based systems, such as, for example, customers' computers, in data communication with Endicia's system, in response to purchase demands by select ones of the plurality of processor-based systems. |

| | |
|---|---|
| means for accepting a demand for a predetermined amount of postage from a particular one of said plurality of processor systems via a data communication between said apparatus and said particular one of said processor systems, wherein said apparatus is adapted to substantially simultaneously accept demands from processor systems of said plurality in addition to said particular one of said processor systems; | Endicia's system can accept demands for predetermined amounts of postage from particular customers' computers through data communication between the customer's computer and Endicia's system.  Endicia's system can substantially simultaneously accept demands.  *E.g.*, "Directing attention to FIG. 1B, an alternative embodiment of receiving device 14 is shown.  Here receiving device 14 is adapted to allow simultaneous coupling of a plurality of portable memory 15 to PC 10.  Accordingly, an array of portable memories 15 may be utilized by PC 10 in roder to service multiple simultaneous users, ie., multiple ones of PC 20 coupled thereto demanding postage according to the present invention."  (Col. 7:55-63) |
| means for storing information to be utilized with said predetermined amount of postage selectable from shorthand information provided in said demand; and | Endicia's system can store information to be utilized with the predetermined amount of postage selectable from shorthand information provided in the demand.  *E.g.*, "Additionally, whether stored locally or centrally, an address book or other database may be utilized to provide additional information utilized in demanding and printing postage according to the present invention."  (Col. 9:43-47) |
| means for transmitting a data packet corresponding to said predetermined amount of postage to said one of said plurality of processor systems. | Endicia's system can transmit a data packet corresponding to the predetermined amount of postage to a customer's computer.  *E.g.*, "At step 308 the data packet generated from the received demand is transmitted via the data communications link to the demand site."  (Col. 17:60-62) |

| | |
|---|---|
| 21. The apparatus of claim 19, wherein said stored information comprises parameters associated with a postal item. | Endicia's system can utilize stored information that includes parameters associated with a postal item. |
| 22. The apparatus of claim 19, wherein said stored information comprises data to be included in said transmitted indicia of said predetermined amount of postage. | Endicia's system can utilized stored information that includes data to be included in the transmitted indicia. |
| 24. The apparatus of claim 19, wherein at least a portion of said stored information is included in said data packet corresponding to said predetermined amount of postage. | Endicia's system can include at least a portion of stored information in the data packet corresponding to a predetermined amount of postage. |
| 25. The apparatus of claim 19, wherein said stored information includes means for validating said demand to ensure said one of said plurality of processor systems is eligible to receive said predetermined amount of postage. | Endicia's system includes stored information that can validate the demand to ensure that the particular customer's computer is eligible to receive the predetermined amount of postage. *E.g.*, "Additionally, data included within the demand includes a method of funding the transaction and a serial number contained within the Demand program or other unique data.  The included serial number or other unique data is utilized by the remote metering device for validation of the demand." (Col. 11:55-59) |

| 26. The apparatus of claim 25, further comprising: means for storing a plurality of independent postage value credits; and | Endicia's system can store a plurality of independent value credits. *E.g.*, "PC 10 is preferably adapted for receiving postal credit stored in portable memory 15 through a receiving device 14. In an alternative embodiment, disk drive 13 is utilized for storing postal credit received by PC 10, such as through modem 101. Of course, in this embodiment receiving device 14 and portable memory 15 may be omitted if desired." (Col. 7:18-23); "[A]n array of portable memories 15 may be utilized by PC 10 in order to service multiple simultaneous users, i.e., multiple ones of PC 20 coupled thereto demanding postage according to the present invention." (Col. 7:59-63) |
|---|---|
| means for automatically deducting at least a portion of said predetermined amount of postage from at least one of said postage value credits if said validating means determines said one of said plurality of processor systems is eligible. | Endicia's system can automatically deduct at least a portion of the predetermined amount of postage from at least one of the postage value credits if Endicia's system determines that a particular customer's computer is eligible to receive the value. *E.g.*, "[T]he Meter program increments a record of the amount of postage credit transmitted for later compensation to the Postal Authority. Alternatively, the Meter program deducts the amount of postage to be used by the postage indicia from a postage credit, such as may be stored in a portable memory 15 coupled to PC 10 through receiving device 14, available at PC 10 (step 306)." (Col. 16:52-59) |
| 31. A method operable on a remote processor-based system for distributing predetermined amounts of postage to select ones of a plurality of processor-based systems in data communication with said remote system in response to purchase demands by select ones of the plurality of processor-based systems, said method comprising the steps of: | Assuming arguendo that the preamble is a limitation:<br><br>Endicia's system operates on a remote processor-based system (such as a computer at Endicia) and it distributes predetermined amounts of postage in response to demands from select ones of a plurality of processor based systems (such as customers' computers) in data communication (such as over the Internet). *E.g.* "The present invention allows an individual to purchase a desired amount of postage at a location remote from a postal metering device, such postage being electronically transmitted to the individual nearly instantaneously upon demand. In a preferred embodiment the user invokes a first processor-based system (PC) to request and receive postage via a program, hereinafter referred to as the Demand program, stored on the first PC." (Col. 6:13-19) |

| accepting a demand for a predetermined amount of postage from a particular one of said plurality of processor systems via a data communication link between said remote system and said particular one of said processor systems, wherein said remote system is adapted to substantially simultaneously accept demands from processor systems of said plurality in addition to said particular one of said processor systems; | Endicia's system accepts demands for postage from a particular one of a plurality of processor systems (such as from a customer's computer) via a data communication link (such as the Internet). Endicia's system is adapted to substantially simultaneously accept demands from customers' computers. *E.g.* "In a preferred embodiment the user invokes a first processor-based system (PC) to request and receive postage via a program, hereinafter referred to as the "Demand" program, stored on the first PC. The Demand program requests input from the user, coupled devices, or processes about the weight of the item to be mailed, the destination address, etc. The Demand program utilizes the input information to calculate the amount of desired postage for an item to be mailed. A demand for postage is then made to a remote metering system." (Col. 6:13-26); "It should be understood that the Demand program, in addition to its unique process of creating a postage demand and subsequent printing of the postage indicia, also may incorporate information processing modules common in the art. Such a processing module may be a data communications program for establishing and/or maintaining a link between the first and second PCs." (Col. 6:39-45); "Referring again to FIG. 1A, it can be seen that PCs 10 and 20 may be linked together through Public Switched Network (PSN) 103 via modems 101 and 102. PSN 103 may be comprised of any number of now existing or later to be developed communications means. In the preferred embodiment, PSN comprises public telecommunications lines and switching equipment. Alternatively, PSN 103 comprises digital communication over the Internet or similar wide area public gateway. Additionally, PCs 10 and 20 may be linked directly through digital telecommunications trunks (not shown) or through a digital network system, cable system, or satellite system (all not shown). It shall be understood that in utilizing a digital network system to link PCs 10 and 20 that modems 101 and 102 are replaced by network interface cards (NIC) or other digital telecommunications devices, e.g., ISDN." (Col. 8:23-38); "The Demand program demands the postage from a remote postage metering device physically located away from the first PC. In the preferred embodiment the remote postage meter is itself a second PC, typically located at a postage provider's office. The remote postage meter stores a program, hereinafter referred to as the "Meter" program, which verifies postage demands and enables the Demand program to print the desired postage." (Col. 6:62-7:2); "Subsequent to establishing a data communications link, the Meter program accepts a demand transmitted from a demand site (Step 303), returning to step 303 if no demand has yet been received and proceeding to step 304 if a demand has been received." (Col. 14:47-51) |
| storing a plurality of independent postage value credits; | Endicia's system stores a plurality of independent postage value credits (such as customers' accounts). *E.g.* "PC 10 is preferably adapted for receiving postal credit stored in portable memory 15 through a receiving device 14. In an alternative embodiment, disk drive 13 is utilized for storing postal credit received by PC 10, such as through modem 101. Of course, in this embodiment receiving device 14 and portable memory 15 may be omitted if desired. However, receiving device 14 and portable memory 15 may still be utilized in this embodiment." (Col. 7:18-26) |

| | |
|---|---|
| automatically deducting at least a portion of said predetermined amount of postage from at least one of said postage value credits; and | Endicia's system automatically deducts at least a portion of postage value from at least one of the postage value credits (such as when a customer requests to print postage, Endicia debits his account).  *E.g.* "[T]he Meter program increments a record of the amount of postage credit transmitted for later compensation to the Postal Authority.  Alternatively, the Meter program deducts the amount of postage to be used by the postage indicia from a postage credit, such as may be stored in a portable memory 15 coupled to PC 10 through receiving device 14, available at PC 10 (step 306).  Where multiple amounts of postage credit are stored at PC 10, such as through the use of the aforementioned array of portable memories, step 306 may include a determination of an available postage credit for use in the present transaction.  Such a determination may include a determination as to a particular postage credit not currently utilized in responding to a demand for postage from another Demand program, a particular postage credit having sufficient value to provide the demanded amount of postage, a determination of a combination of postage credits suitable for providing the demanded amount of postage, or the like."  (Col. 16:52 to 17:3) |
| transmitting a data packet corresponding to said predetermined amount of postage to said one of said plurality of processor systems. | After a customer requests to print postage, Endicia's system transmits a data packet corresponding to said predetermined amount of postage to one of the plurality of processor systems (such as to that customer's computer).  *E.g.* "Referring again to Fig. 1A, it can be seen that PCs 10 and 20 may be linked together through Public Switched Network (PSN) 103 via modems 101 and 102.  PSN 103 may be comprised of any number of now existing or later to be developed communications means.  In the preferred embodiment, PSN comprises public telecommunications lines and switching equipment.  Alternatively, PSN 103 comprises digital communication over the Internet or similar wide area public gateway.  Additionally, PCs 10 and 20 may be linked directly through digital telecommunications trunks (not shown) or through a digital network system, cable system, or satellite system (all not shown).  It shall be understood that in utilizing a digital network system to link PCs 10 and 20 that modems 101 and 102 are replaced by network interface cards (NIC) or other digital communications devices, e.g. ISDN.  It will be appreciated by those of skill in the art that any network linking PCs 10 and 20 may either be secure or not depending on the degree of postage credit transmission security desired."  (Col. 8:23-41) |

| 32. The method of claim 31, wherein said accepting step comprises the step of: conducting a data exchange with said particular one of said plurality of processor systems and said remote system to provide authentication associated with said transmission of said predetermined amount of postage. | Endicia's system authenticates a customer's computer (a particular one of a plurality of processor systems) as a step to providing postage. *E.g.* "It shall be appreciated that the step of establishing a link between PCs 10 and 20 may include authentication of the user.  For example, where the link between PCs 10 and 20 is via the Internet, the step of establishing a link there between may include use of the SSL protocol, well known in the art, to authenticate the user.  Authentication may likewise be accomplished through the use of transmission of an encryption, i.e., transmission of an encrypted string  and the clear text string for authentication of the encryption at the remote site, interchange of an encrypted string where a first system transmits a value encrypted an the second system must decrypt the value and re-encrypt the value using a different key for decryption at the first system, transmission of unique identification information comparable to a database at the remote system, etcetera.  Such authentication of the user may be used in combination with the aforementioned encryption of data packets or may be used in the alternative, if desired." (Col. 12:39-56) |

| 33. The method of claim 31, further comprising the step of:  validating said demand to ensure said one of said plurality of processor systems is eligible to receive predetermined amount of postage, wherein said deducting step is performed if said validating means determines said one of said plurality of processor systems is eligible. | Endicia's system validates requests from customer computers to ensure that said customer is eligible to receive the selected amount of value; only allowing the transaction to occur if the customer is eligible.  *E.g.* "Additionally, data included within the demand includes a method of funding the transaction and a serial number contained within the Demand program or other unique data.  The included serial number or unique data is utilized by the remote metering device for validation of the demand." (Col. 11:55-59); "At step 304, the Meter program validates the demand and, if found valid, proceeds to step 305.  Validation is preferably accomplished by verifying selected information contained within the demand against validation data available at PC 10.  Data unique to the demand site, such as the Demand program's serial number or the Demand program's link address (e.g., telephone number, Internet address, or E-Mail address), may be utilized in verification step 304.  Additionally or alternatively, validation may include other information such as a determination that the received demand is in a proper format or is encrypted using a particular known key." (Col. 14:56-67); "At step 305, the Meter program uses funding information found within the demand to determine if proper funding is available for the transaction.  Funding for the postage demanded may be accomplished in various ways.  The user of the on-demand postage system may have a credit or debit account with the postage provider or may utilize point of sale funding methods such as a valid bank card account…If it is determined that proper funding is not available, a termination message explaining the reason for denying the demand is transmitted to the demanding site at step 310." (Col. 15:24-31; 60-62); "Upon determination of proper funding, the Meter program may check the destination address included in the demand to verify that it is a proper address (step 311), if desired.  Of course, where address verification or updating is not desired, step 311 may be omitted." (Col. 16:6-10); "Upon determination of proper funding and verification of the destination address, the Meter program increments a record of the amount of postage credit transmitted for later compensation to the Postal Authority.  Alternatively, the Meter program deducts the amount of postage to be used by the postage indicia from a postage credit, such as may be stored in a portable memory 15 coupled to PC 10 through receiving device 14, available at PC 10 (step 306)." (Col. 16:52-59) |

| | |
|---|---|
| 34. The method of claim 31, wherein the storing step comprises the steps of: storing a first one of said plurality of postage value credits in a first portable memory coupled to the remote system; and storing a second one of said plurality of postage value credits in a second portable memory coupled to the remote system. | Endicia's system has multiple memory storage units for storing the postage value credits of individual customers, such as, for example, hard drives contained in an EMC CX300 Storage Array.  *E.g.*  "Directing attention to FIG. 1B, an alternative embodiment of receiving device 14 is shown.  Here receiving device 14 is adapted to allow simultaneous coupling of a plurality of portable memory 15 to PC 10.  Accordingly, an array of portable memories 15 may be utilized by PC 10 in order to service multiple simultaneous users, i.e., multiple ones of PC 20 coupled thereto demanding postage according to the present invention." (Col. 7:56-63) |
| 35. The method of claim 31, wherein the deducting step comprises the step of: determining a particular one of said plurality of postage value credits available for use in providing said predetermined amount of postage to said particular one of said plurality of processor systems, wherein said at least one of said postage value credits said at least a portion of said predetermined amount of postage is deducted from includes said particular one of said plurality of postage value credits. | In the course of the transaction, Endicia's system determines whether a particular one of a plurality of value credits available to a particular one of said plurality of processor systems (such as whether a particular customer's account) has the value available.  *E.g.* "Upon determination of proper funding and verification of the destination address, the Meter program increments a record of the amount of postage credit transmitted for later compensation to the Postal Authority.  Alternatively, the Meter program deducts the amount of postage to be used by the postage indicia from a postage credit, such as may be stored in portable memory 15 coupled to PC 10 through receiving device 14, available at PC 10 (step 306).  Where multiple amounts of postage credit are stored at PC 10, such as through the use of the aforementioned array of portable memories, step 306 may include a determination of an available postage credit for use in the present transaction.  Such a determination may include a determination as to a particular postage credit not currently utilized in responding to a demand for postage from another Demand program, a particular postage credit having sufficient value to provide the demanded amount of postage, a determination of a combination of postage credits suitable for providing the demanded amount of postage, or the like." (Col. 16:52-17:3) |

