GRAVES LAW OFFICE, P.C.
Philip J. Graves (SBN 153441)
pgraves@graveslawpc.com
Tom Crunk (SBN 214117)
tcrunk@graveslawpc.com
Kirk Hermann (SBN 219620)
khermann@graveslawpc.com
Marjorie A. Witter (SBN 250061)
mwitter@graveslawpc.com
Fredricka Ung (SBN 253794)
fung@graveslawpc.com
12121 Wilshire Boulevard, Suite 775
Los Angeles, CA 90025
Telephone:  (310) 295-6500
Facsimile:  (310) 295-6501

Attorneys for Plaintiff/Counterclaimant.
STAMPS.COM INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| STAMPS.COM INC., <br><br> Plaintiff, <br> v. <br> ENDICIA, INC., and PSI SYSTEMS, INC.; <br><br> Defendants. | CASE NO. CV 06-7499 ODW (CTx) <br><br> **DECLARATIONS IN SUPPORT OF STAMPS.COM'S OPPOSITION TO DEFENDANTS' APPLICATION FOR AN EX PARTE ORDER:** <br><br> **1) STAYING THE MAY 16, 2008 EXPEERT REPORT DEADLINE** <br><br> **OR, IN THE ALTERNATIVE,** <br><br> **2) SHORTENING TIME FOR HEARING DEFENDANTS' CONCURRENTLY FILED MOTION TO STAY MAY 16, 2008 EXPERT REPORT DEADLINE AND SETTING AN EXPEDITED BRIEFING SCHEDULE THEREFORE** |

1

**DECLARATIONS IN SUPPORT OF STAMPS.COM'S OPPOSITION TO DEFENDANTS'
APPLICATION FOR AN EX PARTE ORDER**

# SUPPLEMENTAL DECLARATION OF PHILIP J. GRAVES

I, Philip J. Graves, declare:

1. I am an attorney licensed to practice law in the State of California and am a principal at Graves Law Office, P.C., counsel for Stamps.com Inc. ("Stamps.com") in the above-entitled action. I have first-hand, personal knowledge of the facts stated herein and, if called to testify, could and would competently testify to those facts.

2. On March 18, 2008, I left a message with Dennis Smith, Defendants' counsel, and requested to push back all dates by approximately 30 days so that I could spend time with my terminally-ill mother. Defendants' counsel agreed to stipulate to extending all dates by approximately 30 days.

3. At no time did I suggest to Mr. Smith or any other of Defendants' counsel that either Stamps.com intended to discontinue or suspend litigating the case for one month, or that Defendants counsel should discontinue or suspend litigating this case.

4. I did not expect or understand that Defendants' counsel intended to discontinue litigating this case for any period of time nor did Mr. Smith or any other Defendants' counsel indicate to me that that was their intention.

5. I instructed other attorneys in my office to continue to review documents produced by Defendants, to pursue pending motion practice against Defendants, and to respond to any issues raised by Defendants' counsel in my absence.

///

///

///

1

**DECLARATIONS IN SUPPORT OF STAMPS.COM'S OPPOSITION TO DEFENDANTS' APPLICATION FOR AN EX PARTE ORDER**

6. I travelled to Seattle to spend time with my mother during March 5-9, March 21-26, and April 9- 13, and while in Seattle I performed the necessary work required to responsibly oversee the cases I was managing, including this one, and maintained contact with the office and my associates.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on May 12, 2008 at Los Angeles, California.

*Philip J. Graves /gn*

Philip J. Graves

2

**SUPPLEMENTAL DECLARATION OF PHILIP J. GRAVES**

# DECLARATION OF FREDRICKA UNG

I, Fredricka Ung, declare:

1. I am an attorney licensed to practice law in the State of California and am an associate at Graves Law Office, P.C., counsel for Stamps.com Inc. ("Stamps.com") in the above-entitled action. I have first-hand, personal knowledge of the facts stated herein and, if called to testify, could and would competently testify to those facts.

2. On May 8, 2008, Defendants' counsel, Dennis Smith, called me to tell me that Defendants were planning to apply *ex parte* to this Court for an order staying the deadline for expert reports pending the outcome of Defendants' motion before Magistrate Judge Turchin.

