GRAVES LAW OFFICE, P.C.
Philip J. Graves (SBN 153441)
pgraves@graveslawpc.com
Kevin I. Shenkman (SBN 223315)
kshenkman@graveslawpc.com
12121 Wilshire Boulevard, Suite 775
Los Angeles, CA 90025
Telephone: (310) 295-6500
Facsimile: (310) 295-6501

Attorneys for Plaintiff/Counterclaimant.
STAMPS.COM INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| STAMPS.COM, INC., | Case No. CV 06-7499 ODW (CTx) |
| Plaintiff, | |
| v. | **PLAINTIFF STAMPS.COM, INC.'S STATEMENT OF CONTENTIONS REGARDING THE MEANING OF CLAIM TERMS** |
| ENDICIA, INC., and PSI SYSTEMS, INC., | |
| Defendants. | |
| AND RELATED COUNTERCLAIMS. | |

Plaintiff Stamps.com, Inc. hereby submits the following Statement of Contentions Regarding the Meaning of Claim Terms pursuant to the to the Court's January 7, 2009 Order Vacating Hearing on Claim Construction and Instructing Parties to Limit the Claim Construction to 15 Claims as Previously Ordered ("Order").  While the Court's Order requires the parties to file a *joint* statement by January 21, 2009, Defendants' counsel on the evening of January 21, 2009 refused to sign a joint statement unless Stamps.com agreed to remove certain sections of this Statement of Contentions.  Specifically, Defendants demanded that:

1. the term "postage indicia" and the parties' proposed constructions be included twice, repeated verbatim, because that claim term appears in two asserted patents, even though the term, the parties' respective constructions, and their arguments, are identical with respect to this term in each of the two related patents in which it appears;

2. the section below, wherein Stamps.com requests that five additional claim terms (bringing the total to fifteen as required by this Court) be construed by this Court, be removed; and

3. the section below, wherein certain agreed constructions are listed, be removed.

Because Stamps.com believes it would be inappropriate to agree to Defendants' demands, and therefore could not obtain Defendants' counsel's signature, Stamps.com now reluctantly submits this Statement of Contentions on its own.

///

///

///

The parties agree that the following ten claim terms should be addressed by this Court at this stage of the above referenced case:

| Disputed Claim Terms | Plaintiff's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|
| document generating program | Plaintiff does not believe this claim term requires construction. If the Court is inclined to construe this claim term, it should be construed to mean "a program that generates a document." | *Function*: To generate a document.<br><br>*Structure*: A processor programmed with a software algorithm for creating cards via a multi-step selection process from documents stored in memory, as described at 14:38 – 15:3 and as reflected by steps 901-905 of Figure 9. |
| postage generating program | Plaintiff does not believe this claim term requires construction. If the Court is inclined to construe this claim term, it should be construed to mean "a program that generates postage." | *Function*: To generate postage.<br><br>*Structure*: A processor programmed to implement a software algorithm as described at 15:64 – 16:39 and as reflected by steps 917-920 of Figure 9. |

| Disputed Claim Terms | Plaintiff's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|
| an interface program integrating said document generating program with said postage generating program; | Plaintiff does not believe this claim phrase requires construction. If the Court is inclined to construe this claim term, it should be construed to mean "an interface program that integrates the document generating program with the postage generating program." | *Function*: To integrate the document generating and postage generating programs.<br><br>*Structure*: Indefinite. |
| postage indicia | A printed designation on a mail piece indicating that an item of mail has been posted with an amount of postage, and including an arbitrary or fanciful graphical configuration that is printed in combination with the postage designation. | An imprinted or affixed designation on mail reflecting a postal authorization, and including arbitrary or fanciful graphic configurations that are imprinted in combination with such official postal designation, as part of it. |
| a portable processor device | A device capable of being moved about that has a processor and memory built into the device. | A device comprising a processor and memory, wherein the device can be located at one of a plurality of locations while retaining its ability to store and access user accounts stored in its memory. |

