GRAVES LAW OFFICE, P.C.
Philip J. Graves, Esq. (SBN 153441)
pgraves@graveslawpc.com
John R. Walton (SBN 130666)
jwalton@graveslawpc.com
Jinntung Su (SBN 184442)
jsu@graveslawpc.com
Marjorie A. Witter, Esq. (SBN 250061)
mwitter@graveslawpc.com
Pablo Arredondo, Esq. (SBN 241142)
parredondo@graveslawpc.com
Adrian Li, Esq. (SBN 261995)
ali@graveslawpc.com
Fredricka Ung, Esq. (SBN 253794)
fung@graveslawpc.com
12121 Wilshire Blvd., Suite 775
Los Angeles, California 90025
Telephone: (310) 295-6500
Facsimile: (310) 295-6501

Attorneys for Plaintiff/Counterdefendant
STAMPS.COM INC.

# IN THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAMPS.COM INC.,<br><br>　　　　　Plaintiff and<br>　　　　　Counterdefendant,<br><br>v.<br><br>ENDICIA, INC., et al.<br><br>　　　　　Defendant and<br>　　　　　Counterclaimant. | CASE NO. CV 06-7499 ODW (CTx)<br><br>**DECLARATION OF PHILIP J. GRAVES IN SUPPORT OF PLAINTIFF STAMPS.COM INC.'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' *EX PARTE* APPLICATION FOR ORDER STRIKING PLAINTIFF'S MOTIONS FOR SUMMARY JUDGMENT REGARDING VALIDITY AND LITERAL INFRINGEMENT AND UNTIMELY MOVING PAPERS SUPPORTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT REGARDING AFFIRMATIVE DEFENSES** |
| AND RELATED COUNTERCLAIMS | |

# DECLARATION OF PHILIP J. GRAVES

I, Philip J. Graves, declare as follows:

1. I am the principal of Graves Law Office, P.C., and lead counsel for Stamps.com Inc. ("Stamps.com") in the case entitled <u>Stamps.com Inc. v. Endicia, Inc.</u>, et al, Case No. CV 06-7499 ODW (CTx). I have personal knowledge of each matter stated herein, and if called as a witness could and would competently testify thereto.

2. It was my understanding that a complete service copy of the material that Stamps.com had attempted to manually file on August 31, 2009 had been delivered to counsel for Defendants Endicia, Inc. and PSI Systems, Inc. (collectively "PSI") on the afternoon of August 31.

3. On the morning of September 1, 2009, I began checking my email. In my Inbox was an email from Dennis J. Smith, counsel for PSI, stating that PSI had not received Stamps.com's service copy of the papers which Stamps.com had attempted manually filed on August 31. This was the first that I had heard that PSI had not been served on the prior day with copies of each of Stamps.com's motion papers that had to be manually filed. I expeditiously contacted Tara Mendez and Jennifer Weldy, paralegals at my firm, and instructed them to call for a courier to immediately pick up and deliver the service copy of the papers which Stamps.com had attempted to manually file on August 31.

4. At or around 10:42 a.m. on September 1, the courier service arrived to pick up PSI's service copy of the papers Stamps.com had attempted to file manually on August 31. Included in this set of papers was Stamps.com's Motion for Summary Adjudication re Literal Infringement, the Statement of Undisputed Fact and Conclusions of Law in support of the Infringement Motion, the Declaration of Patrick McDaniel in support of the Infringement Motion, Stamps.com's Motion for Summary Adjudication re Validity, the Statement of Undisputed Fact and Conclusions of Law in support of the Validity Motion, and

1

DECLARATION OF PHILIP J. GRAVES IN SUPPORT OF PLAINTIFF STAMPS.COM INC.'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' *EX PARTE* APPLICATION FOR ORDER TO STRIKE

1   the Exhibits in support of both Motions which Stamps.com had attempted to
2   manually file with the court on August 31, 2009.
3       5.      In addition, at 11:04 a.m. on September 1, I emailed to Mr. Smith
4   copies of Stamps.com's Infringement and Validity Briefs, Statements of
5   Undisputed Fact in support of both briefs, and Professor McDaniel's declaration in
6   support of the Infringement Motion.
7       6.      When I stated to Mr. Smith via electronic mail at 11:45 a.m. on
8   September 1 that "I sent you exact copies of what was sent out for lodging
9   yesterday," I was referring back to Stamps.com's Motion for Summary
10  Adjudication re Literal Infringement, the Statement of Undisputed Fact and
11  Conclusions of Law in support of the Infringement Motion, the Declaration of
12  Patrick McDaniel in support of the Infringement Motion, Stamps.com's Motion for
13  Summary Adjudication re Validity, the Statement of Undisputed Fact and
14  Conclusions of Law in support of the Validity Motion, and the Exhibits in support
15  both Motions, attached to my 11:04 a.m. email.  These documents were exact
16  copies of Stamps.com's Motion for Summary Adjudication re Literal Infringement,
17  the Statement of Undisputed Fact and Conclusions of Law in support of the
18  Infringement Motion, the Declaration of Patrick McDaniel in support of the
19  Infringement Motion, Stamps.com's Motion for Summary Adjudication re
20  Validity, the Statement of Undisputed Fact and Conclusions of Law in support of
21  the Validity Motion, and the Exhibits in support both Motions that Stamps.com
22  attempted to manually file on August 31.
23      7.      With regards to Stamps.com Motion for Summary Adjudication re
24  Literal Infringement, no changes were made to the text of the version served on
25  PSI in the afternoon of September 1, except to correct (a.) the phrasing of one
26  sentence to comport with the very next sentence in the brief; and (b.) a clerical
27  error whereby the latter half of one paragraph, a subheading, and the initial portion
28  of another paragraph were accidentally deleted from the version of the Motion

1 served on PSI in the morning of September 1. Compared to the Infringement
2 Motion served on PSI in the morning of September 1, the only other changes
3 incorporated into the afternoon version were non-substantive, covering corrections
4 to citations.

5     8. With regards to Stamps.com's Motion for Summary Adjudication re
6 Validity, no changes were made to the text of the version served on PSI in the
7 afternoon of September 1. Compared to the Validity Motion served on PSI in the
8 morning of September 1, the only changes incorporated into the afternoon version
9 were non-substantive, such as corrections to make citations uniform.

10     9. Stamps.com would have been amenable to a reasonable extension of
11 time allowing PSI to file its oppositions to Stamps.com's Motions for Summary
12 Adjudication, in light of the less than 24 hour delay caused by Stamps.com, had
13 PSI approached Stamps.com with such a suggestion.

14     I declare under penalty of perjury under the laws of the United States of
15 America that the foregoing is true and correct.

16     Executed on September 10, 2009.

                                                /s/Philip J. Graves
                                                PHILIP J. GRAVES