GRAVES LAW OFFICE, P.C.
Philip J. Graves, Esq. (SBN 153441)
pgraves@graveslawpc.com
John R. Walton (SBN 130666)
jwalton@graveslawpc.com
Jinntung Su (SBN 184442)
jsu@graveslawpc.com
Marjorie A. Witter, Esq. (SBN 250061)
mwitter@graveslawpc.com
Pablo Arredondo, Esq. (SBN 241142)
parredondo@graveslawpc.com
Adrian Li, Esq. (SBN 261995)
ali@graveslawpc.com
Fredricka Ung, Esq. (SBN 253794)
fung@graveslawpc.com
12121 Wilshire Blvd., Suite 775
Los Angeles, California 90025
Telephone: (310) 295-6500
Facsimile: (310) 295-6501

Attorneys for Plaintiff/Counterdefendant
STAMPS.COM INC.

**IN THE UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STAMPS.COM INC.,<br><br>       Plaintiff and Counterdefendant,<br><br>v.<br><br>ENDICIA, INC., et al.<br><br>       Defendant and Counterclaimant.<br><br>AND RELATED COUNTERCLAIMS | CASE NO. CV 06-7499 ODW (CTx)<br><br>**DECLARATION OF ADRIAN LI IN SUPPORT OF PLAINTIFF STAMPS.COM INC.'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS'** ***EX PARTE*** **APPLICATION FOR ORDER STRIKING PLAINTIFF'S MOTIONS FOR SUMMARY JUDGMENT REGARDING VALIDITY AND LITERAL INFRINGEMENT AND UNTIMELY MOVING PAPERS SUPPORTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT REGARDING AFFIRMATIVE DEFENSES** |

**DECLARATION OF ADRIAN LI**

I, Adrian Li, declare as follows:

1. I am an attorney licensed to practice law in the State of California and am an associate at Graves Law Office, P.C., counsel for Plaintiff Stamps.com Inc. ("Stamps.com") in the above-titled action. I have first-hand, personal knowledge of the facts stated herein and, if called to testify, could and would competently testify to those facts.

2. On August 31, 2009, Stamps.com attempted to manually file five documents related to its motions for summary adjudication regarding literal infringement and validity. The five documents included: (1.) the Memorandum in Support of Stamps.com's Motion for Summary Adjudication of Literal Infringement re Claim 50 of U.S. Patent No. 6,249,777 and Claims 50 and 89 of U.S. Patent No. 6,889,214; (2.) the Statement of Undisputed Facts and Conclusions of Law in Support of Plaintiff Stamps.com's Motion for Summary Adjudication of Literal Infringement re Claim 50 of U.S. Patent No. 6,249,777 and Claims 50 and 89 of U.S. Patent No. 6,889,214; (3.) the Declaration of Patrick McDaniel in Support of Stamps.com Inc.'s Motion for Summary Adjudication of Literal Infringement re Claim 50 of U.S. Patent No. 6,249,777 and Claims 50 and 89 of U.S. Patent No. 6,889,214; (4.) the Memorandum in Support of Plaintiff Stamps.com Inc.'s Motion for Summary Adjudication as to the Validity of Claims 7 and 42 of the '991 Patent and Claim 50 of the '777 Patent; and (5.) the Statement of Uncontroverted Facts and Conclusions of Law in Support of Its Motion for Summary Adjudication as to the Validity of Claims 7 and 42 of the '991 Patent and Claim 50 of the '777 Patent.

3. At or around 5:00 p.m. on August 31, I was informed that although Stamps.com's papers for manual filing arrived in a timely manner at the Court's filing window, the papers were ultimately rejected because the envelopes were not stamped with "Copy" and "Original."

4. It is my understanding that during the evening of August 31, USA Network, Inc., the courier service used by counsel for Stamps.com to deliver the documents to the Court, returned all copies of the papers in its possession to the offices of Graves Law Office, P.C., including the service copy of the papers which were supposed to be delivered to counsel for Defendants Endicia, Inc. and PSI Systems, Inc. (collectively "PSI").

5. In the Memorandum, Statement of Undisputed Facts and Conclusions of Law, and Declaration of Patrick McDaniel all in Support of Stamps.com's Motion for Summary Adjudication of Literal Infringement re Claim 50 of U.S. Patent No. 6,249,777 and Claims 50 and 89 of U.S. Patent No. 6,889,214 which Stamps.com unsuccessfully attempted to file and serve on August 31 and which were served on Defendants on September 1, citations to the Statement of Undisputed Fact, to Exhibits, and to Declarations in support of the Infringement Motion were either improperly formatted or placemarked for later revision.

