UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| STAMPS.COM, INC., | Case No. CV 06-7499 ODW (CTx) |
|---|---|
| Plaintiff, | Ctrm: 11, Hon. Otis D. Wright II |
| v. | **ORDER GRANTING THE DEFENDANTS ENDICIA, INC. AND PSI SYSTEMS, INC.'S** *EX PARTE* **APPLICATION** |
| ENDICIA, INC., and PSI SYSTEMS, INC., | |
| Defendants. | |
| AND RELATED COUNTERCLAIMS. | |

**TO ALL PARTIES AND ATTORNEYS OF RECORD:**

The Court, having considered the Defendants Endicia, Inc. and PSI Systems, Inc.'s *EX PARTE* APPLICATION FOR AN ORDER STRIKING PLAINTIFF'S MOTIONS FOR SUMMARY JUDGMENT REGARDING INVALIDITY AND LITERAL INFRINGEMENT AND UNTIMELY MOVING PAPERS SUPPORTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT REGARDING AFFIRMATIVE DEFENSES, and all papers submitted by the parties in relation thereto, and good cause appearing therefor;

**HEREBY ORDERS THAT:**

1. The below-listed Plaintiff Stamps.com, Inc. moving papers constituting and/or supporting its motions for summary adjudication and summary judgment filed after August 31, 2009, are ordered stricken in their entirety:

   a. Plaintiff's memorandum of points and authorities in support of its motion for summary adjudication of validity (related to Docket Nos. 365, 393);

   b. Plaintiff's separate statement of undisputed facts in support of its motion for summary adjudication of validity (related to Docket No. 365);

   c. Declaration of Patrick McDaniel in support of the Plaintiff's motion for summary adjudication of validity (related to Docket No. 371);

   d. Plaintiff's memorandum of points and authorities in support of its motion for summary adjudication of literal infringement (related to Docket No. 364);

1  e. Plaintiff's separate statement of undisputed facts in support of its motion for summary adjudication of literal infringement (related to Docket No. 364);

f. Declaration of Patrick McDaniel in support of the Plaintiff's motion for summary adjudication of literal infringement (related to Docket No. 364); and

g. Plaintiff's electronically-filed documents and exhibits filed in support of its summary adjudication motion re affirmative defenses (Docket Nos. 344-358, 362-373, 393, 421)

**IT IS SO ORDERED.**

Dated: September 22, 2008.

_____
HON. OTIS D. WRIGHT II