GRAVES LAW OFFICE, P.C.
Philip J. Graves, Esq. (SBN 153441)
pgraves@graveslawpc.com
John R. Walton (SBN 130666)
jwalton@graveslawpc.com
Jinntung Su (SBN 184442)
jsu@graveslawpc.com
Marjorie A. Witter, Esq. (SBN 250061)
mwitter@graveslawpc.com
Pablo Arredondo, Esq. (SBN 241142)
parredondo@graveslawpc.com
Adrian Li, Esq. (SBN 261995)
ali@graveslawpc.com
Fredricka Ung, Esq. (SBN 253794)
fung@graveslawpc.com
12121 Wilshire Blvd., Suite 775
Los Angeles, California 90025
Telephone: (310) 295-6500
Facsimile: (310) 295-6501

Attorneys for Plaintiff/Counterdefendant
STAMPS.COM INC.

# IN THE UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| STAMPS.COM INC., | CASE NO. CV 06-7499 ODW (CTx) |
|---|---|
| Plaintiff and Counterdefendant, | **STAMPS.COM'S EX PARTE APPLICATION FOR RECONSIDERATION OF THE COURT'S ORDERS STRIKING STAMPS.COM'S <u>TIMELY-FILED</u> MOTION FOR SUMMARY ADJUDICATION RE INDEFINITENESS, MOTION FOR SUMMARY ADJUDICATION RE AFFIRMATIVE DEFENSES, AND REPLY PAPERS IN SUPPORT THEREOF** |
| v. | |
| ENDICIA, INC., et al. | |
| Defendant and Counterclaimant. | |
| AND RELATED COUNTERCLAIMS | Hearing Date: T.B.A.<br>Time: 1:30 p.m.<br>Courtroom: 11 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on June 30, 2008, at 1:30 p.m. or as soon thereafter as this matter may be heard, in Courtroom 11 of the United States District Court for the Central District of California, 255 East Temple Street, Los Angeles, California, before the Honorable Otis D. Wright, United States District Judge, Stamps.com Inc. ("Stamps.com") will move and hereby does move for reconsideration of portions of the Court's September 22, 2009 Order, and of the Court's October 7, 2009 Order in its entirety (Docket Nos. 441 and 500, respectively).

Stamps.com is <u>not</u> asking the Court to reconsider its Orders striking any <u>untimely</u> filed papers. However, certain docket entries were included in the list of entries stricken as "filed after August 31, 2009," which were in fact timely filed and should therefore not have been included in the list of docket entries to be stricken.

Thus, Stamps.com respectfully requests that this Court reconsider the portion of its September 22, 2009 Order striking Stamps.com's <u>timely filed</u> Motion for Summary Adjudication that Claim 7 of the '991 Patent is Not Indefinite ("MSA re Indefiniteness"), the Statement of Uncontroverted Facts and Conclusions of Law ("SUF"), and Exhibits 1 through 11 in support thereof (Docket No. 344), on the grounds that (i) these papers were timely filed on August 31, 2009, and (ii) PSI did not request that they be stricken. Stamps.com also requests that this Court reconsider its October 7, 2009 Order striking Stamps.com's Reply in support of its MSA re Indefiniteness (Docket Nos. 479-481, 489, 490, 495), as these papers are pertinent to a motion that should be properly pending before this Court.

Similarly, Stamps.com respectfully requests that this Court reconsider the portion of its September 22, 2009 Order striking Stamps.com's timely filed Motion for Summary Adjudication re Defendants' Affirmative Defenses of Laches, Equitable Estoppel, Prosecution History Estoppel, Unenforceability, Failure to

1

**STAMPS.COM'S EX PARTE APPLICATION FOR RECONSIDERATION OF THE COURT'S ORDERS STRIKING STAMPS.COM'S TIMELY-FILED MOTION FOR SUMMARY ADJUDICATION RE INDEFINITENESS, MOTION FOR SUMMARY ADJUDICATION RE AFFIRMATIVE DEFENSES, AND REPLY PAPERS IN SUPPORT THEREOF**

Mark, and Unavailability of Injunctive Relief ("MSA re Affirmative Defenses"), the SUF, and Exhibits 1 through 10 in support thereof (Docket No. 349), on the ground that these papers were timely filed on August 31, 2009. Stamps.com also requests that this Court reconsider its October 7, 2009 Order striking Stamps.com's Reply in support of its MSA re Affirmative Defenses (Docket Nos. 477, 478, 484-488, 491-494), as these papers are pertinent to a motion that should be properly pending before this Court.

This *Ex Parte* Application is based on this notice, the accompanying Memorandum of Points and Authorities, the Declaration of Fredricka Ung, all pleadings and papers on file in this case, matters of which this Court may take judicial notice, and such other evidence and argument as may be presented to the Court.

Pursuant to Local Rule 7-19.1[1], on October 7, 2009, Stamps.com provided PSI with notice of this *Ex Parte* Application. (Ung Decl. ¶ 2, Ex. 1). Stamps.com also informed PSI's counsel that any opposing papers must be filed within 24 hours of the filing of this *Ex Parte* Application. *Id.* PSI informed Stamps.com that it would oppose this application. (Ung Decl. ¶ 3, Ex. 2)

Dated: October 8, 2009                GRAVES LAW OFFICE, P.C.

