GRAVES LAW OFFICE, P.C.
Philip J. Graves (SBN 153441)
pgraves@graveslawpc.com
John R. Walton (SBN 130666)
jwalton@graveslawpc.com
Jinntung Su (SBN 184442)
jsu@graveslawpc.com
Marjorie A. Witter (SBN 250061)
mwitter@graveslawpc.com
Pablo D. Arredondo (SBN 241142)
parredondo@graveslawpc.com
Adrian Li (SBN 261995)
ali@graveslawpc.com
Fredricka Ung (SBN 253794)
fung@graveslawpc.com
12121 Wilshire Blvd., Suite 775
Los Angeles, California  90025
Telephone:  (310) 295-6500
Facsimile:  (310) 295-6501

**DENIED**
BY ORDER OF THE COURT

Attorneys for Plaintiff/Counter-Defendant
STAMPS.COM INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAMPS.COM INC.,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ENDICIA, INC., and PSI SYSTEMS, INC.;<br><br>　　　　　　Defendants,<br><br>　AND RELATED COUNTERCLAIMS | CASE NO. CV 06-7499 ODW (CTx)<br><br>**[PROPOSED] ORDER GRANTING STAMPS.COM'S *EX PARTE* APPLICATION FOR LEAVE TO RE-FILE ITS MOTIONS FOR SUMMARY ADJUDICATION RE INFRINGEMENT AND VALIDITY [507]**<br><br>[*Ex Parte* Application; Memorandum of Points and Authorities in Support Thereof; and Declaration of Philip J. Graves and Marjorie A. Witter filed concurrently herewith.] |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

This Court having considered Stamps.com Inc.'s *Ex Parte* Application for Leave to Re-file its Motions for Summary Adjudication re Infringement and Validity and all papers submitted by the parties in relation thereto, and with good cause appearing therefore,

**IT IS HEREBY ORDERED** that Stamps.com is granted leave to file:

1. Plaintiff Stamps.com Inc.'s Notice of Motion and Motion for Summary Adjudication of Literal Infringement re Claim 50 of U.S. Patent No. 6,249,777 and Claims 50 and 89 of U.S. Patent No. 6,889,214 ("Stamps.com's Infringement Motion");

2. Statement of Undisputed Facts and Conclusions of Law in Support of Plaintiff Stamps.com' Inc.'s Motion for Summary Adjudication of Literal Infringement re Claim 50 of U.S. Patent No. 6,249,777 and Claims 50 and 89 of U.S. Patent No. 6,889,214;

3. Declaration of Patrick McDaniel in Support of Stamps.com Inc.'s Motion for Summary Adjudication of Literal Infringement re Claim 50 of U.S. Patent No. 6,249,777 and Claims 50 and 89 of U.S. Patent No. 6,889,214;

4. Plaintiff Stamps.com Inc.'s Notice of Motion and Motion for Summary Adjudication as to the Validity of Claims 7 and 42 of the '991 Patent and Claim 50 of the '777 Patent; Memorandum of Points and Authorities in Support Thereof ("Stamps.com's Validity Motion");

5. Plaintiff Stamps.com Inc.'s Statement of Uncontroverted Facts and Conclusions of Law in Support of its Motion for Summary Adjudication as to the Validity of Claims 7 and 42 of the '991 Patent and Claim 50 of the '777 Patent;

6. Declaration of Patrick McDaniel [in Support of Plaintiff Stamps.com Inc.'s Motion for Summary Adjudication as to the Validity of Claims 7 and 42 of the '991 Patent and Claim 50 of the '777 Patent].

Stamps.com shall file the <u>corrected</u> versions of these documents that were served on Defendants on September 1, 2009, with no changes or revisions of any kind. In addition, Stamps.com is granted leave to file all declarations, exhibits and supporting papers related to Stamps.com's Infringement Motion and Stamps.com's Validity Motion that were served on Defendants in connection with these Motions. Stamps.com shall have leave to file these Motions and their supporting papers according to the following schedule:

| | |
|---|---|
| Last Day for Stamps.com to file its Motions | October 13, 2009 (or two court days after an Order granting this Application, whichever is later) |
| Last Day for PSI to file its Oppositions | October 26, 2009 |
| Last Day for Stamps.com to file its Reply Papers | November 2, 2009 |
| Hearing on Stamps.com's Motions | November 16, 2009 |

**IT IS SO ORDERED.**

Dated: October 9, 2009_____

**DENIED**
BY ORDER OF THE COURT
_____
HON. OTIS D. WRIGHT II
DISTRICT COURT JUDGE