UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 06-7499 ODW (CTx) | Date | Oct. 16, 2008 |
|---|---|---|---|
| Title | Stamps.com, Inc. v. Endicia, Inc., *et al.* | | |

| Present: | The Honorable Otis D. Wright II, United States District Judge |
|---|---|

| Raymond Neal | Not Present | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiff(s):          Attorneys Present for Defendant(s):

Not Present                                          Not Present

**Proceedings (In Chambers):**   **Order GRANTING Plaintiff's Ex Parte Application [514] for Reconsideration of the Court's Orders Striking Stamps.com's Timely Filed Documents**

Plaintiff's ex parte application is GRANTED, as follows:

Only those documents pertaining to Plaintiff's motions for summary judgment that were timely filed will be considered by the Court. The documents that will be considered are solely contained in docket entries [344 and 349]. Any "notices of errata" or changes to these documents will not be considered.

The improperly filed Declarations [345; 346; 347; 348] remain stricken.

In addition, the Court will consider Plaintiff's reply briefs to its motions for summary judgment, to the extent they pertain to information solely contained in docket entries [344 and 349]. These reply documents are contained in docket entries [479 and 487].

The documents filed in support of Plaintiff's reply briefs shall also be reinstated. These docket entries are: [477; 478; 480; 481; 482; 484; 485; 486; 488; 489; 490; 491; 492; 493; 494; and 495]. However, to the extent it appears that Plaintiff's documents filed in support of its reply briefs contain material that was previously stricken, the Court may, at its discretion, decline to consider such material.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 06-7499 ODW (CTx) | Date | Oct. 16, 2008 |
|---|---|---|---|
| Title | Stamps.com, Inc. v. Endicia, Inc., *et al.* | | |

    Further, Defendants' opposition briefs and supporting documents in response to Plaintiff's original motions will be fully considered.

    No additional filings will be considered.

|  | ---- | : | 00 |
|---|---|---|---|
|  | Initials of Preparer | RGN | |