UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES - GENERAL**

| Case No. | CV 06-7499 ODW(CTx) | Date | October 19, 2009 |
|---|---|---|---|
| Title | Stamps.com, Inc. v. Endicia, Inc., et al. | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | | |
|---|---|---|---|
| Raymond Neal | Katie Thibodeaux | | |
| Deputy Clerk | Court Reporter | | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | | |
| P. Graves, A. Li, F. Ung, M. Witter, S. Weisberg | B. Agness, G. Clark, G. Long, D. Smith | | |

**Proceedings:** **Defendants' Motion for Summary Judgment re Non-infringement [341] (Filed 8/31/09);**

**Defendants' Motion for Summary Judgment re Invalidity [342] (Filed 8/31/09);**

**Defendants Endicia, Inc. and PSI Systems, Inc.'s Motion to Strike [483] (Filed 10/5/09);**

**Plaintiff's Motion for Summary Adjudication That Claim 7 of the '991 Patent Is Not Indefinite [344] (filed 8/31/09);**

**Plaintiff's Motion for Summary Adjudication re Defendants' Affirmative Defenses of Laches, Equitable Estoppel, Prosecution History Estoppel, Unenforceability, Failure to Mark, and Unavailability of Injunctive Relief [349] (Filed 8/31/09)**

Case called, appearances made. The Court confers with counsel.

The matters stand submitted. An order will issue.

|  | : | 05 |
|---|---|---|
| Initials of Preparer | RGN | |