JS - 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STAMPS.COM, INC., | ) | CV 06-07499 ODW (CTx) |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | |
| ENDICIA, INC., ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

Judgment is hereby entered pursuant to the Court's November 9, 2009 Order Granting Defendants' Motion for Summary Judgment and Denying Plaintiff's Motions for Summary Judgment [552] as moot.

**IT IS SO ORDERED.**

March 22, 2010

_____

Otis D. Wright II
United States District Judge

1