| | |
|---|---|
| 38. The method of claim 31, further comprising: storing information to be utilized with said predetermined amount of postage selectable from shorthand information provided in said demand. | Endicia's system can store information to be utilized with a predetermined amount of postage selectable from shorthand information provided in the demand. |
| 40. The method of claim 38, wherein said information to be utilized with said predetermined amount of postage comprises data to be included in said transmitted indicia of said predetermined amount of postage. | Endicia's system can utilize data to be included in the transmitted indicia with the predetermined amount of value. |
| 43. A method operable on a remote processor-based system for distributing predetermined amounts of postage to select ones of a plurality of processor-based systems in data communication with said remote system in response to purchase demands by select ones of the plurality of processor-based systems, said method comprising the steps of: | Endicia's system can distribute predetermined amounts of postage to select ones of a plurality of processor-based systems, such as, for example, customers' computers, in data communication with Endicia's system. |

| | |
|---|---|
| accepting a demand for a predetermined amount of postage from a particular one of said plurality of processor systems via a data communication link between said remote system and said particular one of said processor systems, wherein said remote system is adapted to substantially simultaneously accept demands from processor systems of said plurality in addition to said particular one of said processor systems; | Endicia's system can accept a demand for a predetermined amount of postage from a particular one of a plurality of processor systems, such as a customer's computer, via a data communication link, such as the Internet.  Endicia's system can substantially simultaneously accept demands from the plurality of processor systems. |
| storing information to be utilized with said predetermined amount of postage selectable from shorthand information provided in said demand; and | Endicia's system can store information to be utilized with the predetermined amount of postage selectable from shorthand information provided in the demand. |
| transmitting a data packet corresponding to said predetermined amount of postage to said one of said plurality of processor systems. | Endicia's system can transmit a data packet corresponding to the predetermined amount of postage to one of the plurality of processor systems, such as, for example, a customer's computer. |

| | |
|---|---|
| 45. The method of claim 43, wherein said stored information comprises parameters associated with a postal item. | Endicia's system can utilize information that includes parameters associated with a postal item. |
| 46. The method of claim 43, wherein said stored information comprises data to be included in said transmitted indicia of said predetermined amount of postage. | Endicia's system can utilize information that includes information to be included in the transmitted indicia. |
| 47. The method of claim 43, wherein said stored information comprises data indicating a method of payment for said predetermined amount of postage. | Endicia's system can utilize information that includes data indicating a method of payment for the predetermined amount of postage. |
| 48. The method of claim 43, wherein at least a portion of said stored information is included in said data packet corresponding to said predetermined amount of postage. | Endicia's system utilizes stored information, at least of portion of which is included in the data packet corresponding to the predetermined amount of postage. |

| | |
|---|---|
| 49. The method of claim 43, further comprising the step of:  validating said demand to ensure said one of said plurality of processor systems is eligible to receive said predetermined amount of postage. | Endicia's system can validate the demand to ensure that one of the plurality of processor systems, such as, for example, a customer's computer, is eligible to receive the predetermined amount of postage. |
| 50. The method of claim 49, further comprising the steps of:  storing a plurality of independent postage value credits; and | Endicia's system can store a plurality of independent postage value credits. |
| automatically deducting at least a portion of said predetermined amount of postage from at least one of said postage value credits if said validating step determines said one of said plurality of processor systems is eligible. | Endicia's system can automatically deduct at least a portion of the predetermined amount of postage from at least one of the postage value credits if the validating step determines that one of the plurality of processor based systems is eligible. |
| 55. A system for obtaining for a first processor-based system a desired amount of value from a second processor-based system via a public network, said system comprising: | Endicia's system obtains for a first processor-based system, such as a customer's computer, a desired amount of value from a second processor-based system, such as the servers at Endicia, via a public network. |
| said first processor-based system comprising: | Endicia's system obtains value for a first processor-based system, such as a customer's computer. |

| | |
|---|---|
| means for establishing parameters specific to a preselected item to be associated with said desired amount of value; | Endicia's system allows a first processor-based system, such as a customer's computer to establish parameters specific to a preselected item to be associated with a desired amount of value. *E.g.*, "At step 204, the Demand program accepts the postal item destination address." (Col. 9:22-23); "At step 206, the Demand program accepts the postal item's weight." (Col. 9:66-67); "At step 207, the Demand program accepts the postal item's postal class." (Col. 10:56-57). |
| means for summarily indicating a desired piece of information of a plurality of information records stored external to said first system; | Endicia's system can summarily indicate a desired piece of information of a plurality of information records stored external to the first system. *E.g.*, "Additionally, whether stored locally or centrally, an address book or other database may be utilized to provide additional information utilized in demanding and printing postage according to the present invention.  For example, selection of a particular shorthand, and thus a particular destination address, may also select a printing format, a postal zone, a postal class, and/or information regarding the postal indicia form utilized as discussed below.  Alternatively, the short hand designation may be utilized to select any of the above information items either alone or in any combination." (Col. 9:43-53) |
| means for creating a demand for said desired amount of value, said demand comprising selected ones of said parameters in combination with said summary indication; and | Endicia's system can create a demand for a desired amount of value.  The demand can include selected parameters in combination with summary information. *E.g.*, "Subsequent to accepting information, the Demand program assembles predetermined portions of this information into a demand which is of a format suitable for communication to, and acceptance by, a remote metering device (step 210)." (Col. 11:21-25) |
| means for controlling the transmission of said demand from said first system to said remote system over said public network; and said second processor-based system comprising: | Endicia's system can control the transmission of the demand from the first system to the remote system over a public network. |

| means for storing said plurality of information records, wherein at least a portion of said stored plurality of information is to be utilized with said predetermined amount of value, and wherein said portion of said plurality of information records is selectable from said summary indication provided in said demand; | Endicia's system can store a plurality of information records, of which at least a portion can be utilized with the predetermined amount of value.  The portion of the plurality of information records is selectable from the summary indication provided in the demand.  *E.g.*, "Accordingly, where an address book, or other database, of information associated with a particular user or demanding system is maintained at PC 10, step 311 may include reference to the database in order to determine the desired information."  (Col. 16:23-26) |
|---|---|
| means for storing a plurality of independent value credits; | Endicia's system can store a plurality of independent value credits.  *E.g.*, "PC 10 is preferably adapted for receiving postal credit stored in portable memory 15 through a receiving device 14.  In an alternative embodiment, disk drive 13 is utilized for storing postal credit received by PC 10, such as through modem 101.  Of course, in this embodiment receiving device 14 and portable memory 15 may be omitted if desired."  (Col. 7:18-23); "[A]n array of portable memories 15 may be utilized by PC 10 in order to service multiple simultaneous users, i.e., multiple ones of PC 20 coupled thereto demanding postage according to the present invention."  (Col. 7:59-63) |
| means for automatically deducting at least a portion of said predetermined amount of value from at least one of said value credits; | Endicia's system can automatically deduct at least a portion of the predetermined value from at least one of the value credits.  *E.g.*, "Alternatively, the Meter program deducts the amount of postage to be used by the postage indicia from a postage credit, such as may be stored in portable memory 15 coupled to PC 10 through receiving device 14, available at PC 10 (step 306).  Where multiple amounts of postage credit are stored at PC 10, such as through the use of the aforementioned array of portable memories, step 306 may include a determination of an available postage credit for use in the present transaction."  (Col. 16:55-63) |
| means for creating a data packet comprising data formatted as a function of a received demand; and | Endicia's system can create a data packet comprising data formatted as a function of a received demand.  *E.g.*, "The meter program utilizes information contained within the demand to generate a data packet representing the desired postage indicia (step 307)."  (Col. 17:12-14) |

| | |
|---|---|
| means for transmitting said data packet from said second system to said first system, said data packet to be utilized in the printing of a value indicia under control of said first system. | Endicia's system can transmit a data packet from the second system to the first system.  The data packet can be utilized in the printing of a value indicia under control of the first system.  *E.g.*, "The data packet is a digital representation or image of the postage indicia to be ultimately printed by the demanding site."  (Col. 17:31-33); "For example, the data packet may be digital information sufficient to enable the Demand program to construct a valid postage indicia either by completing a portion of a transmitted digital image or by generating a postage indicia using data suitable to enable generation contained in the data packet."  (Col. 17:47-52); "At step 308 the data packet generated from the received demand is transmitted via the data communications link to the demand site."  (Col. 17:60-62) |
| 56. The system of claim 55, wherein the value credit storing means comprises:  a plurality of portable memories coupled to said second system. | Endicia's system can utilize a plurality of portable memories coupled to the second system to store value credit. |
| 57. The system of claim 55, wherein the deducting means comprises:  means for determining a particular one of said plurality of value credits currently available for use in providing said predetermined amount of value to said first system, wherein said at least one of said value credits said at least a portion of said predetermined amount of value is deducted from includes said particular one of said plurality of value credits. | Endicia's system can determine a particular one of the plurality of value credits currently available for use in providing a predetermined amount of value to the first system and can deduct at least a portion of the predetermined amount of value from the particular one of the plurality of value credits. |

127

| | |
|---|---|
| 59. The system of claim 55, wherein said data communication between said first and said second systems comprises information communication selected from the group consisting of: a public switched network a public information communication system the Internet a cable system; and a satellite system. | Endicia's system can engage in data communication via the Internet. |
| 62. The system of claim 55, wherein said predetermined amount of value is postage value for indicating payment of postage with respect to a mail piece, and wherein said preselected item is said mail piece. | Endicia's system provides postage value. |
| 63. The system of claim 62, wherein at least a portion of said plurality of information records includes address information. | In Endicia's system, at least a portion of the plurality of information records includes address information. |

| UNITED STATES PATENT 6,889,214 | |
|---|---|
| **Claim** | **Infringement** |
| 1. A system for distributing amounts of value to select ones of a plurality of user processor-based systems in response to demands by ones of the plurality of user processor-based systems, said system comprising: | Assuming arguendo that the preamble is a limitation:<br><br>Endicia operates and distributes software operable with a system for distributing postage to particular processor-based systems (such as computers) in response to general multi-purpose processor-based system (such as, for example, particular computers) via a communications network, such as the Internet, in response to postage demands by particular computers. |
| a host processor-based system; | The Endicia system includes a host processor-based system, which includes one or more servers located at Endicia. |
| a bulk memory coupled to said host processor-based system; | The Endicia system includes at least one bulk memory (such as, for example, a hard drive within an EMC CX300 Storage Array) coupled to the processor-based system. (Exhibits 5, 21, 22) |
| at least one portable memory coupled to said host processor-based system; | The Endicia system includes at least one portable memory coupled to the processor-based system, such as, for example, a cryptographic coprocessor. |
| a plurality of user data files including independent value credit information stored in said bulk memory, wherein ones of said user data files are loaded into said portable memory to thereby configure said portable memory for use in serving a corresponding demand; | The Endicia system includes data for multiple users (containing, for example, customer account data), which include independent value credit information stored in the bulk memory. User data is loaded into the portable memory (such as, for example, a cryptographic coprocessor) to configure the cryptographic coprocessor for use in processing information in response to a postage demand by that particular user. (Exhibit 26) |

| a protocol for accepting a demand for an amount of value from a particular one of said user plurality of processor-based systems via a data communication link between said host processor-based system and said particular one of said user processor-based systems and for automatically deducting said amount of value from one or more of said user data files; and | The Endicia system includes programming for accepting demands for postage from multiple processor-based systems via a data communication link, such as the Internet.  The Endicia system also includes programming for automatically deducting the value of the demanded postage from the appropriate user data.  *E.g.*, "Alternatively, the Meter program deducts the amount of postage to be used by the postage indicia from a postage credit, such as may be stored in a portable memory 15 coupled to PC 10 through receiving device 14, available at PC 10 (step 306)." (Col. 18:59-63) (Exhibits 14, 23) |
|---|---|
| a protocol for transmitting a data packet corresponding to said amount of value to said one of said plurality of user processor-based systems. | The Endicia system includes programming for transmitting data corresponding to the demanded postage amount to the demanding processor-based system. |

| 2. The system of claim 1, wherein said protocol for accepting a demand and for automatically deducting said amount of value is adapted to substantially simultaneously accept demands from user processor-based systems of said plurality in addition to said particular one of said user processor-based systems. | The Endicia system can substantially simultaneously accept demands from multiple user processor-based systems. |
|---|---|
| 3. The system of claim 1, wherein the bulk memory comprises:  a hard disk drive coupled to the host processor-based system. | The Endicia system includes at least one bulk memory (such as, for example, a hard drive within an EMC CX300 Storage Array) coupled to the processor-based system.  *E.g.*: "[I]n an alternative embodiment, disk drive 13, which may be a hard disk drive or other media, is utilized for storing postal credit received by PC 10, such as through modem 101."  (Col. 8:54-59)  (Exhibit 22) |
| 5. The system of claim 1, wherein the at least one portable memory comprises a secure memory unit. | The Endicia system includes at least one portable memory that comprises a secure memory unit coupled to the processor-based system, such as, for example, a cryptographic coprocessor.  *E.g.*: "The portable memories themselves, the data files storing postage credit, and/or the processor-based system, may be secured in order to provide security for postage credit, if desired.  For example, the portable memory may be physically secure and tamper resistant, data files storing postage credit may be secured through the use of encryption algorithms, or the processor-based system may be disposed in a secure environment."  (Col. 8:10-17) |

| 7. The system of claim 5, wherein said secure memory unit comprises a secure memory portion for securely storing an ascending register incremented when credit value transactions are performed on said portable memory using ones of said plurality of user data files. | Endicia's system has a secure memory unit, such as, for example a cryptographic coprocessor, that has a secure memory portion that securely stores, at least during the processing of a user's request for postage, an ascending register incremented when credit value transactions are performed in the portable memory. *E.g.*: "The portable memories themselves, the data files storing postage credit, and/or the processor-based system, may be secured in order to provide security for postage credit, if desired. For example, the portable memory may be physically secure and tamper resistant, data files storing postage credit may be secured through the use of encryption algorithms, or the processor-based system may be disposed in a secure environment." (Col. 8:10-17) |
|---|---|
| 8. The system of claim 7, further comprising: a log file including information regarding transactions performed on said portable memory using ones of said plurality of user data files and corresponding ascending register values. | Endicia's system has a log file including information regarding transactions performed on said portable memory. |
| 10. The system of claim 1, wherein the at least one portable memory comprises a circuit card adapted to provide data security. | At least one portable memory within the Endicia system comprises a circuit card adapted to provide data security. |
| 11. The system of claim 10, wherein the at least one portable memory comprises an array of circuit cards adapted to provide data security. | At least one portable memory within the Endicia system comprises an array of circuit cards adapted to provide data security. |

| | |
|---|---|
| 12. The system of claim 10, wherein said circuit card comprises a PCI circuit card. | At least one portable memory within the Endicia system comprises a PCI circuit card. |
| 13. The system of claim 10, wherein said circuit card comprises a cryptographic co-processor. | At least one portable memory within the Endicia system comprises a cryptographic coprocessor, such as, for example a cryptographic coprocessor. |
| 17. The system of claim 1, wherein said accepted demand comprises data indicating a particular user data file of said plurality of data files for providing said amount of value. | Demands for postage in Endicia's system identify which customer is requesting postage. |