3. At 8:43 p.m. that evening, Mr. Smith sent me an email to inform me that Defendants were going to file their *ex parte* application on Friday, May 9th, and for the first time mentioned that Defendants would seek, in the alternative, an order to shorten time for hearing pursuant to an expedited briefing schedule in the even that Judge Wright desires a hearing.

4. Attached hereto as Exhibit A is a true and correct copy of Judge Turchin's May 7, 2008 Civil Minutes.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on May 12, 2008 at Los Angeles, California.

_____
Fredricka Ung

**EXHIBIT A**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES--GENERAL

**Case No.:** CV 06-7499-ODW(CTx)          **Date:** May 7, 2008

**Title:**  STAMPS.COM, INC. v. ENDICIA, INC., et al.
================================================================
**DOCKET ENTRY:**
================================================================
**PRESENT:**          Hon. **CAROLYN TURCHIN, MAGISTRATE JUDGE**

                 Deborah Malone
                 Deputy Clerk                    Court Reporter

   ATTORNEYS PRESENT FOR PLAINTIFFS:      ATTORNEYS PRESENT FOR DEFENDANTS:
             None present                            None present

**PROCEEDINGS:**     (DENYING EX PARTE APPLICATION FOR AN EXPEDITED HEARING
                    ON DEFENDANTS' MOTION FOR A PROTECTIVE ORDER NARROWING
                    THE SCOPE OF EXPERT DISCOVERY AND SETTING THE HEARING
                    DATE FOR MAY 27, 2008)

The court is in receipt of the defendants' ex parte application for an expedited hearing on defendant's motion for a protective order narrowing the scope of expert discovery and plaintiff's opposition to the ex parte application. Defendants' application to expedite the hearing is **DENIED**.

Defendants essentially seek to move their dispute to the head of the line, giving secondary priority to other litigants who scheduled hearings within the parameters of the local rules. See Mission Power Eng'g Co. v. Continental Casualty Co., 883 F.Supp. 488, 491-92 (C.D. Cal. 1995)(discussing the impact of ex parte applications). The court finds no basis for doing so here. Defendants raised the same or similar concerns in a March 2008 hearing before the district judge, but delayed in filing a discovery motion. (See Declaration of Dennis J. Smith, Ex. 15 at 9). The proposed expedited hearing date is only four days before the parties' expert reports are due and much of the work defendants seek to streamline necessarily would have been completed by then.

The parties are advised that the magistrate judge will not change the district judge's scheduling order. To the extent that parties seek to alter due dates or discovery cutoff dates set by the district judge's scheduling order, they must make an application to the district judge.

Accordingly, the hearing on defendants' motion is set for **Tuesday,**

May 27, 2008 at 2 p.m. in Courtroom 590.[1]

Supplemental memoranda, if any, must be filed by **May 13, 2008** and must be no more than five (5) pages. L.R. 37-2.3. The parties are directed to the court's "Notice to Counsel - Discovery Disputes," which is located on the court website and discusses, among other things, the court's expectations concerning supplemental memoranda. The parties are also reminded that they are required to deliver to the judge courtesy paper copies of all electronically filed documents by **noon** the following business day. See General Order No. 08-02. Counsel should anticipate that the motions will be submitted on the papers.

**IT IS SO ORDERED.**

cc:   Judge Wright

     Philip J. Graves, Esq.
     Kirk W. Hermann, Esq.
     Monick T. Paul, Esq.
     Graves Law Office
     12121 Wilshire Boulevard, Suite 775
     Los Angeles, CA 90025

     Gregory A. Long, Esq.
     Dennis J. Smith, Esq.
     Daniel Craig Muniz, Esq.
     Gary A. Clark, Esq.
     Bridgette A. Agness, Esq.
     Sheppard Mullin Richter and Hampton
     333 South Hope Street, 48th Floor
     Los Angeles, CA 90071

**MINUTES FORM 11**                                        Initials of Deputy Clerk_____
**CIVIL-GEN**

---

[1] The magistrate judge generally hears matters at 2 p.m. on Mondays. However, Monday, May 26, 2008 is a federal holiday.