STATEMENT OF CONTENTIONS

| Disputed Claim Terms | Plaintiff's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|
| a portable memory device | A device capable of being moved about that has a memory built into the device. | A device comprising a processor and memory, wherein the device can be located at one of a plurality of locations while retaining its ability to store and access user accounts stored in its memory. |
| passed blindly | To pass the information, without interpreting it to determine whether to pass it along to its destination. | To pass the information without interpreting it. |
| a plurality of portable memories | Two or more devices that are capable of being moved about that have a memory built into the device. | Two or more storage devices, wherein each of the devices can be located at one of a plurality of locations while retaining the ability to store the plurality of independent value credits. |
| Print media | Envelope, post card, or label. | Paper, envelope, post card, or label. |
| postal indicia | A printed designation on a mail piece indicating that an item of mail has been posted with an amount of postage | Postal markings, including FIM bar codes and/or two-dimensional barcodes, printed, imprinted or affixed on a mail piece or label; a special mark. |

Plaintiff Stamps.com further believes that the following additional five claim terms (bringing the total number of terms to fifteen) should be construed by this Court at this stage of the above referenced case:

| Disputed Claim Terms | Plaintiff's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|
| Means … for transferring a predetermined amount of said representative value from the portable processor via the communication link to said second subsystem | *Function*:  transferring a predetermined amount of said representative value from the portable processor via the communication link to said second subsystem<br><br>*Structure*:  A client processor-based system, the E-STAMP CLIENT module, a network interface card, and equivalents | *Function*:  to transfer a predetermined amount of said representative value from the portable processor via the communication link to said second subsystem<br><br>*Structure*:  Indefinite. |
| Means … for queuing requests from other ones of affiliated subsystems | *Function*:  queuing requests from other ones of affiliated subsystems<br><br>*Structure*:  A host processor-based system, and the E-STAMP SERVER module, and equivalents. | *Function*:  to queue requests from other ones of affiliated subsystems<br><br>*Structure*:  Indefinite. |

| Disputed Claim Terms | Plaintiff's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|
| Means for mapping an image onto a virtualized sheet | *Function*:  mapping an image onto a virtualized sheet<br><br>*Structure*:  A PC programmed to map an image onto a virtualized sheet using a mapping mode, and equivalents. | *Function*:  mapping an image onto a virtualized sheet<br><br>*Structure*:  A processor-based system programmed to map an image onto a virtualized sheet using the HiEnglish mapping mode. |
| Means for generating a print job for the virtualized sheet, wherein the image is located within a printable region of the virtualized sheet as a function of said printer offset | *Function*:  generating a print job for the virtualized sheet<br><br>*Structure*:  A printer and PC programmed with 1) an image rotating function, and 2) a transform function to translate an image from device-independent output (i.e. page-space coordinates) into the printer's device coordinate space, and equivalents. | *Function*:  generating a print job for the virtualized sheet, wherein the image is located within a printable region of the virtualized sheet as a function of said printer offset<br><br>*Structure*:  A printer and a processor-based system programmed with 1) a margin requirements test function, 2) an image rotating function, and 3) a transform function to translate an image from device-independent output (i.e. page-space coordinates) into the printer's device coordinate space. |

| Disputed Claim Terms | Plaintiff's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|
| Means for sending a print job having one or more patterns to said printer | *Function*: sending a print job having one or more patterns to said printer<br><br>*Structure*: A PC with an appropriate printer driver programmed to print a test pattern on an envelope, and equivalents. | *Function*: sending a print job having one or more patterns to said printer<br><br>*Structure*: Indefinite. |

The parties have agreed that the following claim terms should be construed by this Court as follows:

| Claim Terms | Parties' Agreed Upon Construction |
|---|---|
| Closed metering system | A network of systems for generating and printing postage, providing multiple systems with controlled access. |
| Independent value credits | Data indicative of the credits available to a particular user. |
| Independent postage value credits | Data indicative of the credits available to a particular user. |
| Shorthand information | Information that identifies a larger set of information. |
| Summarily indicating a desired piece of information | Providing information that identifies a larger desired item of information |

1  Dated:  January 21 , 2009

2                                    GRAVES LAW OFFICE P.C.

3

4                                    By _____

5                                           KEVIN I. SHENKMAN

6                                         Attorneys for Plaintiff

7                                         STAMPS.COM INC.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28