6. Following Stamps.com's attempt to manually file its papers on August 31, counsel for Stamps.com immediately began the process of correcting the placemarked or incorrectly formatted citations in its original papers. This process was completed in the afternoon of September 1.

7. At or around 2:31 p.m. on September 1, the USA Network courier service arrived to pick up Stamps.com's Validity Motion and Statement of Uncontroverted Fact and Conclusions of Law in Support of Its Motion. I am informed that by no later than 4:00 p.m. on September 1, these papers were received by and signed for at the offices of PSI's counsel.

8. At or around 3:30 p.m. on September 1, the USA Network courier service arrived to pick up Stamps.com's Infringement Motion and Statement of Undisputed Fact and Conclusions of Law in Support of Its Motion. I am informed that by no later than 4:55 p.m. on September 1, these papers were received by and signed for at the offices of PSI's counsel.

2
DECLARATION OF ADRIAN LI IN SUPPORT OF PLAINTIFF STAMPS.COM INC.'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' *EX PARTE* APPLICATION FOR ORDER TO STRIKE

9. Between September 1 and September 4, Stamps.com filed numerous Notices of Errata to correct errors identified internally or by the Court.

10. Attached hereto as Exhibit 1 is a true and correct copy of Defendants' Motion for Summary Judgment re Noninfringement.

11. Attached hereto as Exhibit 2 is a true and correct copy of Defendants' [Proposed] Statement of Uncontroverted Facts and Conclusions of Law in Support of Defendants' Motion for Summary Judgment re Invalidity and Noninfringement.

12. Attached hereto as Exhibit 3 is a true and correct copy of Defendants' Notice of Errata and Errata to [Proposed] Statement of Uncontroverted Facts and Conclusions of Law in Support of Defendants' Motion for Summary Judgment re Invalidity and Noninfringement.

13. Attached hereto as Exhibit 4 is a true and correct copy of Defendants' Corrected Statement of Uncontroverted Facts and Conclusions of Law.

14. Exhibit 5 is a redlined document comparing Defendants' [Proposed] Statement of Uncontroverted Facts and Conclusions of Law and Defendants' Corrected Statement of Uncontroverted Facts and Conclusions of Law, which will be filed separately under seal September 11, 2009.

15. Attached hereto as Exhibit 6 is a true and correct copy of a printout from USA Network, Inc.'s computer system showing the times of receipt and delivery, dated September 1, 2009 at 10:42 a.m.

16. Attached hereto as Exhibit 7 is a true and correct copy of a printout from USA Network, Inc.'s computer system showing the times of receipt and delivery, dated September 1, 2009 at 2:31 p.m.

17. Attached hereto as Exhibit 8 is a true and correct copy of a printout from USA Network, Inc.'s computer system showing the times of receipt and delivery, dated September 1, 2009 at 3:30 p.m.

18. Attached hereto as Exhibit 9 is a true and correct copy of an email chain between Dennis Smith, counsel for PSI, and Philip Graves, counsel for

1 | Stamps.com September 1, 2009.

2 |     19.    Attached hereto as Exhibit 10 is a true and correct copy of the CM/ECF notice, dated August 31, 2009 at 11:56 p.m., stating that Stamps.com's Notice of Motion and Motion for Summary Judgment as to Affirmative Defenses, as well as the Statement of Undisputed Facts, Declarations of Philip Graves, Fredricka Ung, and Seth Weisberg, and Exhibits 1-10 all in support thereof were electronically filed.

    20.    Attached hereto as Exhibit 11 is a true and correct copy of the CM/ECF notice, dated September 1, 2009 at 12:11 a.m., stating that Exhibits 12-21 in support of Stamps.com's Notice of Motion and Motion for Summary Judgment as to Affirmative Defenses were electronically filed.

    21.    Attached hereto as Exhibit 12 is a true and correct copy of an email correspondence between Dennis Smith and Philip Graves, dated September 1, 2009 at 11:04 a.m.

    22.    Attached hereto as Exhibit 13 is a true and correct copy of an email correspondence between Dennis Smith and Philip Graves, dated September 1, 2009 at 11:45 a.m.

    23.    Attached hereto as Exhibit 14 is a true and correct copy of a printout from USA Network, Inc.'s computer system, dated September 1, 2009.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 10, 2009.

                            /s/Adrian Li
                            Adrian Li