                                         /s/*Philip J. Graves*

Philip J. Graves
John R. Walton
Jinn Su
Marjorie A. Witter
Pablo Arredondo
Adrian Li
Fredricka Ung
Attorneys for Plaintiff and Counterdefendant
STAMPS.COM INC

---

[1] PSI's counsel in this matter are as follows: Gregory Long, Gary Clark, Dennis Smith, Bridgette Agness, and Daniel Muniz; 333 South Hope Street, 48th Floor, Los Angeles, California 90071.

## MEMORANDUM OF POINTS AND AUTHORITIES
### I.   STATEMENT OF FACTS

On August 31, 2009, Stamps.com Inc. ("Stamps.com") electronically filed its Motion for Summary Adjudication That Claim 7 of the '991 Patent is Not Indefinite ("MSA re Indefiniteness") and all supporting papers, including the Statement of Uncontroverted Fact and Conclusions of Law, <u>before</u> the filing deadline.  (Docket No. 344)  Stamps.com also electronically filed its Motion for Summary Adjudication re Defendants' Affirmative Defenses of Laches, Equitable Estoppel, Prosecution History Estoppel, Unenforceability, Failure to Mark, and Unavailability of Injunctive Relief ("MSA re Affirmative Defenses") the Statement of Uncontroverted Fact and Conclusions of Law ("SUF"), and Exhibits 1 through 10 in support thereof, <u>before</u> the filing deadline.  (Docket No. 349)

On September 9, 2009, PSI filed its *Ex Parte* Application for Order Striking Plaintiff's Motions for Summary Judgment Regarding Invalidity and Literal Infringement and Untimely Moving Papers Supporting Plaintiff's Motion for Summary Judgment Regarding Affirmative Defenses ("PSI's *Ex Parte* to Strike").  At the time, Stamps.com's lead counsel, Philip Graves, was on vacation in Europe, and although Mr. Graves attempted to participate meaningfully in the process of preparing Stamps.com's response to PSI's *Ex Parte* to Strike, his ability to do so was severely limited.

On September 22, 2009, the Court issued an Order ("September 22 Order") granting PSI's *Ex Parte* to Strike.  The Court ordered that: "The below-listed Plaintiff Stamps.com, Inc. moving papers constituting and/or supporting its motions for summary adjudication and summary judgment *filed after August 31, 2009*, are ordered stricken in their entirety," and then listed several documents filed by Stamps.com, the last of which was:  "Plaintiff's electronically-filed documents and exhibits filed in support of its summary adjudication motion re affirmative defenses (Docket Nos. 344-358, 362-373, 393, 421)." (September 22 Order at 2) (emphasis

1

**STAMPS.COM'S EX PARTE APPLICATION FOR RECONSIDERATION OF THE COURT'S ORDERS STRIKING STAMPS.COM'S TIMELY-FILED MOTION FOR SUMMARY ADJUDICATION RE INDEFINITENESS, MOTION FOR SUMMARY ADJUDICATION RE AFFIRMATIVE DEFENSES, AND REPLY PAPERS IN SUPPORT THEREOF**

1  added). The range of Docket numbers stated in the Order included Stamps.com's
2  MSA re Indefiniteness (Docket No. 344) and the moving papers, the brief, SUF and
3  Exhibits 1-20 for Stamps.com's MSA re Affirmative Defenses (Docket No. 349),
4  all of which had been <u>timely</u> filed on August 31, 2009.
5      On September 24, 2009, PSI filed an Opposition to Stamps.com's MSA re
6  Indefiniteness (Docket No. 446) and an Opposition to Stamps.com's MSA re
7  Affirmative Defenses (Docket No. 450).
8      On October 5, 2009, Stamps.com filed its Reply in Support of its MSA re
9  Indefiniteness and MSA re Affirmative Defenses, and supporting papers. (Docket
10 Nos. 477-482, 484-487) On October 7, 2009, the Court issued an Order ("the
11 October 7 Order") striking Stamps.com's Reply papers filed in support of its MSA
12 re Indefiniteness and MSA re Affirmative Defenses (Docket Nos. 471, 477-82, 484-
13 95), on the ground that these documents were moot as they pertained to motions
14 that had previously been stricken by the Court.