| | |
|---|---|
| 18. The system of claim 1, wherein said data communication link between said host processor-based system and said particular one of said plurality of user processor-based systems comprises an information communication link selected from the group consisting of:<br><br>a public switched network;<br><br>a public information communication system;<br><br>the Internet;<br><br>a cable system; and<br><br>a satellite system. | The data communication link between Endicia's system and a customer's computer can be the Internet.  (Exhibit 14) |
| 19. The system of claim 1, wherein said amount of value is postage value. | The Endicia system provides postage.  (Exhibit 14) |
| 20. The system of claim 1, wherein ones of said user data files comprise an ascending register and descending register in clear text. | In Endicia's system, each user's account data has an ascending and descending register in clear text. |

| 22. The system of claim 1, wherein ones of said user data files comprise unique virtual security device identification information in clear text. | In Endicia's system, each user's account includes unique virtual security device identification information in clear text. |
|---|---|
| 23.  The system of claim 1, wherein ones of said user data files comprise user licensing information in clear text. | In Endicia's system, each user's account includes user licensing information in clear text. |
| 24. The system of claim 1, wherein ones of said user data files comprise license ZIP code information in clear text. | In Endicia's system, each user's account includes license ZIP code information in clear text. |
| 25. The system of claim 1, wherein ones of said user data files comprise customer identification information in clear text. | In Endicia's system, each user's account includes customer identification information in clear text. |
| 26. The system of claim 1, wherein ones of said user data files comprise clear text information, secret information stored in a protected format, and unique information derived from said clear text information and said secret information. | In Endicia's system, each user's account includes clear text information, secret information stored in a protected format, and unique information derived from the clear text information and secret information. |

| 27. The system of claim 26, wherein said unique information is an irreversible hash. | In Endicia's system, the unique information can be an irreversible hash. |
|---|---|
| 28. The system of claim 26, wherein said protected format includes random information included with said secret information. | Endicia's production of documents is not yet complete, and accordingly Stamps.com's discovery regarding infringement is as of yet incomplete.  Therefore, Stamps.com reserves the right to supplement this response to include facts regarding infringement of this claim. |
| 29. The system of claim 1, wherein said demand for an amount of value comprises a predetermined amount of value credit desired. | A customer using Endicia's system can request postage of a desired amount. |
| 30. The system of claim 1, wherein said demand for an amount of value comprises information from which an amount of value credit may be determined. | A customer using Endicia's system can request postage by entering information from which a particular amount of postage may be determined. |

| | |
|---|---|
| 31. A system for conducting transactions with select ones of a plurality of processor-based systems in response to requests by ones of the plurality of processor-based systems, wherein said transactions are associated with amounts of value credit available to said select ones of said plurality of processor-based systems, said system comprising: | Assuming arguendo that the preamble is a limitation:<br><br>Endicia operates and distributes software operable with a system for distributing postage to particular processor-based systems (such as computers) via a communications network, such as the Internet, in response to postage demands by particular computers. |
| a server system; | The Endicia system is a server system. |
| an unsecure memory coupled to said server system; | The Endicia system includes one or more hard drives within an EMC CX300 Storage Array coupled to the server system.  *E.g.*, "For example, in an alternative embodiment, disk drive 13, which may be a hard disk drive or other media, is utilized for storing postal credit received by PC 10, such as through modem 101." (Col. 8:53-56) |
| at least one secure memory coupled to said server system; | The Endicia system includes one or more cryptographic coprocessors.  *E.g.*, "The portable memories themselves, the data files storing postage credit, and/or the processor-based system, may be secured in order to provide security for postage credit, if desired.  For example, the portable memory may be physically secure and tamper resistant, data files storing postage credit may be secured through the use of encryption algorithms, or the processor-based system may be disposed in a secure environment." (Col. 8:10-17) |

| a plurality of user data files including independent value credit information stored in said unsecure memory, wherein at least a portion of ones of said user data files are loaded into said secure memory to thereby configure said secure memory for use in conducting a transaction serving a request; | The Endicia system includes data for multiple users, which include independent value credit information stored in the unsecure memory.  User data is loaded into the secure memory (such as, for example, a cryptographic coprocessor) to configure the cryptographic coprocessor for use in processing information in response to a postage demand by that particular user. |
|---|---|
| a protocol for accepting a request for a selected transaction from a particular one of said plurality of processor-based systems via a data communication link between said server system and said particular one of said processor-based systems and for identifying a particular user data file for use in serving said request; and | The Endicia system includes programming for accepting requests for postage from multiple processor-based systems via a data communication link, such as the Internet. |

| | |
|---|---|
| a protocol for retrieving said particular user data file and configuring said at least one secure memory for performing said selected transaction and for restoring said particular user data file in said unsecure memory after completion of said selected transaction. | In response to a user's request, the Endicia system retrieves the user's data and configures at least one secure memory, such as, for example, a cryptographic coprocessor, to perform the transaction.  Following the transaction, Endicia's system restores the user's data to a hard drive within an EMC CX300 Storage Array. |
| 32. The system of claim 31, wherein said selected transaction comprises deduction of value credit from said particular user data file, and wherein said restored particular user data file has a corresponding amount of value credit deducted from said retrieved particular user data file. | The Endicia system includes programming for automatically deducting the value of the demanded postage from the appropriate user data.  *E.g.*, "Alternatively, the Meter program deducts the amount of postage to be used by the postage indicia from a postage credit, such as may be stored in a portable memory 15 coupled to PC 10 through receiving device 14, available at PC 10 (step 306)."  (Col. 18:59-63) |
| 33. The system of claim 32, wherein said selected transaction comprises transmitting a data packet corresponding to said amount of value to said one of said plurality of processor-based systems. | The Endicia system includes programming for transmitting data corresponding to the demanded postage amount to the demanding processor-based system. |

| 34. The system of claim 31, wherein said protocol for accepting a request and for identifying a particular user data file at least in part utilizes public key cryptography in identifying a particular user data file to associate with said request. | The Endicia system includes a protocol for accepting a request and identifying a particular user's data, that at least in part utilizes public key cryptography in identifying the particular user's data to associate with the request. |
|---|---|
| 35. The system of claim 31, wherein said protocol for accepting a request and for identifying a particular user data file at least in part utilizes a secret shared between said server system and at least one of said plurality of processor-based systems. | The Endicia system includes a protocol for accepting a request and for identifying particular user data at least in part through a secret, such as, for example, a password, shared between the Endicia system and a customer's computer. |
| 38. The system of claim 31, wherein the unsecure memory comprises a memory selected from the group consisting of:  a hard disk drive an optical disk drive; and a random access memory. | The Endicia system includes at least one unsecure memory (such as, for example, a hard drive within an EMC CX300 Storage Array) coupled to the server system.  *E.g.*, "For example, in an alternative embodiment, disk drive 13, which may be a hard disk drive or other media, is utilized for storing postal credit received by PC 10, such as through modem 101." (Col. 8:53-56) |

| 40. The system of claim 31, wherein said at least one secure memory comprises a secure memory portion for securely storing a register incremented when credit value transactions are performed on said at least one secure memory using ones of said plurality of user data files. | Endicia's system has a secure memory unit, such as, for example a cryptographic coprocessor, that has a secure memory portion that securely stores, at least during the processing of a user's request for postage, an ascending register incremented when credit value transactions are performed in the portable memory using part of the user data. *E.g.*: "The portable memories themselves, the data files storing postage credit, and/or the processor-based system, may be secured in order to provide security for postage credit, if desired.  For example, the portable memory may be physically secure and tamper resistant, data files storing postage credit may be secured through the use of encryption algorithms, or the processor-based system may be disposed in a secure environment." (Col. 8:10-17) |
|---|---|
| 41. The system of claim 40, wherein said register stored in said secure memory is a transaction counter. | The Endicia system can, at least during the processing of a user's request for postage, store a register in the secure memory that is a transaction counter. |
| 42. The system of claim 40, wherein said register stored in said secure memory is a cumulative credit value register. | Endicia's system has a secure memory unit, such as, for example, a cryptographic coprocessor, that stores at least briefly during the creation of the indicia, a cumulative credit value register. |
| 43. The system of claim 40, further comprising:  a log file including information regarding transactions performed on said at least one secure memory using ones of said plurality of user data files and corresponding register values. | Endicia's system has a transaction log that stores information regarding transactions performed on the secure memory and the corresponding register values. |

| 44. The system of claim 31, wherein the at least one secure memory is selected from the group consisting of: a touch memory utility button an array of touch memory utility buttons a circuit card adapted to provide data security an array of circuit cards adapted to provide data security a smart disk; and a smart card. | The Endicia system has at least one secure memory that is a circuit card adapted to provide data security or an array of circuit cards adapted to provide data security. |
| --- | --- |
| 45. The system of claim 31, wherein said data communication link between said server system and said particular one of said plurality of user processor-based systems comprises an information communication link selected from the group consisting of: a public switched network a public information communication system the Internet a cable system; and a satellite system. | The data communication link between Endicia's system and a customer's computer can be the Internet. (Exhibit 14) |

| | |
|---|---|
| 46. The system of claim 31, wherein ones of said user data files comprise an ascending register and descending register. | User data within the Endicia system have ascending and descending registers. |
| 49. A system for providing a plurality of virtual secure user devices configured for particular entities, wherein ones of said virtual secure user devices are independently operable on a common secure device to accommodate interaction with said particular entities, said system comprising: | The Endicia system provides a plurality of virtual secure user devices configured for particular entities.  The virtual secure user devices are independently operable on a common secure device to accommodate interaction with particular entities. |
| a storage device providing bulk storage of information; | The Endicia system has a storage device providing bulk storage of information. |
| a virtual user device data structure suitable for storage on said storage device, wherein said virtual user device data structure includes an entity information portion, a secret information portion, and an information integrity portion; and | The Endicia system has a virtual user device data structure suitable for storage on the storage device, wherein the virtual user device data structure includes an entity information portion, a secret information portion, and an information integrity portion. |

| a secure device coupled to said bulk storage device configurable to operate as a particular user device through use of a corresponding data set of said virtual user device data structure, wherein said secure device is operable to accept at least a portion of said particular data set, verify integrity of data of said user information portion utilizing said secret information portion and said information integrity portion, and utilize data of said entity information portion to configure said secure device as said particular entity device. | The Endicia system has a secure device coupled to the bulk storage device that is configurable to operate as a particular user device through use of a corresponding data set of the virtual user device data structure.  The secure device is operable to accept at least a portion of the particular data set, verify integrity of data of the user information portion utilizing the secret information portion and the information integrity portion, and utilize data of the entity information portion to configure the secure device as the particular entity device. |
|---|---|
| 50. The system of claim 49, wherein said virtual user device is operable as a postal security device storing postage credit value. | The virtual user device utilized by the Endicia system is operable as a postal security device storing postage credit value. |
| 51. The system of claim 49, wherein said virtual user device is operable as a postal security device storing postage credit value. | Endicia's production of documents is not yet complete, and accordingly Stamps.com's discovery regarding infringement is as of yet incomplete.  Therefore, Stamps.com reserves the right to supplement this response to include facts regarding infringement of this claim. |

| | |
|---|---|
| 52. The system of claim 49, wherein said entity information portion as stored on said storage device is in clear text. | The Endicia system can store the entity information portion on the storage device in clear text. |
| 53. The system of claim 49, wherein said secret information portion as stored on said storage device is in encrypted text. | The Endicia system can store the secret information portion on the storage device in encrypted text. |
| 54. The system of claim 53, wherein said encrypted text includes secret information and random information. | Endicia's production of documents is not yet complete, and accordingly Stamps.com's discovery regarding infringement is as of yet incomplete.  Therefore, Stamps.com reserves the right to supplement this response to include facts regarding infringement of this claim. |
| 55. The system of claim 49, wherein said information integrity portion comprises unique information derived from said entity information and said secret information. | The Endicia system's information integrity portion includes unique information that is derived from the entity information and the secret information. |
| 56. The system of claim 55, wherein said unique information comprises an irreversible hash. | The Endicia system has unique information that can include an irreversible hash. |

| | |
|---|---|
| 61. A method operable on a remote processor-based system for securely storing amounts of value available to select ones of a plurality of systems in data communication with said remote system, said method comprising the steps of: | The Endicia system utilizes a remote processor-based system, such as the servers at Endicia, to securely store amounts of value available to select ones of a plurality of systems, such as customers' computers, in data communication with the remote system. |
| initializing a secure memory device coupled to said remote system, wherein initialization of said secure memory device includes storing a private vault key therein; | The Endicia system can initialize a secure memory device coupled to the remote system, such as a cryptographic coprocessor coupled to a server at Endicia, where initialization of the secure memory device includes storing a private vault key therein. |
| initializing a plurality of virtual user devices, wherein each said virtual user device includes data suitable for configuring said secure memory device to operate as a particular user's secure device, wherein said data includes an amount of value available to said particular user and a private virtual device key unique to said virtual user device; and | The Endicia system can initialize a plurality of virtual user devices, wherein each virtual user device includes data suitable for configuring the secure memory device to operate as a particular user's secure device. The data at least in part includes an amount of value available to the particular user and a private virtual device key unique to the virtual user device. |

| | |
|---|---|
| storing each virtual user device of said plurality in an unsecure memory, wherein said private virtual device key is secreted prior to storage in said unsecure memory using a technique reversible only by utilizing said private vault key. | The Endicia system can store each virtual user device of the plurality in an unsecure memory, wherein the private virtual key is secreted prior to storage in said unsecure memory using a technique reversible only by utilizing the private vault key. |
| 62. The method of claim 61, wherein said step of initializing a secure memory device comprises the step of:  communicating with a master secure memory device to receive said private vault key therefrom. | The Endicia system can communicate with a master secure memory device to receive the private vault key. |
| 63. The method of claim 61, wherein said private vault key is a symmetric cryptographic key, and wherein said step of storing each virtual user device utilizes said private vault key to encrypt said private virtual device key. | The Endicia system includes a private vault key that is a symmetric cryptographic key.  The Endicia system utilizes the private vault key to encrypt the private virtual device key as a part of storing each virtual user device. |

| | |
|---|---|
| 65. The method of claim 61, wherein said step of initializing a plurality of virtual user devices, for each said virtual user device, comprises the steps of:  generating a cryptographic key set; and obtaining a key certificate for at least one key of said cryptographic key set. | The Endicia system can generate a cryptographic key set and obtain a key certificate for at least one key of the set as a part of initializing a plurality of virtual user devices. |
| 66. The method of claim 61, wherein said step of storing each virtual user device comprises the steps of:  generating data integrity information utilizing said amount of value and said private virtual device key | The Endicia system can generate data integrity information utilizing the amount of value and the private virtual device key. |
| storing said amount of value available in clear text in said unsecure memory | The Endicia system can store the amount of value available in clear text in the unsecure memory. |
| storing said data integrity information in said unsecure memory; and | The Endicia system can store data integrity information in the unsecure memory. |
| storing said secreted private virtual device key in said unsecure memory. | The Endicia system can store the secreted private virtual device key in the unsecure memory. |

| | |
|---|---|
| 67. The method of claim 66, wherein said data integrity information comprises an irreversible hash. | The Endicia system can generate data integrity information that includes an irreversible hash. |
| 68. The method of claim 67, wherein said data of said virtual user device further includes information selected from the group consisting of: an ascending register a virtual user device ID; and virtual user device licensing information. | On the Endicia system, the data of the virtual user device can include information selected from the group consisting of: an ascending register, a virtual user device ID, and virtual user device licensing information. |
| 69. The method of claim 61, further comprising the step of: maintaining a transaction log, wherein said transaction log comprises information relevant to transactions conducted utilizing ones of said plurality of virtual user devices. | The Endicia system can maintain a transaction log that includes information relevant to transactions conducted utilizing ones of the plurality of virtual user devices. |