## II.    ARGUMENT

16 Stamps.com is <u>not</u> requesting in this Application that the Court reconsider its
17 Order striking any documents that were filed after the deadline of August 31, 2009.
18 Rather, Stamps.com requests that the Court reconsider its Order striking the <u>timely</u>
19 <u>filed</u> MSA re Indefiniteness and the <u>timely filed</u> MSA re Affirmative Defenses,
20 which were included in the list of stricken docket entries despite the fact that they
21 were <u>filed on August 31</u>.
22 Stamps.com's MSA re Indefiniteness, the Statement of Uncontroverted Facts
23 in Support of the MSA re Indefiniteness, and Exhibits 1 through 11 in support
24 thereof were <u>all filed before the filing deadline</u> on August 31, 2009. (Docket No.
25 344) Accordingly, PSI did <u>not</u> move to strike any portion of Stamps.com's MSA re
26 Indefiniteness in its *Ex Parte* to Strike. However, in its September 22 Order, the
27 Court struck, inter alia, Docket No. 344, which corresponds to Stamps.com's MSA
28 re Indefiniteness. This appears to have been a clerical error, as PSI did not move to

1  strike this motion and it was timely filed.  PSI apparently agrees, as it filed an
2  Opposition to Stamps.com's MSA re Indefiniteness on September 24, 2009.  Thus,
3  Stamps.com respectfully requests that the Court reconsider the portion of its
4  September 22 Order striking Docket No. 344.  In addition, Stamps.com requests
5  that the Court reconsider the portions of its October 7 Order striking Stamps.com's
6  Reply papers in support of its MSA re Indefiniteness (Docket Nos. 479-481, 489-
7  90, 495), as these papers were filed in support of a motion that should be properly
8  pending before this Court.
9       In its September 22 Order, the Court also struck <u>all</u> of Stamps.com's papers
10 filed in support of its MSA re Affirmative Defenses (Docket Nos. 349, 351, 355,
11 357).  However, Stamps.com's MSA re Affirmative Defenses, the Statement of
12 Uncontroverted Facts and Conclusions of Law, and Exhibits 1 through 10 in
13 support thereof (Docket No. 349) <u>were all filed before the filing deadline</u> on August
14 31, 2009.  Striking these documents is unwarranted.  Stamps.com is <u>not</u> requesting
15 that the Court reconsider the portion of its September 22 Order striking Exhibits 11
16 through 22 in support of its MSA re Affirmative Defenses or the proposed order
17 (Docket Nos. 351, 355, 357), which were all filed shortly after the deadline.
18 Stamps.com merely requests that the Court reconsider the portion of its Order
19 striking the materials that <u>were</u> timely filed, which do constitute a complete set of
20 <u>substantive</u> motion papers: the brief, the Statement of Uncontroverted Facts and
21 Conclusions of Law, and evidence in support of the motion (Exhibits 1 through 10).
22 Indeed, here again both Stamps.com and PSI believed, until receiving the October 7
23 Order, that Stamps.com's MSA re Affirmative Defenses was still before the Court,
24 as PSI filed an Opposition to Stamps.com's MSA re Affirmative Defense (Docket
25 No. 450) *after* the Court issued its September 22 Order.
26      While Stamps.com should have filed the proposed order prior to midnight,
27 the sanction of striking <u>all</u> of Stamps.com's timely-filed motion papers merely
28 because the proposed order was filed after the deadline is disproportionate, given (i)

3

1  the complete absence of any prejudice to Defendants resulting from the late filing
2  of the proposed order, and (ii) <u>Defendants' failure to submit any proposed order at
3  all in connection with their *Ex Parte* to Strike</u>, which they were of course required
4  to do pursuant to Local Rule 7-19.  It would be ironic indeed if this Court were to
5  decline to reconsider its Order striking all of Stamps.com's timely-filed motion
6  papers in support of its MSA re Affirmative Defenses based on Stamps.com's tardy
7  submission of a proposed order, where Defendants themselves completely failed to
8  submit <u>any</u> proposed order in connection with the very *Ex Parte* Application in
9  which they requested that this Court strike Stamps.com's Motions.
10      Thus, Stamps.com respectfully requests that the Court reconsider the portion
11 of its September 22 Order striking Stamps.com's MSA re Affirmative Defenses, the
12 Statement of Uncontroverted Facts and Conclusions of Law, and Exhibits 1 through
13 10 in support thereof (Docket No. 344), <u>which were all filed before the filing
14 deadline</u>.  In addition, Stamps.com requests that the Court reconsider the remaining
15 portion of its October 7 Order striking Stamps.com's Reply papers in support of its
16 MSA re Affirmative Defenses (Docket Nos. 471, 477-78, 482, 484-88, 491-94), as
17 these papers were filed in support of a motion that should be properly pending
18 before this Court.

20 Dated: October 8, 2009   GRAVES LAW OFFICE, P.C.

22            /s/*Philip J. Graves*
23           Philip J. Graves
             John R. Walton
24           Jinn Su
             Marjorie A. Witter
25           Pablo Arredondo
             Adrian Li
26           Fredricka Ung
             Attorneys for Plaintiff and Counterdefendant
27           STAMPS.COM INC

4

**STAMPS.COM'S EX PARTE APPLICATION FOR RECONSIDERATION OF THE COURT'S ORDERS STRIKING STAMPS.COM'S TIMELY-FILED MOTION FOR SUMMARY ADJUDICATION RE INDEFINITENESS, MOTION FOR SUMMARY ADJUDICATION RE AFFIRMATIVE DEFENSES, AND REPLY PAPERS IN SUPPORT THEREOF**