149

| | |
|---|---|
| 70.  The method of claim 69, wherein said step of initializing a secure memory device comprises the step of: initializing a transaction register stored in said secure memory device independent of any particular one of said plurality of virtual user devices. | The Endicia system can initialize a transaction register stored, at least during the transaction, in the secure memory device independent of any particular one of the plurality of virtual user devices. |
| 71. The method of claim 69, wherein a status of said transaction register is stored in said transaction log corresponding to said transactions conducted utilizing ones of said plurality of virtual user devices. | The Endicia system store the status of a transaction register in the transaction log corresponding to the transactions conducted utilizing ones of the plurality of virtual user devices. |

| | |
|---|---|
| 81. A method operable on a remote processor-based system for distributing predetermined amounts of postage to select ones of a plurality of processor-based systems in data communication with said remote system in response to purchase demands by select ones of the plurality of processor-based systems, said method comprising the steps of: | The Endicia system utilizes a remote processor-based system for distributing predetermined amounts of postage in response to purchase demands by to select ones of a plurality of processor-based systems through data communication. |
| storing a plurality of individual postage value credits in an unsecure memory in a data structure providing a plurality of virtual security device portions; | The Endicia system can store a plurality of individual postage value credits in an unsecure memory in a data structure providing a plurality of virtual security device portions. |

| | |
|---|---|
| accepting a demand for an amount of postage from a particular one of said plurality of processor systems via a data communication link between said remote system and said particular one of said processor systems, wherein said remote system is adapted to substantially simultaneously accept demands from processor systems of said plurality in addition to said particular one of said processor systems; | The Endicia system can accept a demand for an amount of postage from a particular one of the plurality of processor systems through a data communication link.  The remote system is adapted to simultaneously accept demands from the processor systems. |
| identifying a proper virtual security device portion of said data structure stored in said unsecure memory to service said demand; | The Endicia system can identify a proper virtual security device portion of the data structure stored in the unsecure memory to service the demand. |
| loading said identified virtual security device portion into a secure memory; | The Endicia system can load the identified virtual security device portion into the secure memory. |
| verifying the integrity of the identified portion of said data structure; | The Endicia system can verify the integrity of the identified portion of the data structure. |

| | |
|---|---|
| deducting at least a portion of said amount of postage from said identified portion of said data structure as loaded into said secure memory; | The Endicia system can deduct at least a portion of the amount of postage from the identified portion of the data structure loaded into the secure memory. |
| transmitting a data packet corresponding to said amount of postage to said one of said plurality of processor systems; and | The Endicia system can transmit a data packet corresponding to the amount of postage to one of the plurality of processor systems. |
| unloading said identified portion of said data structure from said secure memory, as manipulated by said deducting step, for storage in said unsecure memory as a virtual security device portion of said data structure. | The Endicia system can unload the identified portion of the data structure from the secure memory for storage in the unsecure memory. |

| 82. The method of claim 81, wherein said step of storing a plurality of individual postage credits comprises, for each virtual security device portion, the steps of:  generating a first hash of virtual security device information, including postage value credit information, and secret information encrypting said secret information; and writing said hash, said encrypted secret information, and said virtual security device information in said data structure. | The Endicia system can generate a first hash of virtual security device information, encrypt the secret information, and write the hash, secret information, and virtual security device information in the data structure. |
|---|---|
| 83. The method of claim 82, wherein said step of encrypting said secret information comprises the step of:  appending random information to said secret information. | Endicia's production of documents is not yet complete, and accordingly Stamps.com's discovery regarding infringement is as of yet incomplete.  Therefore, Stamps.com reserves the right to supplement this response to include facts regarding infringement of this claim. |
| 84. The method of claim 82, wherein said virtual security device information is stored in said unsecure memory in clear text. | The Endicia system can store virtual security device information in the unsecure memory in clear text. |

| 85. The method of claim 82, wherein said step of verifying the integrity of the identified portion of said data structure comprises the step of: decrypting said encrypted secret information generating a second hash of virtual security device information retrieved from said unsecure memory and said decrypted secret information; and comparing said first hash and said second hash. | The Endicia system can decrypt the encrypted secret information, generate a second hash of virtual security device information and decrypted secret information, and compare the first hash to the second hash. |
|---|---|
| 86. The method of claim 81, further comprising the step of: updating a transaction log each time a portion of said amount of postage is deducted by said deducting step. | The Endicia system can update a transaction log each time a portion of the amount of postage is deducted. |
| 87. The method of claim 86, wherein said transaction log comprises information with respect to a status of said identified portion of said data structure and a transaction register of said secure memory. | The Endicia system can update a transaction log that includes information with respect to a status of the identified portion of the data structure and a transaction register of the secure memory. |

| | |
|---|---|
| 88. The method of claim 81, further comprising the step of:  validating said demand to ensure said one of said plurality of processor systems is eligible to receive said amount of postage, wherein said deducting step is performed if said validating means determines said one of said plurality of processor systems is eligible. | The Endicia system can validate the demand to ensure one of the plurality of processor systems is eligible to receive the amount of postage. |
| 89. The method of claim 81, further comprising: storing information to be utilized with said amount of postage selectable from shorthand information provided in said demand. | The Endicia system can store information selectable from shorthand information provided in the demand to be utilized with the amount of postage. |

| UNITED STATES PATENT 6,965,451 | |
|---|---|
| **Claim** | **Infringement** |
| 1. A method of printing information onto print media comprising: | Endicia's software can print information onto print media. |
| translating a first component of said information as a function of printer margin size; | Endicia's software can translate a first component of information as a function of printer margin size. |
| determining a printable bounding area as a function of said first component; | Endicia's software can determine a printable bounding area as a function of the first component. |
| scaling a second component of said information as a function of said printable bounding area; and | Endicia's software can scale a second component of information as a function of the printable bounding area. |
| printing said information, wherein said information comprises postage information including a FIM. | Endicia's software can print information that includes postage information and a FIM. |
| 2. The method of claim 1 wherein the step of shifting said first component of said information as a function of said printer margin size comprises shifting a human readable portion. | Endicia's software can shift a first component of information as a function of the printer margin size.  Endicia's software can shift a first component of information as a function of printer margin size that includes shifting a human readable portion. |

| | |
|---|---|
| 3. The method of claim 1 wherein the step of printing said information comprises printing a postal indicia comprising a FIM and said first and second components, wherein said first component is a human readable portion and said second component is a logo. | Endicia's software can print information that includes a FIM, a human readable portion, and a logo. |
| 5. A method of printing graphics onto print media comprising: | Assuming arguendo that the preamble is a limitation: <br><br> Endicia operates and distributes software operable to enable users to print graphics onto print media (such as envelopes or labels).  (Exhibits 1, 10, 11, 12, 13, 14, 69, 70, 71, 72) |
| determining a printer offset as a function of how the print media is fed into the printer; and | Endicia software determines a printer offset as a function of how the print media (such as an envelope) is fed into the printer.  (Exhibits 41, 42) |
| rendering an image of said graphic within a printable region as a function of said offset; | Endicia software renders a graphical image within a printable region of the media as a function of the offset. |

| | |
|---|---|
| wherein the step of determining said printer offset comprises sending a print job having one or more patterns to said printer and determining said printer offset as a function of how said patterns print on a test envelope. | Endicia software enables a user to print a test pattern on an envelope and solicits input from the user to determine the printer offset.  (Exhibits 41, 42, 44, 45) |
| 6. The method of claim 5 wherein the step of determining said printer offset comprises:  selecting a printer determining the offset for the printer from a printer database having information on one or more printer drivers. | When determining a printer offset, Endicia software can select a printer and determining the offset for the printer from a database having information on one or more printer drivers.  (Exhibits 47, 48) |
| 7. A method of printing information onto a print media comprising: | Assuming arguendo that the preamble is a limitation:<br><br>Endicia operates and distributes software operable to enable users to print information onto print media (such as envelopes or label sheets). |
| querying one or more databases, containing set up data on one or more printer drivers, to determine set up data for a user's printer; | During the print setup, Endicia's software queries one or more databases, such as, for example, the Windows registry, which contains one or more printer drivers, to determine set up data for the user's printer.  (Exhibits 47, 48) |

| performing a printer configuration test to determine the set up data for the user's printer as a function of said query; | Endicia software performs a printer configuration test to determine the set up data for the user's printer.  For example, Endicia's DAZzle software allows a user to utilize the Guide Me! Printer setup program to help determine set up data for the user's printer.  (Exhibits 40, 43, 44) |
|---|---|
| storing results of said printer configuration test in said one or more databases for use by subsequent users; and | Following the printer configuration test, Endicia's software stores the printer configuration results at least partially in one or more databases, such as, for example, the Windows registry, as reflected by the fact that subsequent users of the program do not have to run the "Guide Me! Printer" set up program to print with the same formatting.  (Exhibits 47, 48) |
| printing said information onto said print media in accordance with said set up data. | Endicia's software allows users to print information onto print media in accordance with a user's printer set up data. |
| 8. The method of claim 7 wherein the step of determining set up data from said database comprises determining a printer offset as a function of how the print media is fed into a printer. | During the print setup, Endicia's software queries one or more databases, such as, for example, the Windows registry, which contains one or more printer drivers, to determine set up data for the user's printer.  The Windows registry has information that can be used to determine a printer offset as a function of how the print media is fed into the printer.  (Exhibit 47) |
| 9. The method of claim 8 wherein the step of performing a printer configuration test comprises sending a print job having one or more patterns to said printer and determining said printer offset as a function of how said one or more patterns print on a test print media. | As part of a printer configuration test, Endicia software sends a print job having one or more test patterns to a customer's printer to determine printer offset as a function of how one or more patterns prints on a test envelope.  For example, Endicia's DAZzle software prints a test envelope with boxes in a test pattern and asks the user to indicate which boxes have printed completely on the test envelope.  (Exhibits 43, 44) |

| | |
|---|---|
| 10. The method of claim 7 wherein the step of determining set up information from said one or more databases comprises determining a shift code for a paper feed tray to determine how guides of the paper feed trays move to feed the print media into the printer. | Endicia's software can determine set up information from one or more databases, at least in part by determining a shift code for a paper feed tray to determine how guides of the paper feed trays move to feed the print media into the printer. |
| 13. The method of claim 7 wherein the step of determining set up data from said one or more databases comprises determining print media supported by a user's printer. | During the print setup, Endicia's software queries one or more databases, such as, for example, the Windows registry, which contains one or more printer drivers, to determine set up data for the user's printer.  The Windows registry has information that can be used to determine print media supported by a user's printer.  (Exhibits 47, 48) |
| 14. The method of claim 7 wherein the step of determining set up data from said one or more databases comprises determining size of print media. | During the print setup, Endicia's software queries one or more databases, such as, for example, the Windows registry, which contains one or more printer drivers, to determine set up data for the user's printer.  The Windows registry has information that can be used to determine the size of print media. |

| 15. The method of claim 7 further comprising querying one or more printer databases, containing set up information on one or more printers, to determine set up data for a user's printer. | During the print setup, Endicia's software queries one or more databases, such as, for example, the Windows registry, which contains one or more printer drivers, to determine set up data for the user's printer.  The Windows registry has information that can be used to determine set up data for a user's printer. |
|---|---|
| 16. A system for printing information onto a print media comprising: | Assuming arguendo that the preamble is a limitation:<br><br>Endicia operates and distributes software operable to enable users to print information onto print media (such as envelopes or label sheets). |
| means for querying one or more databases, containing set up data on one or more printer drivers, to determine set up data for a user's printer | During the print setup, Endicia's software queries one or more databases, such as, for example, the Windows registry, which contains one or more printer drivers, to determine set up data for the user's printer.  *E.g.*, "In an exemplary embodiment of the present invention, the client software may gather set-up information through database queries or manually with the use of a printer configuration software wizard." (Col. 9:1-4) (Exhibits 47, 48) |
| means for performing a printer configuration test to determine said set up data as a function of said query | Endicia software performs a printer configuration test to determine the set up data for the user's printer.  For example, Endicia's DAZzle software allows a user to utilize the Guide Me! Printer setup program to help determine set up data for the user's printer.  *E.g.*, "In an exemplary embodiment of the present invention, the client software may gather set-up information through database queries or manually with the use of a printer configuration software wizard." (Col. 9:1-4); "An exemplary embodiment of the present invention includes various print setup wizards." (Col 19:34-35) (Exhibits 40, 43, 44) |
| means for storing results of said printer configuration test in said one or more databases for use by subsequent users; and | Following the printer configuration test, Endicia's software stores the printer configuration results in one or more databases, such as, for example, the Windows registry, for use by subsequent users.  *E.g.*, "The dynamic printer database may be updates for the entire user community whenever a user manually sets-up a new printer." (Col. 9:7-9) (Exhibits 47, 48) |

| | |
|---|---|
| means for printing said information onto said print media in accordance with said set up data. | Endicia's software allows users to print information onto print media in accordance with a user's printer set up data. *E.g.*, "Each PC has access to a printer such as printer 16." (Col. 6:21-22) |
| 17. The system of claim 16 wherein the means for querying one or more databases to determine the set up data for the user's printer comprises means for querying one or more databases to determine a printer offset as a function of how the print media is fed into a printer. | During the print setup, Endicia's software queries one or more databases, such as, for example, the Windows registry, which contains one or more printer drivers, to determine set up data for the user's printer. The Windows registry has information that can be used to determine a printer offset as a function of how the print media is fed into the printer. *E.g.*, "In an exemplary embodiment of the present invention, the client software may gather set-up information through database queries or manually with the use of a database configuration wizard." (Col. 9:1-4); "The dynamic database may contain information, such as for example, model number, printer driver, print specifications (margins, etc.) and which media the printer is allowed to support as well [sic] which media the printer is not allowed to support." (Col. 9:11-15) (Exhibit 47) |
| 18. The method of claim 17 wherein the performing said printer configuration test comprises means for sending a print job having one or more patterns to said printer and determining said printer offset as a function of how said one or more patterns print on a test print media. | As part of a printer configuration test, Endicia software sends a print job having one or more test patterns to a customer's printer to determine printer offset as a function of how one or more patterns prints on a test envelope. For example, Endicia's DAZzle software prints a test envelope with boxes in a test pattern and asks the user to indicate which boxes have printed completely on the test envelope. *E.g.*, "If the set-up information on the print driver of the user's printer was not in the dynamic printer database, an exemplary embodiment of the present invention utilizes a wizard program to initially identify the printer offset. The wizard program preferably generates one or more test shapes that are printed on a test envelope by the user's printer. Printer offset may then be defined by determining which of these shapes actually gets printed onto an envelope." (Col. 13:26-35) (Exhibits 43, 44) |

| 20. The method of claim 16 wherein the means for querying one or more databases to determine set up data comprises means for querying one or more databases to determine print media supported by a user's printer. | During the print setup, Endicia's software queries one or more databases, such as, for example, the Windows registry, which contains one or more printer drivers, to determine set up data for the user's printer.  The Windows registry has information that can be used to determine print media supported by a user's printer.  *E.g.*, "In an exemplary embodiment of the present invention, the client software may gather set-up information through database queries or manually with the use of a database configuration wizard."  (Col. 9:1-4); "The dynamic database may contain information, such as for example, model number, printer driver, print specifications (margins, etc.) and which media the printer is allowed to support as well [sic] which media the printer is not allowed to support."  (Col. 9:11-15) (Exhibits 47, 48) |
| --- | --- |
| 21. The method of claim 16 wherein the means for querying one or more databases to determine set up data comprises means for querying one or more databases to determine size of print media. | During the print setup, Endicia's software queries one or more databases, such as, for example, the Windows registry, which contains one or more printer drivers, to determine set up data for the user's printer.  The Windows registry has information that can be used to determine the size of print media.  *E.g.*, "In an exemplary embodiment of the present invention, the client software may gather set-up information through database queries or manually with the use of a database configuration wizard."  (Col. 9:1-4); "The dynamic database may contain information, such as for example, model number, printer driver, print specifications (margins, etc.) and which media the printer is allowed to support as well [sic] which media the printer is not allowed to support."  (Col. 9:11-15) (Exhibits 47, 48) |
| 22. The method of claim 16 means for querying one or more databases, containing set up information on one or more printers, to determine set up data for said user's printer. | During the print setup, Endicia's software queries one or more databases, such as, for example, the Windows registry, which contains one or more printer drivers, to determine set up data for the user's printer.  The Windows registry has information that can be used to determine set up data for a user's printer.  *E.g.*, "In an exemplary embodiment of the present invention, the client software may gather set-up information through database queries or manually with the use of a database configuration wizard."  (Col. 9:1-4); "The dynamic database may contain information, such as for example, model number, printer driver, print specifications (margins, etc.) and which media the printer is allowed to support as well [sic] which media the printer is not allowed to support."  (Col. 9:11-15) (Exhibits 47, 48) |

| UNITED STATES PATENT 6,982,808 | |
|---|---|
| **Claim** | **Infringement** |
| 1. A method of printing postal indicia onto a print media comprising: | Assuming arguendo that the preamble is a limitation:<br><br>Endicia operates and distributes software operable to enable users to print postal indicia onto a print media (such as envelopes or label sheets).  *E.g.*, "Additionally, a client-based printer database, preferably located on the client's machine, may include a forms database.  The forms database defines which media types are supported (such as, for example, envelopes, labels, postcards, and the like) and the dimensions of each of these media so that the printing engine knows where and how to print the indicium."  (Col. 11:61-67) |
| determining a printer offset as a function of how the print media is fed into a printer; | Endicia software determines a printer offset as a function of how the print media (such as an envelope) is fed into the printer.  *E.g.*, "The printer configuration information table may also store an offset or shift code for the default paper feed tray supported by this driver.  The shift code represents how the guides of the paper feed trays are moved to properly feed envelopes into the printer.  The shift code tells the printer engine where to place the image on the larger virtualized sheet of paper."  (Col. 10:31-37) (Exhibits 41, 42) |
| mapping an image onto a virtualized sheet; and | Endicia software maps an image of the indicia to be printed onto a virtualized sheet.  *E.g.*, "To print postal indicia, the client software preferably uses a drawing surface to render an envelope image contained in a printable region of a virtualized sheet.  The drawing surface may be used to calculate the location of each character to be printed."  (Col. 15:65-Col. 16:3)  (Exhibit 42) |
| generating a print job for the virtualized sheet wherein the image is located within a printable region of the virtualized sheet as a function of said printer offset. | Endicia software causes postage indicia to print in a printable area of media (such as envelopes, label sheets and postcards) based at least in part on the determined printer offset.  *E.g.*, "Referring back to FIG. 9, when the envelope image is properly located in the printable region of the virtualized sheet in accordance with the printer offset, the client software again performs a margins requirements test to determine whether the printer in use can print postal indicia in accordance with USPS regulations 86.  If the margins for the virtualized sheet satisfy the margin requirements the client software uses rendering algorithms 87 to relocate the origin of the virtualized sheet to print the postal indicia onto envelope 81."  (Col. 14:7-16)  (Exhibit 42) |

| | |
|---|---|
| 2. The method of claim 1 further comprising printing said postal indicia onto said print media. | Endicia software causes postage indicia to be printed onto print media (such as envelopes or label sheets).  (Exhibit 14) |
| 3. The method of claim 1 further comprising determining size of said virtualized sheet as a function of size of the print media. | Endicia software determines the size of the virtualized sheet as a function of the size of the print media. |
| 4. The method of claim 1 wherein the step of determining said printer offset comprises sending a print job having one or more patterns to said printer and determining said printer offset as a function of how one or more of said patterns prints on a test print media. | Endicia software sends a print job having one or more test patterns to a customer's printer to determine printer offset as a function of how one or more patterns prints on a test envelope.  For example, Endicia's DAZzle software prints a test envelope with boxes in a test pattern and asks the user to indicate which boxes have printed completely on the test envelope.   (Exhibits 43, 44) |
| 5. The method of claim 1 wherein the step of determining said printer offset comprises: selecting a printer; and determining the printer offset for the printer from a printer database having information on one or more printer drivers. | After a user selects a printer, Endicia software can determine, at least in part, the printer offset for the printer from a database having information on one or more printer drivers. |

| | |
|---|---|
| 6. The method of claim 1 wherein the step of determining said printer offset comprises:  selecting a printer; and determining the printer offset for the printer from a printer database having information on one or more printers. | After a user selects a printer, Endicia software can determine the printer offset for the printer from a printer database having information on one or more printers. |
| 7. The method of claim 2 wherein the step of printing said postal indicia comprises printing a FIM. | When printing postal indicia, the Endicia software prints a FIM.  (Exhibits 45, 46) |
| 8. The method of claim 7 wherein the step of printing said FIM further comprises printing said FIM within a predefined distance of an edge of said envelope. | When printing postal indicia, the Endicia software prints a FIM within a predefined distance of an edge of the envelope.  (Exhibits 45, 46) |
| 9. The method of claim 7 wherein the step of printing said FIM further comprises printing said FIM within a distance of 0.125" of an edge of said envelope. | Endicia has not yet completed its production of documents, and accordingly Stamps.com's discovery regarding infringement is as of yet incomplete.  Therefore, Stamps.com reserves the right to supplement this response to include facts regarding infringement of this claim. |
| 10. The method of claim 2 wherein the step of printing said postal indicia comprises printing a human readable portion. | Endicia software prints postal indicia that has a human readable portion. |

| | |
|---|---|
| 11. The method of claim 10 wherein the step of printing said human readable portion comprises printing a logo. | Endicia software can print a logo, such as, for example, the "Insert Graphic" functionality in Endicia's DAZzle offering. (Exhibit 29) |
| 12. The method of claim 11 further comprising scaling the logo as a function of said printable region of said virtualized sheet. | Endicia software can scale a logo as a function of the printable region of the virtualized sheet. |
| 13. The method of claim 2 wherein the step of printing said postal indicia comprises printing a two dimensional barcode portion. | When printing postal indicia, the Endicia software can print a two dimensional barcode. |
| 14. The method of claim 2 further comprising encoding a digital signature into a two dimensional barcode, wherein the step of printing said postal indicia comprises printing said two dimensional bar code. | Endicia software can encode a digital signature into a two dimensional barcode, wherein the step of printing the postal indicia comprises printing the two dimensional bar code. |
| 15. The method of claim 1 further comprising rotating the image of said postal indicia as a function of the printable region of said virtualized sheet. | Endicia software can rotate the image of the postal indicia as a function of the printable region of the virtualized sheet. |

168

| | |
|---|---|
| 16. The method of claim 15 further comprising translating an origin of said virtualized sheet and rendering the image of said postal indicia as a function of said translated origin. | Endicia software can translate an origin of the virtualized sheet and render the image of the postal indicia as a function of the translated origin. |
| 18. A method of printing information onto a print media comprising: | Endicia has not yet completed its production of documents, and accordingly Stamps.com's discovery regarding infringement is as of yet incomplete.  Therefore, Stamps.com reserves the right to supplement this response to include facts regarding infringement of this claim. |
| establishing a drawing surface having a first page coordinate space; | |
| generating a print job for a virtualized sheet wherein an image of said information is located within a printable region of said virtualized sheet in accordance with said first page coordinate space; and | |
| mapping said first page coordinate space to a second page coordinate space to standardize drawing of said information. | |
| 19. The method of claim 18 further comprising printing said information onto said print media. | Endicia has not yet completed its production of documents, and accordingly Stamps.com's discovery regarding infringement is as of yet incomplete.  Therefore, Stamps.com reserves the right to supplement this response to include facts regarding infringement of this claim. |

| | |
|---|---|
| 20. The method of claim 18 further comprising determining size of said virtualized sheet as a function of size of the print media. | Endicia has not yet completed its production of documents, and accordingly Stamps.com's discovery regarding infringement is as of yet incomplete.  Therefore, Stamps.com reserves the right to supplement this response to include facts regarding infringement of this claim. |
| 21. The method of claim 18 further comprising determining printer offset as a function of how the print media is fed into a printer wherein the image of the information to be printed on said print media is located within said printable region of said virtualized sheet in accordance with the printer offset. | Endicia has not yet completed its production of documents, and accordingly Stamps.com's discovery regarding infringement is as of yet incomplete.  Therefore, Stamps.com reserves the right to supplement this response to include facts regarding infringement of this claim. |
| 22. The method of claim 18 wherein the step of determining said printer offset comprises sending a print job having one or more patterns to said printer and determining said printer offset as a function of how said pattern prints on a test print media. | Endicia has not yet completed its production of documents, and accordingly Stamps.com's discovery regarding infringement is as of yet incomplete.  Therefore, Stamps.com reserves the right to supplement this response to include facts regarding infringement of this claim. |

| 23. The method of claim 18 wherein the step of determining said printer offset comprises: selecting a printer determining the offset for the printer from a printer database having information on one or printer drivers. | Endicia has not yet completed its production of documents, and accordingly Stamps.com's discovery regarding infringement is as of yet incomplete. Therefore, Stamps.com reserves the right to supplement this response to include facts regarding infringement of this claim. |
|---|---|
| 24. The method of claim 19 wherein the step of printing said information comprises printing a FIM. | Endicia has not yet completed its production of documents, and accordingly Stamps.com's discovery regarding infringement is as of yet incomplete. Therefore, Stamps.com reserves the right to supplement this response to include facts regarding infringement of this claim. |
| 25. The method of claim 24 wherein the step of printing said FIM further comprises printing said FIM within a predefined distance of an edge of said print media. | Endicia has not yet completed its production of documents, and accordingly Stamps.com's discovery regarding infringement is as of yet incomplete. Therefore, Stamps.com reserves the right to supplement this response to include facts regarding infringement of this claim. |
| 26. The method of claim 19 wherein the step of printing said information comprises printing a two dimensional barcode portion. | Endicia has not yet completed its production of documents, and accordingly Stamps.com's discovery regarding infringement is as of yet incomplete. Therefore, Stamps.com reserves the right to supplement this response to include facts regarding infringement of this claim. |
| 27. The method of claim 18 further comprising rotating the image of said information as a function of the printable region of said virtualized sheet. | Endicia has not yet completed its production of documents, and accordingly Stamps.com's discovery regarding infringement is as of yet incomplete. Therefore, Stamps.com reserves the right to supplement this response to include facts regarding infringement of this claim. |

| 28. The method of claim 27 further comprising translating an origin of said virtualized sheet and rendering said image of said information as a function of said translated origin. | Endicia has not yet completed its production of documents, and accordingly Stamps.com's discovery regarding infringement is as of yet incomplete.  Therefore, Stamps.com reserves the right to supplement this response to include facts regarding infringement of this claim. |
|---|---|
| 30. A system for printing postal indicia comprising: | Assuming arguendo that the preamble is a limitation:<br><br>Endicia software prints postal indicia. |
| means for determining a printer offset as a function of how an envelope is fed into said printer; | Endicia software allows a user to enter in envelope orientation into the Guide Me! Printer setup program of Endicia's DAZzle software to help determine printer offset as a function of how an envelope is fed into the printer.  *E.g.*, "A print configuration wizard may be initiated if print parameters for the default printer are not stored in the server based printer database."  (Col. 21:54-56) (Exhibits 40, 41) |
| means for mapping an image onto a virtualized sheet; | Endicia software maps an image onto a virtualized sheet.  *E.g.*, "Referring to FIG. 11, the printable region (the area within the dashed lines) of a virtualized sheet 92 may be determined by four margins, namely the top margin 89, bottom margin 91, left margin 93 and the right margin 95.  In addition, an exemplary system defines an origin point 97 for the virtualized sheet 92.  The origin point 97 is preferably used to calculate the location of the image within the printable region."  (Col. 12: 66-Col.13:6)  (Exhibit 42) |
| means for generating a print job for the virtualized sheet, wherein the image is located within a printable region of the virtualized sheet as a function of said printer offset; and | Endicia software can generate a print job for the virtualized sheet, wherein the image is located within the printable region of the virtualized sheet as a function of the printer offset.  *E.g.*, "If the set-up information on the print driver of the user's printer was not in the dynamic printer database, an exemplary embodiment of the present invention utilizes a wizard program to initially identify the printer offset.  The wizard program preferably generates one or more test shapes that are printed on a test envelope by the user's printer.  Printer offset may then be defined by determining which of these shapes actually gets printed onto an envelope."  (Col. 13:45-53) (Exhibit 42) |
| a printer for printing said postal indicia onto said envelope. | Endicia's system allows a customer to use his/her printer to print postal indicia onto an envelope. |

172

| 31. The system of claim 30 further comprising means for determining size of the virtualized sheet as a function of size of the envelope. | Endicia software can determine the size of the virtualized sheet as a function of the size of the envelope.  *E.g.*, 'The size of the virtualized sheet may be determined by the size of the envelope." (Col. 12:57-59) |
|---|---|
| 32. The system of claim 30 wherein the means for determining said printer offset comprises means for sending a print job having one or more patterns to said printer and means for determining said printer offset as a function of how said one or more patterns print on a test envelope. | Endicia software sends a print job having one or more test patterns to a customer's printer to determine printer offset as a function of how one or more patterns prints on a test envelope.  For example, Endicia's DAZzle software prints a test envelope with boxes in a test pattern and asks the user to indicate which boxes have printed completely on the test envelope.  *E.g.*, "If the set-up information on the print driver of the user's printer was not in the dynamic printer database, an exemplary embodiment of the present invention utilizes a wizard program to initially identify the printer offset.  The wizard program preferably generates one or more test shapes that are printed on a test envelope by the user's printer.  Printer offset may then be defined by determining which of these shapes actually gets printed onto an envelope." (Col. 13:45-53)  (Exhibits 43, 44) |
| 33. The system of claim 30 wherein the means for determining said printer offset comprises:  means for selecting a printer; | Endicia software allows a user to select a printer.  *E.g.* Fig. 5. |
| means for determining the offset for said printer from a printer database having information on one or more printer drivers. | Endicia software can determine the offset for a printer from a printer database having information on one or more printer drivers.  *E.g.*, "The server based printer database may contain information, such as, for example, model number, printer driver, print specifications (margins, etc).  Additionally, a client-based printer database may be located on the user's machine." (Col. 6:50-55) |

| 34. The system of claim 30 further comprising means for rotating the image of said postal indicia as a function of said printable region of said virtualized sheet. | Endicia software can rotate the image of the postal indicia as a function of the printable region of the virtualized sheet. *E.g.*, "Referring back to FIG. 9, if the margins for the virtualized sheet do not satisfy the margin requirements an exemplary embodiment of the client software rotates the envelope image."  (Col. 15:37-40) |
|---|---|
| 35. The system of claim 30 further comprising means for scaling a logo as a function of said printable region of said virtualized sheet. | Endicia software can scale a logo as a function of the printable region of the virtualized sheet. *E.g.*, "Referring to FIG. 15, an exemplary rendering algorithm for scaling the logo while maintaining the validity of the Equation (1) above defines a printable bounding area 103 or bounding rectangle and scales the logo to fit into the printable bounding area."  (Col. 15:1-5) |
| 36. Computer-readable media embodying a program of instructions executable by a computer to perform a method for printing postal indicia onto an envelope, the method comprising: | Assuming arguendo that the preamble is a limitation:<br><br>The Endicia software is computer readable media that is a program of instructions executable by a computer that performs a method for printing postal indicia onto an envelope. |
| determining a printer offset as a function of how the envelope is fed into said printer | Endicia software allows a user to enter in envelope orientation into the Guide Me! Printer setup program of Endicia's DAZzle software to help determine printer offset as a function of how an envelope is fed into the printer.  (Exhibits 40, 41) |
| mapping an image onto a virtualized sheet | Endicia software maps an image onto a virtualized sheet.  (Exhibit 42) |

| | |
|---|---|
| generating a print job for the virtualized sheet wherein the image is located within a printable region of the virtualized sheet as a function of said printer offset; and | Endicia software generates a print job for the virtualized sheet, wherein the image is located within the printable region of the virtualized sheet as a function of the printer offset.  For example, Endicia's DAZzle software prints a test envelope with boxes in a test pattern and asks the user to indicate which boxes have printed completely on the test envelope.   (Exhibit 42) |
| printing said postal indicia onto said envelope. | Endicia software prints postal indicia onto envelopes. |
| 37. The computer-readable media of claim 36 further comprising determining size of the virtualized sheet as a function of size of the envelope. | Endicia software can determine the size of the virtualized sheet as a function of the size of the envelope. |
| 38. The computer-readable media of claim 36 wherein the step of determining said printer offset comprises sending a print job having one or more patterns to said printer and determining said printer offset as a function of how said patterns print on a test envelope. | Endicia software sends a print job having one or more test patterns to a customer's printer to determine printer offset as a function of how one or more patterns prints on a test envelope.  For example, Endicia's DAZzle software prints a test envelope with boxes in a test pattern and asks the user to indicate which boxes have printed completely on the test envelope.  (Exhibits 43, 44) |
| 39. The computer-readable media of claim 36 wherein the step of determining said printer offset comprises: selecting a printer; | Endicia software allows a user to select a printer. |

| | |
|---|---|
| determining the offset for the selected printer from a printer database having information on one or more printer drivers. | Endicia software can determine the offset for a selected printer from a database having information on one or more printer drivers. |
| 40. The computer-readable media of claim 36 wherein the step of printing said postal indicia comprises printing a FIM. | When printing postal indicia, the Endicia software prints a FIM.  (Exhibits 45, 46) |
| 41. The computer-readable media of claim 40 wherein the step of printing said FIM further comprises printing said FIM within 0.125" of an edge of said envelope. | Endicia has not yet completed its production of documents, and accordingly Stamps.com's discovery regarding infringement is as of yet incomplete.  Therefore, Stamps.com reserves the right to supplement this response to include facts regarding infringement of this claim. |
| 42. The computer-readable media of claim 36 wherein the step of printing said postal indicia comprises printing a human readable portion. | Endicia software prints postal indicia that has a human readable portion. |
| 43. The computer-readable media of claim 42 wherein the step of printing said human readable portion comprises printing a logo. | Endicia software can print a logo, such as, for example, the "Insert Graphic" functionality in Endicia's DAZzle offering.  (Exhibit 29) |

| 44. The computer-readable media of claim 43 further comprising scaling the logo as a function of said printable region of said virtualized sheet. | Endicia software can scale the logo as a function of the printable region of the virtualized sheet. |
|---|---|
| 45. The computer-readable media of claim 36 wherein the step of printing said postal indicia comprises printing a two dimensional barcode portion. | When printing postal indicia, the Endicia software can print a two dimensional barcode. |
| 46. The computer-readable media of claim 45 wherein the step of printing said postal indicia comprises printing a two dimensional barcode further comprises printing a two dimensional barcode having a digital signature. | Endicia software can print a two dimensional barcode that has a digital signature. |
| 47. The computer-readable media of claim 36 further comprising rotating the image of said envelope as a function of printable region of said virtualized sheet. | Endicia software can rotate the image of the envelope as a function of the printable region of the virtualized sheet. |

| | |
|---|---|
| 48. The computer-readable media of claim 47 further comprising translating an origin of said virtualized sheet and rendering the image of said postal indicia as a function of said translated origin. | Endicia software can translate an origin of the virtualized sheet and render the image of the postal indicia as a function of the translated origin. |
| 50. A method of printing postal indicia onto an envelope comprising: | Endicia software can print postal indicia onto an envelope. |
| generating a print job for a virtualized sheet wherein an image of said postal indicia is located within a printable region of the virtualized sheet as a function of how said envelope is fed into a printer | Endicia software can generate a print job for a virtualized sheet, where the postal indicia is located within a printable region of the virtualized sheet as a function of how an envelope is fed into the printer. |
| performing a margins requirements test; and | Endicia software can perform a margins requirements test. |
| transmitting said print job to said printer to print said postal indicia as a function of said margin requirements test. | Endicia software can transmit a print job to the printer as a function of the margin requirements test. |

178

| 53. The method of claim 50 further comprising determining a printer offset as a function of how said envelope is fed into said printer, wherein said image of said envelope is located in said printable region as a function of said printer offset. | Endicia software can determine a printer offset as a function of how the envelope is fed into the printer, where the image of the envelope is located in the printable region as a function of the printer offset. |
|---|---|
| 54. The method of claim 53 wherein the step of determining said printer offset comprises sending a print job having one or more patterns to said printer and determining said printer offset as a function of how said pattern prints on a test envelope. | Endicia software can determine the printer offset by sending a print job having one or more patterns to the printer and determining the printer offset as a function of how the pattern prints on a test envelope. |
| 55. The method of claim 53 wherein the step of determining said printer offset comprises:  selecting a printer; | Endicia software allows a user to select a printer. |
| determining the printer offset for the printer from a printer database having information on one or more printer drivers. | Endicia software can determine a printer offset for the printer from a database having information on one or more printer drivers. |

| | |
|---|---|
| 56. The method of claim 50 wherein the step of printing said postal indicia comprises printing a FIM. | Endicia software can print a FIM. |
| 57. The method of claim 56 wherein the step of printing said FIM further comprises printing said FIM within a predefined distance of an edge of said envelope. | Endicia software can print a FIM within a predefined distance of an edge of the envelope. |
| 58. The method of claim 50 the step of printing said postal indicia comprises printing a human readable portion. | Endicia software can print a postal indicia that includes a human readable portion. |
| 59. The method of claim 58 wherein the step of printing said human readable portion comprises printing a logo. | Endicia software can print a logo. |
| 60. The method of claim 59 further comprising scaling the logo as a function of said printable region of said virtualized sheet. | Endicia software can scale a logo as a function of the printable region of the virtualized sheet. |
| 61. The method of claim 50 wherein the step of printing said postal indicia comprises printing a two dimensional barcode portion. | Endicia software can print a two dimensional barcode. |

| | |
|---|---|
| 62. The method of claim 61 wherein the step of printing said two dimensional barcode further comprises printing a two dimensional barcode having a digital signature. | Endicia software can print a two dimensional barcode that includes a digital signature. |
| 63. A method of printing onto a print media comprising: | Assuming arguendo that the preamble is a limitation:<br><br>Endicia software prints on print media.  (Exhibit 14) |
| mapping an image onto a virtualized sheet; and | Endicia software maps an image onto a virtualized sheet.  (Exhibit 42) |
| generating a print job for the virtualized sheet, wherein the image to be printed on said print media is located within a printable region of said virtualized sheet as a function of printing said image closer to one or more edges of said print media than otherwise allowed by a printer for said print media. | Endicia software generates a print job for the virtualized sheet, wherein the image to be printed on said media is located within a printable region of the virtualized sheet as a function of printing the image closer to one or more edges of the media than otherwise allowed by a printer for said media.  For example, Endicia's DAZzle application prints an envelope with a FIM at the edge of the envelope. |
| 64. The method of claim 63 further comprising printing said image onto said print media. | Endicia software can print images onto print media. |

| | |
|---|---|
| 65. The method of claim 63 further comprising determining size of said virtualized sheet as a function of size of the print media. | Endicia software can determine the size of the virtualized sheet as a function of the size of the print media. |
| 66. The method of claim 63 further comprising determining a printer offset as a function of how said print media feeds into said printer, wherein said image is located within said printable region of said virtualized sheet as a function of said offset. | Endicia software can determine a printer offset as a function of how the print media is fed into the printer, where the image is located within the printable region of the virtualized sheet as a function of the offset. |
| 67. The method of claim 66 wherein the step of determining said printer offset comprises sending a print job having one or more patterns to said printer and determining said printer offset as a function of how one or more of said patterns prints on a test print media. | Endicia software sends a print job having one or more test patterns to a customer's printer to determine printer offset as a function of how one or more patterns prints on a test envelope.  For example, Endicia's DAZzle software prints a test envelope with boxes in a test pattern and asks the user to indicate which boxes have printed completely on the test envelope. |
| 68. The method of claim 66 wherein the step of determining said printer offset comprises:  selecting a printer; | Endicia software allows users to select a printer. |

| and determining the printer offset for the printer from a printer database having information on one or more printer drivers. | Endicia software can determine the printer offset for the printer from a database having information on one or more printer drivers. |
|---|---|
| 69. The method of claim 64 wherein the step of printing said image comprises printing a postal indicia. | Endicia software prints postal indicia.  (Exhibit 14) |
| 70. The method of claim 69 wherein the step of printing said postal indicia further comprises printing a FIM within a predefined distance of an edge of said envelope. | Endicia software prints a FIM within a predefined distance of an edge of an envelope.  (Exhibits 45, 46) |
| 71. The method of claim 63 further comprising rotating the image as a function of the printable region of said virtualized sheet. | Endicia software can rotate an image as a function of the printable region of the virtualized sheet. |
| 72. The method of claim 71 further comprising translating an origin of said virtualized sheet and rendering the image as a function of said translated origin. | Endicia software can translate an origin of the virtualized sheet and render an image as a function of the translated origin. |
| 74. A method of printing onto a print media comprising: | Endicia software can print onto print media. |

| determining minimum margin size for said print media; | Endicia software can determine the minimum margin size for a print media. |
|---|---|
| mapping an image onto a virtualized sheet; and | Endicia software can map an image onto a virtualized sheet. |
| generating a print job for said virtualized sheet containing said image to be printed on said print media, wherein said image to be printed is located closer to one or more edges of said print media than the minimum margin size. | Endicia software can generate a print job for the virtualized sheet containing the image to be printed on the print media.  Endicia software can print an image closer to one or more edges of the print media than the minimum margin size. |
| 75. The method of claim 74 further comprising printing said image onto said print media within said minimum margin size. | Endicia software can print an image onto print media within the minimum margin size. |
| 76. The method of claim 74 further comprising determining size of said virtualized sheet as a function of size of the print media. | Endicia software can determine the size of the virtualized sheet as a function of the size of the print media. |

| | |
|---|---|
| 77. The method of claim 74 further comprising determining a printer offset as a function of how said print media feeds into a printer, wherein said image is located within a printable region of said virtualized sheet as a function of said offset. | Endicia software can determine a printer offset as a function of how the print media is fed into a printer, where the image is located within a printable region of the virtualized sheet as a function of the offset. |
| 78. The method of claim 77 wherein the step of determining said printer offset comprises sending a print job having one or more patterns to said printer and determining said printer offset as a function of how one or more of said patterns prints on a test print media. | Endicia software can determine the printer offset by sending a print job having one or more patterns to the printer and determining the offset as a function of how one or more of the patterns prints onto the test media. |
| 79. The method of claim 77 wherein the step of determining said printer offset comprises:  selecting a printer; | Endicia software allows a user to select a printer. |
| and determining the printer offset for the printer from a printer database having information on one or more printer drivers. | Endicia software can determine the printer offset for the printer from a database having information on one or more printer drivers. |

| | |
|---|---|
| 80. The method of claim 75 wherein the step of printing said image comprises printing a postal indicia. | Endicia software can print a postal indicia. |
| 81. The method of claim 80 wherein the step of printing said postal indicia further comprises printing a FIM. | Endicia software can print a FIM. |
| 82. The method of claim 74 further comprising rotating the image as a function of the printable region of said virtualized sheet. | Endicia software can rotate an image as a function of the printable region of the virtualized sheet. |
| 83. The method of claim 82 further comprising translating an origin of said virtualized sheet and rendering the image as a function of said translated origin. | Endicia software can translate an origin of the virtualized sheet and render the image as a function of the translated origin. |

## PROOF OF SERVICE

I am over the age of eighteen years and not a party to this action.  My business address is Graves Law Office, P.C., 12121 Wilshire Boulevard, Suite 775, Los Angeles, California 90025.

On April 22, 2008, I served the following document entitled

**PLAINTIFF'S FIFTH SUPPLEMENTAL RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES (NO. 10)**

on all interested parties to this action in the manner prescribed as follows:

*Attorneys for Defendants*
**ENDICIA, INC. and PSI SYSTEMS, INC.**
Gregory A. Long, Esq.
Gary A. Clark, Esq.
Dennis J. Smith, Esq.
Daniel C. Muniz, Esq.
Brigette A. Agness
SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP
333 South Hope Street, 48th Floor
Los Angeles, California  90071

**_X_ MAIL:** I placed true and correct copies of the document(s) in sealed envelope(s) addressed to the above addressee(s).  I am readily familiar with Graves Law Office, P.C.'s practice for collecting and processing of correspondence for mailing with the United States Postal Service, said practice being that, in the ordinary course of business, correspondence with postage fully prepaid is deposited with the United States Postal Service the same day as it is placed for collection.

**___ FAX:** I caused the within document to be transmitted via facsimile transmission to the above addressee(s) at the above facsimile numbers before 5:00 p.m. on the above date.

**_X_ EMAIL:** I transmitted true copies of the within document (without exhibits) electronically by means of email to the above addressee(s) at the above email address(es).

**HAND:** I caused the within document to be hand-delivered to the above addressee(s) at the above address(es).

**FEDEX:** I caused the within document to be delivered by Federal Express addressee(s) at the above address(es).

I declare that I am employed by a member of the bar at whose direction such service was made.

Executed on April 22, 2008, at Los Angeles, California.

Hamid Baradaran

---

PLAINTIFF'S FIFTH SUPPLEMENTAL RESPONSES TO DEFENDANTS' FIRST SET OF
INTERROGATORIES (NO. 10)

EXHIBIT L

## Dennis Smith

| | |
|---|---|
| **From:** | Dennis Smith |
| **Sent:** | Wednesday, April 23, 2008 10:40 PM |
| **To:** | FUng@graveslawpc.com |
| **Cc:** | Greg Long; Gary Clark; Daniel Muniz; Bridgette Agness |
| **Subject:** | Defendants' Joint Stipulation Notice and Motion for Protective Order to Limit Claims.DOC |
| **Attachments:** | Defendants Portion of Joint Stipulation for Motion for PO Limiting Expert Discovery.pdf; Smith Decl ISO Joint Stip for Defendants' Motion for PO.pdf |

Fredricka,

Attached is the Defendants' portion of the Joint Stipulation for our Motion for Protective Order and a declaration in support thereof.  Please provide Stamps.com's portions within 5 court days.  Let me know if you have any questions.

Cheers,

Dennis

EXHIBIT M

## Dennis Smith

| | |
|---|---|
| **From:** | Dennis Smith |
| **Sent:** | Wednesday, April 30, 2008 10:12 PM |
| **To:** | Fredricka Ung |
| **Cc:** | Greg Long; Gary Clark; Daniel Muniz |
| **Subject:** | RE: Defendants' Joint Stip for Protective Order Limiting Scope of Expert Discovery |
| **Attachments:** | Exhibits to Dec.pdf; Stamps v. Endicia; 2008.03.12 Joint Stipulation Re. Motion to Compel Acquisition Documents |

Fredricka,

It is unfortunate that the Plaintiff has turned to unprofessional "gotcha" tactics. The Defendants have made good faith efforts to accommodate all of the Plaintiff's prior requests, even agreeing to stipulate to an extension of the deadline to file the Plaintiff's opposition to the Defendants' Rule 11 Motion. I would also like to point out that the Plaintiff failed to provide any exhibits with its portions of the Plaintiff's prior TWO joint stipulations (see attached e-mails). Further, the Plaintiff has access to all of the cited exhibits--many of which are the Plaintiff's own documents. Judge Turchin's website and posted "Notice To Counsel - Discovery Disputes" make it clear that she takes the civility and professionalism guidelines very seriously. We would rather not have to bring the Plaintiff's current tactics to Judge Turchin's attention.

Although your position lacks any merit, we will do what the Plaintiff has repeated refused to do: provide the Defendants' exhibits for your convenience. We expect your portions of the joint stipulation upon receipt of the attached exhibits pursuant to your assurance below. We expect the Plaintiff's portions of the joint stipulation by midnight and will move forward with the joint stipulation process under Local Rule 37-2.4 should the Plaintiff fail to provide its portions of the joint stipulation in accordance with Local Rule 37-2.2.


Cheers,
Dennis

---

**From:** Fredricka Ung [mailto:fung@graveslawpc.com]
**Sent:** Wednesday, April 30, 2008 9:28 PM
**To:** Dennis Smith
**Subject:** Defendants' Joint Stip for Protective Order Limiting Scope of Expert Discovery

Dennis,

It does not appear that the Defendants' portion of your Motion for Protective Order Limiting the Scope of Expert Discovery is in compliance with L.R. 37 as recently amended. In particular, you did not provide us with copies of all Exhibits that you intend to attach to the Motion. **After you have done so, we will provide you with Plaintiff's portion of the Joint Stipulation**

Fredricka Ung, Esq.
Graves Law Office, P.C.
12121 Wilshire Blvd., Suite 775
Los Angeles, CA 90025
T/310-295-6500
F/310-295-6501
www.graveslawpc.com


NOTICE: This email message and all attachments transmitted with it are intended solely for the use of the

addressees and may contain legally privileged, protected or confidential information. If you have received this message in error, please notify the sender immediately by email reply and please delete this message from your computer and destroy any copies.

EXHIBIT N

## Dennis Smith

| | |
|---|---|
| **From:** | cacd_ecfmail@cacd.uscourts.gov |
| **Sent:** | Monday, May 05, 2008 12:47 PM |
| **To:** | ecfnef@cacd.uscourts.gov |
| **Subject:** | Activity in Case 2:06-cv-07499-ODW-CT Stamps.com Inc v. Endicia Inc et al Application for Protective Order |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended. Direct all inquiries to ecf-helpdesk@cacd.uscourts.gov.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

### UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

## Notice of Electronic Filing

The following transaction was entered by Smith, Dennis on 5/5/2008 at 12:46 PM PDT and filed on 5/5/2008

| | |
|---|---|
| **Case Name:** | Stamps.com Inc v. Endicia Inc et al |
| **Case Number:** | 2:06-cv-7499 |
| **Filer:** | Endicia Inc |
| | PSI Systems Inc |

**Document Number:** 107

**Docket Text:**
APPLICATION for Protective Order for Limiting The Scope of Expert Discovery *and Joint Stipulation* filed by Defendants Endicia Inc, PSI Systems Inc. (Attachments: # (1) Declaration Declaration of Dennis J. Smith# (2) Exhibits 1 - 8 to Smith Declaration# (3) Exhibits 9 - 17 to Smith Declaration# (4) Declaration of Marjorie A. Witter# (5) Exhibit A to Witter Declaration# (6) Declaration of Patrick McDaniel# (7) Declaration of Philip J. Graves# (8) Exhibit A to Graves Declaration# (9) Exhibit B to Graves Declaration# (10) Declaration of Monick T. Paul# (11) Proposed Order)(Smith, Dennis)

**2:06-cv-7499 Notice has been electronically mailed to:**

Bridgette A Agness    bagness@sheppardmullin.com, brodriguez@sheppardmullin.com, ljohnson@sheppardmullin.com

Gary A Clark    gclark@sheppardmullin.com, ljohnson@sheppardmullin.com

Philip J Graves    pgraves@graveslawpc.com, kfoxworth@graveslawpc.com

Kirk William Hermann    khermann@graveslawpc.com, kirkhermann@yahoo.com

Gregory A Long    glong@sheppardmullin.com

Daniel Craig Muniz    dmuniz@sheppardmullin.com

Dennis J Smith      djsmith@sheppardmullin.com, pibsen@sheppardmullin.com

**2:06-cv-7499 Notice has been delivered by First Class U. S. Mail or by fax to: :**

Monick Theresa Paul
Graves Law Office, P.C.
12121 Wilshire Blvd., Suite 775
Los Angeles, CA 90025

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\Documents and Settings\Li6\My Documents\2008-05-05 Filing\Stipulation\05 03
08 Joint Stip for PO.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=5/5/2008] [FileNumber=5798244-0]
[64194b4a32d94adaae9b05e8962f14887e65b29265ad428dbbfb657ebf0d035837c57
0c75301c05bba87d3dd064a338aa6e13dd591cb97c7ff7ffd451fc532a8]]
**Document description:**Declaration Declaration of Dennis J. Smith
**Original filename:**C:\Documents and Settings\Li6\My Documents\2008-05-05 Filing\Stipulation\Smith
Dec.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=5/5/2008] [FileNumber=5798244-1]
[3e13686c853d3964253960e98860207bac904460f93d574615d41fb57bccb8cc44a30
a6bcce04e8fa10d621394975b53a5be645d4271ed95dd3869b968bba791]]
**Document description:** Exhibits 1 - 8 to Smith Declaration
**Original filename:**C:\Documents and Settings\Li6\My Documents\2008-05-05
Filing\Stipulation\Exhibits 1 - 8 to Smith Dec.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=5/5/2008] [FileNumber=5798244-2]
[3b281c0793f919d4802a48d46dd72b0ec33dd5d51371a44c06137ad315ab5eba9d932
55ffde66a2d5e935254fd4f955e4acc8d6309435caaf5ba2da44887c6a9]]
**Document description:** Exhibits 9 - 17 to Smith Declaration
**Original filename:**C:\Documents and Settings\Li6\My Documents\2008-05-05
Filing\Stipulation\Exhibits 9 - 17 to Smith Dec.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=5/5/2008] [FileNumber=5798244-3]
[a0b50b1106319e1a73d54952c58cdbeebd47f5720cc4592e9868b3cd17d124c620a12
5bf7f3805d3d24c1339ca0a3b01c824fbf2ea486ecc0a85d85c0eafa8eb]]
**Document description:** Declaration of Marjorie A. Witter
**Original filename:**C:\Documents and Settings\Li6\My Documents\2008-05-05
Filing\Stipulation\Witter Decl.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=5/5/2008] [FileNumber=5798244-4]
[b943d72b3170f8d545553b629336e0bd319e64f3241d989f9f7bc2ffb0ce05bc8aef2
d754a837379e50a709a54c693935c566e6abeb6efcfee1bb617b92af200]]
**Document description:** Exhibit A to Witter Declaration
**Original filename:**C:\Documents and Settings\Li6\My Documents\2008-05-05
Filing\Stipulation\Witter Decl Exhibit A.pdf
**Electronic document Stamp:**

[STAMP cacdStamp_ID=1020290914 [Date=5/5/2008] [FileNumber=5798244-5]
[643927f7f9ad29be24293b1bcfdfc152c271646fdb13c41c59edd36a16048c2f986fa
963be3353af072d94296ea966bac56e6797a8bf125a8b2db2ed28779556]]
**Document description:**Declaration of Patrick McDaniel
**Original filename:**C:\Documents and Settings\Li6\My Documents\2008-05-05
Filing\Stipulation\McDaniel Dec.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=5/5/2008] [FileNumber=5798244-6]
[53fca18da66d15756369064f2830b5e82c0dd5556b549867c9b32609703a8b5060079
66214f2b0ec2552ff0f6bcb749dd78ec537fcc93bec47532672b6f194ee]]
**Document description:**Declaration of Philip J. Graves
**Original filename:**C:\Documents and Settings\Li6\My Documents\2008-05-05
Filing\Stipulation\Graves Dec.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=5/5/2008] [FileNumber=5798244-7]
[1c027a6575dfe4fc283216590cef929412eee0142dd952d5d553e67e2221f81a1540a
8da311a7029d14f7bb49f8f07eb2f66b6039c5d025a99ca54d57cc66e0e]]
**Document description:** Exhibit A to Graves Declaration
**Original filename:**C:\Documents and Settings\Li6\My Documents\2008-05-05
Filing\Stipulation\Graves Dec Exhibit A.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=5/5/2008] [FileNumber=5798244-8]
[38eb8d410f7604fc59a4556fa33bb0d90e1f5d640d84b4c42619cdc49d3fc01d8ac48
33987d49fc386cf7f000087289e19dfd1a571baf82b4bcf9ec5619f4769]]
**Document description:**Exhibit B to Graves Declaration
**Original filename:**C:\Documents and Settings\Li6\My Documents\2008-05-05
Filing\Stipulation\Graves Dec Exhibit B.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=5/5/2008] [FileNumber=5798244-9]
[588190001c408ab442d1216735e8b10034a3a1ffbd5191e29ec823fe70f8756161fed
a1624a27add7d1ea799de53dc56d4aaf81862578b6578ed69bca9616275]]
**Document description:**Declaration of Monick T. Paul
**Original filename:**C:\Documents and Settings\Li6\My Documents\2008-05-05 Filing\Stipulation\Paul
Decl.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=5/5/2008] [FileNumber=5798244-10]
[2fd4713ec6638debd62e5b5e506f0881f0674e945be80ce9a7a442b6221e09290ea1
f81c922a5fbd630bd52656f45d7489e143f8aa5e588973646b2026f6b29c]]
**Document description:**Proposed Order
**Original filename:**C:\Documents and Settings\Li6\My Documents\2008-05-05
Filing\Stipulation\Proposed Order.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=5/5/2008] [FileNumber=5798244-11]
[8b38d7ea129b64165f49acf1f070226007bb29bbd52c820f93aa8a656c9242fd4bbc
e9223142050623cb90f802fb3ff25dc28f129db6fa8df6ac4c46fef6ecd0]]

## Dennis Smith

| | |
|---|---|
| **From:** | cacd_ecfmail@cacd.uscourts.gov |
| **Sent:** | Monday, May 05, 2008 1:02 PM |
| **To:** | ecfnef@cacd.uscourts.gov |
| **Subject:** | Activity in Case 2:06-cv-07499-ODW-CT Stamps.com Inc v. Endicia Inc et al Ex Parte Application to Shorten Time for Hearing on Discovery Motions |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended. Direct all inquiries to ecf-helpdesk@cacd.uscourts.gov.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

### UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

## Notice of Electronic Filing

The following transaction was entered by Smith, Dennis on 5/5/2008 at 1:01 PM PDT and filed on 5/5/2008

**Case Name:**      Stamps.com Inc v. Endicia Inc et al
**Case Number:**    2:06-cv-7499
**Filer:**              Endicia Inc
                      PSI Systems Inc
**Document Number:** 108

**Docket Text:**
EX PARTE APPLICATION to Shorten Time for Hearing / *Ex Parte Application for an Order Shortening the Notice Time for Hearing on the Defendants' Motion for Protective Order Narrowing Scope of Expert Discovery, and Setting an Expedited Briefing Schedule and Declaration of Dennis J. Smith* filed by Defendants and Counterclaimants Endicia Inc, PSI Systems Inc. (Attachments: # (1) Exhibit 1 to Smith Declaration# (2) Proposed Order)(Smith, Dennis)


**2:06-cv-7499 Notice has been electronically mailed to:**

Bridgette A Agness    bagness@sheppardmullin.com, brodriguez@sheppardmullin.com, ljohnson@sheppardmullin.com

Gary A Clark      gclark@sheppardmullin.com, ljohnson@sheppardmullin.com

Philip J Graves      pgraves@graveslawpc.com, kfoxworth@graveslawpc.com

Kirk William Hermann      khermann@graveslawpc.com, kirkhermann@yahoo.com

Gregory A Long      glong@sheppardmullin.com

Daniel Craig Muniz      dmuniz@sheppardmullin.com

Dennis J Smith    djsmith@sheppardmullin.com, pibsen@sheppardmullin.com

**2:06-cv-7499 Notice has been delivered by First Class U. S. Mail or by fax to: :**

Monick Theresa Paul
Graves Law Office, P.C.
12121 Wilshire Blvd., Suite 775
Los Angeles, CA 90025

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\Documents and Settings\Li6\My Documents\2008-05-05 Filing\Ex Parte\Ex Parte
App.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=5/5/2008] [FileNumber=5798446-0]
[960f241a328fb59d95662a873a61f1a35e7910f22a16477dad3e158fc3fe64c5be5a5
c547a5d26c9600ce0b2f9114f556734a0906b7fa2a33a10e6d8ceff24d9]]
**Document description:**Exhibit 1 to Smith Declaration
**Original filename:**C:\Documents and Settings\Li6\My Documents\2008-05-05 Filing\Ex Parte\Exh 1 to
Smith Decl for Ex Parte App.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=5/5/2008] [FileNumber=5798446-1]
[894e234335c8c384b81b6d4e0d78bcaa6dfcd817d28cd0f7fdc9ebae83d1fc6e91610
5d05b3b0d973e40af01034ced53b1fde1dafdf301dc20b3397a357838e8]]
**Document description:**Proposed Order
**Original filename:**C:\Documents and Settings\Li6\My Documents\2008-05-05 Filing\Ex
Parte\Proposed Order.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=5/5/2008] [FileNumber=5798446-2]
[aee9f9f3a481a379cb909caeae90467c8a1fe129f98301d94806dfc029d3dd46a9c66
0f114b19f8b807b1c630dd5cff23e41093c294b8e6a7cbb534d53429b4e]]

<u>EXHIBIT O</u>

## Dennis Smith

| | |
|---|---|
| **From:** | cacd_ecfmail@cacd.uscourts.gov |
| **Sent:** | Tuesday, May 06, 2008 2:44 PM |
| **To:** | ecfnef@cacd.uscourts.gov |
| **Subject:** | Activity in Case 2:06-cv-07499-ODW-CT Stamps.com Inc v. Endicia Inc et al Supplement(Motion related) |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended. Direct all inquiries to ecf-helpdesk@cacd.uscourts.gov.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

### UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

## Notice of Electronic Filing

The following transaction was entered by Smith, Dennis on 5/6/2008 at 2:43 PM PDT and filed on 5/6/2008
**Case Name:**          Stamps.com Inc v. Endicia Inc et al
**Case Number:**      2:06-cv-7499
**Filer:**                    Endicia Inc
                                 PSI Systems Inc
**Document Number:** 110

**Docket Text:**
SUPPLEMENT to APPLICATION for Protective Order for Limiting The Scope of Expert Discovery *and Joint Stipulation*[107] filed by Counter Claimants Endicia Inc, PSI Systems Inc, Defendants Endicia Inc, PSI Systems Inc. (Attachments: # (1) Declaration of Dennis J. Smith# (2) Exhibits 1-6 to Smith Declaration# (3) Declaration of Harry Whitehouse)(Smith, Dennis)


**2:06-cv-7499 Notice has been electronically mailed to:**

Bridgette A Agness    bagness@sheppardmullin.com, brodriguez@sheppardmullin.com, ljohnson@sheppardmullin.com

Gary A Clark    gclark@sheppardmullin.com, ljohnson@sheppardmullin.com

Philip J Graves    pgraves@graveslawpc.com, kfoxworth@graveslawpc.com

Kirk William Hermann    khermann@graveslawpc.com, kirkhermann@yahoo.com

Gregory A Long    glong@sheppardmullin.com

Daniel Craig Muniz    dmuniz@sheppardmullin.com

Dennis J Smith    djsmith@sheppardmullin.com, pibsen@sheppardmullin.com

**2:06-cv-7499 Notice has been delivered by First Class U. S. Mail or by fax to: :**

Monick Theresa Paul
Graves Law Office, P.C.
12121 Wilshire Blvd., Suite 775
Los Angeles, CA 90025

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\Documents and Settings\Li6\My Documents\2008-05-06 Filing\Supp Memo of
Law re Motion for Protective Order.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=5/6/2008] [FileNumber=5808126-0]
[0b01d767237f0bea6ba0a19594edc5d9cb95d17176d2c9b6e8bf50905bfdd03a06e5c
c3a1a4585956a0c00f7f249d6f4407081048079f250bd59a9bab15b7378]]
**Document description:**Declaration of Dennis J. Smith
**Original filename:**C:\Documents and Settings\Li6\My Documents\2008-05-06 Filing\Smith
Declaration.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=5/6/2008] [FileNumber=5808126-1]
[77e30a7daf3348159b80aac414ffc17a8caa858559eb48fefb446b0af389ca75fa3c6
9dacd0a703d54af5e1c6f93cfd18d45d9fce7f5819c9439042ebcfdd485]]
**Document description:** Exhibits 1-6 to Smith Declaration
**Original filename:**C:\Documents and Settings\Li6\My Documents\2008-05-06 Filing\Exhibits 1-6.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=5/6/2008] [FileNumber=5808126-2]
[14f0efd789bb9eb4b44e65077e70c5e5326781e802349f8b69b0e520945414fd7fdba
d3be67f2cf93187a8670836d9e9fb097fe61d9de128b61191ca1f64e11c]]
**Document description:**Declaration of Harry Whitehouse
**Original filename:**C:\Documents and Settings\Li6\My Documents\2008-05-06 Filing\Whitehouse
Declaration.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=5/6/2008] [FileNumber=5808126-3]
[67c0a1146270d95de88710c51be73d6c55c333a12b05f69a255237d5c97d2085a4463
a9788efaaaf1b9d916e171ac5d1b466a969ab19299de245b305800e0ece]]

<u>EXHIBIT P</u>

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES--GENERAL

**Case No.:** CV 06-7499-ODW(CTx)          **Date:** May 7, 2008

**Title:**   <u>STAMPS.COM, INC. v. ENDICIA, INC., et al.</u>
===============================================================
**DOCKET ENTRY:**
===============================================================
**PRESENT:**      Hon. <u>CAROLYN TURCHIN</u>, MAGISTRATE JUDGE

<u>Deborah Malone</u>                _____
Deputy Clerk                      Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:
         None present                             None present

**PROCEEDINGS:**      (DENYING EX PARTE APPLICATION FOR AN EXPEDITED HEARING
                       ON DEFENDANTS' MOTION FOR A PROTECTIVE ORDER NARROWING
                       THE SCOPE OF EXPERT DISCOVERY AND SETTING THE HEARING
                       DATE FOR MAY 27, 2008)

The court is in receipt of the defendants' ex parte application for
an expedited hearing on defendant's motion for a protective order
narrowing the scope of expert discovery and plaintiff's opposition to
the ex parte application.  Defendants' application to expedite the
hearing is **DENIED**.

Defendants essentially seek to move their dispute to the head of the
line, giving secondary priority to other litigants who scheduled
hearings within the parameters of the local rules.  <u>See</u> <u>Mission Power
Eng'g Co. v. Continental Casualty Co.</u>, 883 F.Supp. 488, 491-92 (C.D.
Cal. 1995)(discussing the impact of ex parte applications). The court
finds no basis for doing so here.  Defendants raised the same or
similar concerns in a March 2008 hearing before the district judge,
but delayed in filing a discovery motion.  (<u>See</u> Declaration of Dennis
J. Smith, Ex. 15 at 9).  The proposed expedited hearing date is only
four days before the parties' expert reports are due and much of the
work defendants seek to streamline necessarily would have been
completed by then.

The parties are advised that the magistrate judge will not change the
district judge's scheduling order.  To the extent that parties seek
to alter due dates or discovery cutoff dates set by the district
judge's scheduling order, they must make an application to the
district judge.

Accordingly, the hearing on defendants' motion is set for **Tuesday,**

**May 27, 2008 at 2 p.m. in Courtroom 590.**[1]

Supplemental memoranda, if any, must be filed by **May 13, 2008** and must be no more than five (5) pages.  L.R. 37-2.3.  The parties are directed to the court's "Notice to Counsel – Discovery Disputes," which is located on the court website and discusses, among other things, the court's expectations concerning supplemental memoranda. The parties are also reminded that they are required to deliver to the judge courtesy paper copies of all electronically filed documents by **noon** the following business day.  <u>See</u> General Order No. 08-02. Counsel should anticipate that the motions will be submitted on the papers.

**IT IS SO ORDERED.**

cc:  Judge Wright

  Philip J. Graves, Esq.
  Kirk W. Hermann, Esq.
  Monick T. Paul, Esq.
  Graves Law Office
  12121 Wilshire Boulevard, Suite 775
  Los Angeles, CA 90025

  Gregory A. Long, Esq.
  Dennis J. Smith, Esq.
  Daniel Craig Muniz, Esq.
  Gary A. Clark, Esq.
  Bridgette A. Agness, Esq.
  Sheppard Mullin Richter and Hampton
  333 South Hope Street, 48th Floor
  Los Angeles, CA 90071

**MINUTES FORM 11**
**CIVIL-GEN**

              Initials of Deputy Clerk_____

---

   [1]The magistrate judge generally hears matters at 2 p.m. on Mondays. However, Monday, May 26, 2008 is a federal holiday.

## Dennis Smith

---

**From:**     cacd_ecfmail@cacd.uscourts.gov
**Sent:**     Wednesday, May 07, 2008 10:54 AM
**To:**       ecfnef@cacd.uscourts.gov
**Subject:**  Activity in Case 2:06-cv-07499-ODW-CT Stamps.com Inc v. Endicia Inc et al Minutes of In
             Chambers Order/Directive - no proceeding held

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT
RESPOND to this e-mail because the mail box is unattended. Direct all inquiries to ecf-
helpdesk@cacd.uscourts.gov.
***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without
charge. To avoid later charges, download a copy of each document during this first viewing.**

### UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 5/7/2008 at 10:52 AM PDT and filed on 5/7/2008
**Case Name:**        Stamps.com Inc v. Endicia Inc et al
**Case Number:**      2:06-cv-7499
**Filer:**
**Document Number:** 111

**Docket Text:**
MINUTES OF IN CHAMBERS ORDER held before Judge Carolyn Turchin: DENYING EX PARTE
APPLICATION for an expedited hearing on defendants' motion for a protective order narrowing the
scope of expert discovery and setting the hearing date for May 27, 2008, [108]. Accordingly, the hearing
on defendant's motion is set for Tuesday, 5/27/2008 at 2:00 p.m. before Magistrate Judge Carolyn
Turchin. Supplemental memoranda, if any, must be filed by May 13, 2008 and must be no more than
five (5) pages. See document for further information. (ca)


**2:06-cv-7499 Notice has been electronically mailed to:**

Gary A Clark    gclark@sheppardmullin.com,ljohnson@sheppardmullin.com

Gregory A Long    glong@sheppardmullin.com

Philip J Graves    pgraves@graveslawpc.com,kfoxworth@graveslawpc.com

Bridgette A Agness
bagness@sheppardmullin.com,brodriguez@sheppardmullin.com,ljohnson@sheppardmullin.com

Kirk William Hermann    khermann@graveslawpc.com,kirkhermann@yahoo.com

Dennis J Smith    djsmith@sheppardmullin.com,pibsen@sheppardmullin.com

Daniel Craig Muniz    dmuniz@sheppardmullin.com

**2:06-cv-7499 Notice has been delivered by First Class U. S. Mail or by fax to: :**
Monick Theresa Paul
Graves Law Office, P.C.
12121 Wilshire Blvd., Suite 775
Los Angeles CA 90025
US

<u>EXHIBIT Q</u>

RE: PSI: notice of ex parte application to Judge Wright

# Dennis Smith

| | |
|---|---|
| **From:** | Dennis Smith |
| **Sent:** | Thursday, May 08, 2008 8:48 PM |
| **To:** | Fredricka Ung |
| **Subject:** | RE: PSI: notice of ex parte application to Judge Wright |

A motion to stay the deadline which the Defendants will file concurrently with the *ex parte* application.

---

**From:** Fredricka Ung [mailto:fung@graveslawpc.com]
**Sent:** Thursday, May 08, 2008 8:46 PM
**To:** Dennis Smith
**Cc:** Philip Graves
**Subject:** RE: PSI: notice of ex parte application to Judge Wright

Which motion?

---

**From:** Dennis Smith [mailto:djsmith@sheppardmullin.com]
**Sent:** Thursday, May 08, 2008 8:43 PM
**To:** Fredricka Ung
**Cc:** Philip Graves
**Subject:** RE: PSI: notice of ex parte application to Judge Wright

The Defendants application for *ex parte* relief will seek an order doing one of two things: (i) stay the May 16th expert report deadline or, in the alternative (ii) shorten time for hearing and briefing on the Defendants' motion so that the hearing - if Judge Wright desires one - takes place before the deadline.

---

**From:** Fredricka Ung [mailto:fung@graveslawpc.com]
**Sent:** Thursday, May 08, 2008 8:34 PM
**To:** Dennis Smith
**Cc:** Philip Graves
**Subject:** RE: PSI: notice of ex parte application to Judge Wright

Dennis,

We are a bit confused by your email. What expedited briefing schedule are you referring to?

Fredricka

---

**From:** Dennis Smith [mailto:djsmith@sheppardmullin.com]
**Sent:** Thursday, May 08, 2008 5:20 PM
**To:** Fredricka Ung
**Cc:** Philip Graves
**Subject:** RE: PSI: notice of ex parte application to Judge Wright


Fredricka,
Please be advised that the Defendants will file the *ex parte* application described below tomorrow, Friday, May 9th. In addition to the relief described below, tomorrow's ex parte application will seek, in the alternative, an order to shorten time for hearing pursuant to an expedited briefing schedule in the event that Judge Wright desires a hearing. All other aspects of the previous notice remain the same. You explained at approximately 1:20 p.m.

RE: PSI: notice of ex parte application to Judge Wright                                    Page 2 of 2

today, Thursday, May 8th, that the Plaintiff would oppose the Defendants' *ex parte* application.  Unless we hear otherwise, the Defendants will assume that the Plaintiff still intends to oppose the *ex parte* application.  Please let me know if you have any questions.

Cheers,
Dennis



333 South Hope Street
48th Floor
Los Angeles, CA 90071-1448
213.620.1780 *office*
213.620.1398 *fax*
**www.sheppardmullin.com**

**Dennis Smith**
213.617.5588 *direct* | 213.443.2904 *direct fax*
djsmith@sheppardmullin.com | *Bio*

Circular 230 Notice: In accordance with Treasury Regulations we notify you that any tax advice given herein (or in any attachments) is not intended or written to be used, and cannot be used by any taxpayer, for the purpose of (i) avoiding tax penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein (or in any attachments).

Attention: This message is sent by a law firm and may contain information that is privileged or confidential.  If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

**From:**   Dennis Smith
**Sent:**   Thursday, May 08, 2008 11:46 AM
**To:**     'Fredricka Ung'
**Cc:**     Philip Graves
**Subject:**   PSI: notice of ex parte application to Judge Wright

Fredricka,
In light of Judge Turchin's ruling on the Defendants' *ex parte* application shorten time and the Plaintiff's refusal to stipulate to stay the expert report deadline in light of Judge Turchin's ruling, the Defendants will apply *ex parte* to Judge Wright for an order staying the deadline for expert reports pending the outcome of the Defendants' motion before Judge Turchin.  The Plaintiff will have 24 hours from time of service of the Defendants' ex parte application.  Please let us know if the Plaintiff plans on opposing our ex parte application.

Cheers,
Dennis